IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
:
IN RE: AUTOMOTIVE PARTS :
ANTITRUST LITIGATION : Case No. 12-md- 2311
:
_____
:
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
_____ :

## NOTICE OF APPEARANCE

To: Clerk of the Court and All Parties of Record

Please enter the appearance of John F. Nevares of the law firm of John F. Nevares & Associates, P.S.C., as counsel for Zahira Crespo, Lilliana Diaz and Luis Maldonado in the above captioned matter.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance of John F. Nevares was served upon all counsels of record via ECF on this same date.

Dated: June 14, 2012          Respectfully,

/s/ John F. Nevares
JOHN F. NEVARES
USDC-PR: 130502
John F. Nevares & Associates, PSC
PO Box 13667
San Juan, PR 00908-3667
Tel/Fax: (787) 722-9333  -  (787) 721-8820
Email: jfnevares@nevareslaw.com

1