UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12:md-02311 |
| THIS DOCUMENT RELATES TO: | |
| All Automobile Dealer Actions | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Automobile Dealer Plaintiffs hereby give notice of their voluntary dismissal of defendants Delphi Automotive LLP, Delphi Automotive Systems, LLC, DPH Holdings Corporation (f/k/a Delphi Corporation) and Delphi Furukawa Wiring Systems LLC ( collectively the "Delphi Defendants") from this action. Dismissal of this action against the Delphi Defendants is without prejudice and the Automobile Dealer Plaintiffs and the Delphi Defendants shall bear their own attorneys' fees and costs. The Delphi Defendants have not filed answers or motions for summary judgment with respect to the Automobile Dealer Plaintiffs' complaint.

92608

Dated:  June 14, 2012

| | |
|---|---|
| Don Barrett<br>David McMullan<br>Brian Herrington<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square<br>Lexington, MS 39095<br>Telephone: (662) 834-2488 | __/s/Gerard V. Mantese_____<br>Gerard V. Mantese (P34424)<br>David Hansma (P71056)<br>Brendan Frey (P70893)<br>Joshua Lushnat (P75319)<br>Mantese Honigman Rossman<br> and Williamson, P.C.<br>1361 E. Big Beaver Road<br>Troy, Michigan 48083<br>Telephone: (248) 457-9200 ext. 203<br><br>Jonathan W. Cuneo<br>Joel Davidow<br>Victoria Romanenko<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, N.E.<br>Washington, DC 20002<br> Telephone: (202) 789-3960<br><br> Shawn M. Raiter<br> Paul A. Sand<br> LARSON & KING, LLP<br> 2800 Wells Fargo Place<br> 30 East Seventh Street<br> St. Paul, MN  55101<br> Telephone: (651) 312-6500 |

**92608**                                         2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2012 I caused the foregoing papers to be electronically filed with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Gerard V. Mantese_____
Gerard V. Mantese (P34424)
Mantese Honigman Rossman
 and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200 ext. 203
gmantese@manteselaw.com
