# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: S-Y Systems Technologies America, LLC

Date of Service: June 15, 2012

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

__X__ Other (specify): Certified Mail, Return Receipt Requested
1661 Abbott Road
East Lansing, MI 48823

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sherri Sikorski
Signature of Server: Sherri Sikorski
Date: June 18, 2012
Server's Address: 1361 E. Big Beaver Road
Troy, MI 48083
Mantese Honigman Rossman & Williamson, P.C.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In re: Automotive Wire Harness Systems Antitrust Litigation )
)
)
) Civil Action No. 12-md-02311
)
)
)
)
) Hon. Marianne O. Battani
)
)
)

## SUMMONS IN A CIVIL ACTION

To:   S-Y Systems Technologies America, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Gerard V. Mantese
>   Mantese Assoc.
>   1361 E. Big Beaver Road
>   Troy, MI 48083

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ Kristen Krawczyk
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 13, 2012



