UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

MDL No. 2311

Case No. 12-md-02311

Honorable Marianne O. Battani

## ENTRY OF APPEARANCE

To:  Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court.  Please enter my appearance as counsel for Plaintiff Jessica DeCastro in the above captioned case.

Dated:  June 26, 2012

/s/ Donald L. Schlapprizzi
Donald L. Schlapprizzi
**Schlapprizzi Attorneys at Law**
Metropolitan Square
Suite 2430
211 N. Broadway
St. Louis, MO 63102
Office: (314) 241-0763
Telefax: (314) 241-0787
Don@SchlapprizziPC.com

**PLAINTIFF'S COUNSEL**

Certificate of Service

I, Donald L. Schlapprizzi, hereby certify that this document was electronically filed and served using the Court's ECF system on June 26, 2012.

/s/ Donald L. Schlapprizzi

Donald L. Schlapprizzi