# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

| | |
|---|---|
| IN RE: Automotive Parts Antitrust Litigation ) <br> ) <br> ) <br>               *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br>               *Defendant.* ) | Civil Action No. 12-md-02311 <br><br> Hon. Marianne O. Battani |

**SUMMONS IN A CIVIL ACTION**

To:    Tokai Rika Company, Ltd.

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        E. Powell Miller  
        The Miller Law Firm  
        950 W. University Drive  
        Suite 300  
        Rochester, MI 48307

     If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*       By:  s/D.Peruski  
                                                                      *Signature of Clerk or Deputy Clerk*

                                                                           Date of Issuance:  July 5, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  12-md-02311
Hon.  Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Tokai Rika Company, Ltd.

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____