UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litig.

Plaintiff(s),                              Case No.  12-md-2311

v.                                          Judge  Marianne O. Battani

THIS DOCUMENT APPLIES TO:                   Magistrate Judge
All Actions

Defendant(s).
_____/

STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Sumitomo Wiring Systems, Ltd. ("SWS")

makes the following disclosure:  (NOTE: A negative report, if appropriate, is required.)

1.      Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes ☑        No ☐

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name:  Sumitomo Electric Industries, Ltd. ("SEI")
Relationship with Named Party:  SWS is a wholly-owned subsidiary of SEI.

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes ☐        No ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date:  July 10, 2012

/s/ Marguerite M. Sullivan
_____

DC Bar No. 497894
LATHAM & WATKINS LLP
555 Eleventh St. NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
maggy.sullivan@lw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2012, I caused a true and correct copy of the foregoing

STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL

INTEREST to be filed electronically through the CM/ECF system which will send notification

of such filing to all counsel of record.


DATED: July 10, 2012


By:   /s/ Marguerite M. Sullivan
      Marguerite M. Sullivan (DC #497894)
      LATHAM & WATKINS LLP
      555 Eleventh St. NW
      Suite 1000
      Washington, DC 20004-1304
      202-637-2200
      maggy.sullivan@lw.com