UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litig.

| | |
|---|---|
| Plaintiff(s), | Case No. 12-md-2311 |
| v. | Judge Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>All Actions | Magistrate Judge |
| Defendant(s). / | |

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Sumitomo Electric Wintec America, Inc. ("SEWA")

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑   No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Sumitomo Electric Industries, Ltd.
   Relationship with Named Party: SEWA is a wholly-owned subsidiary of Sumitomo Electric Industries, Ltd.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: July ⬚, 2012

/s/ Marguerite M. Sullivan

DC Bar No. 497894
LATHAM & WATKINS LLP
555 Eleventh St. NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
maggy.sullivan@lw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on July 10, 2012, I caused a true and correct copy of the foregoing STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: July 10, 2012

                                                  By:   /s/ Marguerite M. Sullivan
                                                          Marguerite M. Sullivan (DC #497894)
                                                          LATHAM & WATKINS LLP
                                                          555 Eleventh St. NW
                                                          Suite 1000
                                                          Washington, DC 20004-1304
                                                          202-637-2200
                                                          maggy.sullivan@lw.com