UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 |
| PRODUCT(S): WIRE HARNESS SYSTEMS | |
| THIS DOCUMENT RELATES TO: All Actions | |

### NOTICE OF APPEARANCE OF DAVID P. DONOVAN

PLEASE TAKE NOTICE that David P. Donovan of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of Denso Corporation, **only** in the above-entitled matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated July 10, 2012

**CERTIFICATE OF SERVICE**

      I, David P. Donovan, an attorney, hereby certify that on July 10, 2012, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF DAVID P. DONOVAN** to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Panel's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                        /s/ David P. Donovan
                                        David P. Donovan
                                        Attorney for Denso Corporation
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        1875 Pennsylvania Avenue, NW,
                                        Washington, D.C.  20006
                                        Telephone: (202) 663-6000
                                        Fax: (202) 663-6363
                                        david.donovan@wilmerhale.com