UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

MDL NO. 2311

Case No.: 12-md-02311

Hon. Marianne O. Battani
Magistrate Mona K. Majzoub

THIS DOCUMENT RELATES TO:
ALL ACTIONS

_____/

## NOTICE OF APPEARANCE OF W. TODD MILLER

TO:  THE CLERK OF THE COURT

Please enter the appearance of W. Todd Miller of the law firm of BAKER & MILLER, PLLC, as counsel on behalf of Defendant Tokai Rika Co., Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

BAKER & MILLER, PLLC

/s/ W. Todd Miller
W. Todd Miller
2401 Pennsylvania Ave., NW
Suite 300
Washington, DC 20037
(202) 663-7822
tmiller@bakerandmiller.com

Counsel for Defendants TRAM, Inc. and
Tokai Rika Col, Ltd.

Dated: July 12, 2012

**CERTIFICATE OF SERVICE**

I, W. Todd Miller, an attorney, hereby certify that on July 12, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF W. TODD MILLER to be filed and served electronically via the ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

    Respectfully submitted,

    BAKER & MILLER, PLLC

    /s/ W. Todd Miller
    W. Todd Miller
    2401 Pennsylvania Ave., NW
    Suite 300
    Washington, DC 20037
    (202) 663-7822
    tmiller@bakerandmiller.com

    Counsel for Defendants TRAM, Inc. and Tokai Rika Col, Ltd.

1387305v1