UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS ANTITRUST
LITIGATION

~~Plaintiff(s),~~

Case No. Master File No. 12-md-02311

~~v.~~

Judge Marianne O. Battani

PRODUCT(S) WIRE HARNESSES
ALL ACTIONS

Magistrate Judge Mona K. Majzoub

~~Defendant(s).~~
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST[*]

Pursuant to E. D. Mich. LR 83.4, __S-Y Systems Technologies Europe GmbH__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐     No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☑     No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:     SEE EXHIBIT A
    Nature of Financial Interest:

Date: July 12, 2012

/s/ Michael J. Fanelli

PRO HAC VICE
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000
mfanelli@cov.com

[*] This Statement shall not be deemed a waiver of any rights or defenses that may be available under the U.S. Constitution, common law, statutes or the Federal Rules of Civil Procedure.

## **EXHIBIT A**

Parent Corporation/Affiliate Name:     Continental AG

Nature of Financial Interest:     Continental AG's subsidiary Continental Automotive GmbH is a 50% shareholder of S-Y Systems Technologies Europe GmbH