UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litigation

    Plaintiff(s),                    Case No. 2:12-md-02311

v.                                       Judge   Marianne O. Battani

                                            Magistrate Judge   Mona K. Majzoub

    Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Yazaki North America, Inc.__
                                                              [Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

        Yes ☐        No ☒

        If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

        Parent Corporation/Affiliate Name: _____
        Relationship with Named Party: _____

2.     Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

        Yes ☐        No ☒

        If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

        Parent Corporation/Affiliate Name: _____
        Nature of Financial Interest: _____

Date: __July 12, 2012__                    /s/Michelle K. Fischer
                                              Signature
                                              Ohio Bar No. 0042298
                                              Bar No.
                                              JONES DAY, North Point, 901 Lakeside Ave.
                                              Street Address
                                              Cleveland, OH 44114
                                              City, State, Zip Code
                                              216-586-3939
                                              Telephone Number
                                              mfischer@jonesday.com
                                              Primary Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2012, I electronically filed the foregoing **STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST** with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: July 12, 2012

JONES DAY

By: /s/ Michelle K. Fischer
Michelle K. Fischer (Ohio Bar No. 0042298)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
216-586-3939
216-579-0212 (facsimile)
*Email*: mfischer@jonesday.com