**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| PRODUCT(S): <br> WIRE HARNESS SYSTEMS | CASE NO. 12-MD-02311 <br> HON. MARIANNE O. BATTANI |
| This Document Relates to: <br><br> *Q.C. Onics Ventures, LP v. Furukawa Electric Co., Ltd., et al.* <br> Civil Action No. 2:12-cv-10720 | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO Q.C. ONICS VENTURES, LP**

PLEASE TAKE NOTICE that plaintiff Q.C. Onics Ventures, LP, by and through the undersigned counsel, hereby voluntarily dismisses its individual claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Q.C. Onics Ventures, LP's action has been consolidated into *In re: Automotive Parts Antitrust Litigation*, Master Docket No. 12-cv-02311. Defendants have not served an answer or motion for summary judgment to Q.C. Onics Ventures, LP's complaint. Q.C. Onics Ventures, LP reserves its rights as an absent class member to share in any recovery in this case to which it would otherwise be entitled. All counsel listed below have assented to the filing of this Notice. Q.C. Onics Ventures, LP has filed this Notice under the individual docket number listed in the caption above. The following individual docket can now be closed: 2:12-cv-10720.

Dated: July 12, 2012                      /s/ David H. Fink_____
                                          David H. Fink (P28235)
                                          Darryl Bressack (P67820)
                                          FINK + ASSOCIATES LAW
                                          100 West Long Lake Road; Ste. 111
                                          Bloomfield Hills, MI 48304
                                          (248) 971-2500
                                          dfink@finkandassociateslaw.com
                                          dbressack@finkandassociateslaw.com

                                          **Direct Purchaser Interim Liaison Counsel**

Gregory P. Hansel                         Joseph C. Kohn
Randall B. Weill                          William E. Hoese
Joshua R. Carver                          Douglas A. Abrahams
PRETI, FLAHERTY, BELIVEAU                 KOHN, SWIFT & GRAF, P.C.
  & PACHIOS LLP                           One South Broad Street, Suite 2100
One City Center, P.O. Box 9546            Philadelphia, PA  19107
Portland, ME  04112-9546                  Telephone:  (215) 238-1700
Telephone:  (207) 791-3000                jkohn@kohnswift.com
ghansel@preti.com                         whoese@kohnswift.com
rweill@preti.com                          dabrahams@kohnswift.com
jcarver@preti.com


 Michael J. Freed                         Eugene A. Spector
Steven A. Kanner                          William G. Caldes
William H. London                         Jonathan M. Jagher
Michael L. Silverman                      Jeffrey L. Spector
FREED KANNER LONDON                       SPECTOR ROSEMAN KODROFF
  & MILLEN LLC                              & WILLIS, P.C.
2201 Waukegan Road, Suite 130             1818 Market Street, Suite 2500
Bannockburn, IL  60015                    Philadelphia, PA  19103
Telephone:  (224) 632-4500                Telephone:  (215) 496-0300
mfreed@fklmlaw.com                        espector@srkw-law.com
skanner@fklmlaw.com                       bcaldes@srkw-law.com
blondon@fklmlaw.com                       jjagher@srkw-law.com
msilverman@fklmlaw.com                    jspector@srkw-law.com


**Direct Purchaser Interim Lead Counsel**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2012, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

                                  FINK + ASSOCIATES LAW

                                  /s/ David H. Fink_____
                                  David H. Fink (P28235)
                                  Darryl Bressack (P67820)
                                  FINK + ASSOCIATES LAW
                                  100 West Long Lake Road; Ste. 111
                                  Bloomfield Hills, MI 48304
                                  (248) 971-2500
                                  dfink@finkandassociateslaw.com
                                  dbressack@finkandassociateslaw.com