# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 |
| PRODUCT(S): <br> WIRE HARNESS SYSTEMS | Honorable Marianne O. Battani <br> Magistrate Judge Mona K. Majzoub |
| THIS DOCUMENT RELATES TO: <br> All Actions | |

## NOTICE OF APPEARANCE OF STEVEN M. ZAROWNY

PLEASE TAKE NOTICE that Steven M. Zarowny, General Counsel of DENSO International America, Inc., hereby enters his appearance on behalf of DENSO International America, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated July 13, 2012

## CERTIFICATE OF SERVICE

      I, Steven M. Zarowny, an attorney, hereby certify that on July 13, 2012, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF STEVEN M. ZAROWNY** to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Panel's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                                                                                 /s/  Steven M. Zarowny_____
Steven M. Zarowny (MI Bar No. P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Phone: (248) 372-8252
Fax:   (248) 213-2551
steve_zarowny@denso-diam.com

Attorney for Defendant DENSO International America, Inc.