UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE AUTOMOTIVE PARTS ANTITRUST
LITIGATION

       Plaintiff(s),         Case No. 12-MD-02311

v.         Judge Marianne O. Battani

RELATES TO: ALL DIRECT PURCHASER      Magistrate Judge
ACTIONS

       Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Cesar-Scott, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐     No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: July 13, 2012         /s/ David Fink

       FINK + ASSOCIATES LAW
       100 West Long Lake Road; Ste. 111
       Bloomfield Hills, MI 48304
       (248) 971-2500
       dfink@finkandassociateslaw.com