**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| PRODUCT(S): <br><br> WIRE HARNESS SYSTEMS | CASE NO. 12-MD-02311 <br><br> HON. MARIANNE O. BATTANI <br> HON. MONA MAJZOUB |
| This Document Relates to: <br><br> ALL AUTOMOBILE DEALER ACTIONS | |

**STIPULATED ORDER FOR ACCEPTANCE OF SERVICE ON G.S. ELECTECH, INC. AND G.S.W. MANUFACTURING, INC. AND EXTENSION OF TIME TO RESPOND TO AUTOMOBILE DEALERS CONSOLIDATED CLASS COMPLAINT**

The plaintiffs named in the Automobile Dealers Consolidated Class Complaint ("Automobile Dealer Plaintiffs"), as well as G.S. Electech, Inc. and G.S.W. Manufacturing, Inc., named as defendants in the Automobile Dealers Consolidated Class Complaint, have stipulated to the following:

1. Porter Wright Morris & Arthur, LLP will accept service of process, in satisfaction of the requirements of Fed. R. Civ. P. 4(c) and 4(h), of the Automobile Dealers Consolidated Class Complaint and accompanying summonses for G.S. Electech, Inc. and G.S.W. Manufacturing, Inc., on the date of this Order ("Service Date").

2. G.S. Electech, Inc. will have 90 days from the Service Date to answer or otherwise move with respect to the Automobile Dealers Consolidated Class Complaint.

3. G.S.W. Manufacturing, Inc. will have 90 days from the Service Date to answer or otherwise move with respect to Automobile Dealers Consolidated Class Complaint.

4. Automobile Dealer Plaintiffs will provide G.S. Electech, Inc. with a certified Japanese translation of Automobile Dealers Consolidated Class Complaint.

5. Automobile Dealer Plaintiffs agree that, aside from the defenses of insufficient service of process and insufficient process, G.S. Electech, Inc. and G.S.W. Manufacturing, Inc. do not waive any defenses including venue, jurisdiction and any other defenses or objections permitted under the Federal Rules of Civil Procedure including but not limited to Federal Rule of Civil Procedure 12.

WHEREFORE,

**IT IS SO ORDERED:**

<u>s/Marianne O. Battani</u>
United States District Judge
Marianne O. Battan

Dated: <u>July 17, 2012</u>