UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____ /
                                                      :       Master File No. 12-md-02311
IN RE AUTOMOTIVE PARTS                  :       Honorable Marianne O. Battani
ANTITRUST LITIGATION                      :       Honorable Mona Majzoub
_____ / :
                                                      :
PRODUCT(S):                                     :
                                                      :
WIRE HARNESS SYSTEMS                   :
                                                      :
_____ :
                                                      :
THIS DOCUMENT RELATES TO:          :
                                                      :
AUTOMOBILE DEALER ACTIONS         :
_____ /

## STIPULATION AND  ORDER

Plaintiffs Martens Cars of Washington, Inc., Landers Auto Group No. 1, Inc., d/b/a

Landers Toyota, Hammett Motor Company, Inc, Superstore Automotive, Inc., Lee Pontiac-

Oldsmobile-GMC Truck, Inc., Westfield Dodge City, Inc., V.I.P. Motor Cars Ltd. ("Plaintiff

V.I.P."), Desert European Motorcars, Ltd., Landers McLarty Fayetteville TN, LLC, Dale

Martens Nissan Subaru, Inc., Green Team of Clay Center Inc., McGrath Automotive Group, Inc.,

Table Rock Automotive, Inc., d/b/a Todd Archer Hyundai, Archer-Perdue, Inc., d/b/a/ Archer-

Perdue Suzuki, Lee's Summit Chrysler Jeep Dodge, Bonneville and Son, Inc., Holzhauer Auto

and Truck Sales, Inc., Pitre, Inc., d/b/a/ Pitre Buick GMC, Patsy Lou Chevrolet, Inc., John

Greene Chrysler Dodge Jeep, LLC, SLT Group II, Inc., d/b/a Planet Nissan Subaru of Flagstaff,

Herb Hallman Chevrolet, Inc., d/b/a/ Champion Chevrolet, Charles Daher's Commonwealth

Motors, Inc., d/b/a Commonwealth Chevrolet, Commonwealth Kia, Commonwealth Honda,

Commonwealth Volkswagen, Inc., d/b/a Commonwealth Volkswagen, Commonwealth Nissan, Inc., d/b/a Commonwealth Nissan, Ramey Motors, Inc., Thornhill Superstore, Inc., d/b/a Thornhill GM Superstore, Dave Heather Corporation, d/b/a Lakeland Toyota Honda Mazda Subaru, Central Salt Lake Valley GMC Enterprises, LLC, d/b/a Salt Lake Valley Buick GMC, Capitol Chevrolet Cadillac, Inc., Capitol Dealerships, Inc., d/b/a Capitol Toyota, Beck Motors, Inc. (collectively "Plaintiffs in the Automobile Dealer Actions") and the Undersigned Defendants in the Automobile Dealer Actions, by and through their respective counsel, stipulate and agree as follows:

Plaintiffs in the Automobile Dealer Actions will assert venue in all of the Automobile Dealer Actions only in the Eastern District of Michigan.  None of the Undersigned Defendants will be precluded from contesting the applicability of any state law in any transferor district on any ground, including, without limitation, that a defendant lacks sufficient contacts with that state.  The Parties to this Stipulation preserve all other applicable rights.

To the extent that any of the cases are not otherwise resolved by the conclusion of pretrial proceedings, Plaintiffs in the Automobile Dealer Actions will consent to the transfer of those cases to the Eastern District of Michigan.  Undersigned Defendants in the Automobile Dealer Actions will not contest venue in the Eastern District Of Michigan.

Other defendants in the Automobile Dealer Actions may join this stipulation at a later date provided that they agree to all of its terms.

**SO ORDERED:**

                                        **s/Marianne O. Battani**
                                        United States District Judge

-2-

**IT IS SO STIPULATED.**

July 11, 2012                                      /s/ Gerard V. Mantese
                                                  Gerard V. Mantese (P34424)
                                                  David Hansma (P71056)
                                                  Brendan Frey (P70893)
                                                  Joshua Lushnat (P75319)
                                                  MANTESE HONIGMAN ROSSMAN
                                                       AND WILLIAMSON, P.C.
                                                  1361 E. Big Beaver Road
                                                  Troy, MI 48083
                                                  (248) 457-9200 Ext. 203
                                                  gmantese@manteselaw.com
                                                  dhansma@manteselaw.com
                                                  bfrey@manteselaw.com
                                                  jlushnat@manteselaw.com

**AUTOMOBILE DEALER INTERIM LIAISON COUNSEL**

July 11, 2012                                      /s/ Jonathan W. Cuneo
                                                  Jonathan W. Cuneo
Don Barrett                                       Joel Davidow
David McMullan                                    Victoria Romanenko
Brian Herrington                                  CUNEO GILBERT & LADUCA, LLP
BARRETT LAW GROUP, P.A.                            507 C Street, N.E.
P.O. Box 927                                       Washington, DC 20002
404 Court Square                                   (202) 789-3960
Lexington, MS 39095                                jonc@cuneolaw.com
(662) 834-2488                                     Vicky@cuneolaw.com
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com


                                                  Shawn M. Raiter
                                                  Paul A. Sand
                                                  Larson ● King, LLP
                                                  2800 Wells Fargo Place
                                                  30 East Seventh Street
                                                  St. Paul, MN 55101
                                                  (651) 312-6500
                                                  sraiter@larsonking.com
                                                  psand@larsonking.com

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND
PROPOSED CLASS**

LANE POWELL PC

July 11, 2012                    By:    /s/ Larry S. Gangnes
                                       Larry S. Gangnes
                                        LANE POWELL PC
                                        1420 Fifth Ave., Suite 4100
                                       Seattle, WA  98101-2338
                                       Telephone:  (206) 223-7000
                                       Facsimile:  (206) 223-7107
                                        gangnesl@lanepowell.com

                                       Craig D. Bachman
                                       Kenneth R. Davis II
                                       Masayuki Yamaguchi
                                       Darin M. Sands
                                       LANE POWELL PC
                                       ODS Tower
                                       601 SW Second Ave., Suite 2100
                                       Portland, OR  97204-3158
                                       Telephone:  (503) 778-2100
                                       Facsimile:  (503) 778-2200
                                       bachmanc@lanepowell.com
                                       davisk@lanepowell.com
                                       yamaguchim@lanepowell.com
                                       sandsd@lanepowell.com

                                       Irwin Alterman
                                       KEMP KLEIN LAW FIRM
                                       201 W. Big Beaver, Suite 600
                                       Troy, MI  48084
                                       248-528-1111
                                       irwin.alterman@kkue.com

                                       *Attorneys for Defendants American Furukawa, Inc.
                                       and Furukawa Electric Co., Ltd.*

KERR, RUSSELL AND WEBER, PLC

July 11, 2012                    By:    /s/ William A. Sankbeil
                                        William A. Sankbeil (P19882)
                                        Joanne Geha Swanson (P33594)
                                        Matthew L. Powell (P69186)
                                        500 Woodward Avenue, Suite 2500
                                        Detroit, MI  48226
                                        (313) 961-0200
                                        (313) 961-0388 (facsimile)
                                        wsankbeil@kerr-russell.com
                                        jswanson@kerr-russell.com
                                        mpowell@kerr-russel.com

                                        James L. Cooper
                                        Sonia Kuester Pfaffenroth
                                        Laura Cofer Taylor
                                        ARNOLD & PORTER LLP
                                        555 Twelfth Street NW
                                        Washington, DC 20004
                                        (202) 942-5014
                                        (202) 942-5999-facsimile
                                        Email: james.cooper@aporter.com

                                        *Attorneys for Defendants Fujikura America, Inc.,
                                        and Fujikura Ltd.*

                                        SMITH, GAMBRELL & RUSSELL, LLP

July 11, 2012                    By:    /s/ Wm. Parker Sanders
                                        Wm. Parker Sanders (Georgia Bar No. 626020)
                                        Promenade II, Suite 3100
                                        1230 Peachtree Street, N.E.
                                        Atlanta, Georgia 30309
                                        (404) 815-3684
                                        psanders@sgrlaw.com

                                        *Attorney for Defendant Kyungshin-Lear Sales and
                                        Engineering, LLC*

DYKEMA GOSSETT PLLC

July 11, 2012              By:    /s/ Howard B. Iwrey
                                  Howard B. Iwrey (P39635)
                                  DYKEMA GOSSETT PLLC
                                  39577 Woodward Avenue, Suite 300
                                  Bloomfield Hills, MI  48304
                                  (248) 203-0526 – Telephone
                                  hiwrey@dykema.com

                                  Andrew S. Marovitz
                                  Britt M. Miller
                                  MAYER BROWN LLP
                                  71 S. Wacker Drive
                                  Chicago, IL  60606
                                  (312) 782-0600 –Telephone
                                  (312) 701-7711 – Facsimile
                                  amarovitz@mayerbrown.com
                                  bmiller@mayerbrown.com

                                  *Attorneys for Defendant Lear Corporation*

                                  GIARMARCO, MULLINS & HORTON, P.C.

July 11, 2012              By:    /s/ William H. Horton
                                  William H. Horton (P31567)
                                  Giarmarco, Mullins & Horton, P.C.
                                  101 West Big Beaver Road, Tenth Floor
                                  Troy, MI  48084-5280
                                  Phone: 248-457-7060
                                  bhorton@gmhlaw.com

                                  Marguerite M. Sullivan
                                  LATHAM & WATKINS LLP
                                  555 Eleventh Street NW, Suite 1000
                                  Washington, DC 20004
                                  Tel.:  202-637-2200
                                  Fax:  202-637-2201
                                  Maggy.sullivan@lw.com

                                  *Attorneys for Defendants Sumitomo Electric*
                                  *Industries, Ltd., Sumitomo Electric Wiring Systems,*
                                  *Inc., Sumitomo Electric Wintec America, Inc.,*
                                  *Sumitomo Wiring Systems (U.S.A.) Inc., Sumitomo*
                                  *Wiring Systems, Ltd., and K&S Wiring Systems, Inc.*

BUTZEL LONG

July 11, 2012                    By:    /s/ David F. DuMouchel
                                        David F. DuMouchel
                                        George B. Donnini
                                        150 West Jefferson, Suite 100
                                        Detroit, MI 48226
                                        Tel: 313-225-7000
                                        dumouchd@butzel.com
                                        donnini@butzel.com

                                        W. Todd Miller
                                        BAKER & MILLER PLLC
                                        2401 Pennsylvania Ave., NW, Suite 300
                                        Washington, DC 20037
                                        Tel:  202-663-7820
                                        TMiller@bakerandmiller.com

                                        *Attorneys for Defendant TRAM, Inc.*

JONES DAY

July 11, 2012                     By:     /s/ John M. Majoras
                                          John M. Majoras
                                          Carmen G. McLean
                                          JONES DAY
                                          51 Louisiana Ave. N.W.
                                          Washington, D.C. 20001-2113
                                          Tel. (202) 879-3939
                                          Fax (202) 626-1700
                                          jmmajoras@jonesday.com
                                          cgmclean@jonesday.com

                                          Michelle K. Fischer
                                          Stephen J. Squeri
                                          JONES DAY
                                          North Point
                                          901 Lakeside Avenue
                                          Cleveland, OH 44114
                                          Tel. (216) 586-3939
                                          Fax (216) 579-0212
                                          mfischer@jonesday.com
                                          sjsqueri@jonesday.com

                                          *Attorneys for Defendant*
                                          *Yazaki North America, Inc.*