| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF MICHIGAN | |
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-2311<br><br>Honorable Marianne O. Battani |

**MOTION TO WITHDRAW**

MILBERG LLP AND PAUL F. NOVAK, AN ATTORNEY AT MILBERG LLP, respectfully request that the Court enter an order allowing them to withdraw as counsel for Plaintiffs Michael Wick and Alena Farrell in the matter of *Michael Wick and Alena Farrell v. Delphi Automotive,* Case No. 2:12-cv-10966 (E.D. Mich. 2012).  Plaintiffs Michael Wick and Alena Farrell will continue to be represented by the law firm of Susman Godfrey L.L.P.

Dated: July 20, 2012

Respectfully Submitted,

/s/ Paul F. Novak
Paul F. Novak
**MILBERG LLP**
One Kennedy Square
777 Woodward Avenue, Suite 890
Detroit, MI  48226
Phone: (313) 309-1760
Fax: (313) 447-2038
Email: pnovak@milberg.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 2:12-md-2311 :  : : Honorable Marianne O. Battani : : : : : : : |

**[PROPOSED] ORDER ON MOTION TO WITHDRAW**

NOW, this day of July, 2012, upon the Motion to Withdraw as Counsel, IT IS HEREBY ORDERED that Milberg LLP and Paul F. Novak are withdrawn as counsel of record for Plaintiffs Michael Wick and Alena Farrell in the matter of *Michael Wick and Alena Farrell v. Delphi Automotive,* Case No. 2:12-cv-10966 (E.D. Mich. 2012).

Dated: July __, 2012                                          BY THE COURT

_____
Marianne O. Battani
United States District Judge

## CERTIFICATE OF SERVICE

I, Paul F. Novak, hereby certify that on July 20, 2012, a true and correct copy of the *Motion to Withdraw as counsel for Plaintiffs Michael Wick and Alena Farrell* was filed with the Clerk of the Court, per the Local Rules and will be available for viewing and downloading via the CM/ECF system and CM/ECF system will send notification of such filing to all attorneys of record.

      /s/ Paul F. Novak
      Paul F. Novak