# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311 |
| **PRODUCT(S): WIRE HARNESS SYSTEMS** | |
| **THIS DOCUMENT RELATES TO:** All Automobile Dealer Actions<br>All End-Payor Actions | |

## NOTICE OF ENTRY OF SPECIAL APPEARANCE

To the Clerk of the Court and all Counsel of Record:

Please enter this Special Appearance of Donald M. Barnes of the law firm Porter Wright Morris & Arthur LLP on behalf of Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc. in all End-Payor Actions and on behalf of Defendants G.S. Electech, Inc. and G.S.W. Manufacturing, Inc. in all Automobile Dealer Actions. This Special Appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Criminal or Civil Procedure.

DATED: July 25, 2012

PORTER WRIGHT MORRIS & ARTHUR LLP

By: /s/ Donald M. Barnes_____

Donald M. Barnes (DC Bar No. 0471)
1919 Pennsylvania Ave., N.W., Ste 500
Washington, D.C. 20006
Telephone: (202) 778-3056
Facsimile: (202) 778-3063

        Email: dbarnes@porterwright.com
*Attorney for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

WASHINGTON/181532v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2012, I electronically filed my Special Appearance on behalf of G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

DATED: July 25, 2012

                                    By: /s/ Donald M. Barnes
                                    Donald M. Barnes (DC Bar No. 0471)
                                    PORTER WRIGHT MORRIS & ARTHUR LLP
                                    1919 Pennsylvania Ave., N.W., Ste 500
                                    Washington, D.C.  20006
                                    Telephone:  (202) 778-3056
                                    Facsimile:  (202) 778-3063
                                    Email: dbarnes@porterwright.com

                                    *Attorney for Defendants G.S. Electech, Inc., G.S.W.*
                                    *Manufacturing, Inc., and G.S. Wiring Systems, Inc.*