UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re Automotive Parts Antitrust Litigation
PRODUCT(s): WIRE HARNESS SYSTEMS

Plaintiff(s),

Case No.  Master File No. 12-md-02311

v.

Judge  Marianne O. Battani

THIS DOCUMENT RELATES TO: All Automobile
Dealer Actions; All End-Payor Actions

Magistrate Judge  Mona K. Majzoub

Defendant(s).
_____/

**STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, G.S. Electech, Inc.
_____

makes the following disclosure:  *(NOTE: A negative report, if appropriate, is required.)*

1.  Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes ☐     No ☑

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name:
Relationship with Named Party:

2.  Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes ☐     No ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date:  July 25, 2012

/s/ Donald M. Barnes
_____

DC Bar No. 0471
Porter Wright Morris & Arthur LLP
1919 Pennsylvania Ave NW, Suite 500
Washington, DC 20006
202-778-3056
dbarnes@porterwright.com