UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re Automotive Parts Antitrust Litigation
PRODUCT(s): WIRE HARNESS SYSTEMS

        Plaintiff(s),                      Case No. Master File No. 12-md-02311

v.                                        Judge Marianne O. Battani

THIS DOCUMENT RELATES TO:        Magistrate Judge Mona K. Majzoub
All End-Payor Actions

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

      Pursuant to E. D. Mich. LR 83.4, G.S. Wiring Systems, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: July 25, 2012                            /s/ Donald M. Barnes

                                                  DC Bar No. 0471
                                                  Porter Wright Morris & Arthur LLP
                                                  1919 Pennsylvania Ave NW, Suite 500
                                                  Washington, DC 20006
                                                  202-778-3056
                                                  dbarnes@porterwright.com