UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Irwin B. Levin of the law firm of Cohen & Malad, LLP hereby enters his appearance as counsel for the Direct Purchaser Plaintiffs in the above-captioned case.

Dated: August 6, 2012

Respectfully submitted,

/s/ Irwin B. Levin
Irwin B. Levin
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ilevin@cohenandmalad.com

*Counsel for Direct Purchaser Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2012, I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Irwin B. Levin
Irwin B. Levin
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593