UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311-MOB-MKM <br><br> MDL No. 2311 |
| This Document Relates to: <br><br> *Brownson v. Furukawa Electric Co., Ltd, et al.*, No. 2:11-cv-14831-MOB-MKM | **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF PETER BROWNSON** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Peter Brownson voluntarily dismisses his claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Peter Brownson's rights as an absent class member.

Dated:  August 6, 2012

Respectfully submitted,

/s/ Patrick E. Cafferty
Patrick E. Cafferty
**CAFFERTY FAUCHER LLP**
101 North Main Street, Suite 565
Ann Arbor, MI 48104
Telephone: 734-769-2144
Facsimile: 734-769-1207
pcafferty@caffertyfaucher.com
Bar No. P35613

**FARUQI & FARUQI, LLP**
Kendall S. Zylstra
kzylstra@faruqilaw.com
Jan Bartelli
jbartelli@faruqilaw.com
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Tel: 215-277-5770

**BERGER & MONTAGUE, P.C**
Eric L. Cramer
ecramer@bm.net
Shanon J. Carson
scarson@bm.net
1622 Locust Street
Philadelphia, PA 19103-6305
Tel: 800-424-6690

*Attorney for Plaintiff Peter Brownson*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Patrick E. Cafferty
Patrick E. Cafferty
Cafferty Faucher LLP
101 North Main Street, Suite 565
Ann Arbor, MI 48104
Tel.: 734-769-2144
Fax: 734-769-1207
pcafferty@caffertyfaucher.com
Bar No. P35613