UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>MDL No. 2311 |
| This Document Relates to:<br><br>END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF TYE SMITH |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tye Smith voluntarily dismisses his claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Tye Smith's rights as an absent class member.

Dated: August 9, 2012          Respectfully submitted,

By:     */s/ Christopher T. Micheletti*

Francis O. Scarpulla
Craig C. Corbitt
Christopher T. Micheletti
Judith A. Zahid
Demetrius X. Lambrinos
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
fscarpulla@zelle.com

2

Anthony L. DeLuca (64874)
ANTHONY L. DELUCA, PLC
Grand Marais Professional Centre
14950 East Jefferson Avenue, Suite 170
Grosse Pointe Park, MI 48230
Telephone: (313) 821-5905
Facsimile: (313) 821-5906
anthony@aldplc.com

*Attorneys for Plaintiff Tye Smith*