# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311-MOB-MKM<br><br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATED TO:<br><br>All Actions | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael E. Moskovitz of Freed Kanner London & Millen LLC, 2201 Waukegan Road, Suite 130, Bannockburn, Illinois 60015 shall appear as Counsel of record on behalf of Direct Purchaser Plaintiffs in the above-captioned matter.

| | |
|---|---|
| August 14, 2012 | **FREED KANNER LONDON & MILLEN LLC**<br><br>/s/ Michael E. Moskovitz<br>Michael E. Moskovitz<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: (224) 632-4500<br>Fax: (224) 632-4521<br>Email: mmoskovitz@fklmlaw.com<br><br>*Counsel for Direct Purchaser Plaintiffs* |

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance on Behalf of Direct Purchaser Plaintiffs was filed on August 14, 2012. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

/s/ Michael E. Moskovitz
Michael E. Moskovitz
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: mmoskovitz@fklmlaw.com

*Counsel for Direct Purchaser Plaintiffs*