AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Craig Vanhoutte | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-11054 |
| v. | ) | |
| Yazaki Corp , et al | ) | Hon. Paul D. Borman |
| Defendant. | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Furukawa Lear Corporation

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian R Strange - NOT SWORN
        Strange and Carpenter
        12100 Wilshire Boulevard
        Suite 1900
        Los Angeles, CA 90025

     If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _s/ Kristen Krawczyk_
    *Signature of Clerk or Deputy Clerk*

Date of Issuance: March 9, 2012



# Affidavit of Process Server

## UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF MICHIGAN
(NAME OF COURT)

| CRAIG VANHOUTTE | vs YAZAKI CORP., et al | 12-11054 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Kenneth J. Bogle, Jr._____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served FURUKAWA LEAR CORPORATION by delivering to CT Corporation System
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS in a CIVIL ACTION

by leaving with **Marie Garcia** / **Agent for CT Corporation** At
NAME / RELATIONSHIP

☐ Residence _____ / _____
ADDRESS / CITY / STATE

☑ Business 350 N. St. Paul St., Dallas, Tx 75201 / Dallas, TX
ADDRESS / CITY / STATE

On July 2, 2012                          AT 1:30 pm
DATE / TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY   STATE   ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                   DATE   TIME        DATE   TIME
(3)_____ (4)_____ (5)_____
DATE  TIME      DATE  TIME      DATE  TIME

**Description:** Age 40  Sex F  Race Hisp.  Height 5'9"  Weight 180  Hair Blk  Beard No  Glasses No

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __3__ day of July, 2012 by Kenneth J. Bogle Jr.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.


JONELLE BROWN
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
09-29-2012

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of Texas


NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

POS-010

ATTORNEY OF PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
BRIAN R. STRANGE                              103252
STRANGE & CARPENTER
12100 WILSHIRE BLVD., SUITE 1900
LOS ANGELES, CA 90025
TELEPHONE: (310) 207-5055
ATTORNEY FOR:
  U.S.D.C. EASTERN DISTRICT OF MICHIGAN
    STREET ADDRESS: per rule 2.150 (a)(8):
    MAILING ADDRESS: the address of the court is not required
  CITY AND ZIP CODE:
    BRANCH NAME:

FOR COURT USE ONLY

Plaintiff       VANHOUTTE
Defendant       YAZAKI CORP, ET AL

CASE NUMBER:
12-11054

**PROOF OF SERVICE OF SUMMONS**
(Separate proof of service is required for each party served.)

Clt. Ref. or File No.:
VANHOUTTE V YAZAKI

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   SUMMONS; CLASS ACTION COMPLAINT; ORDER REGARDING REASSIGNMENT OF COMPANION
   CASE; CASE MANAGEMENT ORDER NO. 1 FOR ALL DIRECT PURCHASER, AUTOMOBILE
   DEALER AND END-PAYOR ACTIONS

3.  a. [XX] Party served
         FURUKAWA LEAR CORPORATION

    b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not
         a person under item 5b on whom substituted service was made) (specify name and relationship to the party
         named in item 3a):
         MARIE GARCIA, PROCESS AGENT, CT CORPORATION

4. Address where the party was served: 350 N. SAINT PAUL ST., #2900
                                        Dallas, TX 75201

5. I served the party (check proper box)
   a. [XX] by personal service. I personally delivered the documents list in item 2 to the party or person authorized
        to receive service of process for the party (1) on (date): 07/02/12 (2) at (time): 1:30 pm.

        (4) [__] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be
                served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents
                on (date):         from (city):              or [__] a declaration of mailing is attached.
        (5) [__] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Computer-generated form            **PROOF OF SERVICE OF SUMMONS**            Code of Civil Procedure, 417.10
Judicial Council of California
POS-010 (Rev. January 1, 2007)      GO: 11 alberta



AX0211-12694515

PLAINTIFF/PETITIONER: VANHOUTTE
DEFENDANT/RESPONDENT: YAZAKI CORP, ET AL

CASE NUMBER:
12-11054

d. [ ] by other means specify means of service and authorizing code section):

_____

_____

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [ ] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of (specify):
    c. [ ] as occupant.
    d. [XX] on behalf of: FURUKAWA LEAR CORPORATION

    under the following Code of Civil Procedure section:
    [XX] CCP 416.10 (corporation)    [ ] 416.50 (minor)
    [ ] 416.20 (defunct corporation)    [ ] 416.70 (ward or conservatee)
    [ ] 416.30 (joint stock or company association)    [ ] 416.90 (authorized person)
    [ ] 416.40 (association or partnership)    [ ] 415.46 (occupant)
    [ ] 416.50 (public entity)    [ ] other:
    [ ] CCP 415.95 (business organization, form unknown)

7. Person who served papers
    a. Name: KENNY BOGLE    AGENT FOR: American Legal Support Services Inc.
    b. Address: 7124 Owensmouth Ave., #106, Canoga Park CA 91303
    c. Telephone number: (213) 928-7247
    d. The fee for service was: $ 190.00 (recoverable under C.C.P. 1033.5(a)(4)(B))
    e. I am:
        (1) [XX] not a registered California process server.
        (2) [ ] exempt from registration under Business and Professions Code Section 22350(b).
        (3) [ ] registered California process server:
            (i) [ ] Owner  [ ] Employee  [ ] Independent contractor.
            (ii) Registration No.: _____
            (iii) County: _____

8. [XX] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 7-2-12

_KENNY BOGLE_
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_(signature)_
(SIGNATURE)

Page 2 of 2

Computer-generated form
Judicial Council of California
POS-010 (Rev. January 1, 2007)  GO:

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, 417.10