## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **IN RE WIRE HARNESS SYSTEMS** | Case No. 12-cv-00100-MOB-MKM |
| **THIS RELATES TO: ALL CASES** | NOTICE OF INTENTION TO PROVIDE COURT WITH STATUS REPORT ON THE WIRE HARNESS SYSTEMS ACTION AT SEPTEMBER 14, 2012 STATUS CONFERENCE |

Whereas, the Court has scheduled a Status Conference in the above-captioned Master File for September 14, 2012 at 10:00 a.m. ("Status Conference"):

The Direct Purchaser, Automobile Dealer and End-Payor Plaintiffs, through their respective Interim Co-Lead Class Counsel and Interim Liaison Counsel, hereby give notice of their intention to provide the Court with a status report on the Wire Harness Systems action in addition to each of the other five automotive parts actions that are presently being coordinated as part of the above-captioned Master File at the Status Conference. The parties will provide the Court with a proposed agenda for the Status Conference on or before September 7, 2012.

Dated: August 16, 2012                                   Respectfully Submitted,

| | |
|---|---|
| */s/ William E. Hoese*<br>Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>(215) 238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com | Gregory P. Hansel<br>Randall B. Weill<br>Joshua R. Carver<br>PRETI, FLAHERTY, BELIVEAU<br>     & PACHIOS LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>(207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>jcarver@preti.com |
| Michael J. Freed<br>Steven A. Kanner<br>William H. London<br>Michael L. Silverman<br>FREED KANNER LONDON<br>     & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>mfreed@fklmlaw.com<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>msilverman@fklmlaw.com | Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>     & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

**INTERIM LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND THE PROPOSED CLASSES**

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

**INTERIM LIAISON COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND THE PROPOSED CLASSES**

| | |
|---|---|
| Jonathan W. Cuneo | Don Barrett |
| Joel Davidow | David McMullan |
| Victoria Romanenko | Brian Herrington |
| CUNEO GILBERT & LADUCA, LLP | BARRETT LAW GROUP, P.A. |
| 507 C Street, N.E. | P.O. Box 927 |
| Washington, DC 20002 | 404 Court Square |
| (202) 789-3960 | Lexington, MS 39095 |
| jonc@cuneolaw.com | (662) 834-2488 |
| Joel@cuneolaw.com | dbarrett@barrettlawgroup.com |
| Vicky@cuneolaw.com | bherrington@barrettlawgroup.com |
| | dmcmullan@barrettlawgroup.com |

Shawn M. Raiter
Paul A. Sand
LARSON ● KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND THE PROPOSED CLASSES**

*/s/ Gerald V. Mantese*
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONIGMAN ROSSMAN
      AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**INTERIM LIAISON COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND THE PROPOSED CLASSES**

| | |
|---|---|
| */s/ Hollis Salzman* <br> Hollis Salzman <br> Bernard Persky <br> William V. Reiss <br> LABATON SUCHAROW LLP <br> 140 Broadway <br> New York, NY 10005 <br> (212) 907-0700 <br> hsalzman@labaton.com <br> bpersky@labaton.com <br> wreiss@labaton.com | Joseph W. Cotchett <br> Steven N. Williams <br> Adam J. Zapala <br> Gene W. Kim <br> COTCHETT, PITRE & <br>         McCARTHY, LLP <br> San Francisco Airport Office Center <br> 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 <br> (650) 697-6000 <br> jcotchett@cpmlegal.com <br> swilliams@cpmlegal.com <br> azapala@cpmlegal.com <br> gkim@cpmlegal.com |
| Marc M. Seltzer <br> Steven G. Sklaver <br> SUSMAN GODFREY L.L.P. <br> 1901 Avenue of the Stars, Suite 950 <br> Los Angeles, CA 90067-6029 <br> (310) 789-3100 <br> mseltzer@susmangodfrey.com <br> ssklaver@susmangodfrey.com | Terrell W. Oxford <br> Warren T. Burns <br> SUSMAN GODFREY L.L.P. <br> 901 Main Street, Suite 5100 <br> Dallas, Texas 75202 <br> (214) 754-1900 <br> toxford@susmangodfrey.com <br> wburns@susmangodfrey.com |

**INTERIM LEAD COUNSEL FOR END-PAYOR PLAINTIFFS AND THE PROPOSED CLASSES**

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Adam T. Schnatz (P72049)
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
ats@millerlawpc.com

**INTERIM LIAISON COUNSEL FOR END-PAYOR PLAINTIFFS AND THE PROPOSED CLASSES**