UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311-MOB-MKM |
| | MDL NO. 2311 |
| This Document Relates to:<br><br>ALL END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF CRAIG VANHOUTTE |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Craig Vanhoutte (2:12-cv-11054) voluntarily dismisses his claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Craig Vanhoutte's rights as an absent class member.

DATED: August 20, 2012

Respectfully Submitted,

By: /s/ Brian R. Strange
Brian R. Strange

STRANGE & CARPENTER
BRIAN R. STRANGE
GRETCHEN CARPENTER
JOHN P. KRISTENSEN
KEITH L. BUTLER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210
lacounsel@earthlink.net
gcarpenter@strangeandcarpenter.com
jkristensen@strangeandcarpenter.com
kbutler@strangeandcarpenter.com

*Attorneys for Plaintiff Craig Vanhoutte*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed through the CM/ECF system on August 20, 2012, which automatically serves an electronic notice to all registered individuals.

DATED:  August 20, 2012            Respectfully Submitted,

                                By:   /s/ Brian R. Strange

                                      Brian R. Strange

                                      STRANGE & CARPENTER
                                      BRIAN R. STRANGE
                                      GRETCHEN CARPENTER
                                      JOHN P. KRISTENSEN
                                      KEITH L. BUTLER
                                      12100 Wilshire Blvd., Suite 1900
                                      Los Angeles, California 90025
                                      Telephone:  (310) 207-5055
                                      Facsimile: (310) 826-3210
                                      lacounsel@earthlink.net
                                      gcarpenter@strangeandcarpenter.com
                                      jkristensen@strangeandcarpenter.com
                                      kbutler@strangeandcarpenter.com