UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: INSTRUMENT PANEL CLUSTER CASES | MASTER FILE NO. 12-MD-02311<br><br>HON. MARIANNE O. BATTANI |
| This Document Relates To:<br><br>ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, LLC, et al. v. YAZAKI CORPORATION and YAZAKI NORTH AMERICA, INC.,<br>Case No. 2:12-cv-10567 | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Jonathan M. Jagher of the law firm Spector Roseman Kodroff & Willis, P.C. hereby enters his appearance as counsel for Plaintiff ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC.

DATED:  August 23, 2012

/s/ Jonathan M. Jagher
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:   215-496-0300
Fax:   215-496-6611
Email: espector@srkw-law.com

One of the attorneys for ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 23, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

                /s/ Jonathan M. Jagher
                Spector Roseman Kodroff & Willis, P.C.
                1818 Market Street, Suite 2500
                Philadelphia, PA 19103
                Tel: 215-496-0300
                Fax: 215-496-6611
                Email: espector@srkw-law.com

                One of the attorneys for ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC