# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: INSTRUMENT PANEL CLUSTERS CASES | MASTER FILE NO. 2:12-MD-02311 |
| | HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATED TO: ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, LLC, v. YAZAKI CORPORATION and YAZAKI NORTH AMERICA, INC., Case No. 2:12-CV-10567 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William H. London of Freed Kanner London & Millen LLC, 2201 Waukegan Road, Suite 130, Bannockburn, Illinois 60015 shall appear as Counsel of record on behalf of Plaintiff ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC in the above-captioned matter.

August 23, 2012

**FREED KANNER LONDON & MILLEN LLC**

/s/ William H. London
William H. London
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: wlondon@fklmlaw.com

*Counsel for Plaintiff ACAP, L.L.C.,*
*f/k/a Aguirre, Collins & Aikman Plastics, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance on Behalf of Plaintiff ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC was filed on August 23, 2012. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

/s/ William H. London
William H. London
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: wlondon@fklmlaw.com

*Counsel for Plaintiff ACAP, L.L.C.,*
*f/k/a Aguirre, Collins & Aikman Plastics, LLC*