UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-02311<br><br>HON. MARIANNE O. BATTANI |
| IN RE: HEATER CONTROL PANELS | |
| This Document Relates To:<br><br>TIFFIN MOTOR HOMES, INC. v. DENSO CORPORATION AND DENSO INTERNATIONAL AMERICA, INC.<br>Case No. 2:12-cv-12866 | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Jeffrey L. Spector of the law firm Spector Roseman Kodroff & Willis, P.C. hereby enters his appearance as counsel for Plaintiff Tiffin Motor Homes, Inc.

DATED:  August 23, 2012

/s/ Jeffrey L. Spector
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:     215-496-0300
Fax:    215-496-6611
Email:  espector@srkw-law.com

One of the attorneys for Tiffin Motor Homes, Inc.

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 23, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

          /s/ Jeffrey L. Spector
          Spector Roseman Kodroff & Willis, P.C.
          1818 Market Street, Suite 2500
          Philadelphia, PA 19103
          Tel:    215-496-0300
          Fax:   215-496-6611
          Email: espector@srkw-law.com

          One of the attorneys for Tiffin Motor Homes, Inc.