**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-2311<br><br>HON. MARIANNE O. BATTANI |
| IN RE: HEATER CONTROL PANELS CASES | |
| This Document Relates To:<br><br>TIFFIN MOTOR HOMES, INC. v. DENSO CORPORATION and DENSO INTENATIONAL AMERICA, INC.<br>Case No. 2:12-cv-12866 | |

<u>**NOTICE OF APPEARANCE**</u>

Please enter the appearance of Julie A. Strother of Lockridge Grindal Nauen P.L.L.P. as

counsel on behalf of Plaintiff Tiffin Motor Homes, Inc. in the above-captioned matter.

Dated: August 24, 2012                    Respectfully submitted,

                                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                                    __s/Julie A. Strother_____
                                    Julie A. Strother
                                    100 Washington Avenue South, Suite 2200
                                    Minneapolis, MN 55401
                                    Tel:    (612) 339-6900
                                    Fax:    (612) 339-0981
                                    Email: jastrother@locklaw.com


                                    *Attorney for Plaintiff Tiffin Motor Homes, Inc.*

455194.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 24, 2012, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: August 24, 2012                     __s/Julie A. Strother_____
                                            Julie A. Strother