# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: OCCUPANT SAFETY RESTRAINT SYSTEMS CASES | CASE NO. 2:12-md-02311 |
| | HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATES TO: BEAM'S INDUSTRIES, INC. v. AUTOLIV, INC., AUTOLIV ASP, INC., AUTOLIV B.V. & CO. KG, AUTOLIV JAPAN LTD., TAKATA CORP., TK HOLDINGS, INC.,TOKAI RIKA U.S.A. INC., TRW AUTOMOTIVE HOLDINGS CORP., and TRW DEUTSCHLAND HOLDING GMBH, Case No. 2:12-cv-13214 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lance C. Young, of Sommers Schwartz, P.C., hereby enters his appearance as counsel of record on behalf of Plaintiff, Beam's Industries, Inc., in the above-captioned matter.

Dated:  August 27, 2012

       s/ Lance C. Young (P51254)
       Sommers Schwartz, P.C.
       2000 Town Center, Suite 900
       Southfield, MI  48075-1100
       248-355-0300
       lyoung@sommerspc.com

       *Counsel for Plaintiff Bean's Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, I electronically filed copy of the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to ECF registered counsel.

s/ Lance C. Young (P51254)
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075-1100
248-355-0300
lyoung@sommerspc.com
