# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF GENE W. KIM

**PLEASE TAKE NOTICE** that Gene W. Kim of Cotchett, Pitre & McCarthy LLP hereby enters his appearance on behalf of Meetesh Shah in the above-captioned matter.

Dated: August 30, 2012            **COTCHETT, PITRE & McCARTHY, LLP**

By: _/s/ Gene W. Kim_
Gene W. Kim
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
E-mail: gkim@cpmlegal.com

## **CERTIFICATE OF SERVICE**

I, Gene W. Kim, hereby certify that I caused a true and correct copy of the **NOTICE OF APPEARANCE OF GENE W. KIM**, to be served upon all registered counsel of record via the Court's CM/ECF system on August 30, 2012.

                                                /s/ *Gene W. Kim*
                                                Gene W. Kim