UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION _____ This Document Relates to: **All Automobile Dealer Actions** | MDL No. 2311 Judge Marianne O. Battani Magistrate Mona K. Majzoub |

**APPEARANCE**

PLEASE TAKE NOTICE that Kathryn Eisenstein of Mantese Honigman Rossman and Williamson, P.C. hereby enters an Appearance on behalf of all Automobile Dealer Plaintiffs, including: (1) Hammett Motor Co., (2) Landers Auto Group No. 1, Inc., (3) Superstore Automotive, Inc., (4) Martens Cars of Washington, Inc., (5) Lee Pontiac-Oldsmobile-GMC Truck, Inc., (6) Westfield Dodge City, Inc., (7) V.I.P. Motor Cars Ltd., (8) Desert European Motorcars, Ltd., (9) Landers McLarty Fayetteville TN, LLC, (10) Dale Martens Nissan Subaru, Inc., (11) Green Team of Clay Center Inc., (12) McGrath Automotive Group, Inc., (13) Table Rock Automotive, Inc., d/b/a Todd Archer Hyundai, (14) Archer-Perdue, Inc., d/b/a/ Archer-Perdue Suzuki, (15) Lee's Summit Chrysler Jeep Dodge, (16) Bonneville and Son, Inc., (17) Holzhauer Auto and Truck Sales, Inc., (18) Pitre, Inc., d/b/a/ Pitre Buick GMC, (19) Patsy Lou Chevrolet, Inc., (20) John Greene Chrysler Dodge Jeep, LLC (21) SLT Group II, Inc., d/b/a Planet Nissan Subaru of Flagstaff, (22) Herb Hallman Chevrolet, Inc., d/b/a/ Champion Chevrolet, (23) Charles Daher's Commonwealth Motors, Inc., d/b/a Commonwealth Chevrolet, (24) Commonwealth Kia, Commonwealth Honda (25) Commonwealth Volkswagen, Inc., d/b/a Commonwealth Volkswagen (26) Commonwealth Nissan, Inc., d/b/a Commonwealth Nissan,

(27) Ramey Motors, Inc., (28) Thornhill Superstore, Inc., d/b/a Thornhill GM Superstore, (29) Dave Heather Corporation, d/b/a Lakeland Toyota Honda Mazda Subaru, (30) Central Salt Lake Valley GMC Enterprises, LLC, d/b/a Salt Lake Valley Buick GMC (31) Capitol Chevrolet Cadillac, Inc., (32) Capitol Dealerships, Inc., d/b/a Capitol Toyota, and (33) Beck Motors, Inc., in the above-entitled action.

                                            Respectfully submitted,

                                            /s/ *Kathryn Eisenstein*
                                            Gerard V. Mantese
                                            (Michigan Bar No. P34424)
                                            David Hansma
                                            (Michigan Bar No. P71056)
                                            Brendan H. Frey
                                            (Michigan Bar No. P70893)
                                            Joshua P. Lushnat
                                            (Michigan Bar No. P75319)
                                            Kathryn Eisenstein
                                            (Michigan Bar No. P66371)
                                            Mantese Honigman Rossman and
                                            Williamson, P.C.
                                            1361 E. Big Beaver Road
                                            Troy, Michigan 48083
                                            Telephone: (248) 457-9200
                                            gmantese@manteselaw.com
                                            dhansma@manteselaw.com
                                            bfrey@manteselaw.com
                                            jlushnat@manteselaw.com
                                            keisenstein@manteselaw.com

Dated:  August 30, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2012 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

                                              /s/Sherri Sikorski_____
                                              Sherri Sikorski
                                              Mantese Honigman Rossman and Williamson, P.C.
                                              1361 E. Big Beaver Rd.
                                              Troy, Michigan 48083
                                              Telephone: (248) 457-9200
                                              Ssikorski@manteselaw.com