**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) MDL NO. 2311 ) ) _____ ) ) ALL PARTS ) _____ ) ) THIS DOCUMENT RELATES TO: ALL ) CASES ) | Case No. 2:12-md-02311<br><br>Judge Marianne O. Battani<br>Magistrate Mona K. Majzoub |

## NOTICE OF APPEARANCE

TO THE CLERK:

PLEASE TAKE NOTICE that Warren T. Burns of Susman Godfrey, LLP hereby enters his appearance in this matter on behalf of Plaintiff Meredith Heller in the above matter. Please serve copies of all pleadings, notices, and other documents upon the undersigned.

Dated: September 5, 2012

Respectfully submitted,

By: /s/ Warren T. Burns
   Warren T. Burns
   SUSMAN GODFREY, LLP
   901 Main Street, Suite 5100
   Dallas, Texas 75202
   Phone: (214) 754-1900
   Facsimile: (214) 754-1933
   wburns@susmangodfrey.com

   *Attorney for Plaintiff*
   *Meredith Heller and the Class*

## **CERTIFICATE OF SERVICE**

Warren Burns, hereby certifies that on the 5th day of September 2012, I filed with the Clerk of Court the forgoing Notice of Appearance to be filed via the Court's ECF system which will send notification of such filing to all attorneys of record.

/s/ Warren T. Burns
Warren T. Burns