UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | 12-md-02311 Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | : : | |
| THIS RELATES TO: | : : | W:12-cv-00102-MOB-MKM |
| All Dealership Actions | : : | |

## NOTICE OF APPEARANCE OF MICHELLE K. FISCHER

TO:   THE CLERK OF THE COURT

    PLEASE enter the appearance of Michelle K. Fischer, of the law firm Jones Day, as counsel on behalf of Yazaki Corporation in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: September 5, 2012                JONES DAY

                                                     By:  /s/ Michelle K. Fischer
                                                     Michelle K. Fischer (Ohio Bar No. 0042298)
                                                     JONES DAY
                                                     North Point
                                                     901 Lakeside Avenue
                                                     Cleveland, OH 44114
                                                     216-586-3939
                                                     216-579-0212 (facsimile)
                                                     *Email*:  mfischer@jonesday.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2012, I electronically filed my Appearance on behalf of Yazaki Corporation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 5, 2012				JONES DAY

                                                  By: /s/ Michelle K. Fischer
                                                  Michelle K. Fischer (Ohio Bar No. 0042298)
                                                  JONES DAY
                                                  North Point
                                                  901 Lakeside Avenue
                                                  Cleveland, OH 44114
                                                  216-586-3939
                                                  216-579-0212 (facsimile)
                                                  *Email*: mfischer@jonesday.com