UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **In Re: AUTOMOTIVE PARTS** | : | 12-md-02311 |
| **ANTITRUST LITIGATION** | : | Honorable Marianne O. Battani |
| | : | |
| **In Re: WIRE HARNESS CASES** | : | |
| | : | |
| **THIS RELATES TO:** | : | W:12-cv-00102-MOB-MKM |
| | : | |
| **All Dealership Actions** | : | |
| | : | |

## NOTICE OF APPEARANCE OF JOHN M. MAJORAS

TO:    THE CLERK OF THE COURT

PLEASE enter the appearance of John M. Majoras, of the law firm Jones Day, as counsel on behalf of Yazaki Corporation in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: September 6, 2012                              JONES DAY

By: /s/ John M. Majoras
John Majoras (Ohio Bar No. 0036780)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
202-879-3939
202-626-1700 (facsimile)
*Email*: jmmajoras@jonesday.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2012, I electronically filed my Appearance on behalf of Yazaki Corporation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 6, 2012

JONES DAY

By: /s/ John M. Majoras
John Majoras (Ohio Bar No. 0036780)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C.  20001-2113
202-879-3939
202-626-1700 (facsimile)
*Email*:  jmmajoras@jonesday.com