# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: FURUKAWA WIRING SYSTEMS AMERICA, INC.

Date of Service: September 7, 2012

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

__X__ Other (specify):
FedEx Express
2711 Centerville Rd. #400
Wilmington, DE 19808

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sherri Sikorski
Signature of Server: Sherri Sikorski
Date: September 10, 2012
Server's Address: Mantese Honigman Rossman & Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, MI 48083

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In re: Automotive Wire Harness Systems Antitrust Litigation | )<br>)<br>)<br>) Civil Action No. 12-md-02311<br>)<br>)<br>)<br>) Hon. Marianne O. Battani<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: FURUKAWA WIRING SYSTEMS AMERICA, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Gerard V. Mantese
> Mantese Assoc.
> 1361 E. Big Beaver Road
> Troy, MI 48083

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _s/ Kristen Krawczyk_
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 13, 2012



FedEx Express — NEW Package US Airbill

FedEx Tracking Number: 8755 8719 3955

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

Sender's Copy

From (Form ID No.): 0215

**1 From** *Please print and press hard.*
Date: 9/10/12
Sender's FedEx Account Number: SENDER'S FEDEX408-7002-5
Sender's Name: Brendon Frey
Phone: (248) 457-9200
Company: MANTESE HONIGMAN
Address: 1361 E BIG BEAVER RD
City: TROY   State: MI   ZIP: 48083-1956

**2 Your Internal Billing Reference**
OPTIONAL: WireHarness

**3 To**
Recipient's Name: (blank)
Phone: (302) 636-5400
Company: Corporation Service Company (CSC)
Address: 2711 Centerville Rd. #400
City: Wilmington   State: DE   ZIP: 19808

0436922877

**4 Express Package Service** *To most locations.*
- [ ] FedEx First Overnight
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] NEW FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging** *Declared value limit $500.*
- [X] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**
- [ ] SATURDAY Delivery
- [ ] No Signature Required
- [X] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice

**7 Payment** *Bill to:*
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages: 1   Total Weight: ___ lbs.   Total Declared Value: $ .00

611

The FedEx US Airbill has changed. See Section 4.

Rev. Date 11/10 • Part #153124 • ©1994-2010 FedEx • PRINTED IN U.S.A. SRS



**Detailed Results**

Tracking no.: 875587193955    Select time format: 12H | 24H    E-mail notifications

**Delivered**
Signed for by: P.SISOFO

**Shipment Dates**
Ship date: Sep 6, 2012
Delivery date: Sep 7, 2012 9:23 AM

**Destination**
Signature Proof of Delivery

**Shipment Options**
Hold at FedEx Location
Hold at FedEx Location service is not available for this shipment.

**Shipment Facts**

| Service type | Priority Envelope | Delivered to | Mailroom |
|---|---|---|---|
| Weight | 1.0 lbs/.5 kg | Reference | WIRE HARNESS |

**Shipment Travel History**

Select time zone: Local Scan Time
All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Sep 7, 2012 9:23 AM | Delivered | | |
| Sep 7, 2012 9:04 AM | On FedEx vehicle for delivery | NEW CASTLE, DE | |
| Sep 7, 2012 8:09 AM | At local FedEx facility | NEW CASTLE, DE | |
| Sep 7, 2012 6:50 AM | At destination sort facility | PHILADELPHIA, PA | |
| Sep 7, 2012 3:57 AM | Departed FedEx location | MEMPHIS, TN | |
| Sep 7, 2012 12:06 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Sep 6, 2012 9:35 PM | Left FedEx origin facility | SOUTHFIELD, MI | |
| Sep 6, 2012 3:13 PM | Picked up | SOUTHFIELD, MI | |

FedEx Express Corporation  U.S. Mail. 1000 Fedex Drive  Telephone 901-463-3339
Delivery Information  Coraopolis, PA 15108-0022
Domestic Trace
1000 Fedex Drive

Coraopolis, PA 15108-0022



# FAX HEADER SHEET

FROM: FedEx Express
PHONE: 1-800-GO-FEDEX

TO: Sherri Sikorski
PHONE: (248) 457-9201

PAGES: 2 (including header)

Reference Number: R2012091002148293070

FedEx Express  
Customer Support  
Domestic Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone 901-369-3600



September 10, 2012

Sherri Sikorski  
(248) 457-9201

Dear Sherri Sikorski:

Our records reflect the following delivery information for the shipment with the tracking number 875587193955.

Delivery Information:

    Signed For By:   P.SISOFO

    Delivery Date:   September 07, 2012

    Delivery Time:   09:23 AM

Shipping Information:

Shipment Reference Information: WIRE HARNESS

| Tracking No: | 875587193955 | Ship Date: | September 06, 2012 |
|---|---|---|---|
| Shipper: | TROY, MI US | Recipient: | WILMINGTON, DE US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx (1-800-463-3339)  
Reference No: R20120910021482930 70

This Information is provided subject to the FedEx Service Guide.