UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____/
:  Master File No. 12-md-02311
IN RE AUTOMOTIVE PARTS       :  Honorable Marianne O. Battani
ANTITRUST LITIGATION         :  Honorable Mona Majzoub
_____/ :
:
PRODUCT(S):                  :
:
WIRE HARNESS SYSTEMS         :
:
_____:
:
THIS DOCUMENT RELATES TO:    :
:
ALL END PAYOR ACTIONS    :
_____/

## STIPULATION AND ORDER

Plaintiffs Melissa Barron; John Hollingsworth; Jane Taylor; Janne Rice; Robert Rice, Jr.; and Stacey Nickell (collectively, "California and West Virginia Plaintiffs in the End Payor Actions") and the Undersigned Defendants in the End Payor Actions, by and through their respective counsel, stipulate and agree as follows:

To the extent that any of the cases are not otherwise resolved by the conclusion of pretrial proceedings and such cases remain in or have the right to return to any jurisdiction other than the Eastern District of Michigan, California and West Virginia Plaintiffs in the End Payor Actions will consent to the transfer of those cases to the Eastern District of Michigan. Undersigned Defendants in the End Payor Actions will not contest venue in the Eastern District Of Michigan.

The Parties to this Stipulation preserve all other applicable rights. None of the Undersigned Defendants will be precluded from contesting the applicability of any state law in any transferor district on any ground, including, without limitation, that a defendant lacks

-2-

sufficient contacts with that state, and nothing herein shall be deemed to preclude plaintiffs from opposing the same.

Other defendants in the End Payor Actions may join this stipulation at a later date provided that they agree to all of its terms.

**SO ORDERED:**

                                                            **s/Marianne O. Battani**
**Dated: September 10, 2012**                     United States District Judge

**IT IS SO STIPULATED.**

                                 **THE MILLER LAW FIRM, P.C**

September 7, 2012                    By  <u>s/ E. Powell Miller</u>
                                            E. Powell Miller (P39487)
                                            Adam T. Schnatz
                                            950 W. University Dr., Ste. 300
                                            Rochester, Michigan 48307
                                            Telephone: (248) 841-2200
                                            Facsimile: (248) 652-2852
                                            epm@millerlawpc.com

                                            *Attorneys for Plaintiffs and Interim*
                                            *Liaison Counsel for the Proposed End-*
                                            *Payor Plaintiffs Classes*


                                            Hollis Salzman
                                            Bernard Persky
                                            William V. Reiss
                                            **LABATON SUCHAROW LLP**
                                            140 Broadway
                                            New York, NY 10005
                                            Telephone: (212) 907-0700
                                            Facsimile: (212) 883-7058
                                            hsalzman@labaton.com
                                            bpersky@labaton.com
                                            wreiss@labaton.com


                                            Mark M. Seltzer
                                            Steven G. Sklaver
                                            **SUSMAN GODFREY L.L.P.**
                                            1901 Avenue of the Stars, Suite 950
                                            Los Angeles, CA 90067-6029
                                            Telephone: (310) 789-3100
                                            Facsimile: (310) 789-3150
                                            mseltzer@susmangodfrey.com
                                            ssklaver@susmangodfrey.com

Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com


Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
**COTCHETT, PITRE &
McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com


*Attorneys for Plaintiffs and Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiffs Classes*

|  |  | LANE POWELL PC |
|---|---|---|
| September 7, 2012 | By: | /s/ Larry S. Ganges |
|  |  | Larry S. Gangnes |
|  |  | LANE POWELL PC |
|  |  | 1420 Fifth Ave., Suite 4100 |
|  |  | Seattle, WA  98101-2338 |
|  |  | Telephone:  (206) 223-7000 |
|  |  | Facsimile:  (206) 223-7107 |
|  |  | gangnesl@lanepowell.com |

Craig D. Bachman
Kenneth R. Davis II
Masayuki Yamaguchi
Darin M. Sands
LANE POWELL PC
ODS Tower
601 SW Second Ave., Suite 2100
Portland, OR  97204-3158
Telephone:  (503) 778-2100
Facsimile:  (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
yamaguchim@lanepowell.com
sandsd@lanepowell.com

Irwin Alterman
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI  48084
248-528-1111
irwin.alterman@kkue.com

*Attorneys for Defendants American Furukawa, Inc. and Furukawa Electric Co., Ltd.*

WILMER CUTLER PICKERING HALE AND DORR LLP

September 7, 2012     By:     /s/ Steven F. Cherry
Steven F. Cherry
David P. Donovan
Stephanie K. Wood
Elizabeth Martin
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
stephanie.wood@wilmerhale.com
ellie.martin@wilmerhale.com

Karen D. Stringer
Heather Price
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6406
Fax: (617) 526-5000
karen.stringer@wilmerhale.com
heather.price@wilmerhale.com

*Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International America, Inc.*

KERR, RUSSELL AND WEBER, PLC

September 7, 2012     By:     /s/ William A. Sankbeil
William A. Sankbeil (P19882)
Joanne Geha Swanson (P33594)
Matthew L. Powell (P69186)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 (facsimile)
wsankbeil@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russel.com

James L. Cooper
Sonia Kuester Pfaffenroth
Laura Cofer Taylor
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5014
(202) 942-5999-facsimile
Email: james.cooper@aporter.com

*Attorneys for Defendants Fujikura America, Inc., and Fujikura Ltd.*

SMITH, GAMBRELL & RUSSELL, LLP

September 7, 2012     By:     /s/ Wm. Parker Sanders
Wm. Parker Sanders (Georgia Bar No. 626020)
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 815-3684
psanders@sgrlaw.com

*Attorney for Defendant Kyungshin-Lear Sales and Engineering, LLC*

DYKEMA GOSSETT PLLC

September 7, 2012         By:    /s/ Howard B. Iwrey
                                 Howard B. Iwrey (P39635)
                                 DYKEMA GOSSETT PLLC
                                 39577 Woodward Avenue, Suite 300
                                 Bloomfield Hills, MI  48304
                                 (248) 203-0526 – Telephone
                                 hiwrey@dykema.com

                                 Andrew S. Marovitz
                                 Britt M. Miller
                                 MAYER BROWN LLP
                                 71 S. Wacker Drive
                                 Chicago, IL  60606
                                 (312) 782-0600 –Telephone
                                 (312) 701-7711 – Facsimile
                                 amarovitz@mayerbrown.com
                                 bmiller@mayerbrown.com

                                 *Attorneys for Defendant Lear Corporation*

-8-

|  |  |  |
|---|---|---|
|  |  | GIARMARCO, MULLINS & HORTON, P.C. |
| September 7, 2012 | By: | /s/ William H. Horton |

William H. Horton (P31567)
Giarmarco, Mullins & Horton, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
Phone: 248-457-7060
bhorton@gmhlaw.com

Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel.: 202-637-2200
Fax: 202-637-2201
Maggy.sullivan@lw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd., Sumitomo Electric Wiring Systems, Inc., Sumitomo Electric Wintec America, Inc., Sumitomo Wiring Systems (U.S.A.) Inc., Sumitomo Wiring Systems, Ltd., and K&S Wiring Systems, Inc.*

|  |  |  |
|---|---|---|
|  |  | BUTZEL LONG |
| September 7, 2012 | By: | /s/ David F. DuMouchel |

David F. DuMouchel
George B. Donnini
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel: 313-225-7000
dumouchd@butzel.com
donnini@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel: 202-663-7820
TMiller@bakerandmiller.com

*Attorneys for Defendants Tokai Rika Co., Ltd. and TRAM, Inc.*

|  |  |  |
|---|---|---|
|  |  | JONES DAY |
| September 7, 2012 | By: | /s/ John M. Majoras |
|  |  | John M. Majoras |
|  |  | Carmen G. McLean |
|  |  | JONES DAY |
|  |  | 51 Louisiana Ave. N.W. |
|  |  | Washington, D.C. 20001-2113 |
|  |  | Tel. (202) 879-3939 |
|  |  | Fax (202) 626-1700 |
|  |  | jmmajoras@jonesday.com |
|  |  | cgmclean@jonesday.com |

Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel. (216) 586-3939
Fax (216) 579-0212
mfischer@jonesday.com
sjsqueri@jonesday.com

*Attorneys for Defendant*
*Yazaki Corporation and*
*Yazaki North America, Inc.*