UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE OF HOWARD B. IWREY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of Lear Corporation in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 11, 2012         DYKEMA GOSSETT PLLC

                    By:  s/ Howard B. Iwrey
                       Howard B. Iwrey (P39635)
                       Attorneys for Defendant Lear Corporation
                       39577 Woodward Avenue
                       Bloomfield Hills, Michigan 48304
                       (248) 203-0526
                       (248) 203-0763 - facsimile
                       *email*:  hiwrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2012, I electronically filed my Appearance on behalf of Lear Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 11, 2012                    DYKEMA GOSSETT PLLC

By:  _s/  Howard B. Iwrey_____
   Howard B. Iwrey (P39635)
   Attorneys for Defendant Lear Corporation
   39577 Woodward Avenue
   Bloomfield Hills, Michigan 48304
   (248) 203-0526
   (248) 203-0763 - facsimile
   *email*: hiwrey@dykema.com

BH01\1648502.1
ID\HBI - 097535\0004