### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### <u>APPEARANCE OF HOWARD B. IWREY</u>

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of TRW Automotive Holdings Corp. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 11, 2012              DYKEMA GOSSETT PLLC

                                        By:  s/  Howard B. Iwrey_____
                                             Howard B. Iwrey (P39635)
                                             Attorneys for Defendant Lear Corporation
                                             39577 Woodward Avenue
                                             Bloomfield Hills, Michigan 48304
                                             (248) 203-0526
                                             (248) 203-0763 - facsimile
                                             *email*:  hiwrey@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2012, I electronically filed my Appearance on behalf of TRW Automotive Holdings Corp. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 11, 2012                              DYKEMA GOSSETT PLLC

                                                                        By:  _s/  Howard B. Iwrey_____
                                                                               Howard B. Iwrey (P39635)
                                                                               Attorneys for Defendant Lear Corporation
                                                                               39577 Woodward Avenue
                                                                               Bloomfield Hills, Michigan 48304
                                                                               (248) 203-0526
                                                                               (248) 203-0763 - facsimile
                                                                               *email*: hiwrey@dykema.com

BH01\1649197.1
ID\HBI - 087911\0010