UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

## APPEARANCE OF DANTE A. STELLA

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Dante A. Stella of the law firm Dykema Gossett PLLC, as counsel on behalf of Lear Corporation in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 11, 2012              DYKEMA GOSSETT PLLC

                          By: /s/ Dante A. Stella _____
                              Dante A. Stella (P60443)
                              Attorneys for Defendant Lear Corporation
                              400 Renaissance Center
                              Detroit, Michigan  48243-1668
                              (313) 568-6693
                              (313) 568-6701 - facsimile
                              *email*:   dstella@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2012, I electronically filed my Appearance on behalf of Lear Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 11, 2012              DYKEMA GOSSETT PLLC

By: /s/ Dante A. Stella  _____
Dante A. Stella (P60443)
Attorneys for Defendant Lear Corporation
400 Renaissance Center
Detroit, Michigan  48243-1668
(313) 568-6693
(313) 568-6701 - facsimile
*email*:   dstella@dykema.com