UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO ALL CASES** | |

### APPEARANCE OF KATHERINE M. ROBISON

TO:   THE CLERK OF THE COURT

     PLEASE enter the appearance of Katherine M. Robison, with the law firm O'Melveny & Myers LLP, as counsel on behalf of Leoni AG, Leoni Kabel GmbH, Leoni Wire Inc., Leoni Wiring Systems, Inc. and Leonische Holding Inc. in the above-captioned matters. The appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  September 11, 2012          O'MELVENY & MYERS LLP

                                            By:  /s/ Katherine M. Robison
                                            Katherine M. Robison (California Bar No. 221556)
                                            O'MELVENY & MYERS LLP
                                            Two Embarcadero Center, 28th Floor
                                            San Francisco, CA 94111-3823
                                            415-984-8700
                                            415-984-8701 (facsimile)
                                            *Email*: krobison@omm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2012, I electronically filed this Appearance on behalf of Leoni AG, Leoni Kabel GmbH, Leoni Wire Inc., Leoni Wiring Systems, Inc. and Leonische Holding Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated:  September 11, 2012              O'MELVENY & MYERS LLP

                                                    By:  /s/ Katherine M. Robison
                                                    Katherine M. Robison (California Bar No. 221556)
                                                    O'MELVENY & MYERS LLP
                                                    Two Embarcadero Center, 28th Floor
                                                    San Francisco, CA 94111-3823
                                                    415-984-8700
                                                    415-984-8701 (facsimile)
                                                    *Email*: krobison@omm.com