UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: OCCUPANT SAFETY SYSTEMS CASES | S:12-cv-00600-MOB-MKM |
| THIS RELATES TO: ALL OCCUPANT SAFETY SYSTEMS CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Randall B. Weill of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiff Beam's Industries, Inc. in the above-captioned matter.

Dated: September 13, 2012

/s/ Randall B. Weill
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Plaintiff Beam's Industries, Inc.

3549673.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Randall B. Weill
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Plaintiff Beam's Industries, Inc.

3549673.1