**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-2311 Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

<u>**APPEARANCE OF JAMES P. FEENEY**</u>

TO:    THE CLERK OF THE COURT

      PLEASE enter the appearance of James P. Feeney of the law firm Dykema Gossett PLLC, as counsel on behalf of TRW Automotive Holdings Corp. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 13, 2012           DYKEMA GOSSETT PLLC

                  By: /s/ James P. Feeney
                     James P. Feeney  (P13335)
                     Attorneys for Defendant
                      TRW Automotive Holdings Corp.
                     39577 Woodward Avenue, Suite 300
                     Bloomfield Hills, Michigan  48304
                     (248) 203-0841
                     (248) 203-0763 - facsimile
                     *email*:  jfeeney@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, I electronically filed my Appearance on behalf of TRW Automotive Holdings Corp. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 13, 2012                    DYKEMA GOSSETT PLLC

By: /s/ James P. Feeney
    James P. Feeney  (P13335)
    Attorneys for Defendant
     TRW Automotive Holdings Corp.
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, Michigan 48304
    (248) 203-0841
    (248) 203-0763 - facsimile
    *email*:  jfeeney@dykema.com

BH01\1650528.1
ID\JPF - 087911\0010