UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiff Findlay Industries, Inc. in the above-captioned matter.

Dated: September 13, 2012    /s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiff Findlay Industries, Inc.

3549620.1

CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2012 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

      /s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiff Findlay Industries, Inc.

3549620.1