# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | * * * | 12-md-02311<br>Honorable Marianne O. Battani |
| **IN RE: WIRE HARNESS CASES** | * * * * | W:12-cv-00103-MOB-MKM<br><br>Case No. 12-cv-10675-MOB-MKM |
| **THIS RELATES TO:**<br>Margaret A. Sirmon, et al.<br>v.<br>Delphi Automotive Systems, LLC, et al. | * * * * * | NOTICE OF VOLUNTARY DISMISSAL<br>OF CLAIMS BY PLAINTIFF<br>SCOTT M. QUINN |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, SCOTT M. QUINN, voluntarily dismisses her claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated:   September 13, 2012          Respectfully submitted,

                                             /s/Hugh P. Lambert
                                             HUGH P. LAMBERT, ESQ. (MI Bar #P23567)
                                             CANDICE C. SIRMON, ESQ.
                                             LAMBERT & NELSON, PLC
                                             701 Magazine Street
                                             New Orleans, Louisiana 70130
                                             Telephone: (504) 581-1750
                                             Facsimile: (504) 529-2931
                                             hlambert@lamnel.com

*Attorneys for Plaintiff, Scott M. Quinn*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (MI Bar #P23567)