## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF APPEARANCE OF JOEL DAVIDOW

PLEASE TAKE NOTICE that Joel Davidow of Cuneo Gilbert & LaDuca, LLP, hereby enters his appearance as counsel for all Automobile Dealer Plaintiffs in the above-captioned case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 17, 2012         Respectfullysubmitted,

/s/ Joel Davidow
Joel Davidow
Cuneo Gilbert & LaDuca, LLP
507 C Street NE
Washington, DC 20002
Tel: (202) 789 3960
Fax: (202) 789 1813
joel@cuneolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF systemwhich will send notification ofsuch filing to ECF-registered counsel.

/s/ Joel Davidow
Joel Davidow