**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 2:12-md-02311 |
| ALL PARTS | Judge Marianne O. Battani<br>Magistrate Mona K. Majzoub |
| THIS RELATES TO:<br>ALL CASES | |

## APPEARANCE OF MARC M. SELTZER

PLEASE TAKE NOTICE that Marc M. Seltzer of Susman Godfrey L.L.P. hereby enters an appearance on behalf of all End-Payor Plaintiffs in the above-captioned Master Case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated:  September 17, 2012          Respectfully submitted,

By /s/ Marc M. Seltzer
Marc M. Seltzer *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
mseltzer@susmangodfrey.com

2406124v1/013283

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on September 17, 2012, I caused a true and correct copy of the following NOTICE OF APPEARANCE to be filed and served electronically via the Panel's CM/ECF system.

/s/  Marc M. Seltzer
Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Telephone:  (310) 789-3100
Fax:  (310) 789-3150
mseltzer@susmangodfrey.com