**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In Re: AUTOMOTIVE PARTS** | : | 12-md-02311 |
| **ANTITRUST LITIGATION** | : | Honorable Marianne O. Battani |
| | : | |
| **ALL PARTS** | : | |
| | : | |
| **THIS RELATES TO:** | : | |
| **ALL CASES** | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO:    THE CLERK OF THE COURT

PLEASE withdrawal the appearance of Atleen Kaur of Yazaki North America, Inc. ("YNA"), as counsel on behalf of YNA in the above-captioned matter.

Dated: September 19, 2012                  YAZAKI NORTH AMERICA, INC.


By:  /s/ Atleen Kaur
Atleen Kaur (State Bar No. P66595)
Yazaki North America, Inc.
6801 N. Haggerty Road
Canton, MI 48187
734-983-4622
734-983-4623 (facsimile)
*Email*:  Atleen.kaur@us.yazaki.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on September 19, 2012, I electronically filed my Notice of Withdrawal of Appearance on behalf of Yazaki North America, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: September 19, 2012                YAZAKI NORTH AMERICA, INC.

                                    By:  /s/ Atleen Kaur
                                    Atleen Kaur (State Bar No. P66595)
                                    Yazaki North America, Inc.
                                    6801 N. Haggerty Road
                                    Canton, MI 48187
                                    734-983-4622
                                    734-983-4623 (facsimile)
                                    *Email:*  Atleen.kaur@us.yazaki.com