**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 |
| | Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO ALL CASES** | |

**APPEARANCE OF MICHAEL R. TURCO**

TO:    THE CLERK OF THE COURT

      PLEASE enter the appearance of Michael R. Turco of the law firm Brooks Wilkins Sharkey & Turco, PLLC, as counsel on behalf of Leoni AG, Leoni Kabel GmbH, Leoni Wire Inc., Leoni Wiring Systems, Inc. and Leonische Holding Inc. in the above-captioned matter. The appearance shall not be deemed to a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure

                     Respectfully submitted,

                     Brooks Wilkins Sharkey & Turco, PLLC

                     By:    /s/ Michael R. Turco
                          Michael R. Turco (P48705)
                     401 S. Old Woodward Avenue, Ste. 400
                     Birmingham, Michigan 48009
                     (248) 971-1800
                     (248) 971-1801 (facsimile)
                     turco@bwst-law.com

                     Attorneys for Defendants Leoni AG,
                     Leoni Kabel GmbH, Leoni Wire Inc.,
                     Leoni Wiring Systems, Inc. and
                     Leonische Holding Inc.

Date: September 24, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.


By: ____/s/ Michael R. Turco_____
         Michael R. Turco (P48705)
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue, Ste. 400
Birmingham, Michigan 48009
(248) 971-1800
(248) 971-1801 (facsimile)
turco@bwst-law.com

Attorneys for Defendants Leoni AG,
Leoni Kabel GmbH, Leoni Wire Inc.,
Leoni Wiring Systems, Inc. and
Leonische Holding Inc.