MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

12-md-02311

Honorable Marianne O. Battani

IN RE: ALL PARTS

THIS RELATES TO: ALL CASES

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **TK Holdings Inc.**

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [x]    No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: **Takata Corporation**
   Relationship with Named Party: **TK Holdings Inc. is a subsidiary of Takata Corporation.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [X]    No [ ]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: **Takata Corporation**
   Nature of Financial Interest: **Parent**

Date: September 27, 2012            Signature: /s/ Suzanne L. Wahl

Bar No: P71364
Firm Name (if applicable): Schiff Hardin LLP
Address 1: 350 S. Main St.
Address 2: Suite 210
City, State Zip Code: Ann Arbor, MI 48104
Telephone No: 734-222-1500
Primary Email Address: swahl@schiffhardin.com