**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | W:12-cv-00100-MOB-MKM |
| THIS RELATES TO:  ALL WIRE HARNESS CASES | |

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | W:12-cv-00101-MOB-MKM |
| THIS RELATES TO:  DIRECT PURCHASER ACTIONS | |

3645478.1

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | W:12-cv-00101-MOB-MKM |
| THIS RELATES TO: DIRECT PURCHASER ACTIONS | |

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: HEATER CONTROL PANELS CASES | H:12-CV-00401-MOB-MKM |
| THIS RELATES TO: DIRECT PURCHASER ACTIONS | |

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: HEATER CONTROL PANELS CASES | H:12-cv-00400-MOB-MKM |
| THIS RELATES TO: ALL HEATER CONTROL PANEL CASES | |

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re: INSTRUMENT PANEL CLUSTER CASES | P:12-cv-00200-MOB-MKM |
| THIS RELATES TO: ALL INSTRUMENT PANEL CLUSTER CASES | |

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re: INSTRUMENT PANELS CLUSTER CASES | P:12-cv-00201-MOB-MKM |
| THIS RELATES TO: DIRECT PURCHASER ACTIONS | |

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re: HEATER CONTROL PANELS CASES | |
| THIS RELATES TO:<br><br>TIFFIN MOTOR HOMES, INC.,<br>on behalf of itself and all others similarly situated,<br>       Plaintiff<br>v. | H:12-cv-12866-MOB-MKM |

3645478.1

DENSO CORPORATION and DENSO
INTERNATIONAL AMERICA, INC.
    Defendants

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: INSTRUMENT PANEL CLUSTER CASES | |
| THIS RELATES TO:<br><br>ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, L.L.C., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>   v.<br><br>YAZAKI CORPORATION and YAZAKI NORTH AMERICA, INC.,<br><br>        Defendants. | 2:12-cv-10567-MOB-MKM |

3645478.1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, L.L.C., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>      Defendants. | 2:11-cv-15362-MOB-MKM |

3645478.1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>CRAFT-CO ENTERPRISES, INC., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>                Defendants. | 2:12-cv-10366-MOB-MKM |

3645478.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>DOS MANOS TECHNOLOGIES, LLC., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>          v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>                    Defendants. | 2:12-cv-10155-MOB-MKM |

3645478.1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>MARTINEZ MANUFACTURING, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>      Defendants. | 2:11-cv-15186-MOB-MKM |

3645478.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>MEXICAN INDUSTRIES IN MICHIGAN, INC., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>                Defendants. | 2:11-cv-15553-MOB-MKM |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>QC ONICS VENTURES, LP, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>                Defendants. | 2:12-cv-10720-MOB-MKM |

3645478.1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>T.M. MORRIS MANUFACTURING COMPANY, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>      Defendants. | 2:12-cv-10130-MOB-MKM |

## **MOTION TO WITHDRAW**

PURSUANT TO Local Rule 83.25(b)(2), Joshua R. Carver hereby moves to withdraw his appearance as one of the attorneys for Plaintiffs ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, L.L.C., Craft-Co Enterprises, Inc., Dos Manos Technologies, LLC, Martinez Manufacturing, Inc., Mexican Industries in Michigan, Inc.,QC Onics Ventures, LP, and T.M. Morris Manufacturing Company, Inc. ("Plaintiffs") in the above-captioned matters as effective

3645478.1

September 28, 2012, he will no longer be associated with the Preti Flaherty law firm. Consent from opposing counsel has not been asked for or given as Plaintiffs will otherwise continue to be represented by the Preti Flaherty firm.

Dated: September 28, 2012        /s/ Joshua R. Carver
                                 Preti Flaherty Beliveau & Pachios, LLP
                                 One City Center, PO Box 9546
                                 Portland, ME 04112
                                 Tel. 207-791-3000
                                 Fax 207-791-3111
                                 jcarver@preti.com

## BRIEF IN SUPPORT OF MOTION TO WITHDRAW

In support of his Motion to Withdraw, Joshua R. Carver relies on the factual averments made in the Motion.

WHEREFORE, Joshua R. Carver respectfully asks the Court to enter an Order allowing him to withdraw as one of the counsel for Plaintiffs.

                                 Respectfully Submitted,

Dated: September 28, 2012        /s/ Joshua R. Carver
                                 Joshua R. Carver
                                 Preti Flaherty Beliveau & Pachios, LLP
                                 One City Center, PO Box 9546
                                 Portland, ME 04112
                                 Tel. 207-791-3000
                                 Fax 207-791-3111
                                 jcarver@preti.com

3645478.1

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Joshua R. Carver
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
jcarver@preti.com

3645478.1