**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | W:12-cv-00100-MOB-MKM |
| THIS RELATES TO:  ALL WIRE HARNESS CASES | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | W:12-cv-00101-MOB-MKM |
| THIS RELATES TO:  DIRECT PURCHASER ACTIONS | |

3649682.1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | W:12-cv-00101-MOB-MKM |
| THIS RELATES TO: DIRECT PURCHASER ACTIONS | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: HEATER CONTROL PANELS CASES | H:12-CV-00401-MOB-MKM |
| THIS RELATES TO: DIRECT PURCHASER ACTIONS | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: HEATER CONTROL PANELS CASES | H:12-cv-00400-MOB-MKM |
| THIS RELATES TO: ALL HEATER CONTROL PANEL CASES | |

3649682.1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: INSTRUMENT PANEL CLUSTER CASES | P:12-cv-00200-MOB-MKM |
| THIS RELATES TO:  ALL INSTRUMENT PANEL CLUSTER CASES | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: INSTRUMENT PANELS CLUSTER CASES | P:12-cv-00201-MOB-MKM |
| THIS RELATES TO:  DIRECT PURCHASER ACTIONS | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: HEATER CONTROL PANELS  CASES | |
| THIS RELATES TO:<br><br>TIFFIN MOTOR HOMES, INC.,<br>on behalf of itself and all others similarly situated,<br>          Plaintiff<br>v. | H:12-cv-12866-MOB-MKM |

3649682.1

DENSO CORPORATION and DENSO
INTERNATIONAL AMERICA, INC.
    Defendants

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: INSTRUMENT PANEL CLUSTER CASES | |
| THIS RELATES TO:<br><br>ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, L.L.C., individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>    v.<br><br>YAZAKI CORPORATION and YAZAKI NORTH AMERICA, INC.,<br><br>           Defendants. | 2:12-cv-10567-MOB-MKM |

3649682.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, L.L.C., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>      Defendants. | 2:11-cv-15362-MOB-MKM |

3649682.1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>CRAFT-CO ENTERPRISES, INC., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>     v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>                Defendants. | 2:12-cv-10366-MOB-MKM |

3649682.1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>DOS MANOS TECHNOLOGIES, LLC., individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>  v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>     Defendants. | 2:12-cv-10155-MOB-MKM |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>MARTINEZ MANUFACTURING, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>      Defendants. | 2:11-cv-15186-MOB-MKM |

3649682.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>MEXICAN INDUSTRIES IN MICHIGAN, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>      Defendants. | 2:11-cv-15553-MOB-MKM |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>QC ONICS VENTURES, LP, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>    v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>               Defendants. | 2:12-cv-10720-MOB-MKM |

3649682.1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>T.M. MORRIS MANUFACTURING COMPANY, INC., individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>    v.<br><br>FURUKAWA ELECTRIC CO., LTD., AMERICAN FURUKAWA, INC., FURUKAWA WIRING SYSTEMS AMERICA, INC., YAZAKI CORPORATION, YAZAKI NORTH AMERICA INC., S-Y SYSTEMS TECHNOLOGIES AMERICA, LLC, S-Y SYSTEMS TECHNOLOGIES GmbH, DENSO INTERNATIONAL AMERICA INC., LEONI AG, LEONI KABEL GmbH, SUMITOMO ELECTRIC INDUSTRIES, LTD., and TRAM, INC. f/k/a and d/b/a TOKAI RIKA U.S.A., INC.,<br><br>               Defendants. | 2:12-cv-10130-MOB-MKM |

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW

      Joshua R. Carver hereby withdraws his Motion to Withdraw as counsel as one of the attorneys for Plaintiffs ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, L.L.C., Craft-Co Enterprises, Inc., Dos Manos Technologies, LLC, Martinez Manufacturing, Inc., Mexican Industries in Michigan, Inc.,QC Onics Ventures, LP, and T.M. Morris Manufacturing Company, Inc. ("Plaintiffs") in the above-captioned matters.

3649682.1

Dated: September 28, 2012 /s/ Joshua R. Carver
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
jcarver@preti.com

3649682.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Joshua R. Carver
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
jcarver@preti.com

3649682.1