# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

## NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBER

PLEASE TAKE NOTICE that, effective immediately, the Palm Beach Gardens, Florida office of Cohen Milstein Sellers & Toll PLLC has relocated.  Contact information is as follows:

> Cohen Milstein Sellers & Toll PLLC
> 2925 PGA Blvd., Suite 200
> Palm Beach Gardens, FL 33410
> Tel: (561) 833-6575

The firm's fax number and email addresses remain the same.

Dated: October 4, 2012

Respectfully submitted,

/s/ Manuel J. Dominguez
Manuel J. Dominguez
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
Tel: (561) 833-6575
Fax: (202) 408-4699
jdominguez@cohenmilstein.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2012, I electronically filed the foregoing

document with the Clerk of the Court using the ECF system which will send notification of such

filing to ECF-registered counsel.


<u>/s/ Manuel J. Dominguez</u>
Manuel J. Dominguez