# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL WIRE CASES | |

## NOTICE OF APPEARANCE BY CHARLES A. BIENEMAN

PLEASE TAKE NOTICE that Charles A. Bieneman, of the law firm Bejin, VanOphem & Bieneman, PLC, hereby enters his appearance as counsel on behalf of Defendant S-Y Systems Technologies Europe GmbH in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: October 12, 2012

Respectfully submitted,

BEJIN, VANOPHEM & BIENEMAN, PLC

By: /s/ Charles A. Bieneman
Charles A. Bieneman, P66755
BEJIN, VANOPHEM & BIENEMAN, PLC
300 River Place, Suite 1650
Detroit, MI  48207
Tel:  (313) 244-0676
Fax:  (313) 528-6932
Email: bieneman@bvbip.com

*Attorney for Defendant*
*S-Y Systems Technologies Europe GmbH*

DC: 4598462-1

CERTIFICATE OF SERVICE

       I hereby certify that on October 12, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY CHARLES A. BIENEMAN to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: October 12, 2012                      Respectfully submitted,

                                        BEJIN, VANOPHEM & BIENEMAN, PLC

                                        By: /s/ Charles A. Bieneman
                                               Charles A. Bieneman
                                               BEJIN, VANOPHEM & BIENEMAN, PLC
                                               300 River Place, Suite 1650
                                               Detroit, MI 48207
                                               Tel: (313) 244-0676
                                               Fax: (313) 528-6932
                                               Email: bieneman@bvbip.com

                                               *Attorney for Defendant*
                                               *S-Y Systems Technologies Europe GmbH*