**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Wire Harness Systems<br>All Actions | Master File No. 12-md-2311<br><br>Honorable Marianne O. Battani |

## NOTICE OF APPEARANCE OF DANIEL M. WALL

PLEASE TAKE NOTICE that Daniel M. Wall of the law firm Latham & Watkins LLP, hereby enters his appearance as counsel on behalf of Defendants Sumitomo Electric Wintec America, Inc.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) in the above-captioned matter. The appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  October 24, 2012				Respectfully submitted,

						LATHAM & WATKINS LLP


						By   /s/ Daniel M. Wall
						       Daniel M. Wall
						       LATHAM & WATKINS LLP
						       505 Montgomery Street, Suite 2000
						       San Francisco, California  94111-6538
						       (415).391.0600
						       dan.wall@lw.com
						       CA Bar No. 102580

						*Attorneys for Defendants*
						*Sumitomo Electric Wintec America, Inc.;*
						*Sumitomo Wiring Systems, Ltd.; Sumitomo*
						*Electric Wiring Systems, Inc.; K&S Wiring*
						*Systems, Inc.; and Sumitomo Wiring Systems*
						*(U.S.A.)*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2012, I caused a true and correct copy of the foregoing *NOTICE OF APPEARANCE OF DANIEL M. WALL* to be filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

On the same day, I served a true and correct copy of the above-described document by U.S. Mail to the attorneys on the attached service list.

Dated October 24, 20012

By  /s/ Daniel M. Wall
Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
(415).391.0600
dan.wall@lw.com
CA Bar No. 102580

*Attorneys for Defendants*
*Sumitomo Electric Wintec America, Inc.;*
*Sumitomo Wiring Systems, Ltd.; Sumitomo*
*Electric Wiring Systems, Inc.; K&S Wiring*
*Systems, Inc.; and Sumitomo Wiring Systems*
*(U.S.A.)*

**SERVICE LIST**

In Re:  Automotive Parts Antitrust Litigation
This Document Relates To:  Wire Harness Systems All Actions
U.S. District Court for the Eastern District of Michigan, Southern Division
Master File No. 12-md-2311-MOB-MKM

| | |
|---|---|
| Kristine G. Baker<br>Quattlebaum Grooms Tull & Burrow<br>111 Center Street, Suite 1900<br>Little Rock, AR 72201 | Joseph M. Barton<br>Slancy Binkow & Goldberg<br>One Embarcadero Center, Suite 760<br>San Francisco, CA 94111 |
| Adam C. Belsky<br>Gross Belsky Alonso<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104 | Howard N. Cayne<br>Arnold & Porter<br>555 12th Street NW<br>Washington, DC 20004 |
| Sarah Crowley<br>Gross Belsky Alonso<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104 | J. Bruce Cross<br>Cross Gunter Witherspoon & Galchus<br>P.O. Box 3178<br>Little Rock, AR 72203 |
| David M. Donovan<br>Watts Donovan & Tilley<br>200 River Market Ave, Suite 200<br>Little Rock, AR 72201 | Mary G. Cooper<br>Cross Gunter Witherspoon & Galchus<br>P.O. Box 3178<br>Little Rock, AR 72203 |
| Jeff D. Friedman<br>Hagens Bernam Sobol Shapiro<br>715 Hearst Ave, Suite 202<br>Berkeley, CA 94710 | Greg Hanthorn<br>Jones Day<br>1420 Peachtree St NE, Suite 800<br>Atlanta, GA 30309 |
| Soren E. Gisleson<br>Herman Herman Katz & Cotlar<br>820 O'Keefe Ave<br>New Orleans, LA 70113 | Shelley R. Hebert<br>Jones Day<br>77 W. Wacker<br>Chicago, IL 60601 |
| Russ M. Herman<br>Herman Herman Katz & Cotlar<br>820 O'Keefe Ave<br>New Orleans, LA 70113 | Stephen J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |
| Gregory J. Johnson<br>6688 145th St W<br>Apple Valley, MN 55124 | Randall E. Kahnke<br>Faegre Baker Daniels<br>90 S 7th St, Suite 2200<br>Minneapolis, MN 55402 |

Andrew D. King
WILMER CUTLER PICKERING HALE
 & DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006

Demetrius X. Lambrinos
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Matthew B. Moreland
106 W Seventh St
P.O. Drawer H
Reserve, LA 70084

Heather T. Rankie
Zelle Hofmann Voelbel & Mason
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Aaron E. Robinson
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Eric B. Snyder
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Lloyd J. Tabary, II
8560 Anselmo Lane
Baton Rouge, LA 70817

Reginald Von Terrell
P.O. Box 13315. PMB#148
Oakland, CA 94661

Kevin P. Klibert
106 W Seventh St
P.O. Drawer H
Reserve, LA 70084

Alan S. Miller
Jones Day
2727 North Harwood St
Dallas, TX 75201

Andrea M. Price
Barrasso Usdin Kupperman Freeman & Sarer
LL&E Tower
909 Poydras St, Suite 2400
New Orleans, LA 70112

Curtis D. Ripley
150 S 5th St, Suite 2300
Minneapolis, MN 55402

Shana E. Scarlett
Hagens Berman Sobol Shapiro
715 Hearst Ave, Suite 202
Berkeley, CA 94710

Candice C. Sirmon
701 Magazine Street
New Orleans, LA 70130

Stephen J. Squeri
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Thomas P. Thrash
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

Lin Wang
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

2

Patrick S. Williams  
Briggs & Morgan  
80 S 8th St, Suite 2200  
Minneapolis, MN 55402

Judith A. Zahid  
Zelle Hofmann Voelbel Mason & Gette  
44 Montgomery Street, Suite 3400  
San Francisco, CA 94104