UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF APPEARANCE**

PLEASE enter the appearance of Joanne Geha Swanson, of the law firm of Kerr, Russell and Weber, PLC, as counsel on behalf of Defendant Fujikura America, Inc. and Defendant Fujikura Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: November 8, 2012

KERR, RUSSELL AND WEBER, PLC

By: /s/ *Joanne Geha Swanson*
    Joanne Geha Swanson (P33594))
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 - facsimile
jswanson@kerr-russell.com

*Attorney for Defendants Fujikura America, Inc. and Fujikura Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

By: /s/ *Joanne Geha Swanson*
Joanne Geha Swanson (P33594)
