# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | W:12-CV-00100-MOB-MKM |
| THIS RELATES TO: All Automobile Dealer Actions and All End-Payor Actions | W:12-CV-00102-MOB-MKM W:12-CV-00103-MOB-MKM |

## NOTICE OF ENTRY OF SPECIAL APPEARANCE

To the Clerk of the Court and all Counsel of Record:

Please enter this Special Appearance of Molly S. Crabtree of the law firm Porter Wright Morris & Arthur LLP on behalf of Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc. in all End-Payor Actions and on behalf of Defendants G.S. Electech, Inc. and G.S.W. Manufacturing, Inc. in all Automobile Dealer Actions. This Special Appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Criminal or Civil Procedure.

DATED: November 28, 2012

PORTER WRIGHT MORRIS & ARTHUR LLP

By: /s/ Molly S. Crabtree
Molly S. Crabtree (Ohio Bar No. 0073823)
41 S High St. Suites 2800-3200
Columbus, OH  43215
Telephone:  614-227-2015
Facsimile:  614-227-2100
Email: mcrabtree@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2012, I electronically filed my Special Appearance on behalf of G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

DATED: November 28, 2012

                                        By: /s/ Molly S. Crabtree _____
Molly S. Crabtree (Ohio Bar No. 0073823)
41 S High St. Suites 2800-3200
Columbus, OH  43215
Telephone:  614-227-2015
Facsimile:  614-227-2100
Email: mcrabtree@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*