UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness Cases | W:12-cv-00100-MOB-MKM |
| THIS RELATES TO:<br>All End-Payor Actions | W:12-cv-00103-MOB-MKM |

**NOTICE OF CHANGE OF FIRM AFFILIATION**
**AND WITHDRAWAL OF FORMER FIRM**

TO:  Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE of the following new firm affiliations and contact information for attorneys Dianne M. Nast and Erin C. Burns:

> Dianne M. Nast
> NastLaw LLC
> 1101 Market Street, Suite 2801
> Philadelphia, PA 19107
> Tele: (215) 923-9300
> Fax: (215) 923-9302
> dnast@nastlaw.com
>
> Erin C. Burns
> NastLaw LLC
> 1101 Market Street, Suite 2801
> Philadelphia, PA 19107
> Tele: (215) 923-9300
> Fax: (215) 923-9302
> eburns@nastlaw.com
>
> *Counsel for Plaintiff Gary T. Brock*
> *and End Payor Plaintiffs*

All notices, filings and written communication regarding this action should be sent to the above firm and address.

Please withdraw the appearance of RodaNast, P.C.

| | |
|---|---|
| Dated: November 30, 2012 | Respectfully submitted, |
| /s/ Dianne M. Nast<br>Dianne M. Nast<br>RodaNast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Tele: (717) 892-3000<br>Fax: (717) 892-1200<br>dnast@rodanast.com | /s/ Dianne M. Nast<br>Dianne M. Nast<br>NastLaw LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Tele: (215) 923-9300<br>Fax: (215) 923-9302<br>dnast@nastlaw.com |

*Counsel for Plaintiff Gary T. Brock*
*and End Payor Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2012, I electronically filed the foregoing Notice of Change of Firm Affiliation and Withdrawal of Former Firm with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of the filing to all counsel of record.

                                              /s/ Dianne M. Nast_____
                                              Dianne M. Nast