### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF APPEARANCE OF ERIC MAHR

PLEASE TAKE NOTICE that ERIC MAHR of Wilmer Cutler Pickering Hale and Dorr

LLP hereby enters his appearance on behalf of Schaeffler AG, and Schaeffler Group USA, Inc.,

**only** in the above-entitled matter.  The appearance shall not be deemed to be a waiver of any

rights or defenses that may be available under common law, statutes or the Federal Rules of Civil

Procedure.

WILMER CUTLER PICKERING HALE
AND DORR LLP

By:_____ /s/ _____

Eric Mahr
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
eric.mahr@wilmerhale.com

Dated December 3, 2012

## PROOF OF SERVICE

I, ERIC MAHR, an attorney, hereby certify that on December 3, 2012, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF ERIC MAHR**, to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/

Eric Mahr
Attorney for Defendants Schaeffler AG, and
    Schaeffler Group USA, Inc.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
eric.mahr@wilmerhale.com