# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Case No. 2:12-md-02311
Judge Marianne O. Battani
Magistrate Judge Mona K. Majzoub

ALL PARTS

THIS RELATES TO ALL CASES
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Schaeffler AG_____

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [X]    No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: See Attachment A.
   Relationship with Named Party: See Attachment A.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]    No [X]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: December 18, 2012

_Eric J. Mahr_ (signature)

Eric J. Mahr
459350 (DC Bar)
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Ave. NW
Washington, DC 20006
(202) 663-6446

**Attachment A**

**Parent Corporation/Affiliate Name:** Continental AG

**Relationship with Named Party:** Schaeffler AG holds 36.1% of the issued share capital of the German publicly listed company Continental AG.

**Parent Corporation/Affiliate Name:** FAG Bearings India Ltd.

**Relationship with Named Party:** Through subsidiaries, Schaeffler AG holds 51.33% of the issued share capital of the Indian publicly listed company FAG Bearings India Ltd.

**PROOF OF SERVICE**

      I, ERIC MAHR, an attorney, hereby certify that on December 18, 2012, I caused a true and correct copy of the foregoing **STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**, to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      /s/ Eric Mahr
Eric Mahr
Attorney for Defendants Schaeffler AG, and
    Schaeffler Group USA, Inc.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6446
Fax: (202) 663-6363
eric.mahr@wilmerhale.com