UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

Plaintiff(s),

v.

ALL PARTS
THIS RELATES TO: ALL CASES

Defendant(s).

Case No. 12-md-2311

Judge Marianne O. Battani

Magistrate Judge Mona K. Majzoub

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **NTN Corporation**

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: December 21, 2012

/s/ Fred K. Herrmann

P49519
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
fherrmann@kerr-russell.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

Dated: December 21, 2012

By: /s/ Fred K. Herrmann
Fred K. Herrmann (P49519)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Tel: (313) 961-0200
Fax: (313) 961-0388
fherrmann@kerr-russell.com

2