UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS ANTITRUST
LITIGATION

Plaintiff(s),                          Case No. 12-md-2311

v.                                     Judge Marianne O. Battani

ALL PARTS                              Magistrate Judge Mona K. Majzoub
THIS RELATES TO: ALL CASES

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, NTN USA Corporation _____

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.  Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☑       No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship
    between it and the named party.

    Parent Corporation/Affiliate Name: NTN Corporation
    Relationship with Named Party: Wholly owned subsidiary of NTN Corporation

2.  Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial
    interest in the outcome of the litigation?

    Yes ☐       No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: December 21, 2012                 /s/ Fred K. Herrmann
                                        _____

                                        P49519
                                        Kerr, Russell and Weber, PLC
                                        500 Woodward Avenue, Suite 2500
                                        Detroit, MI 48226
                                        (313) 961-0200
                                        fherrmann@kerr-russell.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

Dated: December 21, 2012

By: */s/ Fred K. Herrmann*

Fred K. Herrmann (P49519)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Tel: (313) 961-0200
Fax: (313) 961-0388
fherrmann@kerr-russell.com