MED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-2311 |
| In Re: ALL PARTS | Honorable Marianne O. Battani<br>Magistrate Judge: Mona K. Majzoub |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  Nippon Seiki Co., Ltd.

makes the following disclosure: (NOTE.. *A negative report, if appropriate, is required.*)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes _____    No __X__

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case that has a substantial financial interest in the outcome of the litigation?

    Yes _____    No __X__

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: January 3, 2013

/s/ Fred K. Herrmann
P49519
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200
fherrmann@kerr-russell.com

{35222/1/DT730835.DOC;1}

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

Dated:  January 3, 2013　　　　　　　　　　By: */s/ Fred K. Herrmann*
　　　　　　　　　　　　　　　　　　　　　　　　Fred K. Herrmann (P49519)
　　　　　　　　　　　　　　　　　　　　　　　　Kerr, Russell and Weber, PLC
　　　　　　　　　　　　　　　　　　　　　　　500 Woodward Avenue, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　　　　　　Tel:  (313) 961-0200
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (313) 961-0388
　　　　　　　　　　　　　　　　　　　　　　　fherrmann@kerr-russell.com