# United States District Court
# Eastern District of Michigan

## Notice of E-mail Delivery Failure Directed to
## Anthony L. Deluca

On ___February 4, 2013___, an electronic "**Delivery Failure Report**" was received by the court after an entry was made on the court record in case number: ___12-md-02311___.

An e-mail delivery failure will occur when the attorney does not keep his/her e-filing account properly updated with a valid e-mail address.

Failure to provide the court with a correct e-mail address is a violation of the **Electronic Filing Policies and Procedures R3 (c).\*** If a filing user has an obsolete e-mail address associated with his/her profile, the filing user must update the information immediately. The filing user should also review his/her active cases using a PACER account for all missed filings. This notice will be entered on the court record under the provisions of LR 11.1. **Sanctions may be imposed if additional violations occur after this date.\*\***

An e-mail delivery failure can also occur when the intended NEF recipient experiences some kind of temporary technical disruption.  Upon notification, the filing user should make every effort to correct the disruption as soon as possible.  The filing user should also monitor his/her active cases using a PACER account until the technical disruption has been resolved.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date, by electronic and/or ordinary mail.

DAVID J. WEAVER, CLERK OF COURT

By: _s/Kelly Clark_
Deputy Clerk

Dated: _February 11, 2013_

\* **Rule 3 Eligibility, Registration, Passwords states, in part:**
(c) Each filing user is responsible for maintaining valid contact information in his or her ECF Registration account profile. When a user's contact information changes, the user must promptly update his or her ECF Registration account profile. If the filing user has a pending case before the Court, the user must also promptly notify all parties in all cases. Electronic service upon an obsolete e-mail address will constitute valid service if the user has not updated the account profile with the new e-mail address.

\*\* **LR 11.1 Sanctions for Non-Compliance with Local Rules**
If, after notice and a reasonable opportunity to respond, the Court determines that a provision of these Local Rules has been knowingly violated, the Court may impose an appropriate sanction upon the attorneys, law firms, or parties that have violated the Local Rule or are responsible for the violation. The procedures for imposing sanctions and the nature of sanctions shall be as set out in Fed. R. Civ. P.  11(c). For purposes of this rule, references in Fed. R. Civ. P. 11(c) to violations of "subdivision (b)" are deemed to be references to violations of the Local Rules, and Fed. R. Civ. P. 11(c)(2)(A) does not apply.

# Delivery Failure Report

| | |
|---|---|
| **Your message:** | Certificate of Service/Summons Returned Executed in 2:12-md-02311-MOB-MKM Automotive Parts Antitrust Litigation |
| **was not delivered to:** | anthony@aldplc.com |
| **because:** | 5.1.0 - Unknown address error 550-'#5.1.0 Address rejected.' (delivery attempts: 0) |

## What should you do?

- You can resend the undeliverable document to the recipients listed above by choosing the Resend button or the Resend command on the Actions menu.

- Once you have resent the document you may delete this Delivery Failure Report.

- If resending the document is not successful you will receive a new failure report.

- Unless you receive other Delivery Failure Reports, the document was successfully delivered to all other recipients.

| Routing path |
|---|
| USHUB03/H/US/USCOURTS, 06MIEMAIL01a/M/06/USCOURTS |

| | |
|---|---|
| To: | do_not_reply@mied.uscourts.gov, |
| cc: | |
| Date: | 02/04/2013 03:01:33 PM |
| Subject: | Certificate of Service/Summons Returned Executed in 2:12-md-02311-MOB-MKM Automotive Parts Antitrust Litigation |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered by Miller, E. on 2/4/2013 at 3:01 PM EST and filed on 2/4/2013

| | |
|---|---|
| **Case Name:** | Automotive Parts Antitrust Litigation |
| **Case Number:** | 2:12-md-02311-MOB-MKM |
| **Filer:** | |

**Document Number:** 499

**Docket Text:**
**CERTIFICATE of Service/Summons Returned Executed. Tokai Rika Company, Ltd. served on 10/16/2012, answer due 11/6/2012. (Miller, E.)**

**2:12-md-02311-MOB-MKM Notice has been electronically mailed to:**

A. Paul Victor     pvictor@winston.com

Adam J. Zapala     azapala@cpmlegal.com, lclark@cpmlegal.com

Adam T. Schnatz     ats@millerlawpc.com, ssr@millerlawpc.com

Alyson L. Oliver     notifications@oliverlg.com, aoliver@oliverlg.com

Andrew Marovitz     amarovitz@mayerbrown.com, courtnotification@mayerbrown.com

Anita F. Stork     astork@cov.com, clannin@cov.com, jlieu@cov.com, malcantara@cov.com, rdemain@cov.com

Anthony D. Shapiro - MDL NOT ADMITTED     tony@hbsslaw.com, ronnie@hbsslaw.com

Anthony L. DeLuca     anthony@aldplc.com

Austin Cohen - NOT SWORN     acohen@lfsblaw.com

Benjamin W. Jeffers     bjeffers@dykema.com, djackson@dykema.com, docket@dykema.com

Bernard Persky     bpersky@labaton.com, electroniccasefiling@labaton.com

Brendan H. Frey     bfrey@manteselaw.com, ssikorski@manteselaw.com

Brent W. Johnson     bjohnson@cohenmilstein.com

Brian K. Herrington - NOT SWORN     bherrington@barrettlawgroup.com

Brian M. Moore     bmoore@dykema.com, docket@dykema.com, ndoman@dykema.com

Brian R. Strange     lacounsel@earthlink.net, dholop@strangeandcarpenter.com, gcarpenter@strangeandcarpenter.com, jhood@strangeandcarpenter.com

Britt M. Miller - NOT SWORN     bmiller@mayerbrown.com