UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**NOTICE OF MARCH 13, 2013 STATUS CONFERENCE
AND REQUEST FOR AGENDA ITEMS**

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for **10:00 a.m., March 13, 2013,** in Room 272. All Interim Liaison Counsel and at least one representative from each of the three Interim Lead Counsel groups must be present. Each Defendant should be represented.

Counsel are encouraged to meet and confer and submit to the Court discussion items to be incorporated into an Agenda for this status conference Counsel must submit proposed Agenda items via email to Case Manager, Bernadette Thebolt, at efile_battani@mied.uscourts.gov, by **5:00 p.m., March 5, 2013**. The Court will finalize the Agenda and file it electronically by March 8, 2013.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATE: February 26, 2013

## CERTIFICATE OF SERVICE

    I hereby certify that on the above date a copy of this Notice was served upon all Counsel of record, electronically.

                                                s/Bernadette M. Thebolt
                                                Case Manager