# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE OF HOWARD B. IWREY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of TRW Deutschland Holding GmbH in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 8, 2013

DYKEMA GOSSETT PLLC

By:  s/ Howard B. Iwrey
Howard B. Iwrey (P39635)
Attorneys for Defendants TRW Automotive
Holdings Corp. and TRW Deutschland
Holding GmbH
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0526
(248) 203-0763 - facsimile
*email*:  hiwrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013, I electronically filed my Appearance on behalf of TRW Deutschland Holding GmbH with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  March 8, 2013                                DYKEMA GOSSETT PLLC

By: _s/  Howard B. Iwrey_____
Howard B. Iwrey (P39635)
Attorneys for Defendants TRW Automotive Holdings Corp. and TRW Deutschland Holding GmbH
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0526
(248) 203-0763 - facsimile
*email*: hiwrey@dykema.com

BH01\1777971.1
ID\HBI - 087911\0010

2