# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS**          12-md-02311
**ANTITRUST LITIGATION**          Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO:  ALL CASES**
_____/

## CORRECTED ELECTRONIC CASE MANAGEMENT PROTOCOL ORDER

On August 29, 2012, the Court entered its Electronic Case Management Protocol Order, with an effective date of September 10, 2012, to simplify the electronic case filing ("ECF") system in Automotive Parts Antitrust Litigation. Since that time, six new automotive parts have been added to the litigation, requiring the Court to amend the ECF procedures to **delete the letters** appearing in the case numbers of the first six parts and **replace them with the numeral 2** and to assign numbers to the five newly added parts. The amended protocol follows:

    1. The "Master Case," 12-md-02311, includes all cases involving automotive parts antitrust actions that are transferred to the Court by the Judicial Panel on Multidistrict Litigation ("JPML") or otherwise consolidated or coordinated with other matters before the Court under the Master Case, 12-md-02311.

    2. The Master Case includes "Lead Cases" relating to specific parts, including, but not limited to Wire Harness, Instrument Panel Clusters, Fuel Senders, Heater Control Panels, Bearings, Occupant Safety Systems, Alternators, Anti-Vibration Rubber Parts, Windshield Wipers, Radiators, and Starters.

3. The Lead Cases include "Class Cases" for each particular putative class of plaintiffs (Direct Purchaser, Automobile Dealer, and End-Payor) to the extent such putative plaintiff class has brought an action related to the specific part.

4. Within each Class Case, there will be individual member cases referred to as "Individual Cases". These are the originally filed individual complaints that will retain the originally assigned case numbers. Accordingly, the cases will be organized as follows:

| MASTER DOCKET ("MASTER CASE") | In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION 12-md-02311 | |
|---|---|---|
| **LEAD CASE** | **WIRE HARNESS** | **2**:12-cv-00100 |
| Class Case | Direct Purchaser Actions | **2**:12-cv-00101 |
| Class Case | Dealership Actions | **2**:12-cv-00102 |
| Class Case | End-Payor Actions | **2**:12-cv-00103 |
| **LEAD CASE** | **INSTRUMENT PANEL CLUSTERS** | **2**:12-cv-00200 |
| Class Case | Direct Purchaser Actions | **2**:12-cv-00201 |
| Class Case | Dealership Actions | **2**:12-cv-00202 |
| Class Case | End-Payor Actions | **2**:12-cv-00203 |
| **LEAD CASE** | **FUEL SENDERS** | **2**:12-cv-00300 |
| Class Case | Direct Purchaser Actions | **2**:12-cv-00301 |
| Class Case | Dealership Actions | **2**:12-cv-00302 |
| Class Case | End-Payor Actions | **2**:12-cv-00303 |
| **LEAD CASE** | **HEATER CONTROL PANELS** | **2**:12-cv-00400 |

| | | |
|---|---|---|
| Class Case | Direct Purchaser Actions | **2**:12-cv-00401 |
| Class Case | Dealership Actions | **2**:12-cv-00402 |
| Class Case | End-Payor Actions | **2**:12-cv-00403 |
| **LEAD CASE** | **BEARINGS** | **2**:12-cv-00500 |
| Class Case | Direct Purchaser Actions | **2**:12-cv-00501 |
| Class Case | Dealership Actions | **2**:12-cv-00502 |
| Class Case | End-Payor Actions | **2**:12-cv-00503 |
| **LEAD CASE** | **OCCUPANT SAFETY SYSTEMS** | **2**:12-CV-00600 |
| Class Case | Direct Purchaser Actions | **2**:12-cv-00601 |
| Class Case | Dealership Actions | **2**:12-cv-00602 |
| Class Case | End-Payor Actions | **2**:12-cv-00603 |
| **LEAD CASE** | **ALTERNATORS** | 2:13-cv-00700 |
| Class Case | Direct Purchaser Actions | 2:13-cv-00701 |
| Class Case | Dealership Actions | 2:13-cv-00702 |
| Class Case | End-Payor Actions | 2:13-cv-00703 |
| **LEAD CASE** | **ANTI-VIBRATIONAL RUBBER PARTS** | 2:13-cv-00800 |
| Class Case | Direct Purchaser Actions | 2:13-cv-00801 |
| Class Case | Dealership Actions | 2:13-cv-00802 |
| Class Case | End-Payor Actions | 2:13-cv-00803 |
| **LEAD CASE** | **WINDSHIELD WIPERS** | 2:13-cv-00900 |
| Class Case | Direct Purchaser Actions | 2:13-cv-00901 |
| Class Case | Dealership Actions | 2:13-cv-00902 |
| Class Case | End-Payor Actions | 2:13-cv-00903 |
| **LEAD CASE** | **RADIATORS** | 2:13-cv-01000 |

| Class Case | Direct Purchaser Actions | 2:13-cv-01001 |
|---|---|---|
| Class Case | Dealership Actions | 2:13-cv-01002 |
| Class Case | End-Payor Actions | 2:13-cv-01003 |
| **LEAD CASE** | **STARTERS** | 2:13-cv-01100 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01101 |
| Class Case | Dealership Actions | 2:13-cv-01102 |
| Class Case | End-Payor Actions | 2:13-cv-01103 |

5. Papers applicable to all antitrust actions involving all automotive parts transferred to this Court shall be filed only in 12-md-02311. The following caption shall be used:

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In Re: AUTOMOTIVE PARTS**     12-md-02311
**ANTITRUST LITIGATION**          Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO:  ALL CASES**
                                                    /

6. Papers applicable to all putative class actions relating to a particular part shall be filed only in the appropriate Lead Case. The following caption shall be used:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re: [*NAME OF PART*] CASES | 2:1[x]-cv-0[xxxx]-MOB-MKM |
| THIS RELATES TO: ALL [Name of the Part] CASES / | |

7. Papers only applicable to a specific putative class action relating to a particular part shall be filed only in the appropriate Class Case within the appropriate Lead Case. The following caption shall be used:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re: [*NAME OF PART*] CASES | |
| THIS RELATES TO: [*NAME OF PUTATIVE CLASS CASE*] / | 2:1[x]-cv-0[xxxx]-MOB-MKM |

8. By way of example, papers applicable to all consolidated amended complaints relating to Wire Harnesses shall be filed only in 2:12-cv-00100, the Lead Case, and not separately in the Master Case, 12-md-02311, or in any Class Case or Individual

Case. As a further example, all papers applicable to the Dealership Consolidated Amended Complaint relating to Wire Harnesses shall be filed only in the Class Case, 2:12-cv-00102, and not separately in the Master Case, or 12-md-02311, or the Lead Case, 2:12-cv-00100.

9. Any paper that is applicable only to an Individual Case must be filed separately in each applicable Individual Case **and** (b) the Class Case in which such Individual Case is assigned. The following caption shall be used:

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: [*NAME OF PART*] CASES** | |
| **THIS RELATES TO:** | 2:1[x]-cv-0[xxxx]-MOB-MKM |
| [Name of Plaintiff(s)] | [List all applicable numbers] |
| v. | |
| [Name of Defendant(s)] | |
| _____/ | |

10. To the extent not already accomplished, attorneys shall file appearances in:

    a. The Master Case;
    b. All applicable Lead Cases in which they represent client(s); and
    c. All applicable Class Cases in which they represent client(s).

11. Attorneys representing client(s) in the Master Case may file appearances as an interested party in any Lead Case or Class Case where they do not represent client(s).

12. New cases that counsel believe pertain to this Automotive Parts Antitrust Litigation should be identified at the time of filing as related to 12-md-02311 on the Civil Cover Sheet. Further, counsel shall indicate on the Civil Cover Sheet whether counsel believes that the new case should be assigned to an existing Lead Case and/or Class Case or involves a new automotive part requiring a new Lead Case or Class Case.

13. After the Court reassigns any new or existing cases within the structure of 12-md-02311, parties shall have twenty-one days to file an objection to the Court's designation.

14. This Order is without prejudice as to the rights of any party to challenge any revision of this protocol involving additional parts or designations.

15. The electronic protocol shall be effective **March 22, 2013**.

**IT IS SO ORDERED**.

                                              s/Marianne O. Battani
                                              MARIANNE O. BATTANI
                                              UNITED STATES DISTRICT JUDGE

DATED: March 19, 2013

## **CERTIFICATE OF SERVICE**

    Copies of this Order were served upon all counsel of record via the Court's ECF Filing System.

s/Bernadette M. Thebolt
CASE MANAGER
