UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

APPEARANCE

Richard Bisio of Kemp Klein Law Firm appears as local counsel on behalf of defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.

Dated:  March 25, 2013

s/ Richard Bisio
Kemp Klein Law Firm
201 W. Big Beaver Road, Suite 600
Troy, MI  48084
248-528-1111
richard.bisio@kkue.com
P30246

Certificate of Service

I certify that on March 25, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the EFC system which sends notification of such filing to all attorneys of record.

s/ Richard Bisio
Kemp Klein Law Firm
201 W. Big Beaver Road, Suite 600
Troy, MI  48084
248-528-1111
richard.bisio@kkue.com
P30246