UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

Plaintiff(s),

v.

ALL PARTS

THIS RELATES TO: ALL CASES

Defendant(s).

Case No. 12-md-02311

Judge Honorable Marianne O. Battani

Magistrate Judge Mona K. Majzoub

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **S-Y Systems Technologies Europe GmbH** [Name of Party] makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐   No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☒   No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: **Continental AG**
    Nature of Financial Interest: **Continental AG may have indemnification obligations.**

Date: March 27, 2013

s/John VanOphem
Signature
P48804
Bar No.
300 River Place, Suite 1650
Street Address
Detroit, MI 48207
City, State, Zip Code
313-528-4882
Telephone Number
vanophem@bvbip.com
Primary Email Address

\* This Statement shall not be deemed to be a waiver of any rights or defenses that may be available under the U.S. Constitution, common law, statutes or the Federal Rules of Civil Procedure.