UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| IN RE: WIRE HARNESS CASES | 2:12-cv-00100-MOB-MKF |
| THIS RELATES TO: ALL WIRE HARNESS CASES | |

NOTICE OF WITHDRAWAL OF ATTORNEY IRWIN M. ALTERMAN

     Please take notice that Irwin M. Alterman of the Kemp Klein Law Firm died on March 4, 2013. His appearance as local counsel on behalf of defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. should be withdrawn from the following cases:

        12-md-2311

        2:12-cv-00100-MOB-MKF

        2:12-cv-00101-MOB-MKF

        2:12-cv-00103-MOB-MKF

Richard Bisio and the undersigned, both of the same firm, have both appeared and continue as local counsel on behalf of these defendants.

Dated: April 12, 2013                       s/ Ronald S. Nixon
                                              Kemp Klein Law Firm
                                              201 W. Big Beaver Road, Suite 600
                                              Troy, MI 48084
                                              248-528-1111
                                              248-619-2585 (DID)
                                              ron.nixon@kkue.com
                                              P57117

Certificate of Service

I certify that on April 12, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the EFC system which sends notification of such filing to all attorneys of record.

                                              s/ Ronald S. Nixon
                                              Kemp Klein Law Firm
                                              201 W. Big Beaver Road, Suite 600
                                              Troy, MI 48084
                                              248-528-1111
                                              ron.nixon@kkue.com
                                              P57117

737037