# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |

ALL PARTS

THIS RELATES TO: ALL CASES

## NOTICE OF APPEARANCE OF JAMES L. COOPER

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of James L. Cooper, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendants Yamashita Rubber Co. Ltd. and YUSA Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: April 23, 2013

Respectfully submitted,

By: /s James L. Cooper

James L. Cooper
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5014
(202) 942-5999 - facsimile
james.cooper@aporter.com
DC Bar: 442475

*Attorney for Defendants*
*Yamashita Rubber Co. Ltd. and YUSA Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2013 I electronically filed my NOTICE OF APPEARANCE on behalf of Yamashita Rubber Co. Ltd. and YUSA Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: April 23, 2013

                                                    By: /s James L. Cooper
                                                        James L. Cooper
                                                        ARNOLD & PORTER LLP
                                                        555 Twelfth Street NW
                                                        Washington, DC 20004
                                                        (202) 942-5014
                                                        (202) 942-5999 - facsimile
                                                        james.cooper@aporter.com
                                                        DC Bar: 442475

                                                        *Attorney for Defendants*
                                                        *Yamashita Rubber Co. Ltd. and YUSA*
                                                        *Corporation*