# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: BEARINGS CASES** | B:12-cv-00501-MOB-MKM |
| **THIS RELATES TO:**<br>**ALL DIRECT PURCHASER CASES** | |

## ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon the Court's consideration of the Notice of Withdrawal of Attorney filed by Peter E. Boivin;

IT IS HEREBY ORDERED that Peter E. Boivin is allowed to withdraw from representation of Defendant NSK, Ltd. and NSK Americas, Inc.

Dated this 17th day of May, 2013.

      s/Marianne O. Battani
      Honorable Marianne O. Battani
      United States District Court Judge

12522008.1