# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATIONS | Master File No. 12-md-02311<br>Honorable Marianne G. Battani<br>Magistrate Judge Mona K. Majzoub |
| ALL PARTS | |
| This Document relates to:<br><br>ALL CASES | |

## APPEARANCE

Please enter the Appearance of Fred K. Herrmann of Kerr, Russell and Weber, PLC as counsel for Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  May 23, 2013

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: */s/ Fred K. Herrmann*
    Fred K. Herrmann (P49519)
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
Telephone:  (313) 961-0200
Facsimile:  (313) 961-0388
fherrmann@kerr-russell.com

*Attorneys for Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 23, 2013, I electronically filed the foregoing Appearance of Fred K. Herrmann for Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

Dated:  May 23, 2013                           **KERR, RUSSELL AND WEBER, PLC**

                                                By: */s/ Fred K. Herrmann*
                                                      Fred K. Herrmann (P49519)
                                                500 Woodward Avenue, Suite 2500
                                                Detroit, MI  48226
                                                Telephone:  (313) 961-0200
                                                Facsimile:  (313) 961-0388
                                                fherrmann@kerr-russell.com

                                                *Attorneys for Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation*