IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-md-02311 |
| | HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATES TO: | |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | |
| Plaintiff,<br>v. | Case No. 13-cv-12061-TGB-DRG |
| NIPPON SEIKI CO. LTD., N.S. INTERNATIONAL LTD., NEW SABINA INDUSTRIES, INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory S. Slemp, Assistant Attorney General for the Office of the Attorney General, State of Florida, enters his appearance in the above-captioned action as counsel of record for the State of Florida.

Dated: July 8, 2013                        Respectfully submitted,

                             s/ Gregory S. Slemp
                            Gregory S. Slemp
                            Assistant Attorney General
                            Florida Bar No. 478865
                            Office of the Attorney General
                            State of Florida
                            PL-01, The Capitol
                            Tallahassee, FL 32399-1050
                            Tel: (850) 414-3300
                            Fax: (850) 488-9134
                            Email: Greg.Slemp@myfloridalegal.com
                            Attorney for Plaintiff State of Florida