# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS                    Master File No. 12-md-2311
ANTITRUST LITIGATION                       Hon. Marianne O. Battani
                                           Mag. Judge Majzoub

_____

THIS DOCUMENT RELATES TO
ALL ACTIONS

_____

## <u>ORDER</u>

Before the Court is Motion and Brief of the United States to File Under Seal

and *Ex Parte* Declaration of Mark Grundvig.

The Motion is hereby **GRANTED**.  The Declaration of Mark Grundvig is

accepted for filing *ex parte* and will remain under seal.

**IT IS SO ORDERED**.

                                   s/Marianne O. Battani
                                   MARIANNE O. BATTANI
                                   UNITED STATES DISTRICT JUDGE

Dated: July 9, 2013