2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ANTI-VIBRATION RUBBER PARTS END-PAYOR CASES | 2:13-cv-00803-MOB-MKM |
| THIS RELATES TO:<br><br>MELISSA BARRON, et al.,<br><br>                Plaintiffs,<br><br>    vs.<br><br>YAMASHITA RUBBER CO., LTD., et al.,<br><br>                Defendants. | FILED 2013 JUL 10 A 9:50<br>U.S. DIST. COURT CLERK<br>EAST. DIST. MICH.<br>DETROIT |

## NOTICE OF ATTORNEY APPEARANCE

To the Clerk of the Court and all parties of record:

Please note the appearance of Eyitayo St. Matthew-Daniel as attorney of record for defendants Tokai Rubber Industries, Ltd. ("Tokai Rubber") and DTR Industries, Inc. in the above-captioned action. Tokai Rubber is appearing specially in the above-captioned action and does not intend to waive any arguments regarding personal jurisdiction:

        Eyitayo St. Matthew-Daniel (NY Bar No. 4443842)
        **MORGAN LEWIS & BOCKIUS LLP**
        101 Park Avenue
        New York, NY 10178
        Telephone: (212) 309-6000
        Facsimile: (212) 309-6001

DB1/ 74896542.1

Dated: July __, 2013                    Respectfully submitted,

                                        _____/s/_____
                                        Eyitayo St. Matthew-Daniel (NY Bar No. 4443842)
                                        **MORGAN, LEWIS & BOCKIUS LLP**
                                        101 Park Avenue
                                        New York, NY  10178
                                        Telephone:  (212) 309-6000
                                        Facsimile:  (212) 309-6001
                                        *Attorney for Defendants Tokai Rubber Industries,*
                                        *Ltd. and DTR Industries, Inc.*

DB1/ 74896542.1