# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311 <br> : Honorable Marianne O. Battani <br> : |
| ALL PARTS | |
| THIS RELATES TO: <br><br> ALL CASES | : <br> : <br> : <br> : |

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Michael A. Rubin, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Fujikura Automotive America LLC and Defendant Fujikura Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 31, 2013

Respectfully submitted,

ARNOLD & PORTER LLP

By: /s/ Michael A. Rubin
Michael A. Rubin
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6171
(202) 942-5999 - facsimile
*email*: michael.rubin@aporter.com
*Attorney for Defendants Fujikura Automotive America LLC and Fujikura Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2013, I caused the foregoing Notice of Appearance of Michael A. Rubin to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: July 31, 2013                    By:   /s/ Katherine Clemons
                                                        Katherine Clemons