MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS ANTITRUST
LITIGATION

                Plaintiff(s),                     Case No.  12-md-02311

v.                                   Judge  Marianne O. Battani

ALL PARTS                         Magistrate Judge  Mona K. Majzoub
THIS RELATES TO: ALL CASES

                Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Fujikura Automotive America LLC ("FAA")

makes the following disclosure:  *(NOTE: A negative report, if appropriate, is required.)*

1.      Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes ☑      No ☐

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name:  Fujikura Ltd.
Relationship with Named Party:  FAA is an indirect wholly owned subsidiary of Fujikura Ltd.

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes ☐      No ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date:  July 31, 2013

/s/ Laura Cofer Taylor
_____

Laura Cofer Taylor
982326 (D.C. Bar Number)
Arnold & Porter LLP
555 12th St NW
Washington, DC 20004
(202) 942-5000
laura.taylor@aporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2013, I caused the foregoing Statement of Disclosure of Corporate Affiliations and Financial Interest to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: July 31, 2013                     By:   /s/ Katherine Clemons
                                                        Katherine Clemons