UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311 HON. MARIANNE O. BATTANI |
| **IN RE: FUEL SENDERS** | 2:12-cv-00300-MOB-MKM |
| THIS RELATES TO DIRECT PURCHASER ACTIONS | 2:12-cv-00301-MOB-MKM |

### NOTICE OF APPEARANCE OF MARVIN A. MILLER

TO THE CLERK OF THE COURT:

      Please enter the appearance of Marvin A. Miller of the law firm of Miller Law LLC, as counsel for Direct Purchaser Plaintiffs in the above-entitled matter in accordance with the Corrected Electronic Case Management Protocol Order (ECF No. 518).

Dated: September 26, 2013

                                      Respectfully submitted,

                                      */s/ Marvin A. Miller*
                                      Marvin A. Miller
                                      **MILLER LAW LLC**
                                      115 S. LaSalle Street, Suite 2910
                                      Chicago, IL 60603
                                      (312) 332-3400
                                      (312) 676-2676 (Fax)
                                      mmiller@millerlawllc.com

                                      Counsel for Direct Purchaser Plaintiffs

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Marvin A. Miller, one of the attorneys for Direct Purchaser Plaintiffs, hereby certify that on September 26, 2013, the foregoing Appearance was electronically filed and served on the parties via the ECF system and is available for viewing and downloading from the ECF system.

*/s/ Marvin A. Miller*