# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | W:12-CV-00100-MOB-MKM |
| THIS RELATES TO: <br> All Automobile Dealer Actions and <br> All End-Payor Actions | W:12-CV-00102-MOB-MKM <br> W:12-CV-00103-MOB-MKM |

## NOTICE OF ENTRY OF SPECIAL APPEARANCE

To the Clerk of the Court and all Counsel of Record:

Please enter this Special Appearance of Jay L. Levine of the law firm Porter Wright Morris & Arthur LLP on behalf of Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc. in all End-Payor Actions and on behalf of Defendants G.S. Electech, Inc. and G.S.W. Manufacturing, Inc. in all Automobile Dealer Actions. This Special Appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Criminal or Civil Procedure.

DATED: October 10, 2013

PORTER WRIGHT MORRIS & ARTHUR LLP

By: /s/ Jay L. Levine
Jay L. Levine (D.C. Bar No. 459345)
1919 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20006
Telephone: 202-778-3021
Facsimile: 202-778-3063
Email: jlevine@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2013, I electronically filed my Special Appearance on behalf of G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

DATED: October 10, 2013

        By: /s/ Jay L. Levine
        Jay L. Levine (D.C. Bar No. 459345)
        1919 Pennsylvania Avenue, N.W.
        Suite 500
        Washington, D.C. 20006
        Telephone: 202-778-3021
        Facsimile: 202-778-3063
        Email: jlevine@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*