UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**

12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney George A. Nicoud III of Gibson, Dunn & Crutcher LLP hereby enters his appearance as lead counsel for Defendant Mitsuba Corporation. Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

2

Dated: October 11, 2013              Respectfully submitted,


    /s/ George A. Nicoud III
George A. Nicoud III
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-0920
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
TNicoud@gibsondunn.com

*Counsel for Defendant Mitsuba Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2013, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

       /s/ George A. Nicoud III
George A. Nicoud III