UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311
Hon. Marianne O. Battani

_____

THIS DOCUMENT RELATES TO:

ALL CASES
_____

**STIPULATED ORDER REGARDING
MOTION TO INTERVENE BY THE UNITED STATES OF AMERICA**

This matter having come before the Court upon the stipulation of the parties as evidenced by the signatures of their counsel below; the Court being advised that:

The Court having previously entered an Order requiring that the parties submit a Stipulated Order on a Motion to Stay and, if necessary, a position paper on any points of disagreement by October 4, 2013, and the parties having done so, the Antitrust Division of the United States Department of Justice ("the Division"), pursuant to Local Rule 7.1, intends to file a Reply, and seeks an extension to October 18, 2013 to file the Reply, to which none of the parties object;

1

IT IS HEREBY ORDERED that that the Division shall file its Reply by October 18, 2013.

**SO ORDERED:**

s/Marianne O. Battani
Hon. Marianne O. Battani
United States District Judge

Dated:  October 18, 2013


**STIPULATED TO AND APPROVED BY:**


/s/ David Fink
**On Behalf of Plaintiffs**


/s/ Howard B. Iwrey w/ permission
**On Behalf of Defendants**


/s/ Paul Gallagher w/ permission
**On Behalf of the United States of America**