## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## ORDER GRANTING WITHDRAWAL

Notice has been filed advising of the withdrawal of William A. Sankbeil as counsel in the following actions:

Master File No. 12-md-2311;

Wire Harness cases on behalf of Defendants Fujikura America, Inc. and Fujikura Ltd.;

Instrument Panel Cluster cases on behalf of Defendants Nippon Seiki Co., Ltd., N.S. International, LTD., and New Sabina Industries, Inc.;

Bearings cases on behalf of Defendants NTN Corporation and NTN USA Corporation;

Occupant Safety Systems cases on behalf of Defendants Autoliv, Incorporated, Autoliv ASP, Incorporated, Autoliv B.V. & Co. KG, Autoliv Safety Technology, Inc., and Autoliv Japan, Ltd.

Other attorneys of the same firm have appeared as local counsel on behalf of the above listed defendants and their representation continues.

IT IS ORDERED that

Mr. Sankbeil shall be removed as an attorney of record in the following cases:

12-md-2311

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

2:12-cv-00102-MOB-MKM

2:12-cv-00103-MOB-MKM


2:12-cv-14458-MOB-MKM, *ACAP v Nippon Seiki Co., Ltd., et al*

2:12-cv-00200-MOB-MKM

2:12-cv-00201-MOB-MKM

2:12-cv-00202-MOB-MKM

2:12-cv-00203-MOB-MKM


2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

    2:12-cv-00503-MOB-MKM

    2:12-cv-00600-MOB-MKM

    2:12-cv-00601-MOB-MKM

    2:12-cv-00602-MOB-MKM

    2:12-cv-00603-MOB-MKM

                                            s/Marianne O. Battani
                                                Marianne O. Battani
                                                United States District Judge

Dated: October 24, 2013