UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### APPEARANCE OF BRIAN M. MOORE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Brian M. Moore of the law firm Dykema Gossett PLLC, as counsel on behalf of Defendant Koito Manufacturing Co., Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  November 6, 2013                         DYKEMA GOSSETT PLLC

                                                                       By:  s/ Brian M. Moore
                                                                       Brian M. Moore (P58584)
                                                                       Attorneys for Defendant Koito Manufacturing Co., Ltd.
                                                                       39577 Woodward Avenue
                                                                       Bloomfield Hills, Michigan 48304
                                                                       248.203.0700 – Telephone
                                                                       248.203.0763 – Facsimile
                                                                       bmoore@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2013, I electronically filed my Appearance on behalf of Defendant Koito Manufacturing Co., Ltd. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  November 6, 2013

DYKEMA GOSSETT PLLC

By: _s/  Brian M. Moore_____
Brian M. Moore (P58584)
Attorneys for Defendant Koito Manufacturing Co., Ltd.
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
248.203.0700 – Telephone
248.203.0763 – Facsimile
bmoore@dykema.com