UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS ) | |
| THIS RELATES TO: ALL CASES ) | |

**NOTICE OF APPEARANCE OF CHRISTINE A. RODRIGUEZ**

Please take notice that Christine A. Rodriguez of Ropes & Gray LLP hereby enters her appearance as counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated:  November 6, 2013                    Respectfully submitted,

/s/ Christine A. Rodriguez
Christine A. Rodriguez
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 235-4743
Facsimile: (617) 235-9901
Christine.rodriguez@ropesgray.com

*Counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation*

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2013, I electronically filed the foregoing Notice of Appearance of Christine A. Rodriguez with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Christine A. Rodriguez
Christine A. Rodriguez
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 235-4743
Facsimile: (617) 235-9901
Christine.rodriguez@ropesgray.com