# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS           ) ) ) | |
| THIS RELATES TO: ALL CASES  ) ) ) | |

## NOTICE OF APPEARANCE OF MATTHEW J. REILLY

Please take notice that Matthew J. Reilly of Simpson Thacher & Bartlett LLP hereby enters his appearance as counsel for Defendant Stanley Electric Co., Ltd. in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated: November 20, 2013               Respectfully submitted,

/s/ Matthew J. Reilly
Matthew J. Reilly
Simpson Thacher & Bartlett LLP
1155 F Street, NW, 12th Floor
Washington, DC 20004
Telephone: (202) 636-5566
Facsimile: (202) 636-5502
matt.reilly@stblaw.com

*Counsel for Defendant Stanley Electric Co., Ltd.*

-2-

## CERTIFICATE OF SERVICE

      I certify that on November 20, 2013, I electronically filed the foregoing Notice of Appearance of Matthew J. Reilly with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

      /s/ Matthew J. Reilly
Matthew J. Reilly
Simpson Thacher & Bartlett LLP
1155 F Street, NW, 12th Floor
Washington, DC 20004
Telephone: (202) 636-5566
Facsimile: (202) 636-5502
matt.reilly@stblaw.com