UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Leslie Wulff of Gibson, Dunn & Crutcher LLP hereby enters her appearance as counsel for Defendant American Mitsuba Corporation. Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

2

Dated: November 20, 2013							Respectfully submitted,

							      /s/ Leslie Wulff
							Leslie Wulff
							**GIBSON, DUNN & CRUTCHER LLP**
							555 Mission Street
							San Francisco, CA 94105
							Telephone: (415) 393-8200
							Facsimile: (415) 393-8306
							lwulff@gibsondunn.com

							*Counsel for Defendant American Mitsuba Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2013, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems. I hereby certify that I have mailed the paper by United States Postal Service to the following non-ECF participants:

**Kristine G. Baker**
Quattlebaum Grooms Tull & Burrow
111 Center Street
Suite 1900
Little Rock, AR 72201

**Joseph M. Barton**
Slancy Binkow & Goldberg
One Embarcadero Center
Suite 760
San Francisco, CA 94111

**Adam C. Belsky**
Gross Belsky Alonso
OIne Sansome Street
Suite 3670
San Francisco, CA 94104

**Curtis D. Ripley**
150 S 5th St
Suite 2300
Minneapolis, MN 55402

**Matthew B. Moreland**
106 W Seventh St
PO Drawer H
Reserve, LA 70084

**R. Scott Palmer**
Berman, DeValerio,
222 Lakeview Avenue
Suite 900
West Palm Beach, FL 33401

**Andrea M. Price**
Barrasso Usdin Kupperman Freeman & Sarer
LL&E Tower
909 Poydras St
Suite 2400
New Orleans, LA 70112

**Heather T. Rankie**
Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

3

**Sarah Crowley**
Gross Belsky Alonso
One Samsome Street
Suite 3670
San Francisco, CA 94104

**David M. Donovan**
Watts Donovan & Tilley
200 River Market Ave
Suite 200
Little Rock, AR 72201

**Jeff D. Friedman**
Hagens Bernam Sobol Shapiro
715 Hearst Ave
Suite 202
Berkely, CA 94710

**Soren E. Gisleson**
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

**Greg Hanthorn**
Jones Day
1420 Peachtree St NE
Suite 800
Atlanta, GA 30309

**Shelley R. Hebert**
Jones Day
77  W Wacker
Chicago, IL 60601

**Russ M. Herman**
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

**Stephen J. Herman**

**Aaron E. Robinson**
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

**Shana E. Scarlett**
Hagens Berman Sobol Shapiro
715 Hearst Ave
Suite 202
Berkeley, CA 94710

**Francis O. Scarpulla**
Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Candice C. Sirmon**
701 Magazine Street
New Orleans, LA 70130

**Eric B. Snyder**
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

**Stephen J. Squeri**
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**Lloyd J. Tabary, II**
8560 Anselmo Lane
Baton Rouge, LA 70817

**Thomas P. Thrash**

| | |
|---|---|
| Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Thrash Law Firm, P.A.<br>1101 Garland Street<br>Little Rock, AR 72201-1214 |
| **Gregory J Johnson**<br>6688 145th St W<br>Apple Valley, MN 55124 | **Reginald Von Terrell**<br>PO Box 13315. PMB#148<br>Oakland, CA 94661 |
| **Randall E. Kahnke**<br>Faegre Baker Daniels<br>90 S 7th St<br>Suite 2200<br>Minneapolis, MN 55402 | **Lin Wang**<br>Jones Day<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104 |
| **Andrew D. King**<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006 | **Patrick S. Williams**<br>Briggs & Morgan<br>80 S 8th St<br>Suite 2200<br>Minneapolis, MN 55402 |
| **Kevin P. Klibert**<br>106 W Seventh St<br>PO Drawer H<br>Reserve, LA 70084 | **Lingel Hart Winters**<br>275 Battery Street<br>Suite 2600<br>San Francisco, CA 94111 |
| **Demetrius X. Lambrinos**<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 | **Judith A. Zahid**<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 |
| **Alan S. Miller**<br>Jones Day<br>2727 North Harwood St<br>Dallas, TX 75201 | |

    /s/ Leslie Wulff
Leslie Wulff
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street

                                    San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
lwulff@gibsondunn.com