# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**

12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## ORDER GRANTING ATTORNEY WITHDRAWAL

Notice has been filed regarding the withdrawal of Susannah S. Wright of Gibson, Dunn & Crutcher LLP as counsel for defendants Mitsuba Corporation and American Mitsuba Corporation.  Other attorneys of the same firm have appeared as local counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Ms. Wright shall be removed as attorney of record in the following cases:

**On Behalf of Mitsuba Corporation**

2:13-cv-00900-MOB-MKM

2:13-cv-00903-MOB-MKM

2:13-cv-01100-MOB-MKM

2:13-cv-01103-MOB-MKM

2

**On Behalf of Mitsuba Corporation and American Mitsuba Corporation**

2:12-md-02311-MOB-MKM

2:13-cv-14201-MOB-MKM

2:13-cv-14212-MOB-MKM


Dated: <u>December 12, 2013</u>     s/Marianne O. Battani
MARIANNE O. BATTANI
**UNITED STATES DISTRICT JUDGE**