# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**

12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Stuart C. McPhail of Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel for Defendant Mitsuba Corporation and American Mitsuba Corporation.  Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated:  December 13, 2013  Respectfully submitted,

    /s/ Stuart C. McPhail
Stuart C. McPhail
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8296
Facsimile: (415) 374-8433
SMcphail@gibsondunn.com
287048

*Counsel for Defendant Mitsuba Corporation
and American Mitsuba Corporation*

101634975.1

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2013, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems. I hereby certify that I have mailed the paper by United States Postal Service to the following non-ECF participants:

**Kristine G. Baker**
Quattlebaum Grooms Tull & Burrow
111 Center Street, Suite 1900
Little Rock, AR 72201

**Joseph M. Barton**
Slancy Binkow & Goldberg LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111

**Adam C. Belsky**
**Sarah Crowley**
Gross Belsky Alonso LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104

**Mary G. Cooper**
**J. Bruce Cross**
Cross, Gunter, Witherspoon
 & Calchus P.C.
PO Box 3178
Little Rock, AR 72203

**David M. Donovan**
Watts Donovan & Tilley
200 River Market Ave, Suite 200
Little Rock, AR 72201

**Jeff D. Friedman**
**Shana E. Scarlett**
Hagens Berman Sobol Shapiro
715 Hearst Ave, Suite 202
Berkeley, CA 94710

**Soren E. Gisleson**
**Russ M. Herman**
**Stephen J. Herman**
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

**Greg Hanthorn**
Jones Day
1420 Peachtree St NE, Suite 800
Atlanta, GA 30309

**Shelley R. Hebert**
Jones Day
77 W Wacker
Chicago, IL 60601

**Randall E. Kahnke**
Faegre Baker Daniels
90 S 7th St, Suite 2200
Minneapolis, MN 55402

**Kevin P. Klibert**
**Matthew B. Moreland**
Becnel Law Firm, LLC
106 W Seventh Street
PO Drawer H
Reserve, LA 70084

**Alan S. Miller**
Jones Day
2727 North Harwood Street
Dallas, TX 75201

**Curtis D. Ripley**
Leonard, Street and Deinard
150 S 5th St, Suite 2300
Minneapolis, MN 55402

**Candice C. Sirmon**
701 Magazine Street
New Orleans, LA 70130

**Thomas P. Thrash**
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

**Gregory J. Johnson**
6688 145th St W
Apple Valley, MN 55124

**Andrew D. King**
Wilmer Cutler Pickering
Hale & Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

**Demetrius X. Lambrinos**
**Heather T. Rankie**
**Francis O. Scarpulla**
**Judith A. Zahid**
Zelle Hofmann Voelbel & Mason
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

**Andrea M. Price**
Barrasso Usdin Kupperman
Freeman & Sarver L.L.C.
909 Poydras Street, Suite 2400
New Orleans, LA 70112

**Aaron E. Robinson**
**Eric B. Snyder**
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

**Lloyd J. Tabary, II**
The Law Office of Lloyd J. Tabary, II
8560 Anselmo Lane
Baton Rouge, LA 70817

**Reginald Von Terrell**
The Terrell Law Group
PO Box 13315, PMB#148
Oakland, CA 94661

| | |
|---|---|
| **Lin Wang**<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 | **Patrick S. Williams**<br>Briggs & Morgan<br>80 S 8th St, Suite 2200<br>Minneapolis, MN 55402 |
| **Lingel Hart Winters**<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111 | |

       /s/ Stuart C. McPhail
Stuart C. McPhail
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8296
SMcPhail@gibsondunn.com
287048