UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: RADIATORS CASES | |
| THIS RELATES TO:<br><br>Martens Cars of Washington, Inc., et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>Calsonic Kansei Corporation, et al.,<br><br>      Defendants. | 2:13-cv-11590-MOB-MKM<br><br>2:13-cv-01002-MOB-MKM |

### NOTICE OF APPEARANCE OF STEVEN M. WITZEL

      PLEASE TAKE NOTICE that Steven M. Witzel hereby appears as counsel of record for Defendant T.RAD Co., Ltd., and should be served with copies of all papers in this action.

Dated:  January 9, 2014

| | |
|---|---|
| Thomas J. Tallerico<br>BODMAN PLC<br>201 West Big Beaver Road, Suite 500<br>Troy, Michigan 48084<br>Telephone: (248) 743-6073<br>Facsimile: (248) 743-6002<br>ttallerico@bodmanlaw.com |   /s/ Steven M. Witzel<br>Peter L. Simmons<br>Steven M. Witzel<br>FRIED, FRANK, HARRIS, SHRIVER<br> & JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>peter.simmons@friedfrank.com<br>steven.witzel@friedfrank.com<br><br>*Attorneys for Defendant T.RAD Co., Ltd.* |

## CERTIFICATE OF SERVICE

      I, Steven M. Witzel, hereby certify that on January 9, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel in this matter.

      /s/Steven M. Witzel
      Steven M. Witzel
      FRIED, FRANK, HARRIS, SHRIVER
       & JACOBSON LLP
      One New York Plaza
      New York, New York 10004
      Telephone: (212) 859-8000
      Facsimile: (212) 859-4000
      steven.witzel@friedfrank.com

9235706