**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:  AUTOMOTIVE PARTS                        12-md-02311
ANTITRUST LITIGATION                         Honorable Marianne O. Battani

In Re:  AUTOMOTIVE LAMPS CASES

THIS RELATES TO:
ALL CASES

**NOTICE OF APPEARANCE OF TIANA RUSSELL**

TO:    THE CLERK OF THE COURT

PLEASE enter the appearance of Tiana Russell, of the law firm of Arnold & Porter LLP,

as counsel on behalf of Defendant Koito Manufacturing Co., LTD in the above-captioned matter.

The appearance shall not be deemed to be a waiver of any rights or defenses that may be

available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 18, 2014                        Respectfully submitted,

                                              By:  /s Tiana Russell
                                              Tiana Russell
                                              ARNOLD & PORTER LLP
                                              555 Twelfth Street NW
                                              Washington, DC 20004
                                              (202) 942-6807
                                              (202) 942-5999 - facsimile
                                              Tiana.russell@aporter.com
                                              DC Bar: 975463

                                              *Attorney for Defendant Koito Manufacturing*
                                              *Co., LTD.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2014 I caused to be electronically filed the foregoing

NOTICE OF APPEARANCE with the Clerk of the Court via the ECF system which will send

notification of such filing to the ECF participants.

Dated:  March 18, 2014

By: /s Tiana Russell

Tiana Russell
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6807
(202) 942-5999 - facsimile
Tiana.russell@aporter.com
DC Bar: 975463


*Attorney for Defendant Koito Manufacturing
Co., LTD.*