# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please enter the withdrawal of attorney Dwayne D. Stresman as counsel for the below listed parties in the following actions:

Master File No. 12-md-02311 (as to each of the following)

Instrument Panel Cluster cases on behalf of Defendants Nippon Seiki Co., Ltd., N.S. International, Ltd., and New Sabina Industries, Inc., Case Nos.:

2:12-cv-14458-MOB-MKM, *ACAP v Nippon Seiki Co., Ltd., et al*

2:12-cv-00200-MOB-MKM

2:12-cv-00201-MOB-MKM

2:12-cv-00202-MOB-MKM

2:12-cv-00203-MOB-MKM

{80000/344/DT845807.DOCX;1}

Bearings cases on behalf of Defendants NTN Corporation and NTN USA Corporation, Case Nos.:

    2:12-cv-00500-MOB-MKM

    2:12-cv-00501-MOB-MKM

    2:12-cv-00502-MOB-MKM

    2:12-cv-00503-MOB-MKM

Occupant Safety Systems cases on behalf of Defendants Autoliv, Incorporated, Autoliv ASP, Incorporated, Autoliv B.V. & Co. KG, Autoliv Safety Technology, Inc., and Autoliv Japan, Ltd., Case Nos.:

    2:12-cv-00600-MOB-MKM

    2:12-cv-00601-MOB-MKM

    2:12-cv-00602-MOB-MKM

    2:12-cv-00603-MOB-MKM

Radiators cases on behalf of Defendant Calsonic Kansei Corporation, Case Nos.:

    2:13-cv-01000-MOB-MKM

    2:13-cv-01003-MOB-MKM

    2:13-cv-10803-MOB-MKM

HID Ballasts cases on behalf of Defendants Panasonic Corporation and Panasonic Corporation of North America, Case Nos.:

2:13-cv-14182-MOB-MKM

2:13-cv-14180-MOB-MKM

2:13-cv-14167-MOB-MKM

Other attorneys of the same firm have appeared as local counsel on behalf of the above listed defendants and their representation continues.

                      KERR, RUSSELL AND WEBER, PLC

                      By:  */s/ Dwayne D. Stresman*
                         Dwayne D. Stresman (P73283)
                      500 Woodward Avenue, Suite 2500
                      Detroit, MI 48226-3427
                      Tel:  (313) 961-0200
                      Fax:  (313) 961-0388
                      dstresman@kerr-russell.com

Dated: March 26, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2014 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

By: */s/ Dwayne D. Stresman*
Dwayne D. Stresman (P73283)