UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS                12-md-02311
ANTIRUST LITIGATION                     Honorable Marianne O. Battani

                                                          )
ALL PARTS                                              )
                                                          )
                                                          )
THIS RELATES TO: ALL CASES      )
                                                          )

## NOTICE OF APPEARANCE OF GEORGE S. WANG

Please take notice that George S. Wang of Simpson Thacher & Bartlett LLP hereby

enters his appearance as counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond

Electric Mfg. Corporation in accordance with the Corrected Electronic Case Management

Protocol (ECF No. 518, ¶ 10).

Dated:  May 27, 2014                        Respectfully submitted,


                                                    /s/ George S. Wang
                                                    George S. Wang
                                                    Simpson Thacher & Bartlett LLP
                                                    425 Lexington Avenue
                                                    New York, New York 10017
                                                    Telephone: (212) 455-2228
                                                    Facsimile: (212) 455-2502
                                                    gwang@stblaw.com

                                                    *Counsel for Defendants Diamond Electric Mfg.*
                                                    *Co., Ltd. and Diamond Electric Mfg. Corporation*

**CERTIFICATE OF SERVICE**

I certify that on May 27, 2014, I electronically filed the foregoing Notice of Appearance of George S. Wang with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ George S. Wang
George S. Wang
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2228
Facsimile: (212) 455-2502
gwang@stblaw.com