# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Civil No. 2:12-md-2311-MOB-MKM |
| | Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| IN RE: BEARINGS<br>THIS RELATES TO: ALL BEARINGS CASES | Civil No. 2:12-cv-00500-MOB-MKM |

## NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Teale Toweill of the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel on behalf of NSK Ltd. and NSK Americas, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

David A. Ettinger of the law firm Honigman, Miller, Schwartz & Cohn LLP is a member of the Michigan bar with an office in this district and is hereby specified as local counsel.

Dated: May 29, 2014　　　　　　　　CLEARY GOTTLIEB STEEN &
　　　　　　　　　　　　　　　　　　HAMILTON LLP

By: /s/ Teale Toweill
Teale Toweill (DC Bar #996061)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1587
Facsimile: (202) 974-1999
Email: ttoweill@cgsh.com

*Counsel for NSK Ltd. and NSK Americas, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2014, I caused my Appearance on behalf of Defendants NSK Ltd. and NSK Americas, Inc. to be filed electronically with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  May 29, 2014                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  */s/ Teale Toweill*
Teale Toweill (DC Bar #996061)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1587
Facsimile: (202) 974-1999
Email: ttoweill@cgsh.com

*Counsel for NSK Ltd. and NSK Americas, Inc.*