# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**

12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Austin Schwing of Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation.  Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated: May 30, 2014                                   Respectfully submitted,

      /s/ Austin Schwing
Austin Schwing
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8210
Facsimile: (415) 374-8458
Aschwing@gibsondunn.com
SBN 211696

*Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*

101742665.1

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems. I hereby certify that I have mailed the paper by United States Postal Service to the following non-ECF participants:

| | |
|---|---|
| **Kristine G. Baker**<br>Quattlebaum Grooms Tull & Burrow<br>111 Center Street, Suite 1900<br>Little Rock, AR 72201 | **Matthew B. Moreland**<br>106 W Seventh St<br>PO Drawer H<br>Reserve, LA 70084 |
| **Joseph M. Barton**<br>Slancy Binkow & Goldberg<br>One Embarcadero Center, Suite 760<br>San Francisco, CA 94111 | **R. Scott Palmer**<br>Berman, DeValerio,<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401 |
| **Adam C. Belsky**<br>**Sarah Crowley**<br>Gross Belsky Alonso<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104 | **Andrea M. Price**<br>Barrasso Usdin Kupperman Freeman & Sarver<br>909 Poydras St, Suite 2400<br>New Orleans, LA 70112 |
| **Mary G. Cooper**<br>**J. Bruce Cross**<br>Cross Gunter Witherspoon & Galchus<br>PO Box 3178<br>Little Rock, AR 72203 | **Aaron E. Robinson**<br>**Eric B. Snyder**<br>Bailey & Glasser<br>209 Capitol Street<br>Charleston, WV 25301 |
| **Curtis D. Ripley**<br>150 S 5th St, Suite 2300<br>Minneapolis, MN 55402 | **David M. Donovan**<br>Watts Donovan & Tilley<br>200 River Market Ave, Suite 200<br>Little Rock, AR 72201 |

**Jeff D. Friedman**
**Shana E. Scarlett**
Hagens Bernam Sobol Shapiro
715 Hearst Ave, Suite 202
Berkely, CA 94710

**Greg Hanthorn**
Jones Day
1420 Peachtree St NE, Suite 800
Atlanta, GA 30309

**Shelley R. Hebert**
Jones Day
77 W Wacker
Chicago, IL 60601

**Russ M. Herman**
**Stephen J. Herman**
**Soren E. Gisleson**
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

**Gregory J Johnson**
6688 145th St W
Apple Valley, MN 55124

**Randall E. Kahnke**
Faegre Baker Daniels
90 S 7th St, Suite 2200
Minneapolis, MN 55402

**Andrew D. King**
Wilmer Cutler Pickering Hale
 & Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

**Francis O. Scarpulla**
**Judith A. Zahid**
**Heather T. Rankie**
Zelle Hofmann Voelbel & Mason
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

**Candice C. Sirmon**
701 Magazine Street
New Orleans, LA 70130

**Stephen J. Squeri**
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**Lloyd J. Tabary, II**
8560 Anselmo Lane
Baton Rouge, LA 70817

**Thomas P. Thrash**
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

**Reginald Von Terrell**
PO Box 13315. PMB#148
Oakland, CA 94661

**Lin Wang**
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

**Kevin P. Klibert**
106 W Seventh St
PO Drawer H
Reserve, LA 70084

**Alan S. Miller**
Jones Day
2727 North Harwood St
Dallas, TX 75201

**Patrick S. Williams**
Briggs & Morgan
80 S 8th St, Suite 2200
Minneapolis, MN 55402

**Lingel Hart Winters**
275 Battery Street, Suite 2600
San Francisco, CA 94111

   /s/ Austin Schwing
Austin Schwing
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8210
Aschwing@gibsondunn.com
SBN 211696