**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ) | 12-md-02311 |
| ANTITRUST LITIGATION ) | Honorable Marianne O. Battani |
| ) | |
| ) | |
| ALL PARTS ) | |
| ) | |
| ) | |
| THIS RELATES TO: ALL CASES ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lindsey R. Vaala of the law firm Vinson & Elkins LLP hereby enters an appearance on behalf of Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc. in the above-captioned case, in accordance with the December 23, 2013 Electronic Case Management Protocol Order (MDL Dkt No. 665). This appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: June 2, 2014                    VINSON & ELKINS LLP

                       By:   /s/ Lindsey R. Vaala
                              Lindsey R. Vaala
                              2200 Pennsylvania Ave. N.W.
                              Suite 500 West
                              Washington, D.C. 20037
                              Telephone: (202) 639-6523
                              Fax: (202) 879-8853
                              Email: lvaala@velaw.com

                       *Attorney for Hitachi, Ltd., Hitachi Automotive*
                       *Systems, Ltd. and Hitachi Automotive Systems*
                       *Americas, Inc.*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: June 2, 2014                              VINSON & ELKINS LLP

                                                 By:   /s/ Lindsey R. Vaala
                                                       Lindsey R. Vaala