**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS<br>          ANTITRUST LITIGATION<br>_____<br><br> ALL PARTS<br>_____<br><br>THIS RELATES TO: ALL CASES<br>_____ | )   12-md-02311<br>)   Honorable Marianne O. Battani<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Craig P. Seebald of the law firm Vinson & Elkins LLP hereby enters an appearance on behalf of Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc. in the above-captioned case, in accordance with the December 23, 2013 Electronic Case Management Protocol Order (MDL Dkt No. 665). This appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: June 2, 2014                    VINSON & ELKINS LLP

                                       By:   /s/ Craig P. Seebald
                                             Craig P. Seebald
                                             2200 Pennsylvania Ave. N.W.
                                             Suite 500 West
                                             Washington, D.C. 20037
                                             Telephone: (202) 639-6585
                                             Fax: (202) 879-8995
                                             Email: cseebald@velaw.com

                                       *Attorney for Hitachi, Ltd., Hitachi Automotive
                                       Systems, Ltd. and Hitachi Automotive Systems
                                       Americas, Inc.*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


Dated: June 2, 2014         VINSON & ELKINS LLP

                            By:   /s/ Craig P. Seebald
                                  Craig P. Seebald