# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File NO. 12-md-02311 Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: All Actions | : : : : : : : : : : : | **REPLY IN SUPPORT OF MOTION OF END-PAYOR PLAINTIFFS, AUTO DEALER PLAINTIFFS, THE STATE OF FLORIDA, AND THE CITY OF RICHMOND TO COORDINATE ALL ACTIONS IN MDL 2311** |

## INDEX OF EXHIBITS

**EXHIBIT**          **DOCUMENT**

1       June 12, 2012 JPML Transfer Order (Dkt. No. 117; 12-md-02311)

2       Aisin Industry Co., Ltd. Plea Agreement

3       Autoliv, Inc. Plea Agreement

4       Bridgestone Corporation Plea Agreement

| | |
|---|---|
| 5 | DENSO Corporation Plea Agreement |
| 6 | Diamond Electric Mfg. Co., Ltd. Plea Agreement |
| 7 | Fujikura, Ltd. Plea Agreement |
| 8 | Furukawa Electric Co., Ltd. Plea Agreement |
| 9 | G.S. Electech, Inc. Plea Agreement |
| 10 | Hitachi Automotive Systems, Ltd. Plea Agreement |
| 11 | JTEKT Corporation Plea Agreement |
| 12 | Koito Manufacturing Co., Ltd. Plea Agreement |
| 13 | Mitsuba Corporation Plea Agreement |
| 14 | Mitsubishi Electric Corporation Plea Agreement |
| 15 | Mitsubishi Heavy Industries, Ltd. Plea Agreement |
| 16 | Nippon Seiki Co., Ltd. Plea Agreement |
| 17 | NSK, Ltd. Plea Agreement |
| 18 | Panasonic Corporation Plea Agreement |
| 19 | Showa Corporation Information Filed |
| 20 | Stanley Electric Co., Ltd. Plea Agreement |
| 21 | T.RAD Co., Ltd. Plea Agreement |
| 22 | Takata Corporation Plea Agreement |

| | |
|---|---|
| 23 | Tokai Rica Co., Ltd. Plea Agreement |
| 24 | Toyo Tire & Rubber Co., Ltd. Plea Agreement |
| 25 | TRW Deutschland Holding GmbH Plea Agreement |
| 26 | Valeo Japan, Ltd. Plea Agreement |
| 27 | Yamashita Rubber Co., Ltd. Plea Agreement |
| 28 | Yazaki Corporation Plea Agreement |
| 29 | U.S. DOJ Press Release dated May 22, 2014 |
| 30 | Associated Press Article dated May 25, 2014 |
| 31 | Washington Post Article dated September 26, 2013 |
| 32 | Reuters Article dated February 15, 2013 |
| 33 | DOJ Antitrust Division Update - Spring 2012 |