# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311-MOB-MKM |
| ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: Air Conditioning Systems: Direct Purchaser, End Payor, and Dealership Plaintiff Actions | |

## NOTICE OF APPEARANCE OF COREY W. ROUSH

PLEASE TAKE NOTICE that the undersigned attorney, Corey W. Roush, of the firm Hogan Lovells US LLP, enters his appearance in the above-captioned matters as counsel for Defendants Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  June 3, 2014

Respectfully submitted,

HOGAN LOVELLS US LLP

By:   /s/ Corey W. Roush
      D.C. Bar No. 466337
      Hogan Lovells US LLP
      555 Thirteenth Street, N.W.
      Washington, D.C. 20004-1109
      Tel: (202) 637-5600
      Fax: (202) 637-5910
      Email: corey.roush@hoganlovells.com
      *Counsel for Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.*

\\DC - 025482/000026 - 5686564 v1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2014, I electronically filed my appearance on behalf of Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc. with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  June 3, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Corey W. Roush
　　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 466337
　　　　　　　　　　　　　　　　　　　　　　　Hogan Lovells US LLP
　　　　　　　　　　　　　　　　　　　　　　　555 Thirteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-1109
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 637-5600
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 637-5910
　　　　　　　　　　　　　　　　　　　　　　　Email: corey.roush@hoganlovells.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Mitsubishi Heavy Industries*
　　　　　　　　　　　　　　　　　　　　　　　*America, Inc. and Mitsubishi Heavy*
　　　　　　　　　　　　　　　　　　　　　　　*Industries Climate Control, Inc.*