UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | : | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| | : : | |
| THIS DOCUMENT RELATES TO: | : : | **ORDER GRANTING END-PAYOR PLAINTIFFS, AUTO DEALER** |
| All Actions | : : : : : : : | **PLAINTIFFS, THE STATE OF FLORIDA, AND THE CITY OF RICHMOND'S *EX PARTE* MOTION FOR EXTENSION OF PAGES** |

This matter having come before the Court on End-Payor Plaintiffs, Auto Dealer Plaintiffs, the State of Florida, and the City of Richmond's (the "Moving Plaintiffs") *Ex Parte* Motion for Extension of Pages, the matter having been reviewed, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Moving Plaintiffs' Motion is **GRANTED**. The Moving Plaintiffs may file a single reply not to exceed twenty pages to the five responses identified in the Moving Plaintiffs' *ex parte* motion.

**IT IS SO ORDERED.**

Date: June 3, 2014             s/Marianne O. Battani
                               MARIANNE O. BATTANI
                               United States District Judge

Case 2:12-md-02311-SFC-RSW   ECF No. 732, PageID.10559   Filed 06/03/14   Page 2 of 2

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 3, 2014.

                                                    s/ Kay Doaks
                                                    Case Manager