# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS      ) <br> ) | |
| ) <br> THIS RELATES TO: ALL CASES  ) <br> ) | |

## NOTICE OF APPEARANCE OF DAVID T. SHOGREN

Please take notice that David T. Shogren of Simpson Thacher & Bartlett LLP hereby enters his appearance as counsel for Defendant Stanley Electric Co., Ltd. in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated: June 3, 2014            Respectfully submitted,

/s/ David T. Shogren
David T. Shogren
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 636-5562
Facsimile: (202) 636-5502
dshogren@stblaw.com

*Counsel for Defendant Stanley Electric Co., Ltd.*

-2-

## CERTIFICATE OF SERVICE

I certify that on June 3, 2014, I electronically filed the foregoing Notice of Appearance of David T. Shogren with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ David T. Shogren
David T. Shogren
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 636-5562
Facsimile: (202) 636-5502
dshogren@stblaw.com
