**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) |
| THIS RELATES TO: ALL CASES | ) ) ) ) |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS DIAMOND ELECTRIC MFG. CO., LTD. AND DIAMOND ELECTRIC MFG. CORPORATION**

Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation request an order of this Court granting leave for Mark S. Popofsky of Ropes & Gray LLP to withdraw as counsel for defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in the following actions:

Master File No. 12-md-02311

Ifeoma Adams, et al. v. Diamond Electric Mfg Co. Ltd., et al.; 2:13-cv-14173

Martens Cars of Washington, Inc., et al. v. Diamond Electric Mfg Co. Ltd., et al.; 2:13-cv-14202

Jerry McDaniel, et al. v. Denso Corp., et al.; 2:13-cv-14660

No prejudice will result from the withdrawal as Simpson Thacher & Bartlett LLP continues to represent Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in these actions.

Dated:  June 10, 2014

                                    Respectfully submitted,

                                    /s/ Mark S. Popofsky
                                    Mark S. Popofsky
                                    ROPES & GRAY LLP
                                    One Metro Center 700
                                    12th Street, NW Suite 900
                                    Washington , DC  20005-3948
                                    Telephone: (202) 508-4600
                                    Facsimile: (202) 508-4650
                                    Mark.Popofsky@ropesgray.com

                                    *Counsel for Defendants Diamond Electric Mfg.*
                                    *Co., Ltd. and Diamond Electric Mfg. Corporation*

## CERTIFICATE OF SERVICE

    I certify that on June 10, 2014, I electronically filed the foregoing Motion to Withdraw as Counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

                                            /s/ Mark S. Popofsky  
                                            Mark S. Popofsky  
                                            ROPES & GRAY LLP  
                                            One Metro Center 700  
                                            12th Street, NW Suite 900  
                                            Washington , DC  20005-3948  
                                            Telephone: (202) 508-4600  
                                            Facsimile: (202) 508-4650  
                                            Mark.Popofsky@ropesgray.com m