UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) |
| THIS RELATES TO: ALL CASES | ) ) ) ) |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS DIAMOND ELECTRIC MFG. CO., LTD. AND DIAMOND ELECTRIC MFG. CORPORATION**

Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation request an order of this Court granting leave for Christine A. Rodriguez of Ropes & Gray LLP to withdraw as counsel for defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in the following actions:

Master File No. 12-md-02311

Ifeoma Adams, et al. v. Diamond Electric Mfg Co. Ltd., et al.; 2:13-cv-14173

Martens Cars of Washington, Inc., et al. v. Diamond Electric Mfg Co. Ltd., et al.; 2:13-cv-14202

Jerry McDaniel, et al. v. Denso Corp., et al.; 2:13-cv-14660

No prejudice will result from the withdrawal as Simpson Thacher & Bartlett LLP continues to represent Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in these actions.

Dated:  June 10, 2014

                                        Respectfully submitted,

                                        /s/ Christine A. Rodriguez
                                        Christine A. Rodriguez
                                        ROPES & GRAY LLP
                                        Prudential Tower
                                        800 Boylston Street
                                        Boston, MA 02199
                                        Telephone: (617) 235-4743
                                        Facsimile: (617) 235-9901
                                        Christine.rodriguez@ropesgray.com

                                        *Counsel for Defendants Diamond Electric Mfg.*
                                        *Co., Ltd. and Diamond Electric Mfg. Corporation*

**CERTIFICATE OF SERVICE**

I certify that on June 10, 2014, I electronically filed the foregoing Motion to Withdraw as Counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Christine A. Rodriguez
Christine A. Rodriguez
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 235-4743
Facsimile: (617) 235-9901
Christine.rodriguez@ropesgray.com