UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS      12-md-02311
ANTIRUST LITIGATION      Honorable Marianne O. Battani

)
ALL PARTS     )
)
)
THIS RELATES TO: ALL CASES     )
)

**ORDER**

Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation's motion for an order granting leave for Christine A. Rodriguez to withdraw as counsel [Doc. # 743] in the following actions:

    Master File No. 12-md-02311

    Ifeoma Adams, et al. v. Diamond Electric Mfg Co. Ltd., et al.; 2:13-cv-14173

    Martens Cars of Washington, Inc., et al. v. Diamond Electric Mfg Co. Ltd., et al.; 2:13-cv-14202

    Jerry McDaniel, et al. v. Denso Corp., et al.; 2:13-cv-14660

Simpson Thacher & Bartlett LLP will continue to represent Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in these actions.

    IT IS SO ORDERED that

    Christine A. Rodriguez is hereby relieved of any further responsibilities with regard to these cases.

Date:  June 12, 2014                    s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        United States District Judge