IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-MD-02311 <br> Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

# NOTICE OF APPEARANCE

PLEASE enter the Appearance of Heather L. Kafele of the law firm Shearman & Sterling, LLP, as counsel on behalf of JTEKT Automotive North America, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

    Respectfully Submitted,

    By: */s/ Heather L. Kafele*
    Heather L. Kafele
    801 Pennsylvania Avenue, Ste. 900
    Washington, DC 20004
    Phone: (202) 508-8097
    Fax: (202) 508-8100
    Email: hkafele@shearman.com

    *Attorney for Defendant JTEKT Automotive North America, Inc.*

Dated: August 7, 2014

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2014, I electronically filed my Appearance on behalf of JTEKT Automotive North America, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

By:  */s/ Heather L. Kafele*
Heather L. Kafele
801 Pennsylvania Avenue, Ste. 900
Washington, DC 20004
Phone: (202) 508-8097
Fax: (202) 508-8100
Email: hkafele@shearman.com

*Attorney for Defendant JTEKT Automotive North America, Inc.*