# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS                        12-md-02311
ANTIRUST LITIGATION                            Honorable Marianne O. Battani

_____

ALL PARTS                                      )
_____ )
                                               )
THIS RELATES TO: ALL CASES                     )
_____ )

## NOTICE OF APPEARANCE OF JAMIE J. JANISCH

Please take notice that Jamie J. Janisch of Zausmer, Kaufman, August &

Caldwell, P.C., hereby enters his appearance as counsel for Defendant Mitsubishi

Electric Corporation.


Dated: September 3, 2014                    Respectfully submitted,

                                            /s/ Jamie J. Janisch
                                           Jamie J. Janisch
                                           ZAUSMER, KAUFMAN,
                                           AUGUST & CALDWELL, P.C.
                                           31700 Middlebelt Road, Suite 150
                                           Farmington Hills, MI 48334
                                           Telephone: (248) 851-4111
                                           jjanisch@zkac.com
                                           Mich. Bar: P72516

                                           *Counsel for Mitsubishi Electric*
                                           *Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 3, 2014, I electronically filed the foregoing

Notice of Appearance of Jamie J. Janisch with the Clerk of the Court via CM/ECF,

which will send notification of such filing to all counsel registered with CM/ECF.


/s/ Jamie J. Janisch
Jamie J. Janisch
ZAUSMER, KAUFMAN,
AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
Telephone: (248) 851-4111
jjanisch@zkac.com
Mich. Bar: P72516

{00337811}                                                2