## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br><br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### APPEARANCE OF BARBARA H. WOOTTON

TO:     THE CLERK OF THE COURT

PLEASE enter the appearance of Barbara H. Wootton of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant North American Lighting, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: September 4, 2014                              Respectfully submitted,

By:  /s Barbara H. Wootton
Barbara H. Wootton
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6545
(202) 942-5999 - facsimile
Barbara.wootton@aporter.com
DC Bar:  470764
*Attorney for Defendant North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I electronically filed Appearance on behalf of Defendant North American Lighting, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 4, 2014

By:  /s Barbara H. Wootton
Barbara H. Wootton
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6545
(202) 942-5999 - facsimile
Barbara.wootton@aporter.com
DC Bar:  470764
*Attorney for Defendant North American Lighting, Inc.*