**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) All Actions ) ) ) | Master File No. 12-md-02311<br><br>Judge Marianne O. Battani<br>Magistrate Mona K. Majzoub |

## **APPEARANCE**

Please enter the undersigned's Appearance as Master/Facilitator in the above-entitled cause.

Dated: September 8, 2014

Respectfully submitted,

ABBOTT NICHOLSON, P.C.

By: /s/Gene J. Esshaki
Gene J. Esshaki (P 24325)
Master/Facilitator
300 River Place, Suite 3000
Detroit, Michigan 48207-4225
(313) 566-2500; (313) 566-2502 fax
gjesshaki@abbottnicholson.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: | Judge Marianne O. Battani<br>Magistrate Mona K. Majzoub |
| All Actions | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has this date entered his Appearance as Master/Facilitator.

Dated:  September 8, 2014

Respectfully submitted,

ABBOTT NICHOLSON, P.C.

By:   /s/Gene J. Esshaki
Gene J. Esshaki (P 24325)
Master/Facilitator
300 River Place, Suite 3000
Detroit, Michigan 48207-4225
(313) 566-2500; (313) 566-2502 fax
gjesshaki@abbottnicholson.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2014, I electronically filed an Appearance and Notice of Appearance for Gene J. Esshaki with the Clerk of the Court using the ECF system which will send notification of such filing to the parties/attorneys of record.

Dated:  September 8, 2014               Respectfully submitted,

ABBOTT NICHOLSON, P.C.

By:   /s/Gene J. Esshaki
          Gene J. Esshaki (P 24325)
          Master/Facilitator
          300 River Place, Suite 3000
          Detroit, Michigan 48207-4225
          (313) 566-2500; (313) 566-2502 fax
          gjesshaki@abbottnicholson.com

4817-2027-4206, v.  1