UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION _____ ) ALL PARTS ) _____) ) THIS RELATES TO: ALL CASES ) _____) | 12-md-02311 Honorable Marianne O. Battani |

## NOTICE OF APPEARANCE OF CHARLES B. SKLARSKY

Please take notice that Charles B. Sklarsky of Jenner & Block LLP, in accordance with the Corrected Electronic Case Management Protocol (ECF No. 753, ¶ 9), hereby enters his appearance as counsel for Defendant Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.

Dated:  September 17, 2014           Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Charles B. Sklarsky

Charles B. Sklarsky
(csklarsky@jenner.com)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone:  (312) 923-2904
Fax:  (312) 840-7304

*Counsel for Defendant Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the September 17, 2014, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record via electronic mail.

        Respectfully submitted,

        JENNER & BLOCK LLP

        By: /s/ Charles B. Sklarsky

        Charles B. Sklarsky
        (csklarsky@jenner.com)
        JENNER & BLOCK LLP
        353 N. Clark Street
        Chicago, IL 60654-3456
        Phone: (312) 923-2904
        Fax: (312) 840-7304

        *Counsel for Defendant Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.*