UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| _____<br>                                                    )<br>ALL PARTS                                   )<br>_____)<br>                                                    )<br>THIS RELATES TO: ALL CASES    )<br>_____) | |

### NOTICE OF APPEARANCE OF MICHAEL T. BRODY

Please take notice that Michael T. Brody of Jenner & Block LLP, in accordance with the Corrected Electronic Case Management Protocol (ECF No. 753, ¶ 9), hereby enters his appearance as counsel for Defendant Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.

Dated:  September 17, 2014              Respectfully submitted,

                                                          JENNER & BLOCK LLP

                                                          By: /s/ Michael T. Brody

                                                          Michael T. Brody
                                                          (mbrody@jenner.com)
                                                          JENNER & BLOCK LLP
                                                          353 N. Clark Street
                                                          Chicago, IL 60654-3456
                                                          Phone:  (312) 923-2711
                                                          Fax:  (312) 840-7711

                                                          *Counsel for Defendant Mitsubishi Electric*
                                                          *Corporation; Mitsubishi Electric US*
                                                          *Holdings, Inc.; and Mitsubishi*
                                                          *Electric Automotive America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the September 17, 2014, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record via electronic mail.

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Michael T. Brody

Michael T. Brody
(mbrody@jenner.com)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 923-2711
Fax: (312) 840-7711

*Counsel for Defendant Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.*