# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Adam C. Hemlock, an attorney with the law firm of Weil, Gotshal & Manges LLP, duly admitted to the Bar of this Court, hereby appears as counsel of record for Calsonic Kansei North America, Inc. in the above-captioned action. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure. This is in accordance with the July 3, 2014 Electronic Case Management Protocol (MDL Docket #753).

WEIL:\95097638\1\32861.0003

2

Dated: September 19, 2014                     Respectfully Submitted,

*/s/*     Adam C. Hemlock
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
adam.hemlock@weil.com
*Attorneys for Calsonic Kansei North America, Inc.*

2

3

## **CERTIFICATE OF SERVICE**

I, Adam C. Hemlock, hereby certify that on September 19, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel in this matter.

/s/        Adam C. Hemlock
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
adam.hemlock@weil.com

WEIL:\95097638\1\32861.0003