# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) ) | |

## NOTICE OF APPEARANCE OF SHANNON K. MCGOVERN

Please take notice that Shannon K. McGovern of Simpson Thacher & Bartlett LLP hereby enters her appearance as counsel for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc. in accordance with the Corrected Electronic Case Management Protocol (12-md-2311, ECF No. 518, ¶ 10).

Dated:  September 29, 2014               Respectfully submitted,

/s/ Shannon K. McGovern
Shannon K. McGovern
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
smcgovern@stblaw.com

*Counsel for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc.*

-2-

## CERTIFICATE OF SERVICE

I certify that on September 29, 2014, I electronically filed the foregoing Notice of Appearance of Shannon K. McGovern with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Shannon K. McGovern
Shannon K. McGovern
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
smcgovern@stblaw.com
