**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 |
| ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF TERRELL W. OXFORD

PLEASE TAKE NOTICE that Terrell W. Oxford of Susman Godfrey L.L.P. hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned Case in accordance with the July 3, 2014 Electronic Case Management Protocol Order (docket 12-md-02311, document no. 753).

Dated: October 16, 2014

Respectfully submitted,

*/s/ Terrell Oxford*
Terrell W. Oxford
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
toxford@susmangodfrey.com

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| ALL PARTS | Case No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

## CERTIFICATE OF SERVICE

I certify that the forgoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on October 16, 2014.

Respectfully submitted,

*/s/ Terrell Oxford*
Terrell W. Oxford
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
toxford@susmangodfrey.com