# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br>ALL CASES | |

## NOTICE OF APPEARANCE OF KIMBERLY N. SHAW

TO:   THE CLERK OF THE COURT

Please enter the appearance of Kimberly N. Shaw, as counsel on behalf of Defendant, TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Kimberly N. Shaw*
Kimberly N. Shaw
TRAM, Inc.
47200 Port Street
Plymouth, MI 48170
kshaw@tramgroup.com

*Counsel for Defendant TRAM, Inc.*
*d/b/a Tokai Rika U.S.A. Inc.*

Dated: October 16, 2014

**CERTIFICATE OF SERVICE**

I, Kimberly N. Shaw, an attorney, hereby certify that on October 16, 2014, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF KIMBERLY N. SHAW to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

>*/s/ Kimberly N. Shaw*
>Kimberly N. Shaw