# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) MASTER FILE NO. 12-MD-02311 ) ) ) HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATES TO: PUBLIC ENTITIES | ) ) ) Case No. 14-cv-00106-MOB-MKM ) ) ) ) |

## NOTICE OF APPEARANCE

Jaye Quadrozzi of Young & Associates appears as counsel for Plaintiff City of Richmond in the above captioned matter.

Respectfully submitted,

**YOUNG & ASSOCIATES**
  /s/ Jaye Quadrozzi
Rodger D. Young (P22652)
Jaye Quadrozzi (P71646)
Counsel for City of Richmond/Public Entity Plaintiffs
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
(248) 353-8620
efiling@youngpc.com
P71646

Date: October 24, 2014

## PROOF OF SERVICE

I certify that on October 24, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

**YOUNG & ASSOCIATES**
　/s/ Jaye Quadrozzi
Rodger D. Young (P22652)
Jaye Quadrozzi (P71646)
Counsel for City of Richmond/Public Entity Plaintiffs
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
(248) 353-8620
efiling@youngpc.com
P71646