# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) MASTER FILE NO. 12-MD-02311 ) ) HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATES TO: PUBLIC ENTITIES | ) ) Case No. 14-cv-00106-MOB-MKM ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Robert S. Green of Green & Noblin, PC as counsel for Plaintiff City of Richmond in the above captioned matter.

**GREEN & NOBLIN, PC**

 /s/ Robert S. Green
Counsel for Plaintiff
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94393
415.477.6700
rsg@classcounsel.com

Date: October 24, 2014

## PROOF OF SERVICE

I certify that on October 24, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

**GREEN & NOBLIN, PC**

/s/ Robert S. Green
Counsel for Plaintiff
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94393
415.477.6700
rsg@classcounsel.com
