# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) MASTER FILE NO. 12-MD-02311 ) ) HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATES TO: PUBLIC ENTITIES | ) ) Case No. 14-cv-00106-MOB-MKM ) |

## NOTICE OF APPEARANCE

Please enter the appearance of R. Michael Lindsey of Morris and Morris LLC as counsel for Plaintiff City of Richmond in the above captioned matter.

**MORRIS AND MORRIS LLC**
**COUNSELORS AT LAW**

 /s/ R. Michael Lindsey
Counsel for Plaintiff
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
302.426.0400
rmlindsey@morrisandmorrislaw.com

Date: October 24, 2014

## **PROOF OF SERVICE**

I certify that on October 24, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

**MORRIS AND MORRIS LLC**
**COUNSELORS AT LAW**

 /s/ R. Michael Lindsey
Counsel for Plaintiff
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
302.426.0400
rmlindsey@morrisandmorrislaw.com