# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311 <br><br> Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) | |
| THIS RELATES TO:  ALL CASES | ) ) ) ) | |

## NOTICE OF APPEARANCE OF JOSHUA S. PRESS

PLEASE TAKE NOTICE that Joshua S. Press of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation and DENSO International America, Inc. **only** in the above-entitled matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  November 04, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:   */s/* Joshua S. Press
      Joshua S. Press
      WILMER CUTLER PICKERING
        HALE AND DORR LLP
      1875 Pennsylvania Avenue, NW
      Washington, DC  20006
      Telephone:  (202) 663-6000
      Facsimile:  (202) 663-6363
      joshua.press@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 04, 2014, I caused the foregoing Notice of Appearance

of Joshua S. Press to be electronically filed with the Clerk of the Court using the CM/ECF

system, which will send notifications of such filings to all counsel of record.

<div style="margin-left: 40%;">

By:    */s/* Joshua S. Press
        Joshua S. Press
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC  20006
        Telephone:  (202) 663-6000
        Facsimile:   (202) 663-6363
        joshua.press@wilmerhale.com

</div>