# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 <br> Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF HARYLE A. KALDIS

PLEASE TAKE NOTICE that Haryle A. Kaldis of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation and DENSO International America, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: November 04, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:   /s/ Haryle A. Kaldis
      Haryle A. Kaldis
      WILMER CUTLER PICKERING
        HALE AND DORR LLP
      1875 Pennsylvania Avenue, NW
      Washington, DC 20006
      Telephone: (202) 663-6000
      Facsimile: (202) 663-6363
      Haryle.Kaldis@wilmerhale.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 04, 2014, I caused the foregoing Notice of Appearance of Haryle A. Kaldis to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

                                                  By:    /s/ Haryle A. Kaldis
                                                             Haryle A. Kaldis
                                                             WILMER CUTLER PICKERING
                                                                 HALE AND DORR LLP
                                                             1875 Pennsylvania Avenue, NW
                                                            Washington, DC  20006
                                                            Telephone:  (202) 663-6000
                                                           Facsimile:   (202) 663-6363
                                                           Haryle.Kaldis@wilmerhale.com