# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ELECTRONIC POWERED STEERING ASSEMBLIES | 2:13-cv-1902-MOB<br>2:13-cv-1903-MOB |
| THIS RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF ATTORNEY APPEARANCE

Please note the appearance of J. Clayton Everett, Jr. as attorney of record for defendants Showa Corporation ("Showa") and American Showa, Inc. ("ASI") in the above-captioned action. Showa and ASI are appearing specially in the above-captioned action and do not intend to waive any defenses including, without limitation, the lack of personal jurisdiction.

Dated: September 18, 2014            Respectfully submitted,

                                               /s/ J. Clayton Everett, Jr.
                                          J. Clayton Everett, Jr. (D.C. Bar No. 469652)
                                          **MORGAN, LEWIS & BOCKIUS LLP**
                                          1111 Pennsylvania Avenue, NW
                                          Washington, DC 20004
                                          Telephone:  (202) 739-3000
                                          Facsimile:   (202) 739-3001
                                          jeverett@morganlewis.com
                                          *Attorney for Defendants Showa Corporation,*
                                          *and American Showa, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify on September 18, 2014, the forgoing Notice of Appearance was filed electronically.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

| | |
|---|---|
| Dated: September 18, 2014 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | By:  /s/ J. Clayton Everett, Jr._____ |