# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br>ALL CASES | |

## NOTICE OF APPEARANCE OF PATRICK J. CAROME

PLEASE TAKE NOTICE that Patrick J. Carome of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation and DENSO International America, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 7, 2015

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:   /*s*/ Patrick J. Carome
Patrick J. Carome
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
patrick.carome@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2015, I caused the foregoing Notice of Appearance of Patrick J. Carome to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By:     /s/ Patrick J. Carome
              Patrick J. Carome
              WILMER CUTLER PICKERING
                 HALE AND DORR LLP
              1875 Pennsylvania Avenue, NW
              Washington, DC  20006
              Telephone:  (202) 663-6000
              Facsimile:   (202) 663-6363
              patrick.carome@wilmerhale.com