# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ALL PARTS | ) ) ) ) | |
| THIS RELATES TO: | ) ) ) | |
| ALL CASES | ) ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael S. Feldberg of Allen & Overy LLP, hereby enters his appearance for and on behalf of Robert Bosch LLC, Robert Bosch GmbH and Bosch Electrical Drives Co., Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  January 27, 2015

/s/ Michael S. Feldberg
Michael S. Feldberg (1333533)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2015, I electronically filed the Appearance of Michael S. Feldberg with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record via the Court's ECF system.

Respectfully submitted,

/s/ Michael S. Feldberg
Michael S. Feldberg (1333533)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com