# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE

TO:  THE CLERK OF THE COURT

PLEASE enter the appearance of Jeremy Calsyn of the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel on behalf of Defendant Aisin Automotive Casting, LLC, in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated: January 27, 2015                Respectfully submitted,

                                       CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                       By:     */s/* Jeremy Calsyn
                                               Jeremy Calsyn
                                               2000 Pennsylvania Avenue, NW
                                               Washington, DC  20006
                                               Phone: (202) 974-1500
                                               Facsimile: (202) 974-1999
                                               Attorney Bar No. DC 467737
                                               Email: jcalsyn@cgsh.com

                                               *Attorney for Aisin Automotive Casting, LLC*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2015, I electronically filed the foregoing paper with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

Dated: January 27, 2015

/s/ Jeremy Calsyn
Jeremy Calsyn
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 467737
Email: jcalsyn@cgsh.com

*Attorney for Aisin Automotive Casting, LLC*