**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| IN RE: HEATER CONTROL PANELS LEAD CASE | 2:12-cv-00400-MOB-MKM |
| THIS RELATES TO:  DIRECT PURCHASER ACTIONS | 2:12-cv-00401-MOB-MKM |

**NOTICE OF APPEARANCE**

TO: The Clerk

　　　　PLEASE TAKE NOTICE that Daniel R. Karon, of the law firm Karon LLC, hereby files his appearance as counsel on behalf of SLTNTRST LLC in the above-captioned matters.

　　　　Please direct all future pleadings and correspondence to the undersigned counsel.

Dated: February 24, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel R. Karon*
　　　　　　　　　　　　　　　　　　　　　　　Daniel R. Karon
　　　　　　　　　　　　　　　　　　　　　　　Karon LLC
　　　　　　　　　　　　　　　　　　　　　　　700 W. St. Clair Avenue
　　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44113

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2015, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

>                          */s/ Daniel R. Karon*
>                          Daniel R. Karon

2