# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In re:  ALL PARTS CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

## MOTION TO WITHDRAW AS COUNSEL

Automobile Dealership Plaintiffs move the Court for leave to withdraw the appearance of David Hansma as counsel in all actions.  This motion is precipitated by Mr. Hansma's departure from the law firm Mantese Honigman and Williamson, P.C.. Automobile Dealership Plaintiffs will continue to be represented by other counsel of record and no delay in the progress of this action will result from Mr. Hansma's withdrawal.

WHEREFORE, Automobile Dealership Plaintiffs request that the Court enter an order granting the motion to withdraw the appearance of Mr. Hansma as counsel.

DATED: March 26, 2015            Respectfully submitted,

**MANTESE HONIGMAN
  AND WILLIAMSON, P.C.**

 /s/  *Gerard V. Mantese*
Gerard V. Mantese (Michigan Bar No. P34424)
Mantese Honigman and Williamson, P.C
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2015, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Sherri Sikorski
Sherri Sikorski
Mantese Honigman and Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
Ssikorski@manteselaw.com