UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 |
| | : | Honorable Marianne O. Battani |
| ALL PARTS | : : : | |
| THIS DOCUMENT RELATES TO: | : : | |
| ALL CASES | : : | |

**MOTION FOR WITHDRAWAL OF COUNSEL**

End-Payor Plaintiffs, by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Warren T. Burns, Esq., as counsel for the End-Payor Plaintiffs in all actions, including all lead and class cases. This Motion is precipitated by Mr. Burns' departure from the law firm of Susman Godfrey L.L.P. The End-Payor Plaintiffs will continue to be represented by other counsel of record, including counsel at Susman Godfrey L.L.P., and no delay in the progress of this action will result from Mr. Burns' withdrawal.

WHEREFORE, End-Payor Plaintiffs respectfully request that the Court enter an order withdrawing the appearance of Warren T. Burns, Esq. as counsel for the End-Payor Plaintiffs in all actions, including all lead and class cases.

Dated: April 1, 2015

Respectfully submitted,

*/s/ Warren T. Burns*
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933
*Interim Co-Lead Class Counsel for*
*End-Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2015, I electronically filed the attached document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

>  */s/ Warren T. Burns*
> Warren T. Burns
> **SUSMAN GODFREY L.L.P.**
> 901 Main Street, Suite 5100
> Dallas, TX 75202
> Telephone: (214) 754-1900
> Facsimile: (214) 754-1933
> *Interim Co-Lead Class Counsel for*
> *End-Payor Plaintiffs*