IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

3

In Re: Automotive Parts Antitrust Litigation

Master File 12-md-02311

Timmy A. Curtis, Intervenor
Amber Lambert, Intervenor
Jonathon Rich, Intervenor



FILED
APR 03 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

Motion to Intervene as Plaintiffs with Newly discovered Evidence under Fed R. Civ P. Rule 24(A)², 24(B)

Comes now, the intervenors, Timmy A. Curtis, Amber Lambert, Jonathon Rich, moves this honorable court to intervene as plaintiffs in the Automotive Parts Antitrust Litigation under Fed. R. Civ. P. Rule 24(A)² - As a matter of Right.
Nevilles v. EEOC

Moves to intervene as plaintiffs under Rule 24(B) - permissive intervention.

Intervenors will provide questions of laws and facts that are common in this litigation in support of plaintiffs claims. Intervenors were personally effected by the Defendants and just recently found out about this litigation

Intervenors Have a common vested interest in this litigation

Intervenors will provide this honorable court evidence which includes: Documents, exhibits, Automotive records, Photographs, graphs, charts, Banking statements, Financial records, and emails.

Intervenors Respectfully pray this honorable court will grant their motion for relief.

Respectfully, 3/30/15

_____
Timmy A. Curtis
518 George Rd
Toms River, NJ 08753

_____
Amber Lambert
#181498
P.O. Box 85880
Pearl, MS 39288

_____
Jonathon Rich
KX9662
301 Institution Dr.
Bellefonte, PA 16823

James Snavely LQ 2452
301 Institution Dr.
Bellefonte, Pa 16823



INMATE MAIL
PA DEPT OF
CORRECTIONS

UNITED STATES DISTRICT COURT
231 Lafayette Blvd.
Detroit, Michigan 48226