# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Hon. Marianne O. Battani |
| IN RE ALTERNATORS | : : | Case No. 2:13-cv-00702-MOB-MKM Case No. 2:13-cv-00703-MOB-MKM |
| IN RE STARTERS | : : | Case No. 2:13-cv-01102-MOB-MKM Case No. 2:13-cv-01103-MOB-MKM |
| IN RE IGNITION COILS | : : | Case No. 2:13-cv-01402-MOB-MKM Case No. 2:13-cv-01403-MOB-MKM |
| IN RE MOTOR GENERATORS | : : | Case No. 2:13-cv-01502-MOB-MKM Case No. 2:13-cv-01503-MOB-MKM |
| IN RE INVERTERS | : : | Case No. 2:13-cv-01802-MOB-MKM Case No. 2:13-cv-01803-MOB-MKM |
| IN RE AIR FLOW METERS | : : | Case No. 2:13-cv-02002-MOB-MKM Case No. 2:13-cv-02003-MOB-MKM |
| IN RE FUEL INJECTION SYSTEMS | : : | Case No. 2:13-cv-02202-MOB-MKM Case No. 2:13-cv-02203-MOB-MKM |
| IN RE VALVE TIMING CONTROL DEVICES | : : | Case No. 2:13-cv-02502-MOB-MKM Case No. 2:13-cv-02503-MOB-MKM |
| IN RE ELECTRONIC THROTTLE BODIES | : : | Case No. 2:13-cv-02602-MOB-MKM Case No. 2:13-cv-02603-MOB-MKM |
| THIS DOCUMENT RELATES TO: ALL DEALERSHIP ACTIONS ALL END-PAYOR ACTIONS | : : : : | |

**STIPULATION AND ORDER REGARDING EXPEDITED HEARING ON END-PAYOR AND AUTOMOBILE DEALERSHIP PLAINTIFFS'
MOTIONS FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS
WITH HITACHI AUTOMOTIVE SYSTEMS, LTD.
<u>AND PROVISIONAL CERTIFICATION OF SETTLEMENT CLASSES</u>**

WHEREAS, End-Payor and Automobile Dealership Plaintiffs filed their Motion for Preliminary Approval of Proposed Settlement with Hitachi Automotive Systems, Ltd. ("HIAMS") and Provisional Certification of a Settlement Class (the "Motion") in the above-captioned litigations concurrently with this Stipulation.

WHEREAS, pursuant to L.R. 7.1(e)(2), any response to the Motions must be filed within 14 days after service of the Motions, and any reply must be filed within seven days after service of the Responses but not less than three days before oral argument, and thus any hearing on the Motion would in the normal course be scheduled after April 9, 2015.

WHEREAS, the Court scheduled a preliminary approval hearing on this Motion for April 9, 2015, wherein counsel for the settling parties are expected to appear;

WHEREAS, given that a significant number of attorneys in this antitrust litigation practice outside of the Eastern District of Michigan, and considering the expense associated with travel to the Eastern District, and considering the Court's and the parties' emphasis on cost management, it would be prudent and advantageous for the Court to hear the Motion, on an expedited basis, on April 9, 2015;

WHEREAS, pursuant to L.R. 7.1(a), attorneys for the End-Payor Plaintiffs and Automobile Dealership Plaintiffs sought concurrence from counsel for all Defendants, to request the Court to hear the Motion, on an expedited basis, on April 9, 2015;

WHEREAS, Defendants have no objection to the relief sought;

WHEREAS, the Court, being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Court shall hear End-Payor Plaintiffs' and Automobile Dealership Plaintiffs' Motions for Preliminary Approval of Proposed Settlement with Hitachi Automotive Systems, Ltd. and Provisional Certification of Settlement Classes, on an expedited basis, on April 9, 2015.

Date: April 8, 2015                                s/Marianne O. Battani
                                                   MARIANNE O. BATTANI
                                                   United States District Judge

Approved as to form and content:

Dated: April 3, 2015                               */s/ E. Powell Miller*
                                                   E. Powell Miller (P39487)
                                                   Adam T. Schnatz (P72049)
                                                   **THE MILLER LAW FIRM, P.C.**
                                                   The Miller Law Firm, P.C.
                                                   950 W. University Dr., Ste. 300
                                                   Rochester, Michigan 48307
                                                   epm@millerlawpc.com
                                                   ats@millerlawpc.com

                                                   *Interim Liaison Counsel for the Proposed End-Payor Plaintiff Classes*

                                                   Steven N. Williams
                                                   Adam J. Zapala
                                                   Elizabeth Tran
                                                   **COTCHETT, PITRE & McCARTHY, LLP**
                                                   San Francisco Airport Office Center
                                                   840 Malcolm Road, Suite 200
                                                   Burlingame, CA 94010
                                                   Telephone:  (650) 697-6000
                                                   Facsimile:  (650) 697-0577
                                                   swilliams@cpmlegal.com
                                                   azapala@cpmlegal.com
                                                   etran@cpmlegal.com

                                                   Hollis Salzman
                                                   Bernard Persky
                                                   William V. Reiss

5

**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone:  (212) 980-7400
Facsimile:  (212) 980-7499
HSalzman@RobinsKaplan.com
BPersky@RobinsKaplan.com
WReiss@RobinsKaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone:  (214) 754-1900
Facsimile:  (214)754-1933
toxford@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiff Classes*

Dated: April 3, 2015

*/s/ Gerard V. Mantese (w/ consent)*
Gerard V. Mantese (P34424)
Joshua Lushnat (P75319)
**MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**
1361 E. Big Beaver Road
Troy, MI 48083
Telephone: (248) 457-9200 ext. 203
Facsimile: (248) 457-9201
gmantese@manteselaw.com
jlushnat@manteselaw.com

*Interim Liaison Counsel for the Proposed Automobile Dealer Plaintiff Classes*

Jonathan W. Cuneo

6

Joel Davidow
Victoria Romanenko
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834.2628
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Counsel for the Automobile Dealer Plaintiff Classes*
