## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re:  **AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re:  **All Auto Parts Cases** | |
| **THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES** | 2:12-MD-02311-MOB-MKM |

### DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE

The undersigned Defendants hereby submit this opposition to the Motion to Intervene ("Motion") submitted by Timmy A. Curtis, Amber Lambert, and Jonathon Rich ("Movants").  Because Movants fail to provide any basis for their Motion, the Motion should be denied.  Further, at least one of the Movants has a long and litigious history of filing frivolous intervention motions that have been denied repeatedly by courts across the country.

Movants seek intervention as of right under Federal Rule of Civil Procedure 24(a) as well as permissive intervention under Rule 24(b).  *See* Dkt No. 930 (hereinafter, "Mot.").  In the Motion, Movants argue that they "have a common vested interest in this litigation" and state that they will provide "questions of laws and Facts that are common in this Litigation in support of plaintiffs [*sic*] claims."  Mot. at 1.  Even applying the principle that *pro se* complaints are to be held to less

stringent standards than formal pleadings drafted by lawyers, and should therefore be liberally construed,  *see Williams v. Curtin*, 631 F.3d 380, 383 (6th Cir. 2011), the statements in the Motion are entirely conclusory and insufficient to satisfy the requirements of Rule 24.

As an initial matter, under Rule 24(c), a motion to intervene, whether as of right or for permissive intervention, "must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought."  The movant must describe the basis for intervention with "sufficient specificity to allow the district court to rule."  *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 475 (9th Cir. 1992).  Here, in addition to not being accompanied by a pleading, the Motion provides only a conclusory recitation of one element of permissive intervention without specifying for which claim or defense intervention is sought.  *See* Mot. at 1 ("Intervenors will provide questions of laws and Facts that are common in this Litigation.").  On this basis alone, the Motion should be denied.

In addition, even construing the Motion liberally, Movants have not provided any basis for intervention under either Rule 24(a)(2) or Rule 24(b).  The Sixth Circuit has held that, "to intervene as of right under Rule 24(a)(2), a proposed intervenor must establish the following four elements: (1) the motion to intervene is timely; (2) the proposed intervenor has a substantial legal interest in

the subject matter of the case; (3) the proposed intervenor's ability to protect that interest may be impaired in the absence of intervention; and (4) the parties already before the court may not adequately represent the proposed intervenor's interest." *United States v. Michigan*, 424 F.3d 438, 443 (6th Cir. 2005).  Further, "failure to meet one of the criteria will require that the motion to intervene be denied."  *Id.* (quoting *Grubbs v. Norris*, 870 F.2d 343, 345 (6th Cir.1989)).  Movants here fail to establish even one of these four requirements.  They have not alleged any facts supporting a legitimate connection to the underlying litigation, much less a substantial legal interest in the subject matter of the case.  *See Am. Special Risk Ins. Co. ex rel. S. Macomb Disposal Auth. v. City of Centerline*, 69 F. Supp. 2d 944, 955 (E.D. Mich. 1999) (denying motion to intervene as of right because, among other things, proposed intervenor failed to illustrate how its interests would be impaired if it was not allowed to intervene).  Moreover, the Motion fails to articulate why Movants believe that Co-Lead Class Counsel may not adequately protect their interests.  *Id.*

Movants similarly fail to make a case for permissive intervention. Permissive intervention requires that the proposed intervenor have (1) "a conditional right to intervene by a federal statute," or (2) "a claim or defense that shares with the main action a common question of law or fact."  Fed. R. Civ. P. 24(b)(1).  In the Motion, Movants fail to identify the specific "claim or defense"

they purport to assert.  Nor do Movants identify any federal statute under which they have a conditional right to intervene.

As demonstrated, there is no basis on which to allow intervention by Movants under Rule 24(a)(2) or Rule 24(b), and the Motion should be denied.

It is not surprising that Movants have entirely failed to construct a request for intervention satisfying even the most basic requirements for that relief.  The Movants have a history of filing frivolous motions.  *See, e.g.*, *Order Denying Mot. to Intervene* at 2 n.4, *Oracle Am., Inc. v. Tetrix Computer Co.*, Case No. 5:13-cv-03385-PSG (N.D. Ca. Mar. 25, 2015), ECF No. 571 (denying motion by Movants to intervene and noting that Movant Jonathan Riches has a "long and litigious history filing frivolous lawsuits in courts across the country.")  The results of an ECF/Pacer USParty/Case Index Search conducted on April 9, 2015, for "Riches, Jonathan Lee" indicated that Mr. Riches has been a party to 3,670 cases.  *See* http://pacer.psc.uscourts.gov (follow "Case Search Sign In" hyperlink); *see also Report and Recommendation of United States Magistrate Judge* at 3, *Solliday v. Dir. of Bureau of Prisons*, Case No. 0:11-cv-02350-MJD-JJG (D. Minn. Oct. 8, 2014), ECF No. 56 (providing results of an ECF/Pacer USParty/Case Index Search for "Riches, Jonathan Lee" as of October 8, 2014), *adopted in Amended Order on Report and Recommendation* (D. Minn. Nov. 17, 2014), ECF No. 59.  In fact, Movant "Jonathon Rich" has been restricted by several courts, including Judge

Ludington of this Court, from filing future documents in those courts unless he first obtains permission of the court or unless any such filing is signed by a licensed attorney:

> Accordingly, IT IS HEREBY RECOMMENDED that . . .  An order be issued further restricting the proposed filings of Jonathan Lee Riches (a.k.a. Jonathan Rich, Rich Jonny Lee, Gordon Gekko, Ryan Howard, Mats Sundin, Trevor Wikre, or anyone signing with Inmate Identification Number KX9662) by directing the Clerk of Court for the District of Minnesota to refuse **any type of filings** submitted by Mr. Riches unless he receives permission to file the proposed document from a United States Magistrate Judge or unless the document is signed by a licensed attorney . . . .

*Id.* at 2-4, 8 (emphasis added); *see also Order Adopting Magistrate Judge's Report and Recommendation, Dismissing Plaintiff's Complaint with Prejudice and Enjoining Plaintiff From Filing Future Actions Without Leave of the Court, Riches v. Aguilera*, Case No. 1:07-cv-14460-TLL-CEB (E.D. Mich. Feb. 5, 2008), ECF No. 4.

Accordingly, for the reasons set forth above, the undersigned Defendants respectfully submit that Movants' Motion should be denied.

Dated:  April 20, 2015                    Respectfully submitted,


By:   */s/ Steven A. Reiss*
      Steven A. Reiss
      Adam C. Hemlock
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153-0119
      Telephone:  (212) 310-8000
      Facsimile:  (212) 310-8007
      steven.reiss@weil.com
      adam.hemlock@weil.com

      Frederick R. Juckniess
      SCHIFF HARDIN LLP
      350 South Main Street, Suite 210
      Ann Arbor, MI 48104
      (734) 222-1504
      fjuckniess@schiffhardin.com

      ***Attorneys for Bridgestone Corporation and
      Bridgestone APM Company***

Dated:  April 20, 2015       By: */s/ Steven A. Reiss*

Steven A. Reiss
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com


Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
KERR RUSSELL & WEBER PLC
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
Fax (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

***Attorneys for Calsonic Kansei Corporation
and CalsonicKansei North America, Inc.***


BUTZEL LONG

Dated:  April 20, 2015       By: */s/ Sheldon H. Klein*

Sheldon H. Klein
David F. DuMouchel
George B. Donnini
BUTZEL LONG
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
(313) 225-7080 (facsimile)
klein@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Telephone: (202)663-7820
TMiller@bakerandmiller.com

***Attorneys for Defendants Tokai Rika Co.,
Ltd. and TRAM, Inc.***

ARNOLD & PORTER LLP

Dated:  April 20, 2015          By: */s/ James L. Cooper*
                                James L. Cooper
                                Michael A. Rubin
                                Laura Cofer Taylor
                                Katherine Clemons
                                ARNOLD & PORTER LLP
                                555 Twelfth Street NW
                                Washington, DC 20004
                                (202) 942-5000
                                (202) 942-5999 (facsimile)
                                james.cooper@aporter.com
                                michael.rubin@aporter.com
                                laura.taylor@aporter.com
                                katherine.clemons@aporter.com

                                Joanne Geha Swanson
                                Fred K. Herrmann
                                Matthew L. Powell
                                KERR, RUSSELL AND WEBER, PLC
                                500 Woodward Avenue, Suite 2500
                                Detroit, MI 48226
                                (313) 961-0200
                                (313) 961-0388 (facsimile)
                                jswanson@kerr-russell.com
                                fherrmann@kerr-russell.com
                                mpowell@kerr-russell.com

*Attorneys for Defendants Fujikura Ltd.*
*and Fujikura Automotive America LLC*

SQUIRE PATTON BOGGS

Dated:  April 20, 2015          By: */s/ Barry A. Pupkin*
                                Barry A. Pupkin
                                SQUIRE PATTON BOGGS
                                2550 M Street Northwest
                                Washington, D.C. 20037
                                United States of America
                                (202) 626-6662
                                (202) 457-6315 (facsimile)
                                barry.pupkin@squirepb.com

*Attorney for Defendants Aisan Corporation*
*of America and Franklin Precision*
*Industry*

ARNOLD & PORTER LLP

Dated:  April 20, 2015          By: */s/ Franklin R. Liss*
                                Franklin R. Liss
                                Barbara H. Wootton
                                Tiana Russell
                                Lauren K. Peay
                                ARNOLD & PORTER LLP
                                555 Twelfth Street NW
                                Washington, DC 20004
                                Tel: (202) 942-5969
                                Fax: (202) 942-5999
                                frank.liss@aporter.com
                                barbara.wootton@aporter.com
                                tiana.russell@aporter.com
                                lauren.peay@aporter.com

                                Howard B. Iwrey
                                Brian M. Moore
                                DYKEMA GOSSETT PLLC

39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
(248) 203-0763 (facsimile)
hiwrey@dykema.com
bmoore @dykema.com

***Attorneys for Defendants Koito
Manufacturing Co., Ltd., and North
American Lighting, Inc.***

WINSTON & STRAWN LLP

Dated:  April 20, 2015          By: /s/ A. Paul Victor
                                     A. Paul Victor
                                     Jeffrey L. Kessler
                                     Jeffrey J. Amato
                                     James F. Lerner
                                     Molly M. Donovan
                                     Elizabeth A. Cate
                                     WINSTON & STRAWN LLP
                                     200 Park Avenue
                                     New York, NY 10166
                                     (212) 294-6700
                                     (212) 294-4700 (facsimile)
                                     pvictor@winston.com
                                     jkessler@winston.com
                                     jamato@winston.com
                                     jlerner@winston.com
                                     mmdonovan@winston.com
                                     ecate@winston.com

                                     Fred K. Hermann
                                     Joanne G. Swanson
                                     Dwayne D. Stresman
                                     KERR, RUSSELL AND WEBER
                                     500 Woodward, Suite 2500
                                     Detroit, MI 48226-3427
                                     (313) 961-0200
                                     (313) 961-0388 (facsimile)

fherrmann@kerr-russell.com
jswanson@kerr-russell.com
dstreman@kerr-russell.com

***Attorneys for Defendants NTN
Corporation and NTN USA Corporation***

ARNOLD & PORTER LLP

Dated:  April 20, 2015                    By: */s/ James L. Cooper*
James L. Cooper
Danielle Garten
Adam Pergament
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5000
(202) 942-5999 (facsimile)
james.cooper@aporter.com
danielle.garten@aporter.com
adam.pergament@aporter.com

Joanne Geha Swanson
Fred K. Herrmann
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 (facsimile)
jswanson@kerr-russell.com
fherrmann@kerr-russell.com

***Attorneys for Defendants Yamashita
Rubber Co., Ltd., and YUSA Corporation***

SHEARMAN & STERLING LLP

Dated:  April 20, 2015                    By: */s/ Heather Lamberg Kafele*

11

Heather Lamberg Kafele
Keith Palfin
Alison R. Welcher
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004
(202) 508-8000
(202) 508-8100 (facsimile)
hkafele@shearman.com
keith.palfin@shearman.com
alison.welcher@shearman.com

Brian M. Akkashian
PAESANO AKKASHIAN, PC
132 North Old Woodward Avenue
Birmingham, MI 48009
(248) 792-6886
(248) 792-6885 (facsimile)
bakkashian@paesanoakkashian.com

*Attorneys for Defendants JTEKT Corporation, JTEKT North America Corporation, and JTEKT Automotive North America, Inc.*

REED SMITH LLP

Dated: April 20, 2015    By: */s/ Debra H. Dermody*
                    Debra H. Dermody
                    Michelle A. Mantine
                    REED SMITH LLP
                    225 Fifth Avenue
                    Pittsburgh, PA 15222
                    (412) 288-3302
                    (412) 288-3063 (facsimile)
                    ddermody@reedsmith.com
                    mmantine@reedsmith.com

DYKEMA GOSSETT PLLC

Dated:  April 20, 2015          By:*/s/* Howard B. Iwrey
                                    Howard B. Iwrey (P39635)
                                    Brian M. Moore (P58584)
                                    39577 Woodward Avenue
                                    Bloomfield Hills, Michigan 48304
                                    Telephone: (248) 203-0526
                                    Fax:      (248) 203-0763
                                    hiwrey@dykema.com
                                    bmoore@dykema.com

                                    **Attorneys for Defendant for SKF USA Inc.**

O'MELVENY & MYERS LLP

Dated:  April 20, 2015          By:*/s/ Michael Tubach*
                                    Michael F. Tubach
                                    O'MELVENY & MYERS LLP
                                    Two Embarcadero Center, 28th Floor
                                    San Francisco, CA 94111
                                    (415) 984-8700
                                    (415) 984-8701 (facsimile)
                                    mtubach@omm.com

                                    Michael R. Turco
                                    BROOKS WILKINS SHARKEY &
                                    TURCO PLLC
                                    401 South Old Woodward, Suite 400
                                    Birmingham, MI 48009
                                    (248) 971-1713
                                    (248) 971-1801 (facsimile)
                                    turco@bwst-law.com

                                    **Attorneys for Defendants LEONI Wiring
                                    Systems, Inc. and Leonische Holding Inc.**

COVINGTON & BURLING LLP

Dated:  April 20, 2015

By: */s/ Anita F. Stork*
  Anita F. Stork
  Gretchen Hoff Varner
  Cortlin H. Lannin
  COVINGTON & BURLING LLP
  One Front Street, 35th Floor
  San Francisco, CA 94111
  Telephone: (415) 591-6000
  Fax: (415) 955-6550
  astork@cov.com

  Michael J. Fanelli
  COVINGTON & BURLING LLP
  One City Center
  850 Tenth Street, NW
  Washington, D.C. 20001
  Telephone: (202) 662-6000
  Fax: (202) 662-5383
  Mfanelli@cov.com

  ***Attorneys for Defendants Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive, Inc.***

  BROOKS WILKINS SHARKEY & TURCO PLLC

Dated:  April 20, 2015

By: */s/ Maureen T. Taylor*
  Herbert C. Donovan (P51939)
  Maureen T. Taylor (P63547)
  BROOKS WILKINS SHARKEY & TURCO PLLC
  401 Old South Woodward, Suite 400
  Birmingham, MI  48009
  Telephone: (248) 971-1721
  Fax: (248) 971-1801
  taylor@bwst-law.com
  donovan@bwst-law.com

**Attorneys for Defendants Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive, Inc.**

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Dated:  April 20, 2015                    By: */s/ Teale Toweill*
                                          Teale Toweill
                                          Mark Leddy
                                          Jeremy Calsyn
                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                          2000 Pennsylvania Ave., NW, Suite 9000
                                          Washington, DC 20006
                                          (202) 974-1500
                                          (202) 974-1999 (facsimile)
                                          ttoweill@cgsh.com
                                          mleddy@cgsh.com
                                          jcalsyn@cgsh.com

**Attorneys for Defendant NSK, Ltd.**

GIBSON, DUNN & CRUTCHER LLP

Dated:  April 20, 2015          By: */s/ George A. Nicoud III*
                                    George A. Nicoud III
                                    Austin Schwing
                                    Stuart McPhail
                                    GIBSON, DUNN & CRUTCHER LLP
                                    555 Mission Street, Suite 3000
                                    San Francisco, CA 94105
                                    (415) 393-8200
                                    (415) 393-8306 (facsimile)
                                    tnicoud@gibsondunn.com
                                    aschwing@gibsondunn.com
                                    smcphail@gibsondunn.com

                                    ***Attorneys for Defendants American
                                    Mitsuba Corporation and Mitsuba
                                    Corporation***

                                    WILMER CUTLER PICKERING HALE
                                    AND DORR LLP

Dated:  April 20, 2015          By: */s/ Steven F. Cherry*
                                    Steven F. Cherry
                                    Patrick J. Carome
                                    David P. Donovan
                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                    1875 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 20006
                                    Telephone: (202) 663-6000
                                    Fax: (202) 663-6363
                                    steven.cherry@wilmerhale.com
                                    patrick.carome@wilmerhale.com
                                    david.donovan@wilmerhale.com

                                    ***Attorneys for Defendants DENSO
                                    International America, Inc. and DENSO
                                    Corporation***

WILMER CUTLER PICKERING HALE
AND DORR LLP

Dated:  April 20, 2015          By:*/s/ Eric J. Mahr*
        Eric J. Mahr
        Stacy E. Frazier
        WILMER CUTLER PICKERING
        HALE AND
        DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        (202) 663-6000
        (202) 663-6363 (facsimile)
        eric.mahr@wilmerhale.com
        stacy.frazier@wilmerhale.com

**Attorneys for Defendant Schaeffler USA**

PORTER WRIGHT MORRIS & ARTHUR
LLP

Dated:  April 20, 2015          By:*/s/ Donald M. Barnes*
        Donald M. Barnes
        Jay L. Levine
        John C. Monica
        Molly S. Crabtree
        Jason E. Starling
        PORTER, WRIGHT, MORRIS, &
        ARTHUR, LLP
        1900 K Street, NW, Suite 1110
        Washington, D.C. 20006
        Telephone: (202) 778-3000
        Facsimile: (202) 778-3063
        dbarnes@porterwright.com
        jlevine@porterwright.com
        jmonica@porterwright.com
        mcrabtree@porterwright.com
        jstarling@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*

SIDLEY AUSTIN LLP

Dated:  April 20, 2015            By: */s/ David C. Giardina*
                                                 David C. Giardina
                                                 Courtney A. Rosen
                                                 SIDLEY AUSTIN LLP
                                                 One S. Dearborn St.
                                                 Chicago, IL 60603
                                                 Tel.: (312) 853-7000
                                                 Fax: (312) 853-7036
                                                 dgiardina@sidley.com
                                                 crosen@sidley.com

                                                 Bradley J. Schram
                                                 HERTZ SCHRAM PC
                                                 1760 S. Telegraph Rd., Suite 300
                                                 Bloomfiled Hills, MI 48302
                                                 Tel.: (248) 335-5000
                                                 Fax: (248) 335-3346
                                                 bschram@hertzschram.com

*Counsel for Defendants Toyo Tire & Rubber Co., Ltd., Toyo Automotive Parts (USA), Inc., Toyo Tire North America OE Sales LLC, and Toyo Tire North America Manufacturing Inc.*

LATHAM & WATKINS

Dated:  April 20, 2015            By: */s/ Marguerite M. Sullivan*
                                                 Marguerite M. Sullivan
                                                 Kelsey A. McPherson
                                                 LATHAM & WATKINS LLP
                                                 555 Eleventh Street NW, Suite 1000
                                                 Washington, DC 20004
                                                 (202) 637-2200

18

(202) 637-2201 (facsimile)
marguerite.sullivan@lw.com

Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-0600
(415) 395-8095 (facsimile)
dan.wall@lw.com

David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
(202) 628-5116 (facsimile)
dcross@crowell.com

William H. Horton
GIARMARCO, MULLINS &
HORTON, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
(248) 457-7060
bhorton@gmhlaw.com

***Attorneys for Defendants Sumitomo
Electric Industries, Ltd.; Sumitomo Wiring
Systems, Ltd.; Sumitomo Electric Wiring
Systems, Inc.; and Sumitomo Wiring
Systems (U.S.A.) Inc.***

MORGAN, LEWIS & BOCKIUS LLP

Dated:  April 20, 2015                    By: */s/ J. Clayton Everett*
                                          J. Clayton Everett
                                          Eyitayo O. St. Matthew-Daniel
                                          MORGAN, LEWIS & BOCKIUS LLP
                                          101 Park Avenue

New York, NY 10178
212-309-7156
Fax: 212-309-6001
jeverett@morganlewis.com
tstmatthew-daniel@morganlewis.com

***Attorneys for Defendants Sumitomo Riko
Co., Ltd. and DTR Industries, Inc.***

SCHIFF HARDIN LLP

Dated:  April 20, 2015     By: */s/ Robert J. Wierenga*
                               Robert J. Wierenga
                               Suzanne L. Wahl
                               SCHIFF HARDIN LLP
                               340 South Main Street, Suite 210
                               Ann Arbor, MI 48104
                               (734) 222-1500
                               (734) 222-1501 (facsimile)
                               rwierenga@schiffhardin.com
                               swahl@schiffhardin.com

                               David M. Zinn
                               John E. Schmidtlein
                               Samuel Bryant Davidoff
                               William Vigen
                               WILLIAMS & CONNOLLY LLP
                               725 Twelfth Street, N.W.
                               Washington, DC 20005
                               (202) 434-5648
                               (202) 434-5029 (facsimile)
                               dzinn@wc.com
                               jschmidtlein@wc.com
                               sdavidoff@wc.com
                               wvigen@wc.com

                               ***Attorneys for Defendants Takata
                               Corporation and TK Holdings, Inc.***

JENNER & BLOCK LLP

Dated:  April 20, 2015

By: */s/ Terrence J. Truax*

Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0484 (facsimile)
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
ZAUSMER, AUGUST & CALDWELL,
P.C.
31700 Middlebelt Road
Suite 150
Farmington Hills, Michigan 48334-2374
(248) 851-4111
gaugust@zacfirm.com

*Attorneys for Defendants Mitsubishi
Electric US Holdings, Inc. and Mitsubishi
Electric Automotive America, Inc.*

JONES DAY

Dated:  April 20, 2015

By: */s/ John M. Majoras*

John M. Majoras
Carmen G. McLean
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113

(202) 879-3939
(202) 626-1700 (facsimile)
jmmajoras@jonesday.com
cgmclean@jonesday.com

Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 (facsimile)
mfischer@jonesday.com
sjsqueri@jonesday.com

**Attorneys for Defendants Yazaki Corporation and Yazaki North America, Inc.**

CALFEE, HALTER & GRISWOLD LLP

Dated:  April 20, 2015            By: */s/ Maura Hughes*
                                 Maura Hughes
                                 Alexander B. Reich
                                 Ronald M. McMillan
                                 CALFEE, HALTER & GRISWOLD
                                 LLP
                                 800 Superior Avenue
                                 Suite 1400
                                 Cleveland, OH 44114
                                 (216) 622-8200
                                 (216) 241-0816 (facsimile)
                                 mhughes@calfee.com
                                 areich@calfee.com
                                 rmcmillan@calfee.com

*Attorneys for Defendants Continental Automotive Systems, Inc. & Continental Automotive Electronics, LLC*

MAYER BROWN LLP

Dated:  April 20, 2015    By: */s/ Andrew S. Marovitz*
                                     Andrew S. Marovitz
                                     Britt M. Miller
                                     MAYER BROWN LLP
                                     71 S. Wacker Drive
                                     Chicago, IL 60606
                                     (312) 782-0600
                                     (312) 701-7711 (facsimile)
                                     amarovitz@mayerbrown.com
                                     bmiller@mayerbrown.com

*Attorneys for Defendant Lear Corporation*

SIMPSON THACHER & BARTLETT LLP

Dated:  April 20, 2015    By: */s/ Matthew J. Reilly*
                                     Matthew J. Reilly
                                     Abram J. Ellis
                                     David T. Shogren
                                     SIMPSON THACHER & BARTLETT LLP
                                     1155 F Street, N.W.
                                     Washington, DC 20004
                                     (202) 636-5500
                                     (202) 636-5502 (facsimile)
                                     matt.reilly@stblaw.com
                                     aellis@stblaw.com
                                     dshogren@stblaw.com

                                     George S. Wang
                                     Shannon K. McGovern

SIMPSON THACHER & BARTLETT
LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
(212) 455-2502 (facsimile)
gwang@stblaw.com
smcgovern@stblaw.com

***Attorneys for Defendants Stanley Electric
Co., Ltd., Stanley Electric U.S. Co., Inc.
and II Stanley Co., Inc.***

SIMPSON THACHER & BARTLETT LLP

Dated:  April 20, 2015        By: */s/ Matthew J. Reilly*
                                  Matthew J. Reilly
                                  Abram J. Ellis
                                  David T. Shogren
                                  SIMPSON THACHER & BARTLETT
                                  LLP
                                  1155 F Street, N.W.
                                  Washington, DC 20004
                                  (202) 636-5500
                                  (202) 636-5502 (facsimile)
                                  matt.reilly@stblaw.com
                                  aellis@stblaw.com
                                  dshogren@stblaw.com

                                  George S. Wang
                                  Shannon K. McGovern
                                  SIMPSON THACHER & BARTLETT
                                  LLP
                                  425 Lexington Avenue
                                  New York, New York 10017
                                  (212) 455-2000
                                  (212) 455-2502 (facsimile)
                                  gwang@stblaw.com
                                  smcgovern@stblaw.com

Timothy J. Lowe
McDONALD HOPKINS PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
(248) 220-1359
tlowe@mcdonaldhopkins.com

**Attorneys for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation**

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Dated:  April 20, 2015                    By: */s/ Jeremy Calsyn*
                                          Jeremy Calsyn
                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                          2000 Pennsylvania Avenue, NW
                                          Washington, DC 20006
                                          (202) 974-1552
                                          (202) 974-1999 (facsimile)
                                          jcalsyn@cgsh.com

DYKEMA GOSSETT PLLC

Dated:  April 20, 2015                    By: */s/ Howard Iwrey*
                                          Howard Iwrey
                                          DYKEMA GOSSETT PLLC
                                          39577 Woodward Ave., Suite 300
                                          Bloomfield Hills, MI 48304
                                          (248) 203-0526
                                          (248) 203-0763 (facsimile)
                                          hiwrey@dykema.com

**Attorneys for Defendants Aisin Seiki Co., Ltd. and Aisin Automotive Casting, LLC**

LANE POWELL PC

Dated:  April 20, 2015                    By: */s/ Larry S. Gangnes*

Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
LANE POWELL PC
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.*

LANE POWELL PC

Dated:  April 20, 2015            By: */s/ Kenneth R. Davis II*

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Larry S. Gangnes
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
P.O. Box 91302
Seattle, WA  98111-9402
Telephone:  206.223.7000
gangnesl@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  248.528.1111
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America, Inc.*

27

DYKEMA GOSSETT PLLC

Dated:  April 20, 2015                By:/s/ Howard B. Iwrey
                                            James P. Feeney (P13335)
                                            Howard B. Iwrey (P39635)
                                            DYKEMA GOSSETT PLLC
                                            39577 Woodward Avenue, Suite 300
                                            Bloomfield Hills, MI 48304
                                            248 203-0526
                                            Fax: 248-203-0763
                                            jfeeney@dykema.com
                                            hiwrey@dykema.com

                                            ***Attorneys for Defendants TRW
                                            Deutschland Holding GmbH and TRW
                                            Automotive Holdings Corp.***


WINSTON & STRAWN LLP

Dated:  April 20, 2015                By:/s/ Jeffrey L. Kessler
                                            Jeffrey L. Kessler
                                            Eva W. Cole
                                            A. Paul Victor
                                            WINSTON & STRAWN LLP
                                            200 Park Ave.
                                            New York, NY 10166-4193
                                            (212) 294-6700
                                            (212) 294-4700 (facsimile)
                                            jkessler@winston.com
                                            ewcole@winston.com
                                            pvictor@winston.com

                                            ***Attorneys for Defendants Panasonic
                                            Corporation and Panasonic Corporation of
                                            North America***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2015, I electronically filed the foregoing

Opposition to Motion to Intervene with the Clerk of the Court using the ECF

system which will send notification of such filing to the ECF participants.

Dated: April 20, 2015

By: */s/ Steven A. Reiss*
Steven A. Reiss
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com

*Attorneys for Bridgestone Corporation and Bridgestone APM Company*