UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL PARTS | : : : | |
| THIS DOCUMENT RELATES TO: All Cases | : : : : | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Bloomfield Hills, Michigan, office of Fink + Associates Law has relocated. Attorneys associated with this office who have appeared in this matter are David H. Fink and Darryl Bressack. The new office address is as follows:

 Fink + Associates Law

 38500 Woodward Avenue

 Suite 350

 Bloomfield Hills, MI 48304

There are no changes to the remaining contact information for each attorney.

           FINK + ASSOCIATES LAW

           By: /s/ David H. Fink
           David H. Fink (P28235)
           Darryl Bressack (P67820)
           38500 Woodward Avenue; Suite 350
           Bloomfield Hills, MI 48304
           Tel: (248) 971-2500
           Fax: (248) 971-2600
           dfink@finkandassociateslaw.com
           dbressack@finkandassociateslaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed on May 1, 2015 Notice of this filing was sent to all parties registered for electronic filing by operation of the Court's electronic filing system.

                                  FINK + ASSOCIATES LAW

                                  By: /s/ David H. Fink
                                  David H. Fink (P28235)
                                  Darryl Bressack (P67820)
                                  38500 Woodward Avenue; Suite 350
                                  Bloomfield Hills, MI 48304
                                  Tel: (248) 971-2500
                                  Fax: (248) 971-2600
                                  dfink@finkandassociateslaw.com
                                  dbressack@finkandassociateslaw.com