UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

### NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that Haryle A. Kaldis hereby withdraws as counsel of record for Defendants DENSO Corporation and DENSO International America, Inc.  This notice is not intended to affect the appearances of any other attorneys from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP already on record as counsel in the above-captioned matter, who will continue to serve as counsel for Defendants DENSO Corporation and DENSO International America, Inc.

| | |
|---|---|
| Dated:  May 7, 2015 | WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br><br>By:   /s/ Haryle A. Kaldis<br>Haryle A. Kaldis<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>haryle.kaldis@wilmerhale.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2015, I caused the foregoing Notice of Withdrawal of Attorney Haryle A. Kaldis to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By: /s/ Haryle A. Kaldis
Haryle A. Kaldis
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
haryle.kaldis@wilmerhale.com