MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 <br> Honorable Marianne O. Battani |
| **In Re:  ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

**AMENDED STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4,  ___Tokai Rika Co., Ltd.___  makes the

following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.  Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐   No ☒

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name: _____
Relationship with Named Party: _____

2.  Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☒   No ☐

If the answer is yes, list the identity of such corporation or affiliate and the

nature of the financial interest.

Parent Corporation/Affiliate Name:  Toyota Motor Corporation
Nature of Financial Interest:  Greater than 10%  Equity Shareholder


DATED: May 14, 2015                         BUTZEL LONG

                                            By: /s/   Sheldon H. Klein
                                            Sheldon H. Klein (P41062)
                                            Stoneridge West
                                            41000 Woodward Avenue
                                            Bloomfield Hills MI 48304
                                            (248) 258-1616
                                            klein@butzel.com

                                            *Counsel for Defendants TRAM, Inc.
                                            and Tokai Rika Co., Ltd.*


### Certificate of Service

On May 14, 2015, I e-filed this document with the Clerk of the Court using the CM/ ECF System, which notified all attorneys of record using the CM/ECF system that this is available for viewing and downloading from the CM/ECF system.

                                            /s/   Sheldon H. Klein