## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| In re:  ANTI-VIBRATIONAL RUBBER PARTS CASES | 2:13-cv-00800-MOB-MKM<br>2:13-cv-00802-MOB-MKM<br>2:13-cv-00803-MOB-MKM |
| THIS RELATES TO:<br><br>DEALERSHIP ACTIONS<br>END-PAYOR ACTIONS | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Sumitomo Riko Company Limited and DTR Industries, Inc., by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Eyitayo O. St. Matthew-Daniel as counsel in the following actions:

Master File No. 12-md-02311

Anti-Vibrational Rubber Parts Case Nos.:

2:13-cv-00800-MOB-MKM

2:13-cv-00802-MOB-MKM

2:13-cv-00803-MOB-MKM

This motion is precipitated by Ms. St. Matthew-Daniel's departure from the law firm of Morgan Lewis & Bockius LLP.  Defendants Sumitomo Riko Company Limited and DTR Industries, Inc. will continue to be represented in the referenced actions by other counsel of record.

WHEREFORE, Defendants Sumitomo Riko Company Limited and DTR Industries, Inc. respectfully request that the Court enter an order granting the motion to withdraw the appearance

of Ms. St. Matthew-Daniel as counsel for Defendants Sumitomo Riko Company Limited and

DTR Industries, Inc. in the referenced actions.

Dated: May 20, 2015                    Respectfully submitted,

                                       /s/  J. Clayton Everett, Jr.
                                       J. Clayton Everett, Jr. (D.C. Bar No. 469652)
                                       **MORGAN, LEWIS & BOCKIUS LLP**
                                       1111 Pennsylvania Avenue, NW
                                       Washington, DC 20004
                                       Telephone:  (202) 739-3000
                                       Facsimile:  (202) 739-3001
                                       jeverett@morganlewis.com
                                       *Attorney for Defendants Sumitomo Riko*
                                       *Company Limited and DTR Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, I caused a true and correct copy of the foregoing

MOTION FOR WITHDRAWAL OF COUNSEL to be filed electronically through the CM/ECF

system which will send notification of such filing to all counsel of record.

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr. (D.C. Bar No. 469652)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
jeverett@morganlewis.com
*Attorney for Defendants Sumitomo Riko*
*Company Limited and DTR Industries, Inc.*