**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Hon. Marianne O. Battani |

| | |
|---|---|
| In Re:  ANTI-VIBRATIONAL RUBBER PARTS | 2:13-cv-00800-MOB-MKM 2:13-cv-00802-MOB-MKM 2:13-cv-00803-MOB-MKM |
| THIS RELATES TO:  DEALERSHIP ACTIONS END-PAYOR ACTIONS | |

## NOTICE OF ATTORNEY APPEARANCE

To the Clerk of the Court and all parties of record:

Please note the appearance of Zarema A. Jaramillo as attorney of record for

defendants Sumitomo Riko Company Limited and DTR Industries, Inc. in the above-

captioned action.  Sumitomo Riko Company Limited and DTR Industries, Inc. are

appearing specially in the above-captioned action and do not intend to waive any

arguments regarding personal jurisdiction:

> Zarema A. Jaramillo (D.C. Bar No. 500507)
> **MORGAN, LEWIS & BOCKIUS LLP**
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004
> Telephone:  (202) 739-3000
> Facsimile:   (202) 739-3001
> zarema.jaramillo@morganlewis.com

Dated: May 21, 2015                              Respectfully submitted,


                                                  /s/ Zarema A. Jaramillo
                                                 Zarema A. Jaramillo (D.C. Bar No. 500507)
                                                 **MORGAN, LEWIS & BOCKIUS LLP**
                                                 1111 Pennsylvania Avenue, NW
                                                 Washington, DC 20004
                                                 Telephone:  (202) 739-3000
                                                 Facsimile:   (202) 739-3001
                                                 zarema.jaramillo@morganlewis.com
                                                 *Attorney for Defendants Sumitomo Riko*
                                                 *Company Limited and DTR Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I caused a true and correct copy of the foregoing NOTICE

OF ATTORNEY APPEARANCE to be filed electronically through the CM/ECF system which

will send notification of such filing to all counsel of record.


Dated: May 21, 2015

/s/ Zarema A. Jaramillo
Zarema A. Jaramillo (D.C. Bar No. 500507)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:   (202) 739-3001
zarema.jaramillo@morganlewis.com
*Attorney for Defendants Sumitomo Riko*
*Company Limited and DTR Industries, Inc.*