**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| |
|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** |
| **In Re: ALL PARTS** |
| **THIS RELATES TO: ALL CASES** |

Master File No. 12-md-02311
Honorable Marianne O. Battani

## MOTION TO WITHDRAW

ALISON R. WELCHER, an attorney at Shearman & Sterling LLP, respectfully requests

that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 12-md-02311

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:13-cv-00505-MOB-MKM

2:13-cv-01900-MOB

2:13-cv-01902-MOB

2:13-cv-01903-MOB

2:14-cv-12095-MOB-MKM

Other counsel of record at Shearman & Sterling LLP will continue to appear as counsel on behalf

of Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo

Corporation of U.S.A., and JTEKT Automotive North America, Inc., and there will be no delay in the progress of these actions.

Respectfully Submitted,

*/s/ Alison R. Welcher*
Alison R. Welcher
801 Pennsylvania Avenue, Ste. 900
Washington, DC 20004
Phone: (202) 508-8122
Fax: (202) 661-7371
Email: alison.welcher@shearman.com

*Attorney for Defendants JTEKT*
*Corporation, JTEKT North America*
*Corporation, formerly d/b/a Koyo*
*Corporation of U.S.A., and JTEKT*
*Automotive North America, Inc.*

Dated:  June 5, 2015

## <u>CERTIFICATE OF SERVICE</u>

I, Alison R. Welcher, hereby certify that on June 5, 2015, I electronically filed a Motion

to Withdraw as counsel for Defendants JTEKT Corporation, JTEKT North America Corporation,

formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc. was

filed with the Clerk of the Court using the ECF system which will send notification of such filing

to the ECF participants.

By: */s/ Alison R. Welcher*
Alison R. Welcher
801 Pennsylvania Avenue, Ste. 900
Washington, DC 20004
Phone: (202) 508-8122
Fax: (202) 661-7371
Email: alison.welcher@shearman.com

*Attorney for Defendants JTEKT*
*Corporation, JTEKT North America*
*Corporation, formerly d/b/a Koyo*
*Corporation of U.S.A., and JTEKT*
*Automotive North America, Inc.*