**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-2311 |
| IN RE: WIRE HARNESS CASES | Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: ALL WIRE HARNESS CASES | |

**ORDER FOR WITHDRAWAL OF COUNSEL**

Upon the Motion for Withdrawal of Counsel of Elizabeth A. Favaro,

**IT IS HEREBY ORDERED** that Elizabeth A. Favaro is withdrawn as counsel for Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. in the following actions:

Master File No. 12-md-02311

Wire Harness cases on behalf of Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. Case Nos.:

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

2:12-cv-00102-MOB-MKM

2:12-cv-00103-MOB-MKM.

SO ORDERED.

Date: June 10, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge