# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES* | 12-md-02311 |
| *All Instrument Panel Clusters Cases* | 2:12-cv-00200-MOB-MKM |
| *Direct Purchaser Instrument Panel Clusters Actions* | 2:12-cv-00201-MOB-MKM |
| *Dealership Instrument Panel Clusters Actions* | 2:12-cv-00202-MOB-MKM |
| *End-Payor Instrument Panel Clusters Actions* | 2:12-cv-00203-MOB-MKM |

## ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon consideration of the Notice of Withdrawal of Attorney filed by Haryle A. Kaldis,

IT IS ORDERED that Haryle A. Kaldis is allowed to withdraw from the representation of

DENSO Corporation and DENSO International America, Inc.

**SO ORDERED**.

Date:  June 10, 2015

s/Marianne O. Battani  
MARIANNE O. BATTANI  
United States District Judge