UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALL EUROPEAN AUTO SUPPLY, INC., Individually and in behalf of a class of all others similarly situated, | 12-md-02311 Honorable Marianne O. Battani |
| Plaintiff, | |
| v. | |
| AISAN INDUSTRY CO., LTD., FRANKLIN PRECISION INDUSTRY, INC., AISAN CORPORATION OF AMERICA, HYUNDAM INDUSTRIAL CO., LTD., DENSO CORPORATION, DENSO INTERNATIONAL AMERICA, INC., DENSO INTERNATIONAL KOREA CORPORATION, HITACHI, LTD., HITACHI AUTOMOTIVE SYSTEMS, LTD., HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC., KEIHIN CORPORATION, KEIHAN NORTH AMERICA, INC., MARUYASU INDUSTRIES CO., LTD., MIKUNI CORPORATION, MIKUNI AMERICAN CORPORATION, MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC US HOLDINGS, INC., MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC., MITSUBA CORPORATION, AMERICAN MITSUBA CORPORATION, ROBERT BOSCH GMBH, BOSCH ELECTRICAL DRIVES CO., LTD., and ROBERT BOSCH LLC, | Case No. 2:15-cv-11827 Case No. 2-13-cv-02200 |
| Defendants | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiff All European Auto Supply, Inc. in the above-captioned matter.

8666435.1

Dated: June 16, 2015                /s/ Gregory P. Hansel
                                              Preti Flaherty Beliveau & Pachios, LLP
                                              One City Center, PO Box 9546
                                              Portland, ME 04112
                                              Tel. 207-791-3000
                                              Fax 207-791-3111
                                              ghansel@preti.com

                                              One of the attorneys for Plaintiff All Supply European Auto Supply, Inc.

8666435.1

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2015 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiff All Supply European Auto Supply, Inc.

8666435.1