**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| ALL PARTS |  |
| THIS RELATES TO: ALL CASES |  |

12-md-02311
Honorable Marianne O. Battani

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Strange & Carpenter has changed its name to Strange & Butler effective immediately.  The firm address and telephone number shall remain the same.

        Brian R. Strange:  bstrange@strangeandbutler.com
        Keith L. Butler:  kbutler@strangeandbutler.com
        STRANGE & BUTLER
        12100 Wilshire Blvd., Suite 1900
        Los Angeles, California 90025
        Telephone:  (310) 207-5055
        Facsimile:  (310) 826-3210

The attorneys of record in this litigation will also update their contact information on the Attorney Registration form with the ECF clerk.

June 17, 2015                                    Respectfully submitted,

                                             /s/ Brian R. Strange
                                            Brian R. Strange
                                            STRANGE & BUTLER
                                            12100 Wilshire Blvd., Suite 1900
                                            Los Angeles, California 90025
                                            Telephone:  (310) 207-5055
                                            Facsimile:  (310) 826-3210
                                            Email:  bstrange@strangeandbutler.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document is being filed through the ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 17, 2015.

    /s/ *Brian R. Strange*
    Brian R. Strange