# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MASTER FILE NO. 12-MD-02311<br><br>HONORABLE MARIANNE O. BATTANI<br><br>Case No. 14-cv-00106-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>PUBLIC ENTITIES | | |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Lesley E. Weaver, counsel for Public Entities, has changed her firm affiliation, address, phone number, facsimile number and email of record for service and all other communications. The new mailing address and email contact information are set forth below:

BLOCK & LEVITON LLP
492 9th Street, Suite 260
Oakland, CA 94607
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
lweaver@blockesq.com

Dated: June 18, 2015                          BLOCK & LEVITON LLP

*/s/ Lesley E. Weaver*
Lesley E. Weaver
492 9th Street, Suite 260
Oakland, CA  94607
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
lweaver@blockesq.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Lesley E. Weaver*
Lesley E. Weaver