**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **In Re: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION** | Civil No. 2:12-md-2311-MOB-MKM<br><br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

**APPEARANCE OF BRIAN M. MOORE**

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Brian M. Moore of the law firm Dykema Gossett PLLC, as counsel on behalf of Counsel for Valeo S.A., Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated:  June 19, 2015
                                            DYKEMA GOSSETT PLLC

                                            By:  /s/ Brian M. Moore
                                              Brian M. Moore (P58584)
                                              39577 Woodward Avenue, Suite 300
                                              Bloomfield Hills, Michigan 48304
                                              Tel: (248) 203-0526
                                              Fax: (248) 203-0763
                                              bmoore@dykema.com

                                              *Counsel for Valeo S.A., Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2015, I electronically filed my Appearance on behalf of Valeo S.A., Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  June 19, 2015

DYKEMA GOSSETT PLLC

By: /s/ Brian M. Moore
Brian M. Moore (P58584)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
bmoore@dykema.com

*Counsel for Valeo S.A., Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp.*