# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: FUEL INJECTION SYSTEMS | 2:13-cv-02200 |
| THIS RELATES TO:<br><br>END-PAYOR ACTIONS | 2:13-cv-02203 |

## NOTICE OF APPEARANCE BY SARAH L. WILSON

PLEASE TAKE NOTICE that Sarah L. Wilson, of the law firm Covington & Burling LLP, hereby enters her appearance as counsel on behalf of Defendant Keihin Corporation in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: July 16, 2015

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ *Sarah L. Wilson*
Sarah L. Wilson
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001-4956
Tel: (202) 662-5397
Fax: (202) 778-5397
Email: swilson@cov.com

*Attorney for Defendant Keihin Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY SARAH L. WILSON to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/ *Sarah L. Wilson*
Sarah L. Wilson
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001-4956
Tel:   (202) 662-5397
Fax:   (202) 778-5397
Email: swilson@cov.com

*Attorney for Defendant Keihin Corporation*