# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: Wire Harness Cases<br>In re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:<br><br>All Wire Harness Cases<br>All Auto Parts Cases | 2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

## NOTICE OF OBJECTIONS TO END PAYOR PLAINTIFF AND AUTO DEALER PLAINTIFF DEPOSITION PROTOCOL ORDER

The wire harness defendants[1] hereby give notice that they object to Paragraphs III.B, III.D.3, and IV.B of the End Payor Plaintiff and Auto Dealer Plaintiff Deposition Protocol Order (MDL ECF No. 1021), for the reasons stated in Wire Harness Defendants' Objections to, and Motion to Modify, Master Esshaki's June 18, 2015 Order ("June 18 Order"), filed in the above cases on June 19, 2015 (MDL ECF No. 1010) ("Motion to Modify") and the corresponding Reply brief (MDL ECF No. 1025), filed in the above cases on July 6, 2015.  *See* Motion to

---

[1] "Wire harness defendants" refers to Chiyoda Manufacturing Corporation; Chiyoda USA Corporation; American Furukawa, Inc.; Furukawa Electric Co., Ltd.; DENSO Corporation; DENSO International America, Inc.; Fujikura Automotive America LLC; Fujikura Ltd.; G.S. Electech, Inc.; G.S.W. Manufacturing, Inc.; G.S. Wiring Systems, Inc.; Leoni Wiring Systems, Inc.; Leonische Holding Inc.; Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; Mitsubishi Electric Automotive America, Inc.; Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; Sumitomo Wiring Systems (U.S.A.) Inc.; Tokai Rika Co., Ltd.; and TRAM, Inc.

Modify at ¶¶ 6-7. A hearing has been set for September 9, 2015 to resolve the wire harness defendants' motion. *See* Scheduling Order on Objection to And Motions to Modify Master Esshaki's June 19, 2015 Order (MDL ECF. No. 1022).

Date: July 17, 2015                                      LATHAM & WATKINS LLP

                                                    By:   */s/ Marguerite M. Sullivan*
                                                      Marguerite M. Sullivan
                                                      LATHAM & WATKINS LLP
                                                      555 Eleventh Street NW, Suite 1000
                                                      Washington, DC 20004
                                                      Telephone: (202) 637-2200
                                                      Fax: (202) 637-2201
                                                      Marguerite.Sullivan@lw.com

                                                      Daniel M. Wall
                                                      LATHAM & WATKINS LLP
                                                      505 Montgomery Street, Suite 2000
                                                      San Francisco, CA 94111
                                                      Telephone: (415) 395-0600
                                                      Fax: (415) 395-8095
                                                      dan.wall@lw.com

                                                      David D. Cross
                                                      CROWELL & MORING LLP
                                                      1001 Pennsylvania Avenue, N.W.
                                                      Washington, D.C. 20004
                                                      Tel: 202-624-2500
                                                      Fax: 202-628-5116
                                                      dcross@crowell.com

                                                      William H. Horton (P31567)
                                                      GIARMARCO, MULLINS & HORTON, P.C.
                                                      101 West Big Beaver Road, Tenth Floor
                                                      Troy, MI 48084-5280
                                                      Telephone: 248-457-7060
                                                      bhorton@gmhlaw.com

                                                      *Attorneys for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*

                                                      LANE POWELL PC

                                                By:   */s/Larry S. Gangnes*  (w/consent)
                                                      Larry S. Gangnes
                                                      LANE POWELL PC

        U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Peter D. Hawkes
Masayuki Yamaguchi
LANE POWELL PC
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
hawkesp@lanepowell.com
yamaguchim@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric Co., Ltd.; and American Furukawa, Inc.*

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   */s/Steven F. Cherry*  (w/consent)
Steven F. Cherry
Patrick J. Carome
David P. Donovan
Brian C. Smith
Kurt G. Kastorf
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

3

        patrick.carome@wilmerhale.com
        david.donovan@wilmerhale.com
        brian.smith@wilmerhale.com
        kurt.kastorf@wilmerhale.com

*Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax:   (248) 213-2551
steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International America, Inc.*

ARNOLD & PORTER LLP

By:   */s/James L. Cooper*  (w/consent)
      James L. Cooper
      Michael A. Rubin
      Laura Cofer Taylor
      Katherine Clemons
      ARNOLD & PORTER LLP
      555 Twelfth Street NW
      Washington, DC 20004
      (202) 942-5000
      (202) 942-5999 (facsimile)
      james.cooper@aporter.com
      michael.rubin@aporter.com
      laura.taylor@aporter.com
      katherine.clemons@aporter.com

Joanne Geha Swanson (P33594)
Fred Herrmann (P49519)
Matthew L. Powell (P69186)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200
(313) 961-0388 (facsimile)
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

*Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*

                    O'MELVENY & MYERS LLP

By:   */s/Michael F. Tubach*  (w/consent)
       Michael F. Tubach
       O'MELVENY & MYERS LLP
       Two Embarcadero Center, 28th Floor
       San Francisco, CA 94111
       Telephone: (415) 984-8700
       Fax: (415) 984-8701
       Mtubach@omm.com

       Michael R. Turco (P48705)
       BROOKS WILKINS SHARKEY & TURCO PLLC
       401 South Old Woodward, Suite 400
       Birmingham, MI 48009
       Telephone: (248) 971-1713
       Fax: (248) 971-1801
       turco@bwst-law.com

       *Attorneys for Defendants Leoni Wiring Systems, Inc.  and Leonische Holding Inc.*


       BUTZEL LONG

By:   */s/David F. DuMouchel*  (w/consent)
       David F. DuMouchel (P25658)
       George B. Donnini (P66793)
       BUTZEL LONG
       150 West Jefferson, Suite 100
       Detroit, MI 48226
       Telephone: (313)225-7000
       dumouchd@butzel.com
       donnini@butzel.com

       W. Todd Miller
       BAKER & MILLER PLLC
       2401 Pennsylvania Ave., NW, Suite 300
       Washington, DC 20037
       Telephone: (202)663-7820
       TMiller@bakerandmiller.com

       *Attorneys for Defendants Tokai Rika Co., Ltd. and  TRAM, Inc.*

        PORTER WRIGHT MORRIS & ARTHUR LLP

By:   */s/ Donald M. Barnes* (w/consent)
Donald M. Barnes
Jay L. Levine
John C. Monica
Molly S. Crabtree
Jason E. Starling
PORTER WRIGHT MORRIS & ARTHUR LLP
1919 Pennsylvania Ave., NW, Ste 500
Washington, DC 20006
Telephone: (202) 778-3054
Facsimile: (202) 778-3063
dbarnes@porterwright.com
jmonica@porterwright.com
mcrabtree@porterwright.com
jstarling@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

JENNER & BLOCK LLP

By:   /s/ Terrence J. Truax
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
Jamie J. Janisch
ZAUSMER, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com
jjanisch@zacfirm.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

K&L GATES LLP

By: /s/ Michael E. Martinez
Steven M. Kowal
Lauren N. Norris
Lauren B. Salins
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4404
Fax: (312) 827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.norris@klgates.com
lauren.salins@klgates.com

William P. Jansen (P36688)
Michael G. Brady (P57331)
Amanda Fielder (P70180)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: (248) 784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

*Attorneys for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2015, I caused the foregoing NOTICE OF OBJECTIONS TO END PAYOR PLAINTIFF AND AUTO DEALER PLAINTIFF DEPOSITION PROTOCOL ORDER to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> By: */s/ Marguerite M. Sullivan*
> Marguerite M. Sullivan
> LATHAM & WATKINS LLP
> 555 Eleventh Street NW, Suite 1000
> Washington, DC 20004
> +1.202.637.2200
> maggy.sullivan@lw.com