UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: Motor Generators | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |

This Document Relates to:
All Actions

**DENSO DEFENDANTS' OPPOSITION TO CERTAIN PLAINTIFFS' MOTION FOR UNIFORM DEPOSITION PROTOCOL ORDER**

For the reasons set forth in Instrument Panel Clusters and Fuel Senders Defendants' Opposition to Direct Purchaser Plaintiffs' and End-Payor Plaintiffs' Notice of Motion and Motion for Uniform Deposition Protocol Order, the following Defendants in the following Actions respectfully request that the Special Master deny Direct Purchaser Plaintiffs' and End-Payor Plaintiffs' Motion for Uniform Deposition Protocol Order:

1. <u>Heater Control Panels</u>, 2:12-cv-00400

    DENSO Corporation, DENSO International America, Inc.

2. <u>Alternators</u>, 2:13-cv-00700

    DENSO Corporation, DENSO International America, Inc., DENSO Products & Services Americas

3. <u>Windshield Wipers</u>, 2:13-cv-00900

    DENSO Corporation, DENSO International America, Inc., ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc.

4. <u>Radiators</u>, 2:13-cv-01000

    DENSO Corporation, DENSO International America, Inc.

5. <u>Starters</u>, 2:13-cv-01100

    DENSO Corporation, DENSO International America, Inc.

6. <u>Ignition Coils</u>, 2:13-cv-01400

    DENSO Corporation, DENSO International America, Inc., DENSO Products & Services Americas

7. <u>Motor Generators</u>, 2:13-cv-01500

    DENSO Corporation, DENSO International America, Inc.

8. <u>HID Ballasts</u>, 2:13-cv-01700

    DENSO Corporation, DENSO International America, Inc.

2

9. <u>Inverters</u>, 2:13-cv-01800

> DENSO Corporation, DENSO International America, Inc.

10. <u>Fuel Injection Systems</u>, 2:13-cv-02200

> DENSO Corporation, DENSO International America, Inc.

11. <u>Power Window Motors</u>, 2:13-cv-02300

> DENSO Corporation, DENSO International America, Inc.

12. <u>Valve Timing Control Devices</u>, 2:13-cv-02500

> DENSO Corporation, DENSO International America, Inc.

13. <u>Air Conditioning Systems</u>, 2:13-cv-02700

> DENSO Corporation, DENSO International America, Inc.

14. <u>Windshield Washer Systems</u>, 2:13-cv-02800

> DENSO Corporation, DENSO International America, Inc., ASMO Co., Ltd., ASMO North America, LLC, ASMO Manufacturing, Inc.

Dated: July 24, 2015                             Respectfully submitted,

*/s/ Steven F. Cherry*
Steven F. Cherry
David P. Donovan
Patrick J. Carome
Brian C. Smith
Kurt G. Kastorf
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
patrick.carome@wilmerhale.com
brian.smith@wilmerhale.com
kurt.kastorf@wilmerhale.com

*Counsel for Defendants DENSO Corporation, DENSO International America, Inc., DENSO Products & Services Americas, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., and ASMO Manufacturing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I caused the foregoing DENSO Defendants' Opposition to Certain Plaintiffs' Motion for Uniform Deposition Protocol Order to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By: /s/ *Steven F. Cherry*
Steven F. Cherry
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com