## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that David D. Cross, formerly of Crowell & Moring LLP, is

now affiliated with Morrison & Foerster LLP at the following address:

> Morrison & Foerster LLP
> 2000 Pennsylvania Avenue, NW
> Suite 6000
> Washington, DC 20006

Dated:  August 3, 2015

Respectfully submitted,

/s/ David D. Cross
David D. Cross (DC Bar #490187)
Morrison Foerster
2000 Penn. Ave., NW
Suite 6000
Washington, DC 20006
202-887-8795
dcross@mofo.com

*Attorney for Defendants*

***Sumitomo Electric Industries, Ltd.;***
***Sumitomo Wiring Systems, Ltd.;***
***Sumitomo Electric Wiring Systems, Inc.;***
***K&S Wiring Systems, Inc.; and***
***Sumitomo Wiring Systems (U.S.A.), Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2015, I caused a true and correct copy of the foregoing Notice of Change of Firm Affiliation to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record

/s/ David D. Cross
David D. Cross