# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION : | Master Case No. 2:12-md-02311 |
| : | |
| : | HONORABLE MARIANNE O. BATTANI |
| PRODUCT(S): : | |
| : | MAGISTRATE MONA K. MAJZOUB |
| INSTRUMENT PANEL CLUSTERS : | |
| : | |
| : | |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| ALL END-PAYOR ACTIONS : | 2:12-cv-00203-MOB-MKM |
| : | |

## NOTICE OF APPEARANCE OF RONALD M. McMILLAN AS COUNSEL FOR DEFENDANT CONTINENTAL AUTOMOTIVE ELECTRONICS, LLC

Please take notice that Ronald M. McMillan of Calfee, Halter & Griswold LLP, The Calfee Building, 1405 East Sixth Street, Cleveland, Ohio 44114, hereby enters his appearance in Master Case No. 2:12-md-02311 on behalf of Defendant Continental Automotive Electronics, LLC ("CAE"), only, by virtue of CAE's appearance in the captioned Action. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available to CAE under applicable common law, statutes, or the Federal Rules of Civil Procedure.

                                                    Respectfully submitted,

August 13, 2015                    By:  /s/ Ronald M. McMillan
                                                JOHN J. EKLUND (OH 0010895)
                                                MAURA L. HUGHES (OH 0061929)
                                                ALEXANDER B. REICH (OH 0084869)
                                                CALFEE, HALTER & GRISWOLD LLP
                                                The Calfee Building
                                                1405 East Sixth Street
                                                Cleveland, OH 44114-1607
                                                (216) 622-8200 (Phone)
                                                (216) 241-0816 (Fax)
                                                jeklund@calfee.com
                                                mhughes@calfee.com
                                                areich@calfee.com

                                                         -and-

                                                MAUREEN T. TAYLOR
                                                HERBERT C. DONOVAN
                                                BROOKS, WILKINS, SHARKEY & TURCO PLLC
                                                401 South Old Woodward, Suite 400
                                                Birmingham, MI 48009
                                                (248) 971-1800 (Phone)
                                                (248) 971-1801 (Fax)
                                                taylor@bwst-law.com
                                                donovan@bwst-law.com

                                                *Attorneys for Defendant Continental Automotive Electronics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2015, I caused the foregoing *Notice of Appearance of Ronald M. McMillan as Counsel for Defendant Continental Automotive Electronics, LLC* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  Notice of this filing will be sent by First Class United States Mail, postage prepaid, to any party unable to accept electronic service as indicated on the Notice of Electronic Filing.

/s/ Ronald M. McMillan
One of the Attorneys for Defendant
Continental Automotive Electronics, LLC

{03224612.DOC;1 }