UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master Case No. 2:12-md-02311<br><br>HONORABLE MARIANNE O. BATTANI |
| PRODUCT(S):<br><br>INSTRUMENT PANEL CLUSTERS | MAGISTRATE MONA K. MAJZOUB |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS<br>ALL DEALERSHIP ACTIONS<br>ALL END-PAYOR ACTIONS | 2:12-cv-00201-MOB-MKM<br>2:12-cv-00202-MOB-MKM<br>2:12-cv-00203-MOB-MKM |

**NOTICE OF APPEARANCE BY MAUREEN T. TAYLOR**

Please take notice that Maureen T. Taylor hereby enters her appearance in Master Case No. 2:12-cv-02311 on behalf of the following defendants by virtue of their appearance in the following Actions:

Continental Automotive Systems, Inc.
Case Nos. 2:12-cv-00201-MOB-MKM and 2:12-cv-00203-MOB-MKM

Continental Automotive Korea Ltd.
Case No. 2:12-cv-00201-MOB-MKM

The appearance shall not be deemed to be a waiver of any rights or defenses that may be available to the above defendants under applicable common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  August 20, 2015

Respectfully submitted,

Brooks Wilkins Sharkey & Turco PLLC

By: /s/ Maureen T. Taylor
Maureen T. Taylor (P63547)
401 South Old Woodward, Suite 400
Birmingham, MI  48009
Tel: (248) 971-1721
Fax: (248) 971-1801
Email: taylor@bwst-law.com
*Attorneys for Defendants Continental Automotive Systems, Inc. and Continental Automotive Korea, Ltd.*

## CERTIFICATE OF SERVICE

       I hereby certify that on August 20, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY MAUREEN T. TAYLOR to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

       /s/ Maureen T. Taylor
       Maureen T. Taylor (P63547)
       Brooks Wilkins Sharkey & Turco PLLC
       401 South Old Woodward, Suite 400
       Birmingham, MI  48009
       Tel: (248) 971-1721
       Fax: (248) 971-1801
       Email: taylor@bwst-law.com
       *Attorneys for Defendants Continental Automotive Systems, Inc. and Continental Automotive Korea, Ltd.*