# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION )  )  ) | 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL PARTS )  )  ) | |
| THIS RELATES TO: ) ) | |
| ALL CASES ) ) | |

## ORDER ON MOTION TO WITHDRAW

NOW, this 24th day of August 2015, upon the Motion to Withdraw as Counsel, **IT IS HEREBY ORDERED** that Alison R. Welcher is withdrawn as counsel of record for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc. in the following actions:

Master File No. 12-md-02311

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:13-cv-00505-MOB-MKM

2:13-cv-01900-MOB

2:13-cv-01902-MOB

2:13-cv-01903-MOB

2:14-cv-12095-MOB-MKM

THE LAW OFFICE OF ATTORNEY ALISON R. WELCHER IS DIRECTED TO DOCKET A "DISCONTINUE OF NEF's" AND REMOVE ATTORNEY WELCHER FROM ALL CASES LISTED IN THE ORDER. (Discontinue of NEF's event is located under Other Filings/Other documents)

Date:  August 24, 2015                                             s/Marianne O. Battani
                                                                   MARIANNE O. BATTANI
                                                                   United States District Judge