**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In re:  ALL PARTS CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

### ORDER GRANTING APPEARANCE OF ATTORNEY TISHIA BROWNING IN ALL ACTIONS

PLEASE TAKE NOTICE that Tishia Browning of Mantese Honigman, P.C. hereby enters an Appearance in the above-entitled actions:

Master File No. 12-md-02311;

Wire Harness Cases on behalf of Automobile Dealership Plaintiffs;

Air Conditioning Systems Cases on behalf of Automobile Dealership Plaintiffs;

Air Flow Meters Cases on behalf of Automobile Dealership Plaintiffs;

Alternators Cases on behalf of Automobile Dealership Plaintiffs;

Anti-Vibration Rubber Parts Cases on behalf of Automobile Dealership Plaintiffs;

ATF Warmers Cases on behalf of Automobile Dealership Plaintiffs;

Automotive Constant Velocity Joint Boot Products Cases on behalf of Automobile Dealership Plaintiffs;

Automotive Lamps Cases on behalf of Automobile Dealership Plaintiffs;

Bearings Cases on behalf of Automobile Dealership Plaintiffs;

Electronic Powered Steering Assemblies Cases on behalf of Automobile Dealership Plaintiffs;

Electronic Throttle Bodies Cases on behalf of Automobile Dealership Plaintiffs;

Fan Motors Cases on behalf of Automobile Dealership Plaintiffs;

Fuel Injection Systems Cases on behalf of Automobile Dealership Plaintiffs;

Fuel Senders Cases on behalf of Automobile Dealership Plaintiffs;

Heater Control Panel Cases on behalf of Automobile Dealership Plaintiffs;

HID Ballasts Cases on behalf of Automobile Dealership Plaintiffs;

Ignition Coils Cases on behalf of Automobile Dealership Plaintiffs;

Instrument Panel Clusters Cases on behalf of Automobile Dealership Plaintiffs;

Inverters Cases on behalf of Automobile Dealership Plaintiffs;

Motor Generator Cases on behalf of Automobile Dealership Plaintiffs;

Occupant Safety Systems Cases on behalf of Automobile Dealership Plaintiffs;

Power Window Motors Cases on behalf of Automobile Dealership Plaintiffs;

Radiators Cases on behalf of Automobile Dealership Plaintiffs;

Starters Cases on behalf of Automobile Dealership Plaintiffs;

Steering Angle Sensors Cases on behalf of Automobile Dealership Plaintiffs;

Switches Cases on behalf of Automobile Dealership Plaintiffs;

Valve Timing Control Cases on behalf of Automobile Dealership Plaintiffs;

Windshield Washer Cases on behalf of Automobile Dealership Plaintiffs; and

Windshield Wiper Cases on behalf of Automobile Dealership Plaintiffs.

IT IS ORDERED that Ms. Browning shall appear as an attorney of record in the following cases:

2:12-cv-00100-MOB-MKM
2:12-cv-00101-MOB-MKM
2:12-cv-00102-MOB-MKM
2:12-cv-00103-MOB-MKM
2:13-cv-00104-MOB-MKM
2:12-cv-12526-MOB-MKM

2:13-cv-02700-MOB-MKM
2:13-cv-02701-MOB-MKM
2:13-cv-02702-MOB-MKM
2:13-cv-02703-MOB-MKM
2:14-cv-10796-MOB-MKM

2:13-cv-02000-MOB-MKM
2:13-cv-02002-MOB-MKM
2:13-cv-02003-MOB-MKM
2:14-cv-10588-MOB-MKM

2:13-cv-00700-MOB-MKM
2:13-cv-00701-MOB-MKM
2:13-cv-00702-MOB-MKM
2:13-cv-00703-MOB-MKM
2:13-cv-11596-MOB-MKM

2:13-cv-00800-MOB-MKM
2:13-cv-00801-MOB-MKM
2:13-cv-00802-MOB-MKM
2:13-cv-00803-MOB-MKM
2:13-cv-11593-MOB-MKM
2:14-cv-12549-MOB-MKM

2:13-cv-02400-MOB-MKM
2:13-cv-02402-MOB-MKM
2:13-cv-02403-MOB-MKM
2:14-cv-10593-MOB-MKM

2:14-cv-02900-MOB-MKM
2:14-cv-02902-MOB-MKM
2:14-cv-02903-MOB-MKM
2:14-cv-14719-MOB-MKM
2:15-cv-10011-MOB-MKM

2:13-cv-01200-MOB-MKM
2:13-cv-01201-MOB-MKM
2:13-cv-01202-MOB-MKM
2:13-cv-01203-MOB-MKM
2:13-cv-12964-MOB-MKM

2:12-cv-00500-MOB-MKM
2:12-cv-00501-MOB-MKM
2:12-cv-00502-MOB-MKM
2:12-cv-00503-MOB-MKM
2:12-cv-12614-MOB-MKM
2:13-cv-14948-MOB-MKM

2:13-cv-01900-MOB-MKM
2:13-cv-01902-MOB-MKM
2:13-cv-01903-MOB-MKM
2:14-cv-10596-MOB-MKM
2:14-cv-12551-MOB-MKM

2:13-cv-02600-MOB-MKM
2:13-cv-02602-MOB-MKM
2:13-cv-02603-MOB-MKM
2:14-cv-10594-MOB-MKM

2:13-cv-02100-MOB-MKM
2:13-cv-02102-MOB-MKM
2:13-cv-02103-MOB-MKM
2:14-cv-10773-MOB-MKM
2:14-cv-12553-MOB-MKM

2:13-cv-02200-MOB-MKM
2:13-cv-02202-MOB-MKM
2:13-cv-02203-MOB-MKM
2:14-cv-10598-MOB-MKM
2:15-cv-10012-MOB-MKM

2:12-cv-00300-MOB-MKM
2:12-cv-00301-MOB-MKM
2:12-cv-00302-MOB-MKM
2:12-cv-00303-MOB-MKM
2:12-cv-11156-MOB-MKM
2:13-cv-13556-MOB-MKM
2:13-cv-13564-MOB-MKM

2:12-cv-00400-MOB-MKM
2:12-cv-00401-MOB-MKM
2:12-cv-00402-MOB-MKM
2:12-cv-00403-MOB-MKM
2:12-cv-11161-MOB-MKM
2:13-cv-11784-MOB-MKM
2:13-cv-11639-MOB-MKM

2:13-cv-01700-MOB-MKM
2:13-cv-01702-MOB-MKM
2:13-cv-01703-MOB-MKM
2:14-cv-10600-MOB-MKM
2:14-cv-12554-MOB-MKM

2:13-cv-01400-MOB-MKM
2:13-cv-01402-MOB-MKM
2:13-cv-01403-MOB-MKM
2:13-cv-14202-MOB-MKM

2:12-cv-00200-MOB-MKM
2:12-cv-00201-MOB-MKM
2:12-cv-00202-MOB-MKM
2:12-cv-00203-MOB-MKM
2:13-cv-00205-MOB-MKM
2:12-cv-11156-MOB-MKM
2:13-cv-10161-MOB-MKM
2:13-cv-12063-MOB-MKM
2:13-cv-11262-MOB-MKM

2:13-cv-01800-MOB-MKM
2:13-cv-01802-MOB-MKM
2:13-cv-01803-MOB-MKM
2:14-cv-14721-MOB-MKM
2:15-cv-10013-MOB-MKM

2:13-cv-01500-MOB-MKM
2:13-cv-01502-MOB-MKM
2:13-cv-01503-MOB-MKM
2:14-cv-12309-MOB-MKM
2:14-cv-12556-MOB-MKM

2:12-cv-00600-MOB-MKM
2:12-cv-00601-MOB-MKM
2:12-cv-00602-MOB-MKM
2:12-cv-00603-MOB-MKM
2:12-cv-12795-MOB-MKM
2:12-cv-14887-MOB-MKM
2:13-cv-12921-MOB-MKM
2:13-cv-14454-MOB-MKM

2:13-cv-02300-MOB-MKM
2:13-cv-02302-MOB-MKM
2:13-cv-02303-MOB-MKM
2:14-cv-10599-MOB-MKM
2:14-cv-12558-MOB-MKM

2:13-cv-01000-MOB-MKM
2:13-cv-01001-MOB-MKM
2:13-cv-01002-MOB-MKM
2:13-cv-01003-MOB-MKM
2:13-cv-11590-MOB-MKM
2:14-cv-12559-MOB-MKM

2:13-cv-01100-MOB-MKM
2:13-cv-01101-MOB-MKM
2:13-cv-01102-MOB-MKM
2:13-cv-01103-MOB-MKM
2:13-cv-11603-MOB-MKM

2:13-cv-01600-MOB-MKM
2:13-cv-01602-MOB-MKM
2:13-cv-01603-MOB-MKM
2:14-cv-10597-MOB-MKM
2:14-cv-12560-MOB-MKM

2:13-cv-01300-MOB-MKM
2:13-cv-01302-MOB-MKM
2:13-cv-01303-MOB-MKM
2:14-cv-10884-MOB-MKM
2:14-cv-12552-MOB-MKM

2:13-cv-02500-MOB-MKM
2:13-cv-02502-MOB-MKM
2:13-cv-02503-MOB-MKM
2:14-cv-10777-MOB-MKM
2:15-cv-10014-MOB-MKM

2:13-cv-02800-MOB-MKM
2:13-cv-02801-MOB-MKM
2:13-cv-02802-MOB-MKM
2:13-cv-02803-MOB-MKM
2:14-cv-10776-MOB-MKM
2:14-cv-12555-MOB-MKM

2:13-cv-00900-MOB-MKM
2:13-cv-00901-MOB-MKM
2:13-cv-00902-MOB-MKM
2:13-cv-00903-MOB-MKM
2:13-cv-11595-MOB-MKM
2:15-cv-10015-MOB-MKM

THE LAW OFFICE OF ATTORNEY TISHIA BROWNING IS DIRECTED TO FILE A NOTICE OF APPEARANCE FOR ATTORNEY BROWNING ON EACH CASE LISTED IN THE ORDER.

Date:  August 24, 2015                                          s/Marianne O. Battani
                                                                MARIANNE O. BATTANI
                                                                United States District Judge