## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Civil No. 2:12-md-2311-MOB-MKM<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| **In Re: IGNITION COILS CASES** | Civil No. 2:13-cv-1403-MOB-MKM |
| **THIS RELATES TO: END-PAYOR ACTIONS** | |

## APPEARANCE OF MARGUERITE M. SULLIVAN

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Marguerite M. Sullivan of the law firm Latham & Watkins, LLP as counsel on behalf of Weastec, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated:  August 25, 2015                    LATHAM & WATKINS LLP

                                          By: /s/  Marguerite M. Sullivan
                                              Marguerite M. Sullivan
                                              Attorney for Defendant Weastec, Inc.
                                              LATHAM & WATKINS LLP
                                              555 Eleventh St. NW, Suite 1000
                                              Washington, DC 20004-1304
                                              marguerite.sullivan@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015, I electronically filed my Appearance on behalf of Weastec, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  August 25, 2015

LATHAM & WATKINS LLP

By: /s/  Marguerite M. Sullivan
 Marguerite M. Sullivan
 Attorney for Defendant Weastec, Inc.
 LATHAM & WATKINS LLP
 555 Eleventh St. NW, Suite 1000
 Washington, DC 20004-1304
 marguerite.sullivan@lw.com