# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Civil No. 2:12-md-2311-MOB-MKM<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| **In Re: IGNITION COILS CASES** | Civil No. 2:13-cv-1403-MOB-MKM |
| **THIS RELATES TO: END-PAYOR ACTIONS** | |

## APPEARANCE OF HOWARD B. IWREY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of Weastec, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

1

Dated:  August 25, 2015                     DYKEMA GOSSETT PLLC

By: /s/  Howard B. Iwrey
    Howard B. Iwrey (P39635)
    Attorneys for Defendant Weastec, Inc.
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, Michigan 48304
    (248) 203-0526
    (248) 203-0763 - facsimile
    *email*:  hiwrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015, I electronically filed my Appearance on behalf of Weastec, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  August 25, 2015     DYKEMA GOSSETT PLLC

By: /s/  Howard B. Iwrey
    Howard B. Iwrey (P39635)
    Attorneys for Defendant Weastec, Inc.
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, Michigan 48304
    (248) 203-0526
    (248) 203-0763 - facsimile
    *email*: hiwrey@dykema.com

BH01\2309886.1
ID\HBI - 019956\000999