UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No.: 12-md-02311 |
| | The Hon. Marianne O. Battani |
| _____/ | NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that the address and contact information for Francis O. Scarpulla is as follows:

>Law Offices of Francis O. Scarpulla
>456 Montgomery Street, 17th Floor
>San Francisco, CA  94104
>Telephone:   (415) 788-7210
>Facsimile:    (415) 788-0706
>Email:         fos@scarpullalaw.com

Please make the necessary changes to your files.

Dated: August 26, 2015         /s/ Francis O. Scarpulla
                               Francis O. Scarpulla (CA SB No. 41059)
                               Law Offices of Francis O. Scarpulla
                               456 Montgomery Street, 17th Floor
                               San Francisco, CA  94104
                               Telephone:    (415) 788-7210
                               Facsimile:    (415) 788-0706
                               fos@scarpullalaw.com

                               Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that on August 26, 2015, I electronically filed the above NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court using the ECF system and notice was thereby disseminated to counsel of record *via* the ECF system.

*/s/ Francis O. Scarpulla*_____
Francis O. Scarpulla