UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiff KMB/CT, Inc. d/b/a KMB Warehouse Distributors, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated: August 27, 2015 | /s/ Gregory P. Hansel<br>Preti Flaherty Beliveau & Pachios, LLP<br>One City Center, PO Box 9546<br>Portland, ME 04112<br>Tel. 207-791-3000<br>Fax 207-791-3111<br>ghansel@preti.com<br><br>One of the attorneys for Plaintiff KMB/CT, Inc.<br>d/b/a KMB Warehouse Distributors, Inc. |

9089756.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiff KMB/CT, Inc.
d/b/a KMB Warehouse Distributors, Inc.

9089756.1