# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that Randall B. Weill of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiff KMB/CT, Inc. d/b/a KMB Warehouse Distributors, Inc. in the above-captioned matter.


Dated: August 27, 2015          /s/ Randall B. Weill
                                Preti Flaherty Beliveau & Pachios, LLP
                                One City Center, PO Box 9546
                                Portland, ME 04112
                                Tel. 207-791-3000
                                Fax 207-791-3111
                                rweill@preti.com

                                One of the attorneys for Plaintiff KMB/CT, Inc.
                                d/b/a KMB Warehouse Distributors, Inc.

9090391.1

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Randall B. Weill
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Plaintiff KMB/CT, Inc. d/b/a KMB Warehouse Distributors, Inc.

9090391.1