# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**

12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## NOTICE OF WITHDRAWAL OF ATTORNEY LESLIE A. WULFF

PLEASE TAKE NOTICE of the withdrawal of Leslie A. Wulff of Gibson, Dunn & Crutcher LLP as counsel for defendants Mitsuba Corporation and American Mitsuba Corporation. Her appearance should be withdrawn from the following cases:

**On Behalf of Mitsuba Corporation**
2:13-cv-00900-MOB-MKM
2:13-cv-00903-MOB-MKM
2:13-cv-01100-MOB-MKM
2:13-cv-01103-MOB-MKM
2:13-cv-01200-MOB-MKM
2:13-cv-01203-MOB-MKM

**On Behalf of Mitsuba Corporation and American Mitsuba Corporation**

2:12-md-02311-MOB-MKM

2:13-cv-00902-MOB-MKM

2:13-cv-01000-MOB-MKM

2:13-cv-01002-MOB-MKM

2:13-cv-01003-MOB-MKM

2:13-cv-01101-MOB-MKM

2:13-cv-01300-MOB-MKM

2:13-cv-01302-MOB-MKM

2:13-cv-01303-MOB-MKM

2:13-cv-01900-MOB-MKM

2:13-cv-01902-MOB-MKM

2:13-cv-01903-MOB-MKM

2:13-cv-02100-MOB-MKM

2:13-cv-02102-MOB-MKM

2:13-cv-02103-MOB-MKM

2:13-cv-02200-MOB-MKM

2:13-cv-02202-MOB-MKM

2:13-cv-02203-MOB-MKM

2:13-cv-02300-MOB-MKM

2:13-cv-02302-MOB-MKM

2:13-cv-02800-MOB-MKM

2:13-cv-02801-MOB-MKM

2:13-cv-02802-MOB-MKM

2:13-cv-14212-MOB-MKM

     2:13-cv-14550-MOB-MKM

     2:14-cv-10674-MOB-MKM

  Other attorneys of the same firm have appeared as counsel on behalf of the above listed defendants and their representation continues.

Dated: August 27, 2015    Respectfully submitted,

         /s/ Leslie A. Wulff
        Leslie A. Wulff
        **GIBSON, DUNN & CRUTCHER LLP**
        555 Mission Street, Suite 3000
        San Francisco, CA 94105
        Telephone: (415) 393-8200
        Facsimile: (415) 393-8306
        lwulff@gibsondunn.com
        CABN: 277979

        *Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2015, I caused to be electronically filed the foregoing Notice of Entry of Attorney Withdrawal with the Clerk of the Court via CM/ECF which will send notification of such filing to all filing users indicated on the Electronic Notice List through the court's electronic filing system.

       /s/ Leslie A. Wulff
Leslie A. Wulff
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
lwulff@gibsondunn.com
CABN 277979

101985465.1