UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 1:12-md-02311-MOB-MKM<br>Honorable Marianne O. Battani |
| IN RE: SPARK PLUG CASES | 2:15-cv-03001–MOB-MKM |

THIS DOCUMENT RELATES TO:

WAL, Inc. d/b/a Tri-State Automotive Warehouse
and KMB/CT, Inc. d/b/a KMB Warehouse
Distributors, Inc., individually and behalf of all
others similarly situated,

                Plaintiffs,

v.

NGK Spark Plug Co., Ltd., NGK Spark Plugs
(U.S.A.), Inc., Denso Corporation,
Denso International America, Inc.,
Denso Products & Services Americas f/k/a Denso
Sales California, Inc., Robert Bosch GmbH,
and Robert Bosch LLC,

                Defendants.

Civil Action No. 2:15-cv-11774

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Linda P. Nussbaum of the law firm of Nussbaum Law Group, P.C. hereby enters her notice of appearance as counsel for Plaintiff KMB/CT, Inc. d/b/a KMB Warehouse Distributors, Inc. in the above-captioned matter.

Dated: August 31, 2015
                              */s/ Linda P. Nussbaum*
                              Linda P. Nussbaum
                              NUSSBAUM LAW GROUP, P.C.
                              570 Lexington Avenue, 19th Floor
                              New York, NY 10022
                              Telephone: (212) 702-7053
                              lnussbaum@nussbaumpc.com

134037

*Counsel for Plaintiff KMB/CT, Inc. d/b/a/ KMB Warehouse Distributors Inc. and the Proposed Class*

CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2015 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the ECF-registered counsel.

Dated: August 31, 2015

      */s/ Linda P. Nussbaum*
Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
570 Lexington Avenue, 19th Floor
New York, NY 10022
Telephone: (212) 702-7053
lnussbaum@nussbaumpc.com

*Counsel for Plaintiff KMB/CT, Inc. d/b/a/ KMB Warehouse Distributors Inc. and the Proposed Class*