UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE

PLEASE TAKE NOTICE that Alexander E. Blum of Mantese Honigman, P.C. hereby enters an Appearance on behalf of all Automobile Dealer Plaintiffs in the above-entitled action.

Respectfully submitted,

/s/Alexander E. Blum
(Michigan Bar No. P74070)
Mantese Honigman, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
Dated:  September 3, 2015                ablum@manteselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2015 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Sherri Sikorski
Sherri Sikorski
Mantese Honigman, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
ssikorski@manteselaw.com