UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that Rachel T. Osborn, formerly of Crowell & Moring LLP, is now affiliated with Morrison & Foerster LLP at the following address:

> Morrison & Foerster LLP
> 2000 Pennsylvania Avenue, NW
> Suite 6000
> Washington, DC 20006

Dated: September 15, 2015

Respectfully submitted,

/s/ Rachel T. Osborn
Rachel T. Osborn (DC Bar #998608)
Morrison Foerster
2000 Penn. Ave., NW
Suite 6000
Washington, DC 20006
202-887-8771
rosborn@mofo.com

*Attorney for Defendants*

2

*Sumitomo Electric Industries, Ltd.;*
*Sumitomo Wiring Systems, Ltd.;*
*Sumitomo Electric Wiring Systems, Inc.;*
*K&S Wiring Systems, Inc.; and*
*Sumitomo Wiring Systems (U.S.A.), Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2015, I caused a true and correct copy of the foregoing Notice of Change of Firm Affiliation to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record

/s/ Rachel T. Osborn
Rachel T. Osborn