# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF MICHELLE J. LOOBY

PLEASE TAKE NOTICE that Michelle J. Looby of Gustafson Gluek PLLC hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned case.

Dated: October 14, 2015

Respectfully submitted,

/s/ Michelle J. Looby
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: mlooby@gustafsongluek.com

39755

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2015, I filed Notice of Appearance via CM/ECF system, which will provide notice to all counsel of record.

/s/ Michelle J. Looby
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: mlooby@gustafsongluek.com

39755