**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2 :12-cv-00100-MOB-MKM |
| THIS RELATES TO: ALL WIRE HARNESS CASES | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2 :12-cv-00101-MOB-MKM |
| THIS RELATES TO: DIRECT PURCHASER ACTIONS | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2 :12-cv-00102-MOB-MKM |
| THIS RELATES TO:<br>DEALERSHIP ACTIONS | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2 :12-cv-00103-MOB-MKM |
| THIS RELATES TO:<br>END-PAYOR ACTIONS | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## ORDER WITHDRAWING APPEARANCE

NOW, this 29th day of October, 2015, IT IS HEREBY ORDERED that Kathleen M.

Clair is withdrawn as counsel of record for Defendants Sumitomo Electric Industries, Ltd.;

Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring

Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.), Inc. (collectively, "Sumitomo") in the

above-captioned actions. THE OFFICE OF KATHLEEN M. CLAIR IS DIRECTED TO

REMOVE ATTORNEY CLAIR FROM THE ABOVE MENTIONED CASES.

Date: October 29, 2015          s/Marianne O. Battani
                                MARIANNE O. BATTANI
                                United States District Judge