# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **In RE  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

## APPEARANCE

Please enter the appearance of Ryan Fahey of Winston & Strawn LLP as counsel for

Defendants NTN Corporation and NTN USA Corporation.

Dated:  October 27, 2015

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Ryan Fahey
    Ryan Fahey
    200 Park Avenue
    New York, NY 10166
    Telephone:  (212) 294-4706
    Facsimile:  (212) 294-4700
    rfahey@winston.com

    *Attorney for Defendants NTN*
    *Corporation and NTN USA Corporation*