# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In re: STARTERS DIRECT PURCHASER ACTIONS** | 2:13-cv-1101-MOB-MKM |
| **THIS RELATES TO:**<br><br>**TIFFIN MOTORS HOMES, INC.**<br><br>vs.<br><br>**DENSO CORP. et al.** | 2:14-cv-10674-MOB-MKM |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Caeli Higney of Gibson, Dunn & Crutcher LLP hereby enters her appearance as counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation. Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

2

Dated: November 4, 2015  Respectfully submitted,

    /s/ Caeli Higney
Caeli Higney
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8248
Facsimile: 415-393-8306
CHigney@gibsondunn.com
Bar Number 268644

*Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2015, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems.

      /s/ Caeli Higney
Caeli Higney
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8248
Facsimile: 415-393-8306
CHigney@gibsondunn.com
Bar Number 268644