**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL AUTO PARTS CASES | |
| THIS RELATES TO: All Dealership Actions | |

**DEFENDANTS' OPPOSITION TO**
**AUTOMOBILE DEALER PLAINTIFF SLT GROUP II, INC.'S MOTION TO BE**
**DROPPED AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE**

## **STATEMENT OF THE ISSUES PRESENTED**

1. Whether Automobile Dealer Plaintiff SLT Group II, Inc. should be permitted to withdraw as a named plaintiff and putative class representative without complying with this Court's Orders of January 7, 2015 and May 12, 2015?

**Answer:** No.

## STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES

**Cases**

*In re Vitamins Antitrust Litig.*, 198 F.R.D. 296 (D.D.C. 2000).

*In re Wellbutrin XL Antitrust Litig.*, 268 F.R.D. 539 (E.D. Pa. 2010).

**Rulings**

Am. Ruling of Special Master on Defs.' Mot. To Enforce the Jan. 7 & May 12, 2015 Stipulated Discovery Orders Against Holzhauer Auto & Truck Sales, Inc. & To Strike its Purported Notice of Withdrawal (Aug. 3, 2015) (12-cv-00102, ECF No. 332).

Order Granting Automobile Dealer Pl. Holzhauer Auto & Truck Sales, Inc.'s Rule 21 Mot. To Be Dropped as a Named Pl. & Proposed Class Representative (Sept. 29, 2015) (12-md-02311, ECF No. 1113

## ARGUMENT

SLT Group II, Inc. ("SLT") has identified nothing in its motion to distinguish its request from the motion filed by Plaintiff Beck Motors, Inc. ("Beck") seeking precisely the same relief, which currently is under consideration by the Special Master. *See* Automobile Dealer Pl. Beck Motors Inc.'s Mot. To Be Dropped as a Named Pl. & Proposed Class Representative ("Beck Motion") (12-md-02311, ECF No. 1094). Indeed, the substantive arguments included in SLT's brief are copied nearly verbatim from the Beck Motion. *Compare* Mot. at 2–8, *with* Beck Motion at 1–8. Defendants see no reason why the Special Master's disposition of both motions should not be the same. As such, Defendants hereby incorporate by reference the arguments set forth in Defendants' Opposition to the Beck Motion (12-md-02311, ECF No. 1101), which are equally applicable here.

There is a wealth of precedent for requiring withdrawing plaintiffs to comply with their discovery obligations, *see, e.g.*, *In re Wellbutrin XL Antitrust Litig.*, 268 F.R.D. 539, 543–44 (E.D. Pa. 2010); *In re Vitamins Antitrust Litig.*, 198 F.R.D. 296, 303–06 (D.D.C. 2000), and this Court has already aligned itself with that precedent in its decisions concerning former plaintiff Holzhauer Auto & Truck Sales, Inc., *see* Am. Ruling of Special Master on Defs.' Mot. To Enforce the Jan. 7 & May 12, 2015 Stipulated Disc. Orders Against Holzhauer Auto & Truck Sales, Inc. & To Strike Its Purported Notice of Withdrawal at 2–3 (Aug. 3, 2015) (12-cv-00102, ECF No. 332); Order Granting Automobile Dealer Pl. Holzhauer Auto & Truck Sales, Inc.'s Rule 21 Mot. To Be Dropped as a Named Pl. & Proposed Class Representative at 2–4 (Sept. 29, 2015) (12-md-02311, ECF No. 1113) (conditioning withdrawal on compliance with discovery obligations under the January 7 and May 12, 2015 Orders).

As evidenced by the authorities that SLT itself cites, in those cases in which courts have allowed plaintiffs to withdraw without complying with discovery obligations, plaintiffs have generally provided an explanation of the circumstances that justified their withdrawal and why compliance with outstanding discovery would be unfairly burdensome.  In *In re Urethane Antitrust Litigation*, No. 04-MD-1616 (JWL), 2006 WL 8096533, at *1–3 (D. Kan. June 9, 2006), the movants were struggling with significant financial difficulties, and in *Doe v. Arizona Hospital & Healthcare Association*, No. CV 07-1292 (PHX), 2009 WL 1423378, at *13–14 (D. Ariz. Mar. 19, 2009), they were dealing with a significant family medical issue that limited their ability to continue as named plaintiffs.  Here, SLT has provided no explanation *at all* for why it is seeking to withdraw.

The only case SLT cites for the proposition that a plaintiff may withdraw without complying with discovery obligations and without good cause is a twenty-eight-year-old, six-paragraph-long, unpublished decision of a magistrate judge in the Northern District of Illinois. *See Org. of Minority Vendors, Inc. v. Ill. Central-Gulf R.R.*, No. 79 C 1512, 1987 WL 8997, at *1 (N.D. Ill. Apr. 2, 1987).  This case should be afforded no precedential weight.  Indeed, the magistrate judge in that case noted that "[n]either side ha[d] suggested precedent or policy reasons to guide [its] determination."  *Id.*

For the foregoing reasons and the reasons set forth in Defendants' Opposition to Beck's Motion to Withdraw (12-md-02311, ECF No. 1101), the Special Master should deny SLT's Motion to Withdraw to the extent SLT seeks to do so without complying with its existing discovery obligations under the Stipulated Orders of January 7 and May 12, 2015 (12-cv-00102, ECF Nos. 252, 310).

                        Respectfully submitted,

                        WILMER CUTLER PICKERING
                         HALE AND DORR LLP

November 9, 2015      By:   */s/ Steven F. Cherry*
                        Steven F. Cherry
                        David P. Donovan
                        Patrick J. Carome
                        Brian C. Smith
                        Dyanne Griffith
                        WILMER CUTLER PICKERING
                         HALE AND DORR LLP
                        1875 Pennsylvania Avenue, NW
                        Washington, D.C. 20006
                        Tel.: (202) 663-6000
                        Fax: (202) 663-6363
                        steven.cherry@wilmerhale.com
                        david.donovan@wilmerhale.com
                        patrick.carome@wilmerhale.com
                        brian.smith@wilmerhale.com
                        dyanne.griffith@wilmerhale.com

                        *Attorneys for Defendants DENSO Corporation and DENSO International America, Inc.*

                        Steven M. Zarowny (P33362)
                        General Counsel
                        DENSO International America, Inc.
                        24777 Denso Drive
                        Southfield, MI 48033
                        Tel.: (248) 372-8252
                        Fax: (248) 213-2551
                        steve_zarowny@denso-diam.com

                        *Attorney for Defendant DENSO International America, Inc.*

                        WARNER NORCROSS & JUDD LLP

November 9, 2015      By:   */s/ William R. Jansen (*w/consent)
                        William R. Jansen (P36688)
                        Michael G. Brady (P57331)
                        Amanda M. Fielder (P70180)
                        WARNER NORCROSS & JUDD LLP

3

        2000 Town Center, Suite 2700
        Southfield, MI 48075-1318
        Phone: 248-784-5000
        wjansen@wnj.com
        mbrady@wnj.com
        afielder@wnj.com

        Michael Martinez
        Steven Kowal
        Lauren Norris
        Lauren Salins
        K&L GATES LLP
        70 W. Madison St., Suite 3100
        Chicago, IL 60602
        Phone: 312-807-4404
        Fax: 312-827-8116
        michael.martinez@klgates.com
        steven.kowal@klgates.com
        lauren.norris@klgates.com
        lauren.salins@klgates.com

        *Counsel for Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

        LANE POWELL PC

November 9, 2015      By:    */s/ Larry S. Gangnes* (w/consent)
        Larry S. Gangnes
        LANE POWELL PC
        1420 Fifth Ave., Suite 4200
        P.O. Box 91302
        Seattle, WA 98111-9402
        Tel.: (206) 223-7000
        Fax: (206) 223-7107
        gangnesl@lanepowell.com

        Craig D. Bachman
        Kenneth R. Davis II
        Darin M. Sands
        Masayuki Yamaguchi
        Peter D. Hawkes
        LANE POWELL PC
        601 SW Second Ave., Suite 2100
        Portland, OR 97204-3158
        Tel.: (503) 778-2100
        Fax: (503) 778-2200

        bachmanc@lanepowell.com
        davisk@lanepowell.com
        sandsd@lanepowell.com
        yamaguchim@lanepowell.com
        hawkesp@lanepowell.com

Richard D. Visio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Tel.: (248) 528-1111
Fax: (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com
*Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.*

PORTER WRIGHT MORRIS & ARTHUR LLP

November 9, 2015      By:    */s/ Donald M. Barnes* (w/consent)
        Donald M. Barnes
        Molly S. Crabtree
        Jay L. Levine
        PORTER WRIGHT MORRIS & ARTHUR LLP
        1900 K Street, NW, Ste. 1110
        Washington, DC 20006
        Tel.: (202) 778-3054
        Fax: (202) 778-3063
        dbarnes@porterwright.com
        mcrabtree@porterwright.com
        jlevine@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

JENNER & BLOCK LLP

November 9, 2015      By:    */s/ Terrance J. Truax* (w/consent)
        Terrence J. Truax
        Charles B. Sklarsky
        Michael T. Brody
        Gabriel A. Fuentes
        Daniel T. Fenske
        JENNER & BLOCK LLP

|  |  |  |
|---|---|---|
|  |  | 353 N. Clark Street<br>Chicago, IL 60654-3456<br>ttruax@jenner.com<br>csklarsky@jenner.com<br>mbrody@jenner.com<br>gfuentes@jenner.com<br>dfenske@jenner.com<br><br>Gary K. August<br>Jamie J. Janisch<br>ZAUSMER, AUGUST & CALDWELL, P.C.<br>31700 Middlebelt Road, Suite 150<br>Farmington Hills, MI 48334-2374<br>gaugust@zacfirm.com<br>jjanisch@zacfirm.com<br><br>*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*<br><br>O'MELVENY & MYERS LLP |
| November 9, 2015 | By: | */s/ Michael F. Tubach* (w/consent)<br>Michael F. Tubach<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Tel.: (415) 984-8700<br>Fax: (415) 984-8701<br>Mtubach@omm.com<br><br>Michael R. Turco (P48705)<br>BROOKS WILKINS SHARKEY & TURCO PLLC<br>401 South Old Woodward, Suite 400<br>Birmingham, MI 48009<br>Tel.: (248) 971-1713<br>Fax: (248) 971-1801<br>turco@bwst-law.com<br><br>*Attorneys for Defendants Leoni Wiring Systems, Inc. and Leonische Holding, Inc.* |

6

                                            BUTZEL LONG

November 9, 2015           By:    */s/ Sheldon H. Klein* (w/consent)
                                            Sheldon H. Klein (P41062)
                                            David F. DuMouchel (P25658)
                                            BUTZEL LONG
                                            150 West Jefferson, Suite 100
                                            Detroit, MI 48226
                                            Tel.: (313) 225-7000
                                            Fax: (313) 225-7080
                                            sklein@butzel.com
                                            dumouchd@butzel.com

                                            W. Todd Miller
                                            BAKER & MILLER PLLC
                                            2401 Pennsylvania Ave., NW, Suite 300
                                            Washington, DC 20037
                                            Tel.: (202) 663-7820
                                            Fax: (202) 663-7849
                                            TMiller@bakerandmiller.com

                                            *Attorneys for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2015, I caused the foregoing **DEFENDANTS' OPPOSITION TO AUTOMOBILE DEALER PLAINTIFF SLT GROUP II, INC.'S MOTION TO BE DROPPED AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    */s/ Steven F. Cherry*
Steven F. Cherry
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

*Counsel for DENSO Corporation and DENSO International America, Inc.*