IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MDL No. 2:12-MD-2311-MOB-MKM |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | Honorable Marianne O. Battani |

## NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Steven J. Kaiser of the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel on behalf of NSK Ltd. and NSK Americas, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

David A. Ettinger of the law firm Honigman, Miller, Schwartz & Cohn LLP is a member of the Michigan bar with an office in this district and is hereby specified as local counsel.

Dated: November 10, 2015           CLEARY GOTTLIEB STEEN &
                                   HAMILTON LLP

1

By: _____
Steven J. Kaiser (DC Bar #454251)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*skaiser@cgsh.com*

*Counsel for NSK Ltd. And NSK Americas, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **MDL No. 2:12-MD-2311-MOB-MKM** |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | **Honorable Marianne O. Battani** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2015, I caused my Appearance on behalf of Defendants NSK Ltd. and NSK Americas, Inc. to be filed electronically with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

| | |
|---|---|
| Dated: November 10, 2015 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By: /s/ Steven J. Kaiser<br>Steven J. Kaiser (DC Bar #454251)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 974-1500 (Phone)<br>(202) 974-1999 (Facsimile)<br>*lmalm@cgsh.com*<br><br>*Counsel for NSK Ltd. And NSK Americas, Inc.* |