UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No: 12-md-02311<br>Honorable Marianne O. Battani |
| In re:  IGNITION COILS DIRECT PURCHASER ACTIONS | 2:12-cv-01400-MOB-MKM<br>2:13-cv-01401-MOB-MKM |
| THIS RELATES TO:<br><br>ALL EUROPEAN AUTO SUPPLY INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>DENSO CORPORATION, DENSO INTERNATIONAL AMERICA, INC., DENSO PRODUCTS AND SERVICES AMERICAS, INC., DENSO INTERNATIONAL KOREA CORPORATION, DIAMOND ELECTRIC MFG. CO., LTD., DIAMOND ELECTRIC MFG. CORPORATION, HITACHI, LTD., HITACHI AUTOMOTIVE SYSTEMS, LTD., HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC., MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC US HOLDINGS, INC., and MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC.,<br><br>                      Defendants. | 2:15-cv-11830-MOB-MKM |

**CERTIFICATE OF SERVICE**

2

      I certify that on November 17, 2015, I caused to be electronically filed a copy of the STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST by Diamond Electric Mfg. Corp. with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew J. Reilly

SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
(202) 636-5500