# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) ) | |
| THIS RELATES TO: ALL CASES | ) ) ) ) ) | |

## NOTICE OF APPEARANCE OF CAITLYN A. HUFFSTUTTER

PLEASE TAKE NOTICE that Caitlyn A. Huffstutter of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance on behalf of DENSO Corporation, DENSO International America, Inc., DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC, and ASMO Greenville of North Carolina, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: November 18, 2015

                                                                                             WILMER CUTLER PICKERING
                                                                                                 HALE AND DORR LLP

                                                      By:    /s/ Caitlyn A. Huffstutter
                                                                         Caitlyn A. Huffstutter
                                                                         WILMER CUTLER PICKERING
                                                                           HALE AND DORR LLP
                                                                           1875 Pennsylvania Avenue, NW
                                                                            Washington, DC  20006
                                                                            Telephone:   (202) 663-6000
                                                                            Facsimile:    (202) 663-6610
                                                                            caitlyn.huffstutter@wilmerhale.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2015, I caused the foregoing Notice of Appearance of Caitlyn A. Huffstutter to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By:    /s/ Caitlyn A. Huffstutter
Caitlyn A. Huffstutter
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:   (202) 663-6000
Facsimile:   (202) 663-6610
caitlyn.huffstutter@wilmerhale.com
