# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |

| |
|---|
| In Re:   ALL PARTS |

| |
|---|
| THIS RELATES TO:   ALL CASES |

## NOTICE OF APPEARANCE OF MATTHEW TABAS

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Matthew Tabas, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendants Koito Manufacturing Co., Ltd. and North American Lighting, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: December 4, 2015                    Respectfully submitted,

By:  /s Matthew Tabas
Matthew Tabas
ARNOLD & PORTER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-6224
(202) 942-5999 - facsimile
Matthew.Tabas@aporter.com
DC Bar: 1023480

*Attorney for Defendant Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2015 I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court via the ECF system which will send notification of such filing to the ECF participants.

Dated: 12/4/2015

By: /s Matthew Tabas
Matthew Tabas
ARNOLD & PORTER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-6224
(202) 942-5999 - facsimile
Matthew.Tabas@aporter.com
DC Bar: 1023480

*Attorney for Defendant Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*