**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF WITHDRAWAL OF ATTORNEY JOSHUA S. PRESS

PLEASE TAKE NOTICE of the withdrawal of Joshua S. Press of Wilmer Cutler

Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation and DENSO

International America, Inc. His appearance should be withdrawn from the following cases:

12-md-02311-MOB-MKM

12-cv-00100-MOB-MKM

12-cv-00101-MOB-MKM

12-cv-00102-MOB-MKM

12-cv-00103-MOB-MKM

12-cv-00106-MOB-MKM

12-cv-00300-MOB-MKM

12-cv-00301-MOB-MKM

12-cv-00302-MOB-MKM

12-cv-00303-MOB-MKM

13-cv-01500-MOB-MKM

13-cv-01502-MOB-MKM

13-cv-01503-MOB-MKM

This notice is not intended to affect the appearances of any other attorneys of the same

firm already on record as counsel on behalf of DENSO Corporation and DENSO International

America, Inc.

|  |  |  |
|---|---|---|
|  |  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: December 10, 2015 | By: | */s/ Joshua S. Press*<br>Joshua S. Press<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Tel.: (202) 663-6000<br>Fax: (202) 663-6363<br>joshua.press@wilmerhale.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2015, I caused the foregoing Notice of Withdrawal

of Attorney Joshua S. Press to be electronically filed with the Clerk of the Court using the

CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Joshua S. Press*
Joshua S. Press
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
joshua.press@wilmerhale.com