# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF APRIL N. WILLIAMS

PLEASE TAKE NOTICE that April N. Williams of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance on behalf of DENSO Corporation, DENSO International America, Inc., DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC, and ASMO Greenville of North Carolina, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 8, 2016

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: /*s*/ April N. Williams
April N. Williams
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6610
april.williams@wilmerhale.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2016, I caused the foregoing Notice of Appearance of April N. Williams to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By:    /s/ April N. Williams  
April N. Williams  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
1875 Pennsylvania Avenue, NW  
Washington, DC  20006  
Telephone:   (202) 663-6000  
Facsimile:   (202) 663-6610  
april.williams@wilmerhale.com
