UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION<br><br>_____<br><br>ALL PARTS<br>_____<br><br>THIS RELATES TO: ALL CASES<br>_____ | Case No. 12-md-02311<br>Honorable Marianne O. Battani |

## APPEARANCE OF COUNSEL

**TO THE CLERK OF THE COURT**

    Please enter my Appearance as attorney for and on behalf of Plaintiffs, All European Auto Supply, Inc. and McGuire Bearing Co., in the above captioned matter.

                                                */s/ David A. Young*
                                                David A. Young
                                                Cohen Milstein Sellers & Toll PLLC
                                                1100 New York Ave. NW, Suite 500
                                                Washington, DC 20005
                                                Phone: (202) 408-4600
                                                Email: dyoung@cohenmilstein.com

Dated: January 14, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2016, I electronically filed the foregoing document using the Court's CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

                                                            */s/ David A. Young*
                                                            David A. Young