UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL AUTO PARTS CASES | |
| THIS RELATES TO: All Auto Dealer Actions All End-Payor Actions | |

**STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE FOR OBJECTIONS TO
THE SPECIAL MASTER'S DECEMBER 29 ORDER GRANTING IN PART
AND DENYING IN PART PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

WHEREAS, on November 24, 2015, Auto Dealers filed Dealership Plaintiffs' Motion For Protective Order (12-md-2311, ECF No. 1144) regarding the 30(b)(6) notices served by Defendants on Auto Dealers; and

WHEREAS, on December 29, 2015, the Special Master entered the Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion For Protective Order (12-md-2311, ECF No. 1169); and

WHEREAS, pursuant to paragraph II(B) of the Order Appointing a Master (12-md-2311, ECF No. 792) the Special Master has the power to shorten the time for filing Objections to Orders of the Special Master.

1

IT IS THEREFORE STIPULATED AND AGREED by counsel for Auto Dealers and counsel for Defendants that:

1. Any Objections to the Special Master's December 29 Order will be filed by Tuesday, January 12, 2015;

2. Responses to these Objections will be filed by Monday, January 25, 2015; and

3. Replies, if any, in support of these Objections will be filed by Friday, January 29, 2015.

**IT IS SO ORDERED.**

Dated: January 8, 2016  /s/ Gene J. Esshaki
Special Master Gene J. Esshaki

**STIPULATED AND AGREED.**

MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.

/s/ Gerard V. Mantese
Gerard V. Mantese (P34424) MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.
1361 E. Big Beaver Rd. Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com

*Dealership Plaintiffs' Interim Liaison Counsel*

LARSON KING, LLP

/s/ Shawn M. Ratier
Shawn M. Raiter
LARSON KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

CUNEO GILBERT & LADUCA, LLP

/s/ Jonathan W. Cuneo
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
BARRETT LAW GROUP, P.A.

WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/ Steven F. Cherry*
Steven F. Cherry
Patrick J. Carome
David P. Donovan
Dyanne M. Griffith
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
patrick.carome@wilmerhale.com
david.donovan@wilmerhale.com
dyanne.griffith@wilmerhale.com

*Attorneys for Defendants DENSO Corporation and DENSO International America, Inc.*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Tel.: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International America, Inc.*

WARNER NORCROSS & JUDD LLP

*/s/ William R. Jansen* (w/consent)
Michael G. Brady (P57331)
Michael G. Brady (P57331)
Amanda M. Fielder (P70180)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Phone: 248-748-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

Michael Martinez

3

/s/ Don Barrett
Don Barrett
David McMullan
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

*Dealership Plaintiffs' Interim Co-Lead Counsel*

Steven Kowal
Lauren Norris
Lauren Salins
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: 312-827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.norris@klgates.com
lauren.salins@klgates.com

*Counsel for Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

LANE POWELL PC

*/s/ Larry S. Gangnes* (w/consent)
Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Tel.: (206) 223-7000
Fax: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
LANE POWELL PC
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Tel.: (503) 778-2100
Fax: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Tel.: (248) 528-1111

Fax: (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorney for Defendant Furukawa Electric Co., Ltd. and American Furukawa, Inc.*

PORTER WRIGHT MORRIS & ARTHUR LLP

*/s/ Donald M. Barnes* (w/consent)
Donald M. Barnes
Molly S. Crabtree
Jay L. Levine
Christopher C. Yook
PORTER WRIGHT MORRIS & ARTHUR LLP
1900 K Street, NW, Ste. 1110
Washington, DC 20006
Tel.: (206) 778-3054
Fax: (206) 778-3063
dbarnes@porterwright.com
mcrabtree@porterwright.com
jlevine@porterwright.com
cyook@porterwright.com

*Attorney for Defendant G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

JENNER & BLOCK LLP

*/s/ Terrance J. Truax* (w/consent)
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Dainel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
ttruaz@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
Jamie J. Janisch
ZAUSMER, AUGUST & CALDWELL, P.C.

31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com
jjanisch@zacfirm.com

*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

BUTZEL LONG

*/s/ Sheldon H. Klein* (w/consent)
Sheldon H. Klein (P41062)
David F. DuMouchel (P25658)
BUTZEL LONG
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
sklein@butzel.com
dumouchd@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Attorneys for Defendants TRAM, Inc., and Tokai Rika Co., Ltd.*