UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS      12-md-02311
ANTITRUST LITIGATION     Honorable Marianne O. Battani

ALL PARTS

THIS RELATES TO:  ALL CASES
    /

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Kendall Millard, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendant KYB Americas Corporation, in the above-captioned matter.

Dated:  January 19, 2016      /s/ *Kendall Millard*
   Kendall Millard
   Indiana Bar # 25430-49
   **BARNES & THORNBURG, LLP**
   11 South Meridian Street
   Indianapolis, Indiana  46204-3535
   Tel:  317-236-1313
   Fax: 317-231-7433
   kmillard@btlaw.com

   *Attorney for Defendant*
   *KYB Americas Corporation*

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system on January 19, 2016. Parties may access this filing through the Court's system.

/s/ *Kendall Millard*

DMS 3467504v1