# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERNN DIVISION

In Re:  AUTOMOTIVE PARTS         12-md-02311
ANTITRUST LITIGATION              Honorable Marianne O. Battani

ALL PARTS

THIS RELATES TO:  ALL CASES
_____/

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

J. Alexander Barnstead, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendant KYB Americas Corporation, in the above-captioned matter.

Dated:  January 19, 2016          /s/ *J. Alexander Barnstead*
                                  J. Alexander Barnstead
                                  Indiana Bar # 31218-49
                                  **BARNES & THORNBURG, LLP**
                                  11 South Meridian Street
                                  Indianapolis, Indiana  46204-3535
                                  Tel:  317-236-1313
                                  Fax:  317-231-7433
                                  *Alex.Barnstead@btlaw.com*

                                  *Attorney for Defendant*
                                  *KYB Americas Corporation*

2

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system on January 19, 2016.  Parties may access this filing through the Court's system.

/s/ *J. Alexander Barnstead*

DMS 3467114v1