**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness Cases | |
| In Re: Instrument Panel Clusters Cases | |
| In Re: Fuel Senders Cases | Case No.: |
| In Re: Heater Control Panels Cases | |
| In Re: Bearings Cases | 2:12-cv-00102-MOB-MKM |
| In Re: Occupant Safety Systems Cases | 2:12-cv-00202-MOB-MKM |
| In Re: Alternators Cases | 2:12-cv-00302-MOB-MKM |
| In Re: Anti-Vibrational Rubber Parts Cases | 2:12-cv-00402-MOB-MKM |
| In Re: Windshield Wipers Cases | 2:12-cv-00502-MOB-MKM |
| In Re: Radiators Cases | 2:12-cv-00602-MOB-MKM |
| In Re: Starters Cases | 2:13-cv-00702-MOB-MKM |
| In Re: Automotive Lamps Cases | 2:13-cv-00802-MOB-MKM |
| In Re: Switches Cases | 2:13-cv-00902-MOB-MKM |
| In Re: Ignition Coils Cases | 2:13-cv-01002-MOB-MKM |
| In Re: Motor Generator Cases | 2:13-cv-01102-MOB-MKM |
| In Re: Steering Angle Sensors | 2:13-cv-01202-MOB-MKM |
| In Re: HIB Ballasts Cases | 2:13-cv-01302-MOB-MKM |
| In Re: Inverters Cases | 2:13-cv-01402-MOB-MKM |
| In Re: Electronic Powered Steering Assemblies Cases | 2:13-cv-01502-MOB-MKM<br>2:13-cv-01602-MOB-MKM |
| In Re: Air Flow Meters Cases | 2:13-cv-01702-MOB-MKM |
| In Re: Fan Motors Cases | 2:13-cv-01802-MOB-MKM |
| In Re: Fuel Injection Systems Cases | 2:13-cv-01902-MOB-MKM |
| In Re: Power Window Motors Cases | 2:13-cv-02002-MOB-MKM |
| In Re: Automatic Transmission Fluid Warmers Cases | 2:13-cv-02102-MOB-MKM<br>2:13-cv-02202-MOB-MKM |
| In Re: Valve Timing Control Devices Cases | 2:13-cv-02302-MOB-MKM |
| In Re: Electronic Throttle Bodies Cases | 2:13-cv-02402-MOB-MKM |
| In Re: Air Conditioning Systems Cases | 2:13-cv-02502-MOB-MKM |
| In Re: Windshield Washer Systems Cases | 2:13-cv-02602-MOB-MKM |
| In Re: Constant Velocity Joint Boot Products Cases | 2:13-cv-02702-MOB-MKM<br>2:13-cv-02802-MOB-MKM<br>2:13-cv-02902-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>Dealership Action Cases | |

## APPEARANCE OF COUNSEL

**TO THE CLERK OF THE COURT**

Please enter my Appearance as attorney for and on behalf of Auto Dealer Plaintiffs in the above captioned matter.

Dated:  January 19, 2016                     Respectfully submitted,

                                      _/s/ *Brian Herrington*_
                                      Brian Herrington
                                      **HERRINGTON LAW, P.A.**
                                      1174 Martingale Drive
                                      Jackson, MS 39206
                                      Telephone: (601) 376-9331
                                      brian@herringtonlawpa.com

## CERTIFICATE OF SERVICE

I, Brian Herrington, hereby certify that on January 19, 2016, I filed this document via CM/ECF, which will provide notice to all counsel of record.

                                      /s/ *Brian Herrington*
                                      Brian Herrington
                                      **HERRINGTON LAW, P.A.**
                                      1174 Martingale Drive
                                      Jackson, MS 39206
                                      Telephone: (601) 376-9331
                                      brian@herringtonlawpa.com