# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE enter the Appearance of Jon C. Weingart of the law firm Shearman & Sterling LLP, as counsel on behalf of JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc., in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  February 12, 2016

Respectfully Submitted,

By: */s/ Jon C. Weingart*
Jon C. Weingart
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Phone: (202) 508-8036
Fax: (202) 508-8100
Email: jon.weingart@shearman.com

*Counsel for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2016, I electronically filed my Appearance on behalf of JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

DATED: February 12, 2016

By: */s/ Jon C. Weingart*
Jon C. Weingart
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Phone: (202) 508-8036
Fax: (202) 508-8100
Email: jon.weingart@shearman.com

*Counsel for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc.*