# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br>ALL WIRE HARNESS CASES | 2:12-md-02311-MOB-MKM<br>2:12-cv-00100-MOB-MKM<br>2:12-cv-00101-MOB-MKM |

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Stephanie I. Fine, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Fujikura Automotive America LLC and Defendant Fujikura Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: February 15, 2016

Respectfully submitted,

ARNOLD & PORTER LLP

By: /s/ Stephanie I. Fine
Stephanie I. Fine (C.A. Bar No. 305485)
ARNOLD & PORTER LLP
Three Embarcadero Center, Floor 10
San Francisco, CA 94111
(415) 471-3140
(415) 471-3400 - facsimile
*email*: stephanie.fine@aporter.com
*Attorney for Defendants Fujikura Automotive America LLC and Fujikura Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2016, I caused the foregoing Notice of Appearance of Stephanie Fine to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Case Management Order No. 1.


Dated: February 15, 2016                              By:   /s/ Katherine Clemons
                                                              Katherine Clemons