UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

ALL PARTS

THIS RELATES TO: ALL CASES

Case No.: 12-md-02311
Honorable Marianne O. Battani

### NOTICE OF LIMITED APPEARANCE

TO: Clerk of the United States District Court for the Eastern District of Michigan

PLEASE TAKE NOTICE that Cheryl A. Bush of the law firm of Bush, Seyferth & Paige PLLC enters her appearance in the above matter on behalf of non-parties FCA US LLC and Fiat Chrysler Finance North America, Inc. related to the subpoena served upon FCA US LLC and Fiat Chrysler Finance North America, Inc.

BUSH SEYFERTH & PAIGE PLLC

By: /s/ Cheryl A. Bush
    Cheryl A. Bush (P37031)
    3001 W. Big Beaver Road
    Suite 600
    Troy, MI 48084
    (248) 822-7800
    bush@bsplaw.com

Dated: February 16, 2016

Attorneys for non-parties FCA US LLC and
Fiat Chrysler Finance North America, Inc.

## NOTICE OF LIMITED APPEARANCE

TO: All Counsel of Record:

**PLEASE TAKE NOTICE** that Cheryl A. Bush of the law firm of Bush Seyferth & Paige PLLC has this date entered an Appearance in the above matter on behalf of non-parties FCA US LLC and Fiat Chrysler Finance North America, Inc. related to the subpoena served upon FCA US LLC and Fiat Chrysler Finance North America, Inc.

        BUSH SEYFERTH & PAIGE PLLC

        By: /s/ Cheryl A. Bush
           Cheryl A. Bush (P37031)
           3001 W. Big Beaver Road
           Suite 600
           Troy, MI 48084
           (248) 822-7800
           bush@bsplaw.com

Dated: February 16, 2016        Attorneys for non-parties FCA US LLC and
                                         Fiat Chrysler Finance North America, Inc.

## CERTIFICATE OF SERVICE

    I certify that I served a copy of the foregoing document on all attorneys of record via the Court's electronic filing system and via ordinary mail if an email address was not provided at the time of filing on February 16, 2016. I declare that the statement above is true to the best of my knowledge and belief.

                              /s/ Cheryl A. Bush