# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

In re: All Parts

Master File No. 12-md-02311

Hon. Marianne O. Battani

THIS DOCUMENT RELATES TO:

All Cases

## ORDER WITHDRAWING THE APPEARANCE OF ADAM MURAD

IT IS HEREBY ORDERED that Adam Murad of Sidley Austin LLP shall be withdrawn as counsel for defendants Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. in the following cases:

13-cv-00802-MOB-MKM

13-cv-00803-MOB-MKM

14-cv-02900-MOB-MKM

14-cv-02902-MOB-MKM

14-cv-14719-MOB-MKM

14-cv-02903-MOB-MKM

14-cv-11721-MOB-MKM

**IT IS SO ORDERED.**

Date: February 16, 2016

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge