# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) | Master File No.: 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases ) ) ) ) | |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES ) ) ) ) | |

## NOTICE OF LIMITED APPEARANCE

Notice is hereby given that the undersigned attorney, Audra A. Dial, of the law firm Kilpatrick Townsend & Stockton LLP, is appearing as counsel for non-party Porsche Cars North America, Inc. in connection with the subpoena served upon Porsche Cars North America, Inc. in the above referenced MDL action.

This 18th day of February, 2016.

*/s/ Audra A. Dial*
Audra A. Dial
Georgia Bar No. 220298
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
404.815.6500 (Office)
404.815.6555 (Fax)
adial@kilpatricktownsend.com

***Counsel for Non-Party Porsche Cars North America, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2016, I caused the foregoing **Notice of Limited Appearance** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

*/s/ Audra A. Dial*
Audra A. Dial
Georgia Bar No. 220298
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
404.815.6500 (Office)
404.815.6555 (Fax)
adial@kilpatricktownsend.com