UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-MD-02311<br>: Honorable Marianne O. Battani<br>:<br>: |
| In Re: All Auto Parts Cases | :<br>: |
| THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES | : |

NOTICE OF LIMITED APPEARANCE FOR SHON MORGAN AS
COUNSEL FOR NON-PARTIES HYUNDAI MOTOR AMERICA
AND HYUNDAI AUTOEVER AMERICA, LLC

TO: Clerk of the United States District Court for the Eastern District of Michigan

PLEASE TAKE NOTICE that Shon Morgan of Quinn Emanuel Urquhart & Sullivan LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543, telephone number (213) 443-3000, shonmorgan@quinnemanuel.com, hereby appears as counsel on behalf of non-parties Hyundai Motor America and Hyundai Autoever America, LLC related to the subpoena served upon Hyundai Motor America and Hyundai Autoever America, LLC.

DATED: February 19, 2016　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　SULLIVAN, LLP

　　　　　　　　　　　　　　　　By   */s/ Shon Morgan*
　　　　　　　　　　　　　　　　Shon Morgan
　　　　　　　　　　　　　　　　865 South Figueroa Street, 10th Floor
　　　　　　　　　　　　　　　　Los Angeles, California 90017-2543
　　　　　　　　　　　　　　　　Telephone: (213) 443-3000
　　　　　　　　　　　　　　　　shonmorgan@quinnemanuel.com

　　　　　　　　　　　　　　　　*Attorneys for Non-Parties Hyundai Motor*
　　　　　　　　　　　　　　　　*America and Hyundai Autoever America, LLC*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Notice Of Limited Appearance For Shon Morgan As Counsel For Non-Parties Hyundai Motor America And Hyundai Autoever America, LLC** with the Clerk of the Court for the Eastern District of Michigan by using the CM/ECF system on February 19, 2016. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Shon Morgan*
Shon Morgan

Case 2:12-md-02311-SFC-RSW   ECF No. 1219, PageID.19831   Filed 02/19/16   Page 2 of 2