# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) | Master File No.: 12-md-02311 Honorable Marianne O. Battani Special Master Gene J. Esshaki |
| In Re: All Auto Parts Cases ) ) ) | 2:12-MD-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES ) ) ) ) | Oral Argument Requested |

## NOTICE OF LIMITED APPEARANCE

TO:  Clerk of the United States District Court for the Eastern District of Michigan

PLEASE TAKE NOTICE that Thomas E. Mixdorf with the law firm of Ice Miller LLP enters his appearance in the above matter on behalf of non-party Subaru of Indiana Automotive, Inc., related to the subpoena served upon Subaru of Indiana Automotive, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  February 19, 2016                    Respectfully submitted,

/s/  Thomas E. Mixdorf
Thomas E. Mixdorf     16812-49

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-5832 (317) 592-4708
thomas.mixdorf@icemiller.com

## CERTIFICATE OF SERVICE

  I hereby certify that on February 19, 2016, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

                 /s/ Thomas E. Mixdorf
                 Thomas E. Mixdorf 16812-49

                 ICE MILLER LLP
                 One American Square, Suite 2900
                 Indianapolis, IN 46282-0200
                 (317) 236-5832 (317) 592-4708
                 thomas.mixdorf@icemiller.com