UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION _____ | ) ) ) ) | 12-md-02311 Hon. Marianne O. Battani |
| ALL PARTS _____ | ) ) ) | |
| THIS CASE RELATES TO: ALL CASES _____ | ) ) ) | |

TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

<u>NOTICE OF CHANGE OF OFFICE ADDRESS</u>

    PLEASE TAKE NOTICE that Joseph E. Papelian has changed his office address.

Effective immediately, the address and contact information for Joseph E. Papelian is:

    Joseph E. Papelian
    Papelian Law Office PLLC
    6 Woodward Heights, Suite B
    Pleasant Ridge, MI  48069
    Phone:  248-813-2535
    Mobile: 248-797-6938
    joe@papelianlaw.com

Dated:  March 10, 2016                  Respectfully submitted,

                                              By:   /s/ Joseph E. Papelian

                                              Joseph E. Papelian (P26582)
                                              Papelian Law Office PLLC
                                              6 Woodward Heights, Suite B
                                              Pleasant Ridge, MI  48069
                                              joe@papelianlaw.com

                                              *Counsel for Defendant Delphi*
                                              *Automotive Systems, LLC*

2

## CERTIFICATE OF SERVICE

I certify that on March 10, 2016, I electronically filed the foregoing Notice of Change of Office Address with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF in the above-captioned matter.

    /s/ Joseph E. Papelian

Joseph E. Papelian (P26582)
Papelian Law Office PLLC
6 Woodward Heights, Suite B
Pleasant Ridge, MI  48069
joe@papelianlaw.com