UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

ALL PARTS

THIS RELATES TO: ALL CASES

Case No. 12-md-02311
Honorable Marianne O. Battani

## APPEARANCE OF COUNSEL

**TO THE CLERK OF THE COURT**

Please enter my Appearance as attorney for and on behalf of Plaintiffs, All European Auto Supply, Inc.; McGuire Bearing Co.; and SLTNTRST LLC, Trustee for Fleetwood Liquidating Trust in the above captioned matter.

/s/ Matthew W. Ruan
Matthew W. Ruan
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Phone: (212) 838-7797
Email: mruan@cohenmilstein.com

Dated: March 10, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2016, I electronically filed the foregoing document using the Court's CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

/s/ Matthew W. Ruan
Matthew W. Ruan