# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master Case No. 12-md-02311 <br> Honorable Marianne O. Battani |
| _____ | |
| **ALL PARTS** | |
| _____ | |
| **THIS RELATES TO: ALL CASES** | |
| _____/ | |

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that attorney Michael R. Dezsi on behalf of DETTMER & DEZSI, PLLC enters his appearance as counsel for Defendants American Mitsuba Corporation and Mitsuba Corporation in the above-captioned matter.

Dated: March 15, 2016
Respectfully submitted,

  /s/Michael R. Dezsi
DETTMER & DEZSI, PLLC
615 Griswold St., Suite 1600
Detroit, MI  48226
(313) 281-8090
mdezsi@dezsilaw.com
P64530

*Counsel for Defendants America Mitsuba Corporation and Mitsuba Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by U.S. Mail to any non-ECF participants.

      */s/Michael R. Dezsi*
DETTMER & DEZSI, PLLC
615 Griswold St., Suite 1600
Detroit, MI  48226
(313) 281-8090
mdezsi@dezsilaw.com
P64530