UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION
_____/

ALL PARTS                                              12-md-02311
                                                       Honorable Marianne O. Battani
_____/

THIS RELATES TO:  ALL CASES

_____/

## NOTICE OF LIMITED APPEARANCE

TO: Clerk of the United States District Court for the Eastern District of Michigan
    All Counsel of Record

Please take notice that Henry J. Andries, Jr. of the law firm Strobl & Sharp, P.C. hereby enters his appearance as local counsel on behalf of non-parties Volkswagen Group of America, Inc., Volkswagen Group of America Chattanooga Operations, LLC and Volkswagen Credit, Inc. (the "Volkswagen Entities"), in connection with a Subpoena(s) served upon the non-party Volkswagen Entities.

Respectfully submitted,

STROBL & SHARP, P.C.

By: /s/ Henry J. Andries, Jr.
Henry J. Andries, Jr. (P53669)
Local counsel for Volkswagen Entities
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI  48304
(248) 540-2300
handries@stroblpc.com

Dated:  March 23, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016, I electronically filed the foregoing Notice of Limited Appearance with the Clerk of the Court using the ECF System which will send electronic notices of same to all counsel of record.

By: /s/ Henry J. Andries, Jr.
Henry J. Andries, Jr. (P53669)
Local counsel for Volkswagen Entities
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI  48304
(248) 540-2300
handries@stroblpc.com

*S&B\112067\001\PLDG\SB551937.DOCX