**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| In re: All Parts | Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | |
| All Cases | |

### NOTICE OF WITHDRAWAL OF ATTORNEY ZACHARY A. MADONIA

PLEASE TAKE NOTICE of the withdrawal of Zachary A. Madonia of Sidley Austin LLP as counsel for defendants Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. His appearance should be withdrawn from the following cases:

12-md-02311-MOB-MKM

13-cv-00802-MOB-MKM

13-cv-00803-MOB-MKM

14-cv-02900-MOB-MKM

14-cv-02902-MOB-MKM

14-cv-02903-MOB-MKM

14-cv-14719-MOB-MKM

14-cv-11721-MOB-MKM

March 25, 2016　　　　　　　　　　/s/ Zachary A. Madonia
　　　　　　　　　　　　　　　　　Zachary A. Madonia
　　　　　　　　　　　　　　　　　Sidley Austin LLP

                                One S. Dearborn St.
                                Chicago, IL 60603
                                Telephone: (312) 853-7000
                                Facsimile: (312) 853-7036
                                Email: zmadonia@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2016, I filed this Notice of Withdrawal of Attorney Zachary A. Madonia with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

March 25, 2016

/s/ Zachary A. Madonia
Zachary A. Madonia
Sidley Austin LLP
One S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: zmadonia@sidley.com