UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) | Civil No. 2:12-md-2311-MOB Honorable Marianne O. Battani |
| In Re:  ALL PARTS | ) ) ) ) | 2:13-cv-02702-MOB 2:13-cv-02703-MOB [Air Conditioning System Cases] |
| THIS RELATES TO:  ALL CASES | ) ) | |

NOTICE OF ENTRY OF APPEARANCE
OF DAVID C. BROWNSTEIN

TO:    THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
RECORD

PLEASE enter the appearance of David C. Brownstein of the law firm Farmer

Brownstein Jaeger, LLP, as counsel on behalf of Defendants Showa Denko K.K. and Showa

Aluminum Corporation of America in the above-captioned matter.  The appearance shall not be

deemed to be a waiver of any rights or defenses that may be available under common law,

statutes or the Federal Rules of Civil Procedure, including, without limitation, personal

jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated:  March 30, 2016                    **FARMER BROWNSTEIN JAEGER LLP**


By: _/s/ David C. Brownstein_____
David C. Brownstein
Attorneys for Defendants Showa Denko K.K.
and Showa Aluminum Corporation of America
235 Montgomery St., Suite 835
San Francisco, CA 94104
(415) 962-2873
(415) 520-5678 – facsimile
Email: dbrownstein@fbj-law.com
SBN 141929

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2016, I electronically filed my Appearance on behalf of Showa Denko K.K. and Showa Aluminum Corporation of America with the Clerk of the Court using the ECF system which will send notification of such filing to all of the ECF participants in this action.

By: /s/ *David C. Brownstein*
David C. Brownstein
Attorneys for Defendants Showa Denko K.K.
and Showa Aluminum Corporation of America
235 Montgomery St., Suite 835
San Francisco, CA 94104
(415) 962-2873
(415) 520-5678 – facsimile
Email:  dbrownstein@fbj-law.com
SBN 141929