# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br><br>Dealership Actions | |

## ORDER
## GRANTING DEALERSHIP PLAINTIFFS'
## REDACTION REQUEST

Upon consideration of Dealership Plaintiffs' ("Dealership Plaintiffs") Redaction Request, which seeks the redaction of information in the January 20, 2016 Status Conference Transcript that Dealership Plaintiffs have designated as Highly Confidential, pursuant to the Stipulation and Protective Order Governing the Production and Exchange of Confidential Information entered in 2:12-md-02311-MOB-MKM [Doc. #200], which authorizes and requires filings containing Highly Confidential Information to be filed under seal in any case within 12-md-02311 and the Court finding good cause having been shown, it is hereby:

ORDERED that the Dealership Plaintiffs' Request to redact the below-listed portions of the transcript is GRANTED.

The following portions of the transcript shall be redacted:

Page 109, Lines 1-2
Page 115, Line 13

Page 116, Line 10
Page 117, Line 7
Page 125, Line 19
Page 133, Lines 7-9

IT IS SO ORDERED

Dated: __March 30__, 2016          _____
                                    Hon. Marianne O. Battani