UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| In re: ALL CASES | |
| THIS RELATES TO:<br><br>All Dealership Actions<br>All End-Payor Actions | |

NOTICE OF CHANGE OF DATE
OF DEPOSITION OF BOB TURNER'S FORD COUNTRY, INC.

PLEASE TAKE NOTICE that the deposition of Bob Turner's Ford Country, Inc. previously noticed to take place on April 14, 2016 will instead take place on April 19, 2016 at 10:00 AM at 5151 San Francisco Road NE, Albuquerque, New Mexico 87109.

Dated: April 6, 2016       By:   /s/ Erik Raven-Hansen

Erik Raven-Hansen

John Roberti
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
John.Roberti@allenovery.com
Erik.Raven-Hansen@ allenovery.com

*Counsel for Robert Bosch LLC
and Robert Bosch GmbH*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2016, I caused the foregoing NOTICE OF CHANGE OF DATE OF DEPOSITION OF BOB TURNER'S FORD COUNTRY, INC. to be served by e-mail on all parties in the Auto Parts Cases.

Dated: April 6, 2016

/s/ Erik Raven-Hansen
Erik Raven-Hansen
John Roberti
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
202-683-3800
John.Roberti@allenovery.com
Erik.Raven-Hansen@allenovery.com

*Counsel for Robert Bosch LLC*
*and Robert Bosch GmbH*