UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION          Master File No. 12-md-02311

                              Hon. Marianne O. Battani

THIS DOCUMENT RELATES TO:

12-02311
_____/

ORDER OF REFERENCE

The Court **REFERS** the matters set forth below to the Master for resolution as set forth in the Court's Order Appointing the Master:

| | |
|---|---|
| 12-02311 | Motion of Non-Party Delphi Automotive Systems, LLC for Protective Order and Reimbursement of Costs for Production **(Doc. #1257)** |
| 12-02311 | Defendants' Motion to Lift the Provisional Sealing of A Portion of the Rule 30(b)(1) Deposition of George Nisbet **(Doc. #1285 and 1286)** |

**PLEASE MAIL OR HAND DELIVER A COURTESY COPY OF ALL DOCUMENTS FILED RELATING TO THE ABOVE MOTIONS TO :**

**Gene Esshaki**
**Abbot Nicholson, P.C.**
**300 River Place, Suite 3000**
**Detroit, MI 48207-4225**

Date:  April 26, 2016                    s/Marianne O. Battani
                                         MARIANNE O. BATTANI
                                         United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on April 26, 2016.

s/ Kay Doaks
Case Manager