# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No.  12-md-02311 Honorable Marianne O. Battani |
| In Re: RADIATORS CASES | : : : : | |
| THIS RELATES TO: TRUCK AND EQUIPMENT DEALER CASES | : : : : | 2:15-cv-01007-MOB-MKM 2:15-cv-14097-MOB-MKM |

## NOTICE OF APPEARANCE OF STEVEN A. REISS

PLEASE TAKE NOTICE that Steven A. Reiss, of the firm Weil, Gotshal & Manges LLP, has this day entered an appearance as counsel of record for Calsonic Kansei Corporation and CalsonicKansei North America, Inc., in the above-captioned matter.

Dated: April 29, 2016

Respectfully submitted,

By: /s/ Steven A. Reiss_____

Steven A. Reiss
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com

***Attorney for Calsonic Kansei Corporation and CalsonicKansei North America, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: April 29, 2016     By: /s/ Steven A. Reiss  _____
                              Steven A. Reiss
                              Weil, Gotshal & Manges LLP
                              767 Fifth Avenue
                              New York, New York 10153-0119
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007
                              steven.reiss@weil.com

                              *Attorney for Calsonic Kansei Corporation and CalsonicKansei North America, Inc.*

WEIL 95699402V.1