# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| IN RE: WIRE HARNESSES | Case No. 12-cv-00103 |
| IN RE: INSTRUMENT PANEL CLUSTERS | Case No. 12-cv-00203 |
| IN RE: FUEL SENDERS | Case No. 12-cv-00303 |
| IN RE: HEATER CONTROL PANELS | Case No. 12-cv-00403 |
| IN RE: OCCUPANT SAFETY RESTRAINT SYSTEMS | Case No. 12-cv-00603 |
| IN RE: ALTERNATORS | Case No. 13-cv-00703 |
| IN RE: RADIATORS | Case No. 13-cv-01003 |
| IN RE: STARTERS | Case No. 13-cv-01103 |
| IN RE: SWITCHES | Case No. 13-cv-01303 |
| IN RE: IGNITION COILS | Case No. 13-cv-01403 |
| IN RE: MOTOR GENERATORS | Case No. 13-cv-01503 |
| IN RE: STEERING ANGLE SENSORS | Case No. 13-cv-01603 |
| IN RE: HID BALLASTS | Case No. 13-cv-01703 |
| IN RE: INVERTERS | Case No. 13-cv-01803 |
| IN RE: AIR FLOW METERS | Case No. 13-cv-02003 |
| IN RE: FUEL INJECTION SYSTEMS | Case No. 13-cv-02203 |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | Case No. 13-cv-02403 |

| | |
|---|---|
| **IN RE: VALVE TIMING CONTROL DEVICES** | ) Case No. 13-cv-02503 ) ) |
| **IN RE: ELECTRONIC THROTTLE BODIES** | ) Case No. 13-cv-02603 ) |

**THIS DOCUMENT RELATES TO ALL END-PAYOR ACTIONS**

# REQUESTED LIMITED APPEARANCE

# BY LINDERMAN LAW PLLC

FOR PURPOSES OF JOINT MOTION BY SETTLEMENT CLASS MEMBERS WILLIAM THOMPSON, BENJAMIN FEURY, MARGARET MARASCO, SEAN ODWEYER, SYLVIA THOMPSON AND THOMAS SARRIS AND ATTORNEY DAVID DISHMAN

FOR A PROTECTIVE ORDER PRECLUDING DEPOSITIONS AND PRODUCTION OF ADDITIONAL SUBPOENAED DOCUMENTS NOT AUTHORIZED IN CLASS NOTICE

Now comes Linderman Law PLLC and requests to enter a limited appearance for the purpose of the abovementioned motion to quash subpoenas and enter a protective order on behalf of objectors and their attorney.

Respectfully Submitted on April 29, 2016,

LINDERMAN LAW PLLC

/s/ Marla A. Linderman
Marla A. Linderman (P55759)
9524 Portage Trail
White Lake, MI 48386
(810) 220–0600
lindermanlaw@sbcglobal.net
Attorneys for Movants

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of each filing to the attorneys of record and I hereby certify that there are no non-ECF participants appearing in this matter.

Dated: April 29, 2016                  /s/ Marla A. Linderman
                                                                  Marla A. Linderman