UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File 12-md-02311<br>Honorable, Marianne O. Battani |
| IN RE: WIRE HARNESS. | Case No. 2:12-cv-00103-MOB-MKM |
| IN RE: INSTRUMENT PANEL CLUSTERS. | Case No. 2:12-cv-00203-MOB-MKM |
| IN RE: FUEL SENDERS. | Case No. 2:12-cv-00303-MOB-MKM |
| IN RE: HEATER CONTROL PANELS. | Case No. 2:12-cv-00403-MOB-MKM |
| IN RE: OCCUPANT SAFETY RESTRAINT SYSTEMS. | Case No.2:12-cv-00603-MOB-MKM |
| IN RE: ALTERNATORS. | Case No. 2:13-cv-00703-MOB-MKM |
| IN RE: RADIATORS. | Case No. 2:13-cv-01003-MOB-MKM |
| IN RE: STARTERS. | Case No. 2:13-cv-01103-MOB-MKM |
| IN RE: SWITCHES | Case No. 2:13-cv-01303-MOB-MKM |
| IN RE: IGNITION COILS. | Case No. 2:13-cv-01403-MOB-MKM |
| IN RE: MOTOR GENERATORS. | Case No. 2:13-cv-01503-MOB-MKM |
| IN RE: STEERING ANGLE SENSORS. | Case No. 2:13-cv-01603-MOB-MKM |
| IN RE: HID BALLASTS. | Case No. 2:13-cv-01703-MOB-MKM |
| IN RE: INVERTERS. | Case No. 2:13-cv-01803-MOB-MKM |
| IN RE: AIR FLOW METERS. | Case No. 2:13-cv-02003-MOB-MKM |
| IN RE: FUEL INJECTION SYSTEMS. | Case No. 2:13-cv-02203-MOB-MKM |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS. | Case No. 2:13-cv-02403-MOB-MKM |
| IN RE: VALVE TIMING CONTROL DEVICES. | Case No. 2:13-cv-02503-MOB-MKM |
| IN RE: ELECTRONIC THROTTLE BODIES. | Case No. 2:13-cv-02603-MOB-MKM |

THIS DOCUMENT RELATES TO:
ALL END-PAYOR ACTIONS

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Objectors, Carlene Cross and Albert Graham, Jr., by and through undersigned counsel,

hereby give Notice of their withdrawal of their objections (Doc 1287).

Respectfully submitted,

/s/   N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
Florida Bar Number: 209783
N. ALBERT BACHARACH, JR., P.A.
Attorney for  Objectors Carlene Cross and
Albert Graham, Jr.
4128 NW 13th Street
Gainesville, Florida  32609-1807
Phone: 378-9859 FAX: (352) 338-1858
N.A.Bacharach@att.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 2, 2016, a PDF of the foregoing was filed with the Clerk of the Court and that all parties will be noticed and served by the Courts CM/ECF system.

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach,.

2