# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

_____

ALL PARTS                                            Case No.:  12-md-02311
                                                     Honorable Marianne O. Battani
_____

THIS RELATES TO:  ALL CASES

## <u>NOTICE OF LIMITED APPEARANCE</u>

Notice is hereby given that Ernest L. Greer, of the law firm Greenberg

Traurig, LLP, enters his appearance as counsel for Non-Party Kia Motors

Manufacturing Georgia, Inc. (KMMG) for the sole purpose of the subpoena served

upon it in connection with this MDL action.  This entry of appearance is without

waiver of any rights or defenses of KMMG.

                                    /s/ Ernest L. Greer
                                    Ernest L. Greer
                                    Georgia Bar No. 309180

                                    *Attorney for Non-Party*
                                    *Kia Motors Manufacturing Georgia, Inc.*

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia  30305
Telephone:  678.553.2100
Facsimile:  678.553.2212

ATL 21201567v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2016, I caused a copy of the foregoing Notice of Appearance to be electronically filed via the Court's ECF system, which will serve notification of such filing to all counsel of record for the parties.

/s/ Ernest L. Greer
Ernest L. Greer