# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

_____
                                          )
                                          )
In Re:  AUTOMOTIVE PARTS                   )
ANTITRUST LITIGATION                       )
_____  )
                                          )
In re:  ALL ACTIONS                        )    Master File No. 12-md-02311
                                          )     Honorable Marianne O. Battani
                                          )
_____  )
                                          )
THIS RELATES TO:                           )    **ERRATA NOTICE**
                                          )
ALL AUTOMOBILE DEALER ACTIONS              )
                                          )
_____  )

The Automobile Dealer Plaintiffs, through Interim Co-Lead Class Counsel and Interim Liaison Counsel, hereby give notice that the last line on page 9 of the unredacted brief relating to Dealership Plaintiffs' Opposition to Defendants' Motion to Lift the Provisional Sealing of a Portion of the Rule 30(b)(1) Deposition of George R. Nisbet, the Co-Owner of Auto Dealer Plaintiff Thornhill Superstore Only, which was filed under seal, erroneously states that: "But here, Thornhill and the class representatives are claiming lost profits." The sentence should read as follows: "But here, Thornhill and the class representatives are claiming damages from an overcharge."  The error is corrected in the attached documents as Exhibit A (Sealed).

DATED: May 4, 2016                    Respectfully submitted,

  /s/  *Alexander E. Blum*
Gerard V. Mantese
(Michigan Bar No. P34424)
Alexander E. Blum
(Michigan Bar No. P74070)
Mantese Honigman P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com
ablum@manteselaw.com

Don Barrett
David McMullan
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

Phillip Duncan
Richard Quintus
Duncan Firm, P.A.
900 S. Shackleford, Suite 725
Little Rock, AR 72211
Telephone: (501) 228-7600
phillip@duncanfirm.com
richard@duncanfirm.com

Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com

Michael J. Flannery
Cuneo Gilbert & LaDuca, LLP
7733 Forsyth Blvd., Ste. 1675
St. Louis, MO 63105
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Thomas P. Thrash
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net

Dewitt Lovelace
Valerie Nettles
Lovelace & Associates, P.A.
Suite 200
12870 US Hwy 98 West
Miramar Beach, FL 32550
Telephone: (850) 837-6020
dml@lovelacelaw.com
alex@lovelacelaw.com

Charles Barrett
Neal and Harwell, PLC
150 4th Avenue North, Suite 2000
Nashville, TN 37219-2498
Phone: (615) 244-1713
Fax: (615) 726-0573
cbarrett@nealharwell.com

Gregory Johnson
G. Johnson Law, PLLC
6688 145th Street West,
Apple Valley, MN 55124
Telephone: (952) 930-2485
greg@gjohnsonlegal.com

*Attorneys for Dealership Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2016 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

Respectfully submitted,

/s/ *Alexander E. Blum*
Alexander E. Blum
(Michigan Bar No. P74070)

# Exhibit A

# HIGHLY CONFIDENTIAL
# FILED UNDER SEAL