# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

ALL PARTS

Case No.: 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

## NOTICE OF LIMITED APPEARANCE

Notice is hereby given that Jay A. Yagoda of the law firm Greenberg Traurig, LLP, enters his appearance as counsel for Non-Party Kia Motors Manufacturing Georgia, Inc. (KMMG) for the sole purpose of the subpoena served upon it in connection with this MDL action. This entry of appearance is without waiver of any rights or defenses of KMMG.

/s/ Jay A. Yagoda
Jay A. Yagoda
Florida Bar No. 84811

*Attorney for Non-Party*
*Kia Motors Manufacturing Georgia, Inc.*

**GREENBERG TRAURIG, LLP**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida  33131
Telephone:  305.579.0500
Facsimile:  305.579.0717

ATL 21243683v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2016, I caused a copy of the foregoing Notice of Limited Appearance to be electronically filed via the Court's ECF system, which will serve notification of such filing to all counsel of record for the parties.

/s/ Jay A. Yagoda
Jay A. Yagoda

ATL 21243683v1