UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS                12-md-02311
ANTITRUST LITIGATION                   Hon. Marianne O. Battani
_____        Magistrate Judge Mona K. Majzoub

In re: EXHAUST SYSTEM CASES
_____

THIS RELATES TO: ALL                   2:16-cv-11082-MOB-MKM
EXHAUST SYSTEMS CASES                  2:16-cv-11087-MOB-MKM
_____

## APPEARANCE

Please enter the appearance of Larry J. Saylor of the law firm Miller,

Canfield, Paddock and Stone, PLC, as attorney of record for Defendant Meritor,

Inc.

MILLER, CANFIELD, PADDOCK
& STONE, PLC

s/ Larry J. Saylor
Larry J. Saylor (P28165)
A. Michael Palizzi (P47262)
Attorneys Meritor, Inc.
150 West Jefferson Avenue, Ste. 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Dated: May 11, 2016              saylor@millercanfield.com

## PROOF OF SERVICE

I hereby certify that on May 11, 2016, I electronically
filed the foregoing document with the Clerk of
the Court using the ECF system which will send
notification of such filing to all counsel of record.

s/ Larry J. Saylor
Larry J. Saylor (P28165)
MILLER, CANFIELD, PADDOCK
  & STONE
Attorneys for Meritor, Inc.
150 West Jefferson Avenue, Ste. 2500
Detroit, MI 48226

26720337.1\110425-00537