# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311<br>Judge Marianne O. Battani<br>Special Master Gene J. Esshaki |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**END-PAYOR PLAINTIFFS' NOTICE OF FILING UNDER SEAL
THE PARTIES' RESPONSE TO OBJECTIONS TO THE SPECIAL MASTER'S ORDER
REGARDING THE PARTIES' MOTION TO COMPEL DISCOVERY FROM
NON-PARTY OEMS AND ORDERING NON-PARTY RULE 30(B)(6) DEPOSITIONS**

End-Payor Plaintiffs, pursuant to the Stipulation and Protective Order Governing the Production and Exchange of Confidential Information ("Protective Oder") (ECF No. 200), hereby provide notice of filing under seal the Parties'[1] Response to Objections to the Special Master's Order Regarding the Parties' Motion to Compel Discovery From Non-Party OEMs and Ordering Non-Party Rule 30(b)(6) Depositions ("Response"). Paragraph 7 of the Protective Order provides that "this Order shall serve as a stipulated order for purposes of Civil Local Rule 5.3(b)" and requires all materials containing "Confidential Information or Highly Confidential Information" (as defined in the Protective Order) to be filed under seal, in accordance with the procedures

---

[1] The Parties as referred to in this notice include End-Payor Plaintiffs ("EPPs"), Automobile Dealer Plaintiffs ("ADPs"), Truck and Equipment Dealer Plaintiffs ("TEDPs"), The State of Indiana, and the State of Florida (collectively "Plaintiffs"), and Defendants in all actions in this MDL. Not all Defendants join with respect to all OEMs.

1

contained in the Protective Order. No means other than sealing will preserve the confidentiality of the confidential information contained in the Response.

Date: May 16, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Steven N. Williams*
　　　　　　　　　　　　　　　　　　　Steven N. Williams
　　　　　　　　　　　　　　　　　　　Demetrius Lambrinos
　　　　　　　　　　　　　　　　　　　Elizabeth Tran
　　　　　　　　　　　　　　　　　　　**COTCHETT, PITRE & McCARTHY, LLP**
　　　　　　　　　　　　　　　　　　　San Francisco Airport Office Center
　　　　　　　　　　　　　　　　　　　840 Malcolm Road, Suite 200
　　　　　　　　　　　　　　　　　　　Burlingame, CA 94010
　　　　　　　　　　　　　　　　　　　Telephone: (650) 697-6000
　　　　　　　　　　　　　　　　　　　Facsimile: (650) 697-0577
　　　　　　　　　　　　　　　　　　　swilliams@cpmlegal.com
　　　　　　　　　　　　　　　　　　　dlambrinos@cpmlegal.com
　　　　　　　　　　　　　　　　　　　etran@cpmlegal.com

　　　　　　　　　　　　　　　　　　　Hollis Salzman
　　　　　　　　　　　　　　　　　　　Bernard Persky
　　　　　　　　　　　　　　　　　　　William V. Reiss
　　　　　　　　　　　　　　　　　　　**ROBINS KAPLAN LLP**
　　　　　　　　　　　　　　　　　　　601 Lexington Avenue, Suite 3400
　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　Telephone: (212) 980-7400
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 980-7499
　　　　　　　　　　　　　　　　　　　HSalzman@RobinsKaplan.com
　　　　　　　　　　　　　　　　　　　BPersky@RobinsKaplan.com
　　　　　　　　　　　　　　　　　　　WReiss@RobinsKaplan.com

　　　　　　　　　　　　　　　　　　　Marc M. Seltzer
　　　　　　　　　　　　　　　　　　　Steven G. Sklaver
　　　　　　　　　　　　　　　　　　　**SUSMAN GODFREY L.L.P.**
　　　　　　　　　　　　　　　　　　　1901 Avenue of the Stars, Suite 950
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067-6029
　　　　　　　　　　　　　　　　　　　Telephone: (310) 789-3100
　　　　　　　　　　　　　　　　　　　Facsimile: (310) 789-3150
　　　　　　　　　　　　　　　　　　　mseltzer@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　ssklaver@susmangodfrey.com

　　　　　　　　　　　　　　　　　　　Terrell W. Oxford
　　　　　　　　　　　　　　　　　　　Omar Ochoa
　　　　　　　　　　　　　　　　　　　**SUSMAN GODFREY L.L.P.**
　　　　　　　　　　　　　　　　　　　901 Main Street, Suite 5100

Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
oochoa@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed
End-Payor Plaintiff Classes*

E. Powell Miller
Devon P. Allard
**THE MILLER LAW FIRM, P.C**.
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 841-2200
epm@millerlawpc.com
dpa@millerlawpc.com

*Interim Liaison Class Counsel for the Proposed
End-Payor Plaintiff Classes*