# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | Master File No. 12-md-02311 |
|  | : | Honorable Marianne O. Battani |
|  | : |  |
| In Re: All Auto Parts Cases | : | 2:12-md-02311-MOB-MKM |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : |  |
|  | : |  |
| All Auto Parts Cases | : |  |

**NOTICE OF WITHDRAWAL OF AUTOMOBILE DEALER PLAINTIFFS MARTENS CARS OF WASHINGTON, INC., BONNEVILLE AND SON, INC., LANDERS OF HAZELWOOD, LLC D/B/A LANDERS TOYOTA OF HAZELWOOD, DALE MARTENS NISSAN SUBARU, INC., HUDSON CHARLESTON ACQUISITION, LLC D/B/A HUDSON NISSAN, HUDSON GASTONIA ACQUISITION, LLC D/B/A GASTONIA NISSAN, CANNON CHEVROLET – OLDSMOBILE – CADILLAC – NISSAN, INC., DESERT EUROPEAN MOTORCARS, LTD., SCOTLAND CAR YARD ENTERPRISES D/B/A SAN RAFAEL MITSUBISHI, AND HC ACQUISITION, LLC D/B/A TOYOTA OF BRISTOL AS NAMED PLAINTIFFS AND PROPOSED CLASS REPRESENTATIVES**

Automobile Dealer Plaintiffs Martens Cars of Washington, Inc., Bonneville and Son, Inc., Landers of Hazelwood LLC d/b/a/ Landers Toyota of Hazelwood, Dale Martens Nissan Subaru, Inc., Hudson Charleston Acquisition, LLC d/b/a Hudson Nissan, Hudson Gastonia Acquisition, LLC d/b/a/ Gastonia Nissan, Cannon Chevrolet – Oldsmobile – Cadillac – Nissan, Inc., Desert European Motorcars, Ltd., Scotland Car Yard Enterprises d/b/a San Rafael Mitsubishi, and HC Acquisition, LLC d/b/a Toyota of Bristol ("Plaintiffs"), by and through their undersigned counsel, hereby file this Notice of Withdrawal:

1. The above-named Plaintiffs no longer seek to serve as named plaintiffs or class representatives.

2. This withdrawal is without prejudice to the above-named Plaintiffs' rights as putative class members.

3. This withdrawal in no way affects the rights of Dealership Plaintiffs or the rights of the class.

Dated: May 20, 2016                    Respectfully submitted,

                                _/s/_ Jonathan W. Cuneo
                                 Jonathan W. Cuneo
                                 Joel Davidow
                                 Daniel Cohen
                                 Victoria Romanenko
                                 **Cuneo Gilbert & LaDuca, LLP**
                                 507 C Street, N.E.
                                 Washington, DC 20002
                                 Telephone: (202) 789-3960
                                 jonc@cuneolaw.com
                                 joel@cuneolaw.com
                                 danielc@cuneolaw.com
                                 vicky@cuneolaw.com

                                 Don Barrett
                                 David McMullan
                                 **BARRETT LAW GROUP, P.A.**
                                 P.O. Box 927
                                 404 Court Square
                                 Lexington, MS 39095
                                 Telephone: (662) 834-2488
                                 Facsimile: (662)834-2628
                                 dbarrett@barrettlawgroup.com
                                 dmcmullan@barrettlawgroup.com

                                 Shawn M. Raiter
                                 **LARSON · KING, LLP**
                                 2800 Wells Fargo Place
                                 30 East Seventh Street
                                 St. Paul, MN 55101
                                 Telephone: (651) 312-6500
                                 Facsimile: (651) 312-6618
                                 sraiter@larsonking.com

                                 *Interim Co-Lead Class Counsel for Dealership Plaintiffs*

                                 Brian Herrington
                                 **Herrington Law, PA**
                                 PO Box 3260

Ridgeland, MS 39158
601.208.0013
brian@herringtonlawpa.com

***Class Counsel for Dealership Plaintiffs***

Gerard V. Mantese
(Michigan Bar No. P34424)
**Mantese Honigman**
    **and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com

***Interim Liaison Counsel for Dealership
Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I filed this document via CM/ECF, which will

provide notice to all counsel of record.

/s/ *Jonathan W. Cuneo*
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com