**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : : : : : : : : : : : |  Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>All Auto Parts Cases | | |

**NOTICE OF WITHDRAWAL OF AUTOMOBILE DEALER PLAINTIFFS
CHARLES DAHER'S COMMONWEALTH MOTORS, INC., D/B/A COMMONWEALTH
CHEVROLET, COMMONWEALTH KIA, COMMONWEALTH HONDA; AND
COMMONWEALTH NISSAN, INC., D/B/A COMMONWEALTH NISSAN AS NAMED
PLAINTIFFS AND PROPOSED CLASS REPRESENTATIVES**

Automobile Dealer Plaintiffs Charles Daher's Commonwealth Motors, Inc., d/b/a Commonwealth Chevrolet, Commonwealth Kia, Commonwealth Honda, and Commonwealth Nissan, Inc., d/b/a Commonwealth Nissan ("Plaintiffs"), by and through their undersigned counsel, hereby file this Notice of Withdrawal:

1. The above-named Plaintiffs no longer seek to serve as named plaintiffs or class representatives.

2. This withdrawal is without prejudice to the above-named Plaintiffs' rights as putative class members.

3. This withdrawal in no way affects the rights of Dealership Plaintiffs or the rights of the class.

Dated:  June 1, 2016                                  Respectfully submitted,

   */s/* Jonathan W. Cuneo
     Jonathan W. Cuneo
     Joel Davidow
     Daniel Cohen
     Victoria Romanenko
     **Cuneo Gilbert & LaDuca, LLP**
     507 C Street, N.E.
     Washington, DC 20002
     Telephone: (202) 789-3960
     jonc@cuneolaw.com
     joel@cuneolaw.com
     danielc@cuneolaw.com
     vicky@cuneolaw.com

     Don Barrett
     David McMullan
     **BARRETT LAW GROUP, P.A.**
     P.O. Box 927
     404 Court Square
     Lexington, MS 39095
     Telephone:  (662) 834-2488
     Facsimile:   (662)834-2628
     dbarrett@barrettlawgroup.com
     dmcmullan@barrettlawgroup.com

     Shawn M. Raiter
     **LARSON · KING, LLP**
     2800 Wells Fargo Place
     30 East Seventh Street
     St. Paul, MN 55101
     Telephone:  (651) 312-6500
     Facsimile:   (651) 312-6618
     sraiter@larsonking.com

     *Interim Co-Lead Class Counsel for Dealership Plaintiffs*

     Brian Herrington
     **Herrington Law, PA**
     PO Box 3260
     Ridgeland, MS 39158
     601.208.0013
     brian@herringtonlawpa.com

*Class Counsel for Dealership Plaintiffs*

Gerard V. Mantese
(Michigan Bar No. P34424)
**Mantese Honigman
   and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com

*Interim Liaison Counsel for Dealership Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, I filed this document via CM/ECF, which will provide notice to all counsel of record.

/s/ *Jonathan W. Cuneo*
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com