UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS      )
ANTITRUST LITIGATION         )
                             )   12-md-02311
ALL PARTS                    )   Honorable Marianne O. Battani
                             )
THIS RELATES TO: ALL CASES   )

## APPEARANCE

**PLEASE TAKE NOTICE** that Dewitt Lovelace of the Lovelace Law Firm, P.A. hereby enters an appearance on behalf of all Automobile Dealer Plaintiffs in the above-entitled action.

Respectfully submitted on this the 2nd day of June, 2016.

>*/s/Dewitt Lovelace*
>Dewitt Lovelace
>(Florida Bar No. 0872326)
>Lovelace Law Firm, PA
>12870 Hwy. 98
>Miramar Beach, FL 32550
>T. (850) 837-6020
>E. **dml@lovelacelaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2016 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

*/s/Dewitt Lovelace*
Dewitt Lovelace
(Florida Bar No. ***)
Lovelace Law Firm, PA
12870 Hwy. 98
Miramar Beach, FL 32550
T. (850) 837-6020
E. **dml@lovelacelaw.com**
