# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 12-md-2311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

Please enter the appearance of Elizabeth R. Odette of Lockridge Grindal Nauen P.L.L.P. as counsel on behalf of Plaintiffs Cesar-Scott, Inc., Paesano Connecting Systems, Inc., Technical Aids to Independence, Inc. and Timberline Manufacturing Company in the above-captioned matter.

Dated: June 9, 2016

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Elizabeth R. Odette
Elizabeth R. Odette
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:    (612) 339-6900
Fax:    (612) 339-0981
Email: erodette@locklaw.com

Attorney for Plaintiffs Cesar-Scott, Inc., Paesano Connecting Systems, Inc., Technical Aids to Independence, Inc. and Timberline Manufacturing Company

504670.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 9, 2016, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: June 9, 2016                    s/Elizabeth R. Odette

Elizabeth R. Odette