**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____
                                    :
In Re: AUTOMOTIVE PARTS             :
ANTITRUST LITIGATION                :
                                    :   Master File No. 12-md-02311
In re: All Parts                    :
_____:   Hon. Marianne O. Battani
                                    :
THIS DOCUMENT RELATES TO:           :
                                    :
All Cases                           :
                                    :
_____:

**ORDER WITHDRAWING THE
APPEARANCE OF ZACHARY A. MADONIA**

IT IS HEREBY ORDERED that Zachary A. Madonia of Sidley Austin LLP shall be withdrawn as counsel for defendants Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. in the following cases:

12-md-02311-MOB-MKM

13-cv-00802-MOB-MKM

13-cv-00803-MOB-MKM

14-cv-02900-MOB-MKM

14-cv-02902-MOB-MKM

14-cv-02903-MOB-MKM

14-cv-14719-MOB-MKM

14-cv-11721-MOB-MKM

**IT IS SO ORDERED.**

Date:  June 23, 2016                                              s/Marianne O. Battani
                                                      MARIANNE O. BATTANI
                                                     United States District Judge