UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                Plaintiff(s),

v.                                              Case No. 2:12−md−02311−MOB−MKM
                                              Hon. Marianne O. Battani

Furukawa Electric Company,
Limited, et al.,

                Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on July 7, 2016.


                                        DAVID J. WEAVER, CLERK OF COURT


                                        By: <u>s/ L. Granger</u>
                                               Deputy Clerk


Dated:   July 7, 2016