# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re:  Automotive Parts<br>ANTITRUST LITIGATION | : <br> : <br> : <br> : | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re:<br>AIR CONDITIONING SYSTEMS CASES | : <br> : <br> : <br> : <br> : | |
| THIS RELATES TO:<br>AUTO DEALER AND<br>END PAYOR ACTIONS | : <br> : <br> : <br> : | 2:13-cv-02702-MOB-MKM<br>2:13-cv-02703-MOB-MKM |

### NOTICE OF APPEARANCE OF ROBERT E. LINKIN

PLEASE TAKE NOTICE that Robert E. Linkin, of the firm Duggins Wren Mann & Romero, LLP, has this day entered an appearance as counsel of record for Sanden International (USA), Inc. in the above-captioned matter.

Dated:  July 7, 2016.

Respectfully submitted,

DUGGINS WREN MANN & ROMERO, LLP

By:  */s/ Robert E. Linkin*
        Robert E. Linkin
        600 Congress Avenue, Ste. 1900
        P. O. Box 1149
        Austin, Texas 78767-1149
        512-744-9300 *tel.*
        512-744-9399 *fax.*
        rlinkin@dwmrlaw.com

*Attorney for Defendant Sanden International (USA), Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

    /s/ Robert E. Linkin
Robert E. Linkin
Duggins Wren Mann & Romero, LLP
600 Congress Avenue, Ste. 1900
P. O. Box 1149
Austin, Texas 78767-1149
512-744-9300 *tel.*
512-744-9399 *fax.*
rlinkin@dwmrlaw.com

*Attorney for Defendant Sanden International (USA), Inc.*