# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) | 2:12-md-02311-MOB-MKM<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| IN RE: ALL PARTS ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) | |

## NOTICE OF APPEARANCE OF ELLEN L. MAXWELL-HOFFMAN

     PLEASE TAKE NOTICE that Ellen L. Maxwell-Hoffman of Bowles Rice LLP hereby enters her appearance on behalf of NGK Spark Plug Co., Ltd. and NGK Spark Plugs (U.S.A.), Inc. in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 7, 2016                       BOWLES RICE LLP

                                         By:   */s/ Ellen L. Maxwell-Hoffman*
                                                  Ellen L. Maxwell-Hoffman
                                                  BOWLES RICE LLP
                                                  600 Quarrier Street
                                                  Charleston, WV  25301
                                                  Telephone:    (304) 347-1186
                                                  Facsimile:     (304) 343-3058
                                                  emaxwell@bowlesrice.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, I electronically filed the foregoing Notice of Appearance of Ellen L. Maxwell-Hoffman with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

> By: */s/ Ellen L. Maxwell-Hoffman*
> Ellen L. Maxwell-Hoffman
> BOWLES RICE LLP
> 600 Quarrier Street
> Charleston, WV  25301
> Telephone:    (304) 347-1186
> Facsimile:    (304) 343-3058
> emaxwell@bowlesrice.com

8212877.1