# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |

**ALL PARTS**

**THIS RELATES TO:  ALL CASES**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Randall B. Weill of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Saratoga Lane, LLC, Direct Purchaser Plaintiff, in the above-captioned matter.

| | |
|---|---|
| Dated: July 12, 2016 | /s/ Randall B. Weill<br>Preti Flaherty Beliveau & Pachios, LLP<br>One City Center, PO Box 9546<br>Portland, ME 04112<br>Tel. 207-791-3000<br>Fax 207-791-3111<br>rweill@preti.com<br><br>One of the attorneys for Saratoga Lane, LLC |

10727333.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2016 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Randall B. Weill
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Saratoga Lane, LLC

10727333.1