## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTITRUST          12-md-02311
LITIGATION                                 Honorable Marianne O. Battani

_____

ALL PARTS

_____

THIS RELATES TO:  ALL CASES

_____

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael S. Smith of the law firm of Preti Flaherty

Beliveau & Pachios, LLP hereby enters his appearance as counsel for Direct Purchaser Plaintiff

Irving Levine Automotive Distributors, Inc. in the above-captioned matter.


Dated: July 12, 2016                    /s/ Michael S. Smith
                                        Preti Flaherty Beliveau & Pachios, LLP
                                        One City Center, PO Box 9546
                                        Portland, ME 04112
                                        Tel. 207-791-3000
                                        Fax 207-791-3111
                                        msmith@preti.com

                                        One of the attorneys for Direct Purchaser Plaintiff
                                        Irving Levine Automotive Distributors, Inc.

10730389.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2016 I electronically filed the foregoing document with

the Clerk for the Court using the ECF system which will send notification of such filing to ECF-

registered counsel.

<u>/s/ Michael S. Smith</u>
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
msmith@preti.com

One of the attorneys for Direct Purchaser Plaintiff
Irvine Levine Automotive Distributors, Inc.
