# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-02311 <br> HON. MARIANNE O. BATTANI |
| IN RE: ALL PARTS | |
| This Document Relates To: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William G. Caldes of the law firm Spector Roseman Kodroff & Willis, P.C. hereby enters his appearance as counsel for Plaintiff, Saratoga Lane, LLC in the above-captioned matter.

DATED: July 12, 2016                                  /s/ William G. Caldes
                                                                                      William G. Caldes
                                                                                      Spector Roseman Kodroff & Willis, P.C.
                                                                                      1818 Market Street, Suite 2500
                                                                                      Philadelphia, PA 19103
                                                                                      Tel:   215-496-0300
                                                                                      Fax:   215-496-6611
                                                                                      Email: bcaldes@srkw-law.com

                                                                                      One of the attorneys for Direct Purchaser Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2016 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ William G. Caldes
William G. Caldes
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:    215-496-0300
Fax:    215-496-6611
Email: bcaldes@srkw-law.com

One of the attorneys for Direct Purchaser Plaintiffs