# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: SHOCK ABSORBER CASES** | Case No. 2:15-03300-MOB-MKM |
| **THIS RELATES TO:**<br>**DEALERSHIP ACTIONS**<br>**END-PAYOR ACTIONS** | Case No. 2:16-cv-11256<br>Case No. 2:15-cv-03303 |

## APPEARANCE OF CALE A. JOHNSON

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Cale A. Johnson of the law firm Dykema Gossett PLLC, as counsel on behalf of Defendants Kayaba Industry Co., Ltd. and KYB Americas Corporation (the "KYB Defendants") in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 18, 2016  
　　　　　　　　　　　　　　　　　　DYKEMA GOSSETT PLLC

　　　　　　　　　　　　　　　　　　By: /s/ Cale A. Johnson  
　　　　　　　　　　　　　　　　　　Cale A. Johnson (P78032)  
　　　　　　　　　　　　　　　　　　39577 Woodward Avenue, Ste. 300  
　　　　　　　　　　　　　　　　　　Bloomfield Hills, Michigan 48304  
　　　　　　　　　　　　　　　　　　248.203.0809 – Telephone  
　　　　　　　　　　　　　　　　　　248.203.0763 – Facsimile  
　　　　　　　　　　　　　　　　　　cjohnson@dykema.com

　　　　　　　　　　　　　　　　　　*Attorneys for KYB Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 18, 2016, I electronically filed my Appearance on behalf of Defendants Kayaba Industry Co., Ltd. and KYB Americas Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  July 18, 2016

DYKEMA GOSSETT PLLC

By:  /s/ Cale A. Johnson
Cale A. Johnson (P78032)
39577 Woodward Avenue, Ste. 300
Bloomfield Hills, Michigan 48304
248.203.0809 – Telephone
248.203.0763 – Facsimile
cjohnson@dykema.com

*Attorneys for KYB Defendants*