UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: SHOCK ABSORBER CASES** | Case No. 2:15-03300-MOB-MKM |
| **THIS RELATES TO:**<br><br>**DEALERSHIP ACTIONS**<br>**END-PAYOR ACTIONS** | Case No. 2:16-cv-11256<br>Case No. 2:15-cv-03303 |

## APPEARANCE OF BRADLEY R. LOVE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Bradley R. Love of the law firm Barnes & Thornburg LLP as counsel on behalf of Defendant Kayaba Industry Co., Ltd. (now known as KYB Corporation) ("KYB") in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 18, 2016                                BARNES & THORNBURG LLP

                                                     By:  /s/ Bradley R. Love
                                                         Bradley R. Love
                                                         Indiana Bar # 31180-49
                                                         BARNES & THORNBURG LLP
                                                         11 South Meridian Street
                                                         Indianapolis, Indiana  46204-3535
                                                         Tel: 317-236-1313
                                                         Fax: 317-231-7433
                                                         bradley.love@btlaw.com

                                                         Attorney for Defendant
                                                         KYB Corporation

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 18, 2016, I electronically filed my Appearance on behalf of Defendant KYB Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  July 18, 2016
                                      BARNES & THORNBURG LLP

                                      By:  /s/ Bradley R. Love
                                          Bradley R. Love
                                          Indiana Bar # 31180-49
                                          BARNES & THORNBURG LLP
                                          11 South Meridian Street
                                          Indianapolis, Indiana  46204-3535
                                          Tel:  317-236-1313
                                          Fax: 317-231-7433
                                          bradley.love@btlaw.com

                                          Attorney for Defendant
                                          KYB Corporation