# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: SHOCK ABSORBER CASES** | Case No. 2:15-03300-MOB-MKM |
| **THIS RELATES TO:**<br><br>**DEALERSHIP ACTIONS**<br>**END-PAYOR ACTIONS** | <br><br>Case No. 2:16-cv-11256<br>Case No. 2:15-cv-03303 |

## APPEARANCE OF KENDALL MILLARD

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Kendall Millard of the law firm Barnes & Thornburg LLP as counsel on behalf of Defendant Kayaba Industry Co., Ltd. (now known as KYB Corporation) ("KYB") in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 18, 2016                                         BARNES & THORNBURG LLP

                                          By:  /s/ Kendall Millard
                                               Kendall Millard
                                               Indiana Bar # 25430-49
                                               BARNES & THORNBURG, LLP
                                               11 South Meridian Street
                                               Indianapolis, Indiana  46204-3535
                                               Tel: 317-236-1313
                                               Fax: 317-231-7433
                                               kmillard@btlaw.com

                                               Attorney for Defendant
                                               KYB Corporation

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 18, 2016, I electronically filed my Appearance on behalf of Defendant KYB Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  July 18, 2016                        BARNES & THORNBURG LLP

                                            By:  /s/ Kendall Millard
                                                 Kendall Millard
                                                 Indiana Bar # 25430-49
                                                 BARNES & THORNBURG, LLP
                                                 11 South Meridian Street
                                                 Indianapolis, Indiana  46204-3535
                                                 Tel:  317-236-1313
                                                 Fax: 317-231-7433
                                                 kmillard@btlaw.com

                                                 Attorney for Defendant
                                                 KYB Corporation