UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS      12-md-02311
ANTIRUST LITIGATION      Honorable Marianne O. Battani

       )
ALL PARTS        )
       )
       )
THIS RELATES TO: ALL CASES    )
       )

**MOTION TO WITHDRAW JOHN V. BIERNACKI AS COUNSEL FOR DEFENDANT YAZAKI CORPORATION**

Defendant Yazaki Corporation requests an order of this Court granting leave for John V. Biernacki of Jones Day to withdraw as counsel for defendant Yazaki Corporation in the following actions:

Master File No. 12-md-02311

Wire Harness – Lead Case; 2:12-cv-00100

Wire Harness – Direct Purchaser Actions; 2:12-cv-00101

Wire Harness – End-Payor Actions; 2:12-cv-00103

ACAP, LLC. v. Yazaki Corporation and Yazaki North America, Inc.; 2:12-cv-10567

Lacava v. Delphi Automotive, LLP, et al.; 2:11-cv-14399

No prejudice will result from the withdrawal as Jones Day continues to represent Yazaki Corporation in these actions.

Dated: July 21, 2016

                                            Respectfully submitted,

                                            /s/ John V. Biernacki
                                            John V. Biernacki
                                            Jones Day
                                            901 Lakeside Ave
                                            Cleveland, Ohio 44114
                                            Telephone: (216) 586-7747
                                            Facsimile: (216) 579-0212
                                            jvbiernacki@jonesday.com

                                            *Counsel for Defendant Yazaki Corporation*

**CERTIFICATE OF SERVICE**

  I certify that on July 21, 2016, I electronically filed the foregoing Motion to Withdraw John V. Biernacki as Counsel for Defendant Yazaki Corporation with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

            /s/ John V. Biernacki
            John V. Biernacki
            Jones Day
            901 Lakeside Ave
            Cleveland, Ohio 44114
            Telephone: (216) 586-7747
            Facsimile: (216) 579-0212
            jvbiernacki@jonesday.com