# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS<br>        ANTITRUST LITIGATION | Case No.  12-md-02311<br>Honorable Marianne O. Battani |
| THIS RELATES TO:<br>     ALL END-PAYOR CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Frances S. Lewis of Susman Godfrey L.L.P. hereby enters an appearance on behalf of End-Payor plaintiffs in the above-captioned matters.

Dated: August 4, 2016

        Respectfully submitted,

        */s/ Frances S. Lewis*
        Frances S. Lewis
        SUSMAN GODFREY L.L.P.
        1901 Avenue of the Stars, Suite 950
        Los Angeles, California 90067-6029
        Telephone: (310) 789-3100
        flewis@susmangodfrey.com

        Attorney for End-Payor Plaintiffs

## CERTIFICATE OF SERVICE

I certify that the forgoing document was served upon all counsel of record via the Court's CM/ECF filing on August 4, 2016.

        Respectfully submitted,

        */s/ Frances S. Lewis*
        Frances S. Lewis
        SUSMAN GODFREY L.L.P.