# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stefan Meisner of McDermott Will & Emery LLP hereby enters an appearance on behalf of Defendant NGK Automotive Ceramics USA, Inc. in the above-captioned cases.

DATED: September 13, 2016

**MCDERMOTT WILL & EMERY LLP**

  */s/ Stefan Meisner*
Stefan Meisner
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8344
Fax: (202) 756-8087
smeisner@mwe.com

*Attorneys for NGK Automotive Ceramics USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2016, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

**MCDERMOTT WILL & EMERY LLP**

*/s/ Stefan Meisner*
Stefan Meisner
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8344
Fax: (202) 756-8087
smeisner@mwe.com