#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF MICHIGAN
#### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) Master File No. 12-md-02311 ) Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) ) ) |
| THIS RELATES TO: ALL CASES | ) ) ) ) ) |

#### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel Powers of McDermott Will & Emery LLP hereby enters an appearance on behalf of Defendant NGK Automotive Ceramics USA, Inc. in the above-captioned cases.

DATED: September 13, 2016

**MCDERMOTT WILL & EMERY LLP**

  */s/ Daniel Powers*
Daniel Powers
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8131
Fax: (202) 756-8087
dgpowers@mwe.com

*Attorneys for NGK Automotive Ceramics USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2016, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                            **MCDERMOTT WILL & EMERY LLP**

                                            */s/ Daniel Powers*
                                            Daniel Powers
                                            500 N. Capitol St., NW
                                            Washington, D.C. 20001
                                            Telephone: (202) 756-8131
                                            Fax: (202) 756-8087
                                            dgpowers@mwe.com