# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311
Honorable Marianne O. Battani

In Re: THIS DOCUMENT RELATES TO:

ALL PARTS

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the Washington, DC office of Cuneo Gilbert & LaDuca, LLP has relocated. Attorneys associated with this office are Jonathan W. Cuneo, Joel Davidow, Victoria Romanenko, and Yifei Li, representing Automobile Dealership Plaintiffs. The new address is as follows:

Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016

Please update your records accordingly.

Dated: September 15, 2016

Respectfully submitted,

 /s/ Jonathan W. Cuneo
Jonathan W. Cuneo

>Joel Davidow
>Victoria Romanenko
>Yifei Li
>**Cuneo Gilbert & LaDuca, LLP**
>4725 Wisconsin Ave, NW
>Suite 200
>Washington, DC 20016
>Tel: (202) 789-3960
>Fax: (202) 789-1813
>jonc@cuneolaw.com
>joel@cuneolaw.com
>vicky@cuneolaw.com
>evelyn@cuneolaw.com
>
>*Counsel for Dealership Plaintiffs*