# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) 12-md-02311 ) Honorable Marianne O. Battani ) Magistrate Judge Mona K. Majzoub ) |
| In Re: EXHAUST SYSTEM CASES | ) ) ) |
| THIS RELATES TO: ALL EXHAUST SYSTEM CASES | ) 2:16-cv-11082-MOB-MKM ) 2:16-cv-11087- MOB-MKM ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Cindy Dunlap Hinkle of the law firm of Buchanan Ingersoll & Rooney PC, as attorney of record for Defendant Meritor, Inc.

Dated: September 16, 2016

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Cindy Dunlap Hinkle*
Cindy Dunlap Hinkle (I.D. No. 86318)

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
412-392-1682
412-562-1041

cindy.hinkle@bipc.com

*Attorneys for Defendant Meritor, Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 16, 2016, I electronically filed the forgoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

                                        BUCHANAN INGERSOLL & ROONEY PC

                     By:    */s/ Cindy Dunlap Hinkle*
                                        Cindy Dunlap Hinkle (I.D. No. 86318)
                                        One Oxford Centre
                                        301 Grant Street, 20th Floor
                                        Pittsburgh, PA  15219-1410
                                        412-392-1682
                                        412-562-1041
                                        cindy.hinkle@bipc.com

                                        *Attorneys for Defendant Meritor, Inc.*