**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) 12-md-02311 <br> ) Honorable Marianne O. Battani <br> ) Magistrate Judge Mona K. Majzoub <br> ) |
| In Re: EXHAUST SYSTEM CASES | ) <br> ) <br> ) |
| THIS RELATES TO: ALL EXHAUST SYSTEM CASES | ) 2:16-cv-11082-MOB-MKM <br> ) 2:16-cv-11087- MOB-MKM <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Gretchen L. Jankowski of the law firm of Buchanan Ingersoll & Rooney PC, as attorney of record for Defendant Meritor, Inc.


Dated: September 16, 2016            Respectfully submitted,

                                                BUCHANAN INGERSOLL & ROONEY PC

                                                By:    */s/ Gretchen L. Jankowski*
                                                         Gretchen L. Jankowski (I.D. No. 74540)

                                                         One Oxford Centre
                                                         301 Grant Street, 20th Floor
                                                         Pittsburgh, PA  15219-1410
                                                         412-562-1417
                                                         412-562-1041

                                                         gretchen.jankowski@bipc.com

                                                         *Attorneys for Defendant Meritor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the forgoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

        BUCHANAN INGERSOLL & ROONEY PC

By:   */s/ Gretchen L. Jankowski*
       Gretchen L. Jankowski (I.D. No. 74540)
       One Oxford Centre
       301 Grant Street, 20th Floor
       Pittsburgh, PA  15219-1410
       412-562-1417
       412-562-1041
       gretchen.jankowski@bipc.com

*Attorneys for Defendant Meritor, Inc.*