**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MICHIGAN**

**In Re: AUTOMOTIVE PARTS**                    12-md-02311
**ANTITRUST LITIGATION**                       Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

<u>**APPEARANCE OF JOHN M. TANSKI**</u>

TO: THE CLERK OF THE COURT

    PLEASE enter the appearance of John M. Tanski of the law firm Axinn, Veltrop &

Harkrider LLP, as counsel on behalf of Defendants Nishikawa Rubber Company, Nishikawa of

America, Inc., and Nishikawa Cooper LLC in the above-captioned matter.  The appearance shall

not be deemed to be a waiver of any rights or defenses that may be available under common law,

statute, or the Federal Rules of Civil Procedure.

Dated: October 3, 2016                    By: /s/ John M. Tanski
                                          John M. Tanski
                                          AXINN VELTROP & HARKRIDER LLP
                                          90 State House Square
                                          Hartford, CT 06103
                                          Telephone: (860) 275-8100
                                          Fax: (860) 275-8101
                                          jtanski@axinn.com

                                          *Attorneys for Nishikawa Rubber Co.,*
                                          *Nishikawa of America, Inc. and Nishikawa*
                                          *Cooper LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2016, I electronically filed my Appearance on behalf of Defendants Nishikawa Rubber Co., Nishikawa of America, Inc. and Nishikawa Cooper LLC with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: October 3, 2016                              AXINN VELTROP & HARKRIDER LLP

By: /s/  John M. Tanski