# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master Case No. 2:12-md-2311<br>Honorable Marianne O. Battani<br>Magistrate Mona K. Majzoub |
| **In Re: BODY SEALING PRODUCTS** | Case No. 2:16-cv-03400-MOB-MKM |
| | Case No. 2:16-cv-03402-MOB-MKM |
| **THIS RELATES TO:**<br><br>**AUTOMOBILE DEALERSHIP ACTIONS AND END-PAYOR ACTIONS** | Case No. 2:16-cv-03403-MOB-MKM |

## APPEARANCE OF CALE A. JOHNSON

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Cale A. Johnson of the law firm Dykema Gossett PLLC, as counsel on behalf of Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated: October 4, 2016

DYKEMA GOSSETT PLLC

By: /s/ Cale A. Johnson
Cale A. Johnson (P78032)
39577 Woodward Avenue, Ste. 300
Bloomfield Hills, Michigan 48304
248.203.0700 – Telephone
248.203.0763 – Facsimile
cjohnson@dykema.com

*Attorneys for Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2016, I electronically filed my Appearance on behalf of Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

DYKEMA GOSSETT PLLC

By: /s/ Cale A. Johnson
Cale A. Johnson (P78032)
39577 Woodward Avenue, Ste. 300
Bloomfield Hills, Michigan 48304
248.203.0700 – Telephone
248.203.0763 – Facsimile
cjohnson@dykema.com

*Attorneys for Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC*