## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS                     12-md-02311
ANTITRUST LITIGATION                        Honorable Marianne O. Battani

_____

ALL PARTS

_____

THIS RELATES TO: ALL CASES

_____

### APPEARANCE OF NICHOLAS E.O. GAGLIO

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Nicholas E.O. Gaglio of the law firm Axinn, Veltrop &

Harkrider LLP, as counsel on behalf of Defendants Nishikawa Rubber Company, Nishikawa of

America, Inc., and Nishikawa Cooper LLC in the above-captioned matter.  The appearance shall

not be deemed to be a waiver of any rights or defenses that may be available under common law,

statute, or the Federal Rules of Civil Procedure.

Dated: October 5, 2016                      By: /s/ Nicholas E.O. Gaglio
                                            Nicholas E.O. Gaglio
                                            AXINN VELTROP & HARKRIDER LLP
                                            114 West 47th Street
                                            New York, NY 10036
                                            Telephone: (212) 728-2200
                                            Fax: (212) 728-2201
                                            ngaglio@axinn.com

                                            *Attorneys for Nishikawa Rubber Co.,*
                                            *Nishikawa of America, Inc. and Nishikawa*
                                            *Cooper LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 5, 2016, I electronically filed my Appearance on behalf of Defendants Nishikawa Rubber Co., Nishikawa of America, Inc. and Nishikawa Cooper LLC with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants,

Dated: October 5, 2016                                    AXINN VELTROP & HARKRIDER LLP

                                                         By: <u>/s/  Nicholas E.O. Gaglio</u>