IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| PRODUCT(S) <br><br> ALL PARTS | |
| THIS DOCUMENT RELATES TO: <br><br> ALL DEALERSHIP ACTIONS | |

### NOTICE OF APPEARANCE OF COUNSEL ROBERT G. HARKEN

**TO THE CLERK OF THE COURT**

Please enter my Appearance as attorney for and on behalf of Auto Dealer Plaintiffs Ancona Enterprise, Inc. d/b/a Frank Ancona Honda, Bill Pearce Honda, Dale Martens Nissan Subaru, Inc., Green Team of Clay Center Inc., Herb Hallman Chevrolet, Inc., d/b/a Champion Chevrolet, and Reno Dodge Sales, Inc. d/b/a Don Weirs Reno Dodge in the above captioned matter.

Dated: October 12, 2016         Respectfully submitted,

*/s/ Robert G. Harken*
Robert G. Harken     KS Bar No. 21450
Law Offices of George A. Barton, P.C.
7227 Metcalf Ave., Ste. 301
Overland Park, KS 66204
(816) 300-6250– phone
(816) 300-6259 – fax

>rob@georgebartonlaw.com
>*ATTORNEY FOR THE KANSAS AND NEVADA AUTO DEALERS*

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2016 a true and correct copy of the foregoing was served to all parties and counsel of record via the Court's electronic filing system.

>*/s/ Robert G. Harken*
>Robert G. Harken