UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: SHOCK ABSORBER CASES | |
| THIS RELATES TO:<br><br>V.I.P., INC. and PERFORMANCE INTERNET PARTS, LLC, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>KAYABA INDUSTRY CO. LTD., d/b/a KYB CORPORATION, *et al*,<br><br>           Defendants | Case No. 2:16-cv-13616<br>Case No. 2-15-cv-03301 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Randall B. Weill of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiffs V.I.P., Inc. and Performance Internet Parts, LLC in the above-captioned matter.

Dated: October 17, 2016

/s/ Randall B. Weill
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Plaintiffs V.I.P., Inc. and Performance Internet Parts, LLC

11096590.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Randall B.Weill
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Plaintiffs V.I.P., Inc. and Performance Internet Parts, LLC

11096590.1