UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS**<br>**ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Mich. LR 83.4, Nishikawa Cooper LLC makes the following disclosure.

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

**Yes**

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation / Affiliate Name: Nishikawa Rubber Company, Ltd.
Relationship with Named Party: Ultimate Parent Company of Nishikawa Cooper LLC

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

**Yes**

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Public Corporation / Affiliate Name: Cooper-Standard Holdings, Inc.
Nature of Financial Interest: Indirect minority owner of Nishikawa Cooper LLC

| | |
|---|---|
| Dated: October 18, 2016 | DYKEMA GOSSETT PLLC<br>By: /s/ Howard B. Iwrey<br>Howard B. Iwrey (P39635)<br>Attorneys for Nishikawa Rubber Co.,<br>Nishikawa of America,<br>Inc. and Nishikawa Cooper LLC<br>39577 Woodward Avenue, Suite 300 |

Bloomfield Hills, Michigan 48304
(248) 203-0526
(855) 232-1791- facsimile
*email*: hiwrey@dykema.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 18, 2016, I electronically filed the Statement of Disclosure of Corporate Affiliations and Financial Interest of Nishikawa Cooper LLC with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

October 18, 2016                                                        By: /s/ Howard B. Iwrey