Case No. 16-2081

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

In re: WIRE HARNESSES

-------------------------------------

END-PAYOR PLAINTIFFS

       Plaintiffs - Appellees

BENJAMIN FEURY; THOMAS SARRIS

       Objectors - Appellants

v.

NIPPON SEIKI COMPANY, LTD.; et al.

       Defendants – Appellees

Upon consideration of End-Payer Plaintiffs motion to exceed the page limit for a consolidated reply to the "York Objectors" and "Feury Objectors" responses to the Show Cause Order regarding jurisdiction,

It is **ORDERED** that the motion to file an oversize reply is **GRANTED**.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: October 21, 2016

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 21, 2016

Ms. Hollis L. Salzman
Robins Kaplan
601 Lexington Avenue
Suite 3400
New York, NY 10022

Re: Case No. 16-2081, *End-Payor Plaintiffs, et al v. Nippon Seiki Company, Ltd., et al*
Originating Case No. : 2:12-cv-00103 : 2:12-md-02311

Dear Ms. Salzman,

   The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Robin Baker
                                        Case Manager
                                        Direct Dial No. 513-564-7027

cc: Mr. Peter M. Falkenstein
    Mr. James Powell Feeney
    Ms. Michelle Karen Fischer
    Mr. Brian K. Grube
    Mr. William H. Horton
    Mr. Howard B. Iwrey
    Ms. Meredith Jones Kingsley
    Mr. Peter Kontio
    Ms. Marla Linderman
    Ms. Tiffany Danielle Lipscomb-Jackson
    Mr. John Michael Majoras
    Mr. Andrew S. Marovitz
    Mr. Terrell W. Oxford
    Mr. William Reiss
    Mr. Michael Adam Rubin
    Mr. William Parker Sanders
    Ms. Marguerite Sullivan
    Ms. Joanne G. Swanson
    Mr. David J. Weaver
    Mr. Steven N. Williams

Enclosure