UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master file No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE WIRE HARNESS | Case No. 2:12-cv-00100-MOB-MKM<br>Case No. 2:12-cv-00101-MOB-MKM |
| THIS DOCUMENT RELATES TO ALL CASES | Case No. 2:12-cv-00102-MOB-MKM<br>Case No. 2:12-cv-00103-MOB-MKM<br>Case No. 2:12-md-02311-MOB-MKM |

## WITHDRAWAL OF ATTORNEY COURTNEY E. TORRES

TO:   THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Courtney E. Torres of the law firm K&L Gates LLP, hereby withdraws her appearance as counsel for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation ("the Chiyoda Defendants") in the above-captioned matters. Ms. Torres will no longer be associated with K&L Gates LLP as of October 28, 2016.

We respectfully request that Ms. Torres' name be removed from all applicable service lists, including Notices of Electronic Filing. Michael Martinez, Steven Kowal, Lauren Norris Donahue and Molly McGinley of K&L Gates LLP have appeared as counsel for the Chiyoda Defendants and their representation continues.

Dated: October 26, 2016                         Respectfully submitted,

                                                                /s/ Courtney E. Torres
                                                                Michael Martinez
                                                                Steven Kowal
                                                                Lauren N Donahue
                                                                Molly McGinley
                                                                **K&L Gates LLP**
                                                                70 W. Madison St., Suite 3100

1

Chicago, IL 60602
Phone: 312-807-4404
Fax: 312-827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
molly.mcginley@klgates.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
Amanda M. Fielder (P70180)
**WARNER NORCROSS & JUDD LLP**
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Phone: 248-784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

*Counsel for Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on October 26, 2016, a copy of Chiyoda Manufacturing Corporation And Chiyoda USA Corporation's Withdrawal of Attorney Courtney E. Torres was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>*/s/ Courtney Torres*</u>
Courtney Torres
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: 312-807-4432
courtney.torres@klgates.com

*Counsel for Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*
