# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311 <br> : Honorable Marianne O. Battani <br> : |
| In Re: ALL PARTS | |
| THIS RELATES TO: <br><br> All Actions | : <br> : <br> : <br> : <br> : |

## NOTICE OF WITHDRAWAL OF ATTORNEY DANIELLE M. GARTEN

PLEASE TAKE NOTICE of the withdrawal of Danielle M. Garten of Arnold & Porter LLP as counsel for defendants Yamashita Rubber Co. Ltd., YUSA Corporation, Koito Manufacturing Co., Ltd., and North American Lighting, Inc.  Her appearance should be withdrawn from the following cases:

**On Behalf of Yamashita Rubber Co., Inc. and YUSA Corporation as defendants:**

- 12-md-02311
- 2:13-cv-00800
- 2:13-cv-00802
- 2:13-cv-00803

**On Behalf of Koito Manufacturing Co., Ltd. as defendant:**

- 12-md-02311
- 2:13-cv-01200
- 2:13-cv-01202
- 2:13-cv-01203
- 2:13-cv-01700

- 2:13-cv-01702
- 2:13-cv-01703

**On Behalf of North American Lighting, Inc. as defendant:**

- 12-md-02311
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

Other attorneys of the same firm have appeared as counsel on behalf of the above listed defendants and their representation continues.

Dated: October 26, 2016

Respectfully submitted,

ARNOLD & PORTER LLP

By: /s/ Danielle M. Garten
Danielle M. Garten
ARNOLD & PORTER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5072
(202) 942-5999 - facsimile
*email*:  Danielle.Garten@aporter.com

*Attorney for Defendants Yamashita Rubber Co. Ltd., YUSA Corp., Koito Manufacturing Co., Ltd., and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2016, I caused the foregoing Notice of Withdrawal of Attorney Danielle M. Garten to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.

Dated: October 26, 2016                              By:  /s/ Riley Berg
                                                                           Riley Berg