UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF APPEARANCE

PLEASE enter the Appearance of Robert D. McCabe of the law firm Shearman & Sterling LLP, as counsel on behalf of JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc., in the above-captioned matter.

The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  October 26, 2016

Respectfully Submitted,

By: */s/ Robert D. McCabe*
Robert D. McCabe
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Phone: (202) 508-8035
Fax: (202) 661-7319
Email: robert.mccabe@shearman.com

*Counsel for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc.*

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2016, I electronically filed my Appearance on behalf of JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

| | |
|---|---|
| DATED:  October 26, 2016 | By:  */s/ Robert D. McCabe*<br>Robert D. McCabe<br>SHEARMAN & STERLING LLP<br>401 9th Street, NW, Suite 800<br>Washington, DC 20004<br>Phone: (202) 508-8035<br>Fax: (202) 661-7319<br>Email: robert.mccabe@shearman.com<br><br>*Counsel for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc.* |