UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** | HON. MARIANNE O. BATTANI |
| _____ | |

### AGENDA FOR NOVEMBER 16, 2016 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.   REPORT OF MASTER**

**II.  ALL ACTIONS IN MDL 2311**

   A.   Status of Settlements (*See also* Status Report, § I).

   B.   Discussion of Court's Suggestion of a Court's Expert on Attorneys Fees

   C.   Compliance with <u>Shane Group, Inc. v. Blue Cross Blue Shield of Michigan</u>, 825 F.3d 299 (6th Cir. 2016) re sealing of Court records.

      1. Review of Stipulated Protective Orders

11110588.3

    2.  Review of Procedures for Sealing Transcripts

### III.   MULTIPLE ACTIONS

Bearings, AVRP, and OSS: Status of Discovery as it Relates to Class Certification Briefing Schedule

### IV.   DATE FOR NEXT STATUS CONFERENCE

A.   The next two Status Conferences are scheduled for January 25, 2017 at 10:00 a.m. and March 22, 2017 at 10:00 a.m.

B.   Scheduling of subsequent Status Conference.

### V.   OTHER MATTERS

Any party interested in any part should appear.

### VI.   MOTION HEARINGS

A.   **RADIATORS (2:15-cv-14097)**

1.   T.Rad Defendants'. Calsonic Kansei North America, Inc.'s, and , and Mitsuba Defendants' Motion to Dismiss the Truck and Equipment Dealers' Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) filed on July 1, 2016 (Doc. Nos. 27, 30, 36, 37, 44)

2.   Calsonic Kansei North America, Inc.'s Motion to Dismiss Truck and Equipment Dealership Class Action Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative, Pursuant to

2

11110588.3

      Federal Rule of Civil Procedure 56 filed on July 1, 2016 (Doc Nos. 29, 41, 42).

3.    Calsonic Kansei Corporation's Motion to Dismiss Truck and Equipment Dealers' Class Action Complaint for Lack of Personal Jurisdiction filed on July 1, 2016 (Doc. Nos. 28, 39, 43).

**B.    SHOCK ABSORBERS (2:15-cv-03300)**

      Defendants' Collective Motion to Dismiss End-Payor Plaintiffs' and Auto Dealer Plaintiffs' Class Action Complaints filed September 9, 2016 (Doc No. 3 in 3302 and Doc No. 23 in 3303)

Date: November 1, 2016                        **/s/ Marianne O. Battani**
                                                 MARIANNE O. BATTANI
                                                 UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

s/KaMyra Doaks

Case Manager

4

11110588.3