UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
|---|---|
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF APPEARANCE OF TIMOTHY SYRETT

PLEASE TAKE NOTICE that TIMOTHY SYRETT of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of Schaeffler Group USA, Inc., **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: /s/ Timothy Syrett
Timothy Syrett
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6975
Fax: (617) 526-5000
timothy.syrett@wilmerhale.com

Dated: November 8, 2016

## PROOF OF SERVICE

I, TIMOTHY SYRETT, an attorney, hereby certify that on November 8, 2016, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF TIMOTHY SYRETT**, to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: /s/ *Timothy Syrett*
Timothy Syrett
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6975
Fax: (617) 526-5000
timothy.syrett@wilmerhale.com

*Attorney for Defendant Schaeffler Group USA Inc.*