UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: AUTOMOTIVE EXHAUST SYSTEMS | |
| THIS RELATES TO: | |
| MANNY'S AUTO SUPPLY, INC. and IRVING LEVINE AUTOMOTIVE DISTRIBUTORS, INC., on behalf of themselves and all others similarly situated, | Case No. 2:16-cv-13968<br>Case No. 2-16-cv-03701 |
| Plaintiffs, | |
| v. | |
| BOSAL NEDERLAND, B.V., *et al*, | |
| Defendants | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiffs Manny's Auto Supply, Inc. and Irving Levine Automotive Distributors, Inc. in the above-captioned matter.

Dated: November 10, 2016         /s/ Gregory P. Hansel
                                 Preti Flaherty Beliveau & Pachios, LLP
                                 One City Center, PO Box 9546
                                 Portland, ME 04112
                                 Tel. 207-791-3000
                                 Fax 207-791-3111
                                 ghansel@preti.com

                                 One of the attorneys for Plaintiffs Manny's Auto Supply, Inc.
                                 and Irving Levine Automotive Distributors, Inc.

11175210.1

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiffs Manny's Auto Supply, Inc. and Irving Levine Automotive Distributors, Inc.

11175210.1