**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) | Master File No. 12-md-02311 Honorable Marianne O. Battani Magistrate Judge Mona K. Majzoub |
| In Re: EXHAUST SYSTEMS | ) ) ) | |
| THIS RELATES TO: ALL EXHAUST SYSTEM CASES | ) ) ) ) | 2:16-cv-11082-MOB-MKM 2:16-cv-11087-MOB-MKM |

## NOTICE OF APPEARANCE

Please take notice that Gary J. Mouw, of the law firm Varnum LLP, hereby enters an appearance on behalf of Bosal Industries-Georgia, Inc. in the above-captioned case.

Dated:  November 11, 2016

Respectfully submitted,

VARNUM LLP

By:   */s/ Gary J. Mouw*
   Gary J. Mouw
   333 Bridge Street NW
   Grand Rapids, MI 49504
   Telephone: (616) 336-6424
   Facsimile: (616) 336-7000
   gjmouw@varnumlaw.com

*Counsel for Bosal Industries-Georgia, Inc.*

11147369_1.docx

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2016, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

      s/*Gary J. Mouw*
Gary J. Mouw
Varnum LLP
333 Bridge Street NW
Grand Rapids, MI 49504
Telephone: (616) 336-6424
Facsimile: (616) 336-7000
gjmouw@varnumlaw.com

*Counsel for Bosal Industries-Georgia, Inc.*

11147369_1.docx