UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| All Cases | : : : | |
| THIS DOCUMENT RELATES TO: Dealership Actions | : : : : : | |

**DEALERSHIP PLAINTIFFS' CONCURRENCE WITH
RENEWED MOTION TO COMPEL**

Automobile Dealer Plaintiffs concur generally in the result sought in the Renewed Motion to Compel filed by the other Serving Parties, namely to compel production of the types of documents and data described in the Renewed Motion to compel, save for 1) requests seeking information related to payments between dealerships and OEMs, aside from vehicle invoice price, such as incentives or allowances; and 2) requests seeking information regarding vehicle sales to consumers.[1]

Dealership Plaintiffs also continue to seek a meaningful sample of letters to dealerships from each OEM announcing invoice prices and MSRPs for new models and model years.

---

[1] Dealership Plaintiffs do not concur in all arguments and statements made in the Renewed Motion or declarations attached to it, or the extent to which all documents and data are requested.

1

Dated:  November 11, 2016                    Respectfully submitted,


                                             */s/* Jonathan W. Cuneo

                                             Jonathan W. Cuneo
                                             Joel Davidow
                                             Daniel Cohen
                                             Victoria Romanenko
                                             Evelyn Li
                                             **Cuneo Gilbert & LaDuca, LLP**
                                             507 C Street, N.E.
                                             Washington, DC 20002
                                             Telephone: (202) 789-3960
                                             jonc@cuneolaw.com
                                             joel@cuneolaw.com
                                             danielc@cuneolaw.com
                                             vicky@cuneolaw.com
                                             evelyn@cuneolaw.com

                                             Don Barrett
                                             David McMullan
                                             **BARRETT LAW GROUP, P.A.**
                                             P.O. Box 927
                                             404 Court Square
                                             Lexington, MS 39095
                                             Telephone:  (662) 834-2488
                                             Facsimile:   (662)834-2628
                                             dbarrett@barrettlawgroup.com
                                             dmcmullan@barrettlawgroup.com

                                             Shawn M. Raiter
                                             **LARSON · KING, LLP**
                                             2800 Wells Fargo Place
                                             30 East Seventh Street
                                             St. Paul, MN 55101
                                             Telephone:  (651) 312-6500
                                             Facsimile:   (651) 312-6618
                                             sraiter@larsonking.com

                                             *Interim Co-Lead Class Counsel for Dealership Plaintiffs*

                                             Gerard V. Mantese

                                                   2

(Michigan Bar No. P34424)
**Mantese Honigman
  and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 607-9200
gmantese@manteselaw.com

*Interim Liaison Counsel for Dealership Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2016 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

     /s/ Jonathan W. Cuneo
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**Cuneo Gilbert & LaDuca, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com