UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311

Hon. Marianne O. Battani

THIS DOCUMENT RELATES TO:

12-2311 (Doc. #1495 and 1500)

_____/

ORDER OF REFERENCE

The Court **REFERS** the matters set forth below to the Master for resolution as set forth in the Court's Order Appointing the Master:

MOTION to Compel *The Parties' Notice of Motion and Renewed Motion to Compel Discovery from Certain Non-Party Original Equipment Manufacturers and Their Affiliated Entities* by End-Payor Plaintiffs filed on November 7, 2016   (DOC. #1495 AND 1500)

**PLEASE MAIL OR HAND DELIVER A COURTESY COPY OF ALL DOCUMENTS FILED RELATING TO THE ABOVE MOTIONS TO :**

**Gene Esshaki**
**Abbot Nicholson, P.C.**
**300 River Place, Suite 3000**
**Detroit, MI 48207-4225**


Date:  November 15, 2016

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on November 15, 2016.

                                                                       s/ Kay Doaks
                                                                       Case Manager

Case 2:12-md-02311-SFC-RSW   ECF No. 1513, PageID.27399   Filed 11/15/16   Page 2 of 2