# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

ALL PARTS                                           Case No.:  12-md-02311-MOB-MKM
                                                    Honorable Marianne O. Battani

THIS RELATES TO:  ALL CASES

## NOTICE OF APPEARANCE

Notice is hereby given that Ann M. Byrd of the law firm Greenberg Traurig, LLP, enters her appearance as counsel for Non-Party Kia Motors Manufacturing Georgia, Inc. (KMMG) for the purpose of the subpoena served upon it in connection with the above-captioned MDL action.  This entry of appearance is without waiver of any rights or defenses of KMMG.

Dated:  November 16, 2016

/s/ Ann M. Byrd
Ann M. Byrd
Georgia Bar No. 218871

**GREENBERG TRAURIG, LLP**
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia  30305
Telephone:  678.553.2100
Facsimile:  678.553.2212

*Attorney for Non-Party*
*Kia Motors Manufacturing Georgia, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2016, I caused a copy of the foregoing Notice of Appearance to be electronically filed via the Court's ECF system, which will serve notification of such filing to all counsel of record for the parties.

/s/ Ann M. Byrd
Ann M. Byrd