**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF WITHDRAWAL OF ATTORNEY ALATHEA PORTER

PLEASE TAKE NOTICE of the withdrawal of Alathea Porter of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, ASMO North America, LLC, ASMO North Carolina, Inc., ASMO Co. Ltd, and ASMO Manufacturing, Inc. (collectively "DENSO entities"). Her appearance should be withdrawn from the following cases:

12-md-02311-MOB-MKM

13-cv-00900-MOB-MKM

13-cv-00901-MOB-MKM

13-cv-00902-MOB-MKM

13-cv-00903-MOB-MKM

13-cv-02300-MOB-MKM

13-cv-02302-MOB-MKM

13-cv-02303-MOB-MKM

1

13-cv-02800-MOB-MKM

13-cv-02801-MOB-MKM

13-cv-02802-MOB-MKM

13-cv-02803-MOB-MKM

This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the DENSO entities.

|  |  |  |
|---|---|---|
|  |  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: November 18, 2016 | By: | */s/ Alathea Porter*<br>Alathea Porter<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel.: (617) 526-6000<br>Fax: (617) 526-5000<br>alathea.porter@wilmerhale.com |

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I caused the foregoing Notice of Withdrawal of Attorney Alathea Porter to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　*/s/ Alathea Porter*
　　　　　　　　　　　　　　　　　　Alathea Porter
　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE
　　　　　　　　　　　　　　　　　　AND DORR LLP
　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　Tel.: (617) 526-6000
　　　　　　　　　　　　　　　　　　Fax: (617) 526-5000
　　　　　　　　　　　　　　　　　　alathea.porter@wilmerhale.com