# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| Joint Motion to Compel and Plaintiffs' Motion to Compel and<br>The Parties' Renewed Motion to Compel Discovery from Certain Non-Party Original Equipment Manufacturers | Dkt #s1185, 1187 and 1188<br><br>Dkt #1495 |
| In Re: Wire Harness | 2:12-cv-00101; Dkt #323 |
| In Re: Instrument Panel Clusters | 2:12-cv-00201; Dkt #159 |
| In Re: Fuel Senders | 2:12-cv-00301; Dkt #99 |
| In Re: Heater Control Panels | 2:12-cv-00401; Dkt #113 |
| In Re: Alternators | 2:13-cv-00701; Dkt #32 |
| In Re: Windshield Wipers Systems | 2:13-cv-00901; Dkt #79 |
| In Re: Starters | 2:13-cv-01101; Dkt #69 |
| In Re: Ignition Coils | 2:13-cv-01401; Dkt #51 |
| In Re: Fuel Injection Systems | 2:13-cv-02201; Dkt #36 |
| In Re: Power Window Motors | 2:13-cv-02301; Dkt #27 |
| In Re: Air Conditioning Systems | 2:13-cv-02701; Dkt #84 |
| In Re: Windshield Washer Systems | 2:13-cv-02801; Dkt #76 |
| In Re: Spark Plugs | 2:15-cv-03001; Dkt #39 |
| In Re: Oxygen Sensors | 2:15-cv-03101; Dkt #51 |
| This Document Relates to:<br>All Actions | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on December 9, 2016, at 9:30 a.m. at the United States District

Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan on the following motions and in the following order:

1. Plaintiffs' Motion to Compel (12-md-02311, ECF Nos. 1187 and 1188) and The Parties' Renewed Motion to Compel Discovery from Certain Non-Party Original Equipment Manufacturers (12-md-02311, ECF No. 1495);

2. Denso Defendants' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers (12-cv-00101, ECF No. 323); and

3. Joint Motion to Compel (12-md-02311, ECF No. 1185).

Date:  December 1, 2016                /s/ Gene J. Esshaki
                                       GENE J. ESSHAKI, MASTER

4853-0322-2589, V.  1