# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## APPEARANCE

Please enter the appearance of Dan K. Webb of Winston & Strawn LLP as counsel for Defendants Corning Incorporated and Corning International Kabushiki Kaisha.

Dated:  December 5, 2016

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Dan K. Webb*
    Dan K. Webb
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, Illinois 60601
    Telephone: 312-558-5856
    dwebb@winston.com

*Attorney for Defendants Corning Incorporated and Corning International Kabushiki Kaisha*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 5, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

              */s/ Dan K. Webb*
              Dan K. Webb
              WINSTON & STRAWN LLP
              35 West Wacker Drive
              Chicago, Illinois 60601
              Telephone: 312-558-5856
              dwebb@winston.com