# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No.: 12-md-02311<br>Honorable Marianne O. Battani<br>Special master Gene J. Esshaki |
| **In Re: All Auto Parts Cases** | 2:12-MD-02311-MOB-MKM |
| **THIS DOCUMENT RELATES TO:**<br>**ALL AUTO PARTS CASES** | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Kimberly Metzger, Esq. from the law firm of Ice Miller LLP as counsel for non-party, Subaru of America, Inc.

Dated: December 8, 2016

ICE MILLER LLP


_/s/ Kimberly Metzger
Kimberly Metzger
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Kimberly.Metzger@icemiller.com
Telephone: (317) 236-2296

Attorney for (non-party) Subaru of America, Inc.

I\11143424.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2016, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

  /s/ Kimberly Metzger
Kimberly Metzger
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282
Telephone: (317) 236-2296
Kimberly.Metzger@icemiller.com

Attorneys for (non-party) Subaru of America, Inc.

I\11143424.1