IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

Master File No. 12-md-02311
Honorable Marianne O. Battani

IN Re:  All Cases

THIS DOCUMENT RELATES TO:
All Actions

### ORDER GRANTING NON-PARTY NISSAN NORTH AMERICA INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL

Before the court is Non-Party Nissan North America, Inc.'s ("NNA") Motion to File Documents Under Seal Pursuant to E.D. Mich. LR 5.3 [Dkt. No. 1570].  The two documents in question – 1) Letter Brief to Address Unresolved Issues as to Scope of Production, dated December 19, 2016; 2) the Declaration of Brian Smith in Support of NNA's Opposition to Letter Brief Regarding Renewed Motion to Compel, dated December 19, 2016 - were submitted to Special Master Gene J. Esshaki on December 19, 2016 and not filed with the Court through Electronic Case Filing

For the reasons set forth in Non-Party Nissan North America's motion, the motion is GRANTED.  At such time as these documents need to be filed on ECF, the documents shall be filed under seal.

IT IS SO ORDERED.

Date:   December 28, 2016

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 28, 2016.

s/ Kay Doaks
Case Manager
