UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| In Re: ALL CASES | Case No. 12-md-02311 |
| THIS RELATES TO: | |
| ALL DEALERSHIP ACTIONS ALL END PAYOR ACTIONS | |

## NOTICE OF CHANGE OF ADDRESS

Undersigned counsel hereby gives notice of change of address, effective November 21, 2016, for the law firm of Neal & Harwell, PLC and respectfully requests that all future pleadings, correspondence, and other notices to that firm and its attorneys be addressed as follows:

>Neal & Harwell, PLC
>1201 Demonbreun Street, Suite 1000
>Nashville, TN  37203

Telephone, facsimile and e-mail contact information will remain the same.

>Respectfully submitted,
>
>*Charles Barrett*
>Elizabeth Tipping
>Charles Barrett
>Megan N. Deardorff
>William J. Harbison II
>NEAL & HARWELL, PLC
>1201 Demonbreun Street, Suite 1000
>Nashville, TN 37203
>(615) 244-1713

cbarrett@nealharwell.com  
etipping@nealharwell.com  
mdeardorff@nealharwell.com  
jharbison@nealharwell.com  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that that a true and complete copy of the foregoing was served on all counsel via the Court's ECF filing system on January 4, 2017.

                                              */s/ Charles Barrett*  
                                                Charles Barrett