**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311 |
| | : Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS RELATES TO: | |
| All Actions | |

**NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that effective January 1, 2017 Arnold & Porter LLP has

consummated its merger with Kaye Scholer LLP. The resulting firm is known as Arnold &

Porter Kaye Scholer LLP.  The firm's location, telephone number, and facsimile number remain

unchanged.  As a result of the firm name change, the e-mail domain for all attorneys has changed

to @apks.com.  E-mails sent to the previous @aporter.com email domain will be automatically

forwarded for one year.

**On Behalf of Koito Manufacturing Co., Ltd. as defendant:**

- 12-md-02311
- 2:13-cv-01200
- 2:13-cv-01202
- 2:13-cv-01203
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

**On Behalf of North American Lighting, Inc. as defendant:**

- 12-md-02311
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

Dated: January 5, 2017          Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Emily Blackburn
    Franklin Liss, Esq.
    Matthew Tabas, Esq.
    Emily Blackburn, Esq.
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Ave. NW
    Washington, DC 20001
    (202) 942-5000
    (202) 942-5999 - facsimile
    frank.liss@apks.com
    matthew.tabas@apks.com
    emily.blackburn@apks.com

    Howard B. Iwrey (P39635)
    Brian M. Moore (P58584)
    DYKEMA GOSSETT PLLC
    39577 Woodward Ave., Suite 300
    Bloomfield Hills, MI 48304
    Tel: (248) 203-0700
    Fax: (248) 203-0763
    hiwrey@dykema.com
    bmoore@dykema.com

    *Attorneys for Defendants Koito Manufacturing Co.,*
    *Ltd., and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

        I hereby certify that on January 5, 2017, I caused the foregoing Notice of Firm Name Change to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: January 5, 2017                           By:  /s/ Riley Berg
                                                               Riley Berg