# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311<br>: Honorable Marianne O. Battani<br>: |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br><br>All Actions | :<br>:<br>:<br>:<br>: |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Arnold & Porter LLP has changed its name to Arnold &

Porter Kaye Scholer LLP.  The firm's location, telephone number, and facsimile number remain

unchanged.  As a result of the firm name change, the email domain for all attorneys has changed

to @apks.com.  Emails sent to the previous @aporter.com email domain will be automatically

forwarded for one year.

**On Behalf of Yamashita Rubber Co., Ltd. and YUSA Corporation as defendants:**

- 12-md-02311
- 2:13-cv-00800
- 2:13-cv-00801
- 2:13-cv-00802
- 2:13-cv-00803

Dated:  January 5, 2017                     Respectfully submitted,

                                            ARNOLD & PORTER KAYE SCHOLER LLP

                                            By:    /s/  Michael A. Rubin
                                                   James L. Cooper
                                                   Michael A. Rubin
                                                   Adam M. Pergament
                                                   Matthew J. Oster
                                                   ARNOLD & PORTER KAYE SCHOLER LLP
                                                   601 Massachusetts Avenue NW
                                                   Washington, DC 20001
                                                   Telephone: (202) 942-5866
                                                   Facsimile: (202) 942-5999
                                                   james.cooper@apks.com
                                                   michael.rubin@apks.com
                                                   adam.pergament@apks.com
                                                   matthew.oster@apks.com

                                                   Joanne Geha Swanson (P33594)
                                                   Fred Herrmann (P49519)
                                                   Matthew L. Powell (P69186)
                                                   KERR, RUSSELL AND WEBER, PLC
                                                   500 Woodward Avenue, Suite 2500
                                                   Detroit, MI 48226
                                                   (313) 961-0200
                                                   (313) 961-0388 (facsimile)
                                                   jswanson@kerr-russell.com
                                                   fherrmann@kerr-russell.com
                                                   mpowell@kerr-russell.com

                                                   *Counsel for Yamashita Rubber Co., Ltd. and YUSA Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2017, I caused the foregoing Notice of Firm Name Change to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.

Dated: January 5, 2017                              By:   /s/ Riley C. Berg
                                                                        Riley C. Berg