# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | )  12-md-02311 <br> )  Honorable Marianne O. Battani <br> )  Magistrate Judge Mona K. Majzoub <br> ) |
| In Re:  EXHAUST SYSTEM CASES | )  2:16-cv-03702 <br> )  2:16-cv-03703 <br> ) |
| THIS RELATES TO:  ALL EXHAUST SYSTEM CASES | ) <br> )  2:16-cv-11082-MOB-MKM <br> )  2:16-cv-11087- MOB-MKM |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Cindy Dunlap Hinkle of the law firm of Buchanan Ingersoll & Rooney PC, hereby withdraws as counsel of record for Defendant Meritor, Inc. in all Exhaust System cases.

Dated:  January 6, 2017
Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By:  */s/ Cindy Dunlap Hinkle*
Cindy Dunlap Hinkle (I.D. No. 86318)

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
412-392-1682
412-562-1041

cindy.hinkle@bipc.com

*Attorneys for Defendant Meritor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the forgoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Cindy Dunlap Hinkle*
Cindy Dunlap Hinkle (I.D. No. 86318)
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
412-392-1682
412-562-1041
cindy.hinkle@bipc.com

*Attorneys for Defendant Meritor, Inc.*