**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311 Honorable Marianne O. Battani Magistrate Judge Mona K. Majzoub |
| In Re: EXHAUST SYSTEM CASES | ) ) ) | 2:16-cv-03702 2:16-cv-03703 |
| THIS RELATES TO: ALL EXHAUST SYSTEM CASES | ) ) ) | 2:16-cv-11082-MOB-MKM 2:16-cv-11087- MOB-MKM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Wendelynne J. Newton of the law firm of Buchanan Ingersoll & Rooney PC, hereby withdraws as counsel of record for Defendant Meritor, Inc. in all Exhaust System cases.

Dated: January 6, 2017

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By:  /s/ Wendelynne J. Newton
Wendelynne J. Newton (I.D. No. 35163)

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
412-562-8932
412-562-1041

wendelynne.newton@bipc.com

*Attorneys for Defendant Meritor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the forgoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

        BUCHANAN INGERSOLL & ROONEY PC

By:   */s/ Wendelynne J. Newton*
       Wendelynne J. Newton (I.D. No. 35163)

       One Oxford Centre
       301 Grant Street, 20th Floor
       Pittsburgh, PA  15219-1410
       412-562-8932
       412-562-1041

       wendelynne.newton@bipc.com

       *Attorneys for Defendant Meritor, Inc.*