**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF WITHDRAWAL FROM AND**
**CORRECTION TO PLEADINGS REGARDING RENEWED MOTION**

Fujikura Ltd. and Fujikura Automotive America LLC (together, the "Fujikura Defendants") respectfully give notice that they withdraw from, and correct the signature blocks to, the following papers filed in the above-referenced action:

- The Parties' Motion To File Declarations Under Seal Pursuant To E.D. Mich. LR 5.3, filed November 7, 2016 at ECF No. 1494;

- The Parties' Notice of Motion and Renewed Motion to Compel Discovery From Certain Non-Party Original Equipment Manufacturers and Their Affiliated Entities, filed November 7, 2016 in redacted form at ECF No. 1495 and a sealed version of the same was filed at ECF No. 1500;

- Parties' Joint Motion For Leave To Exceed Page Limit For Parties' Joint Reply To Certain Non-Parties' Oppositions To The Parties Renewed Motion To Compel Discovery, filed December 2, 2016 at ECF No. 1546;

- The Parties' Motion To File The Parties' Joint Reply To Certain Non-Parties' Oppositions To The Parties' Renewed Motion To Compel Discovery Under Seal Pursuant To E.D. Mich. LR 5.3 filed December 2, 2016 at ECF No. 1547; and

- The Parties' Joint Reply To Certain Non-Parties' Oppositions To The Parties' Renewed Motion To Compel Discovery filed December 02, 2016 in redacted form at ECF No. 1548 and a sealed version of the same was filed at ECF No. 1549.

The Fujikura Defendants withdraw from, and correct the signature blocks to, the papers because their signature block was erroneously included on the motion and reply brief by the filing parties.

Dated: January 12, 2017                **KERR, RUSSELL AND WEBER, PLC**

By:  /s/ *Joanne Geha Swanson*
       Joanne Geha Swanson (P33594)
Fred Herrmann (P49519)
Matthew L. Powell (P69186)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 - facsimile
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
James L. Cooper
Michael A. Rubin
Katherine Clemons
Stephanie I. Fine
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999
james.cooper@apks.com
michael.rubin@apks.com
katherine.clemons@apks.com
stephanie.fine@apks.com
*Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

                                                By: /s/ *Joanne Geha Swanson*
                                                    Joanne Geha Swanson (P33594)