## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:** | |
| **ALL CASES** | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jill S. Casselman of Robins Kaplan LLP hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned case, in accordance with the August 8, 2016 Electronic Case Management Protocol Order, 12-md-02311, ECF No. 1448.

Dated: January 20, 2017

By:  */s/ Jill S. Casselman*
Jill S. Casselman
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, California 90067
Tel: 310.552.0130
Fax: 310.229.5800
Email: JCasselman@RobinsKaplan.com

*Attorney for End-Payor Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, the foregoing Notice of Appearance was filed electronically.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.


Dated: January 20, 2017         **ROBINS KAPLAN LLP**

                                By:   */s/ Jill S. Casselman*