# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: BODY SEALING PRODUCTS** | Case No. 2:12-md-2311-MOB-MKM |
| **THIS RELATES TO:**<br><br>**ALL CASES** | |

## APPEARANCE OF BRADLEY R. LOVE

TO:  THE CLERK OF THE COURT

PLEASE enter the appearance of Bradley R. Love of the law firm Barnes & Thornburg LLP as counsel on behalf of Defendant Green Tokai Co., Ltd. ("GTC") in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  January 23, 2017                                BARNES & THORNBURG LLP

                                                        By: /s/ Bradley R. Love
                                                            Bradley R. Love
                                                            Indiana Bar # 31180-49
                                                            BARNES & THORNBURG LLP
                                                            11 South Meridian Street
                                                            Indianapolis, Indiana  46204-3535
                                                            Tel:  317-236-1313
                                                            Fax: 317-231-7433
                                                            bradley.love@btlaw.com

                                                            Attorney for Defendant
                                                            Green Tokai Co., Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2017, I electronically filed my Appearance on behalf of Defendant Green Tokai Co., Ltd. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  January 23, 2017

BARNES & THORNBURG LLP

By:  /s/ Bradley R. Love
Bradley R. Love
Indiana Bar # 31180-49
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204-3535
Tel:  317-236-1313
Fax: 317-231-7433
bradley.love@btlaw.com

Attorney for Defendant
Green Tokai Co., Ltd.

DMS 4622140v1