IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |

IN Re: All Cases

THIS DOCUMENT RELATES TO:
All Actions

## NOTICE OF CHANGE OF FIRM

Attorney E. Paul Cauley, Jr. files this Notice of Change of Address in the above captioned case. This change will take effect on February 1, 2017. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Drinker Biddle & Reath, LLP
1717 Main Street, Suite 5400
Dallas, TX 75201
Phone: 469.357.2500
Fax: 469.327.0860
paul.cauley@dbr.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Change of Firm was furnished to all counsel of record via electronic filing this 31st day of January, 2017.

DATED: January 31, 2017

Respectfully submitted,

Sedgwick, LLP

By:     /s/ *E. Paul Cauley, Jr.*
E. Paul Cauley, Jr.
paul.cauley@sedgwicklaw.com
1717 Main Street, Suite 5400
Dallas, TX 75201
Phone: 469-227-4603
Fax: 469-227-8004

Attorneys for Nissan North America, Inc.