REDACTED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | : | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| | : | |
| THIS RELATES TO: | : : | |
| Direct Purchaser Actions | : | |
| Automobile Dealership Actions | : | |
| End Payor Actions | : | |
| Truck and Equipment Dealership Actions | : : | |

## DEFENDANTS' STATEMENT REGARDING
## APPOINTMENT OF MEDIATION FACILITATOR

In accordance with the Court's decision at the January 25, 2017 status conference to appoint a Mediation Facilitator, the undersigned Defendants propose the following candidates for the Court's consideration, and propose the following role for the Facilitator.

**I.     FACILITATOR CANDIDATES**

[redacted]

## II.     ROLE OF FACILITATOR

Defendants have reviewed Class Plaintiffs' Joint Statement Regarding Appointment of Settlement Facilitator, 2:12-md-02311-MOB-MKM, ECF No. 1633 (Feb. 1, 2017) and do not object to Plaintiffs' description of the role of the Facilitator, but propose that any order entered appointing the Facilitator also include that:

- The parties will have thirty (30) days from entry of an order appointing the Facilitator to select a mediator.

- All information or documents received by the Facilitator, whether as Facilitator or as a mediator, will be confidential and will not be shared with any non-participant to a mediation, including the Court, the Special Master, or parties to another case.

- The Facilitator shall prepare billing records with reasonably detailed descriptions of the work performed and submit them to the appropriate parties for payment.

- A Defendant's participation in mediation, and any engagement with the Facilitator, will not be deemed a waiver of (a) any jurisdictional or affirmative defenses under Fed. R. Civ. P. 8 or 12, (b) any rights or defenses the Defendant has asserted or may assert, including a right to arbitration, (c) any other statutory or common law defenses, or (d) service under Fed. R. Civ. P. 4.

Respectfully submitted,

Dated: February 1, 2017

| | |
|---|---|
| */s/ Barry A. Pupkin (w/consent)* | */s/ George A. Nicoud III (w/consent)* |
| Barry A. Pupkin | George A. Nicoud III |
| Iain R. McPhie | Joshua D. Dick |
| Jeremy W. Dutra | [Angela Y. Poon] |
| **SQUIRE PATTON BOGGS (US) LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| 2550 M Street, NW | 555 Mission Street |
| Washington, DC 20037 | San Francisco, CA 94105 |
| Tel: (202) 457-6000 | Telephone: (415) 393-8200 |
| Fax: (202) 457-6315 | Fax: (415) 393-8306 |
| Barry.Pupkin@squirepb.com | tnicoud@gibsondunn.com |
| Iain.McPhie@squirepb.com | |
| Jeremy.Dutra@squirepb.com | *Counsel for Defendant Alpha Technology Corporation* |

*Counsel for Aisan Industry Co., Ltd., Aisan Corporation of America, Franklin Precision Industry, Inc., and Hyundam Industrial Co., Ltd.*

**REDACTED**

*/s/ Steven A. Reiss (w/consent)*
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
Kajetan Rozga
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com
kajetan.rozga@weil.com

Frederick R. Juckniess
**SCHIFF HARDIN LLP**
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1504
Facsimile: (734) 222-1501
fjuckniess@schiffhardin.com

*Attorneys for Defendants Bridgestone Corporation and Bridgestone APM Company*

*/s/ Steven A. Reiss (w/consent)*
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com

Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
**KERR, RUSSELL AND WEBER PLC**
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Defendants Calsonic Kansei Corporation and Calsonic Kansei North America, Inc.*

*/s/ Jeffrey L. Kessler (w/consent)*
Jeffrey L. Kessler
Dan K. Webb
William C. O'Neil
Jeffrey J. Amato
Gretchen Vetter Scavo
Angela A. Smedley
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dwebb@winston.com
woneil@winston.com
jamato@winston.com
gscavo@winston.com
asmedley@winston.com

Steven C. Sunshine
Paul M. Eckles
Tiffany R. Rohrbaugh
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-9139
steve.sunshine@skadden.com
paul.eckles@skadden.com
tiffany.rider@skadden.com

Robert S. Harrison
James J. Hunter
**ROBERT HARRISON & ASSOCIATES, PLC**
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Telephone: (248) 283-1600
Facsimile: (248) 283-1609
rsh@harrisonplc.com
jhunter@harrisonplc.com

*Counsel for Corning Incorporated and Corning International Kabushiki Kaisha*

*/s/ Steven F. Cherry (w/consent)*
Steven F. Cherry
David P. Donovan
Brian C. Smith
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

*Counsel for Defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., and ASMO North Carolina Inc.*

Steven M. Zarowny
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Counsel for Defendant DENSO International America, Inc.*

5

/s/ Jeremy J. Calsyn (w/consent)
Jeremy J. Calsyn
Tara L. Tavernia
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 974-1500
Fax: (202) 974-1999
jcalsyn@cgsh.com
ttavernia@cgsh.com

Howard B. Iwrey (P39635)
Cale A. Johnson (P78032)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
cjohnson@dykema.com
crockey@dykema.com

*Counsel for Faurecia SA and Faurecia Emissions Control Technologies, USA, LLC*

/s/Larry S. Gangnes (w/consent)
Larry S. Gangnes
Heidi B. Bradley
**LANE POWELL PC**
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com
bradleyh@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
**LANE POWELL PC**
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
**KEMP KLEIN LAW FIRM**
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.*

6

*/s/ Bradley Love (w/consent)*
Kendall Millard
Bradley Love
**BARNES & THORNBURG, LLP**
11 South Meridian Street
Indianapolis, IN 46204-3535
Tel: 317-231-7461
Fax: 317-231-7433
Kendall.Millard@btlaw.com
Bradley.Love@btlaw.com

Valerie Mullican (# P74045)
**BARNES & THORNBURG, LLP**
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, Michigan 49503
Tel: 616-742-3930
Fax: 616-742-3999
Valerie.Mullican@btlaw.com

*Counsel for Defendants Green Tokai Co., Ltd, KYB Corporation, f/k/a Kayaba Industry Co., Ltd., and KYB Americas Corporation.*

*/s/ Howard B. Iwrey*
Howard B. Iwrey (P39635)
Cale A. Johnson (P78032)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
cjohnson@dykema.com
crockey@dykema.com

Roxann E. Henry
**MORRISON & FOERSTER, LLP**
2000 Pennsylvania Avenue, N.W. Suite 6000
Washington, DC 20006
Tel: 202-887-1595
Fax: 202-785-7602
rhenry@mofo.com

*Counsel for Inoac Group North America, LLC, and Inoac USA Inc.*

*/s/ Heather L. Kafele (w/consent)*
Heather L. Kafele
Keith R. Palfin
Kyle M. Noonan
**SHEARMAN & STERLING LLP**
401 9th Street, NW
Washington, DC 20004
Phone: (202) 508-8000
Fax: (202) 508-8100
hkafele@shearman.com
keith.palfin@shearman.com
kyle.noonan@shearman.com

Edward T. Decker
Arjun Chandran
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Phone: (212) 848-4000
Fax: (212) 848-7179
edward.decker@shearman.com
arjun.chandran@shearman.com

Brian M. Akkashian
**PAESANO AKKASHIAN & APKARIAN P.C.**
7457 Franklin Road, Suite 200
Bloomfield Hills, MI 48301
Phone: (248) 792-6886
Fax: (248) 792-6885
bakkashian@paalawfirm.com

*Counsel for Defendants JTEKT Corporation and JTEKT North America Corporation*

*/s/ Bruce A. Baird (w/consent)*
Bruce A. Baird
Sarah L. Wilson
Michael A. Fanelli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 662-6291
bbaird@cov.com
swilson@cov.com
mfanelli@cov.com

Anita F. Stork
**COVINGTON & BURLING LLP**
One Front Street
35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Fax: (415) 955-6550
astork@cov.com

*/s/ Maureen T. Taylor (w/consent)*
Maureen T. Taylor
**BROOKS WILKINS SHARKEY & TURCO PLLC**
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1721
Fax: (248) 971-1801
taylor@bwst-law.com

*Counsel for Defendants Keihin Corporation and Keihin North America, Inc*

*/s/ Franklin R. Liss (w/consent)*
Franklin R. Liss
Matthew Tabas
Emily J. Blackburn
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
frank.liss@apks.com
matthew.tabas@apks.com
emily.blackburn@apks.com

Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*

*/s/ William M. Sullivan Jr. (w/consent)*
William M. Sullivan Jr.
Michael L. Sibarium
Jeetander T. Dulani
Adya S. Baker
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036-3006
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
wsullivan@pillsburylaw.com
michael.sibarium@pillsburylaw.com
jeetander.dulani@pillsburylaw.com
adya.baker@pillsburylaw.com

*Counsel for Defendants Mikuni Corporation and Mikuni America Corporation*


| | |
|---|---|
| */s/ George A. Nicoud III (w/consent)*<br>George A. Nicoud III (SBN 160111)<br>Rachel S. Brass (SBN 319301)<br>Austin Schwing (SBN 211696)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br>tnicoud@gibsondunn.com<br>rbrass@gibsondunn.com<br>aschwing@gibsondunn.com<br><br>*Counsel for Defendants American Mitsuba Corporation and Mitsuba Corporation* | */s/ Terrence J. Truax (w/consent)*<br>Terrence J. Truax<br>Charles B. Sklarsky<br>Michael T. Brody<br>Gabriel A. Fuentes<br>Daniel T. Fenske<br>**JENNER & BLOCK LLP**<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>ttruax@jenner.com<br>csklarsky@jenner.com<br>mbrody@jenner.com<br>gfuentes@jenner.com<br>dfenske@jenner.com<br><br>Gary K. August<br>**ZAUSMER, AUGUST & CALDWELL, P.C.**<br>31700 Middlebelt Road, Suite 150<br>Farmington Hills, MI 48334-2374<br>gaugust@zacfirm.com<br><br>*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.* |

/s/ William L. Monts (w/consent)
William L. Monts III
Benjamin F. Holt
Meghan E.F. Rissmiller
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600
willam.monts@hoganlovells.com
benjamin.holt@hoganlovells.com
meghan.rissmiller@hoganlovells.com

Scott T. Seabolt
**SEABOLT LAW FIRM**
17199 N. Laurel Park Drive
Suite 215
Livonia, Michigan 48152
(248) 717-1302
sseabolt@seaboltpc.com

*Counsel for Mitsubishi Heavy Industries, Ltd;Mitsubishi Heavy Industries America, Inc.; and Mitsubishi Heavy Industries Climate Control, Inc.*

/s/Kenneth R. Davis II (w/consent)
Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
Hans N. Huggler
**LANE POWELL PC**
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com
hugglerh@lanepowell.com

Larry S. Gangnes
Heidi B. Bradley
**LANE POWELL PC**
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com
bradleyh@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
**KEMP KLEIN LAW FIRM**
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone: (248) 528-1111
Facsimile: (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America, Inc.*

*/s/ Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*/s/ Rachel J. Adcox (w/consent)*
Rachel J. Adcox
**AXINN VELTROP & HARKRIDER LLP**
950 F Street NW
Washington, DC 20004
Tel: 202-912-4700
Fax: 202-912-4701
radcox@axinn.com

John M. Tanski
**AXINN VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
Tel: 860-275-8100
Fax: 860-275-8101
jtanski@axinn.com

Nicholas E.O. Gaglio
**AXINN, VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
Tel: 212-728-2200
Fax: 212-728-2201
ngaglio@axinn.com

*Attorneys for Defendants Nishikawa Rubber Company, Nishikawa of America, Inc. and Nishikawa Cooper LLC*

*/s/ Jeremy Calsyn (w/consent)*
Jeremy Calsyn (DC Bar #467737)
Steven J. Kaiser (DC Bar #454251)
Teale Toweill (DC Bar #996061)
Carl Lawrence Malm (DC Bar #1104489)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
jcalsyn@cgsh.com
skaiser@cgsh.com
ttoweill@cgsh.com
lmalm@cgsh.com

*Counsel for Defendants NSK Ltd. and NSK Americas, Inc.*

*/s/ A. Paul Victor (w/consent)*
A. Paul Victor
Jeffrey L. Kessler
Jeffrey J. Amato
Molly M. Donovan
Elizabeth A. Cate
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
Fax: (212) 294-4700
pvictor@winston.com
jkessler@winston.com
mmdonovan@winston.com
jamato@winston.com
ecate@winston.com

Fred K. Herrmann (P49519)
**KERR, RUSSELL AND WEBER, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
fkh@krwlaw.com

*Counsel for Defendants NTN Corporation and NTN USA Corporation*

*/s/ Jeffrey L. Kessler (w/consent)*
Jeffrey L. Kessler
A. Paul Victor
Eva W. Cole
Jeffrey J. Amato
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700 (t)
(212) 294-4700 (f)
jkessler@winston.com
pvictor@winston.com
ewcole@winston.com
jamato@winston.com

Brandon Duke
**WINSTON & STRAWN LLP**
1111 Louisiana Street, 25th Floor
Houston, TX 77002
(713) 651-2636 (t)
(713) 651-2700 (f)
bduke@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

*/s/ John Roberti (w/consent)*
John Roberti
Matthew R. Boucher
**ALLEN & OVERY LLP**
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
john.roberti@allenovery.com
matthew.boucher@allenovery.com

Michael S. Feldberg
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
**WARNER NORCROSS & JUDD LLP**
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com
mbrady@wnj.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

*/s/ Mark A. Ford (w/consent)*
Mark A. Ford
mark.ford@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone:(617) 526-6423
Facsimile:(617) 526-5000

Stacy Frazier
stacy.frazier@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006
Telephone:(202) 663-6000
Facsimile:(202) 663-6363

Neil J. Juliar
**CONLIN, MCKENNEY & PHILBRICK, P.C.**
350 S. Main St. Suite 400
Ann Arbor, MI 48103
Juliar@cmplaw.com

*Attorneys for Defendant Schaeffler Group USA Inc.*

14

/s/ J. Clayton Everett, Jr. (w/consent)
J. Clayton Everett, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants Showa Corporation and American Showa, Inc*

/s/ Sheldon H. Klein (w/consent)
Sheldon H. Klein
David F. DuMouchel
**BUTZEL LONG**
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
sklein@butzel.com
dumouchd@butzel.com

W. Todd Miller
**BAKER & MILLER PLLC**
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Counsel for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

/s/ Debra H. Dermody (w/consent)
Debra H. Dermody
Michelle A. Mantine
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3302/4268
Fax: (412) 288-3063
ddermody@reedsmith.com
mmantine@reedsmith.com

/s/ Howard B. Iwrey (w/consent)
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Attorneys for Defendant SKF USA Inc.*

/s/ Marguerite M. Sullivan (w/consent)
Marguerite M. Sullivan
Allyson M. Maltas
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Maggy.Sullivan@lw.com
Allyson.Maltas@lw.com

Howard B. Iwrey (P39635)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com
crockey@dykema.com

*Counsel for Toyo Denso Co., Ltd. and Weastec, Inc.*

*/s/ David C. Giardina (w/consent)*
David C. Giardina
Kevin M. Fee
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com
kfee@sidley.com

Bradley J. Schram
MI Bar # P26337
**HERTZ SCHRAM PC**
1760 S. Telegraph Road
Suite 3000
Bloomfield Hills, MI 48302
Tel.: (248) 335-5000
Fax: (248) 335-3346
bschram@hertzschram.com

*Counsel for Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing, Inc., Toyo Automotive Parts (USA), Inc., and Toyo Tire North America OE Sales LLC*

*/s/ Molly S. Crabtree (w/consent)*
Molly S. Crabtree (Ohio Bar No. 0073823)
**PORTER WRIGHT MORRIS & ARTHUR LLP**
41 S High St. Suites 2800-3200
Columbus, OH 43215
Telephone: 614-227-2015
Facsimile: 614-227-2100
Email: mcrabtree@porterwright.com

*Attorney for Yamada Manufacturing Co., Ltd. and Yamada North America, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311 : Honorable Marianne O. Battani |
| THIS RELATES TO: Direct Purchaser Actions Automobile Dealership Actions End Payor Actions Truck and Equipment Dealership Actions | : : : : : |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2017, I caused the foregoing Defendants' Statement Regarding Appointment of Mediation Facilitator to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

*/s/ Howard. B. Iwrey*
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com