UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master file No. 12-md-02311 |
| IN RE WIRE HARNESS | |
| THIS DOCUMENT RELATES TO ALL CASES | Case No. 2:12-cv-00100-MOB-MKM<br>Case No. 2:12-cv-00101-MOB-MKM<br>Case No. 2:12-cv-00102-MOB-MKM<br>Case No. 2:12-cv-00103-MOB-MKM<br>Case No. 2:12-md-02311-MOB-MKM |

## ORDER WITHDRAWING APPEARANCE OF COUNSEL

IT IS HEREBY ORDERED that Courtney E. Torres is withdrawn as counsel for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation ("the Chiyoda Defendants") in the above-captioned matters.

Date: February 10, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge