# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311 <br> : Honorable Marianne O. Battani <br> : |
| In Re: ALL PARTS | |
| THIS RELATES TO: <br><br> All Actions | : <br> : <br> : <br> : <br> : |

## ORDER GRANTING ATTORNEY WITHDRAWAL

Notice has been filed regarding the withdrawal of Danielle M. Garten of Arnold & Porter LLP as counsel for defendants Yamashita Rubber Co. Ltd., YUSA Corporation, Koito Manufacturing Co., Ltd., and North American Lighting, Inc. Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Ms. Garten shall be removed as attorney of record in the following cases:

**On Behalf of Yamashita Rubber Co., Inc. and YUSA Corporation as defendants:**

- 12-md-02311-MOB-MKM
- 2:13-cv-00800-MOB-MKM
- 2:13-cv-00802-MOB-MKM
- 2:13-cv-00803-MOB-MKM

**On Behalf of Koito Manufacturing Co., Ltd. as defendant:**

- 12-md-02311-MOB-MKM
- 2:13-cv-01200-MOB-MKM
- 2:13-cv-01202-MOB-MKM
- 2:13-cv-01203-MOB-MKM
- 2:13-cv-01700-MOB-MKM
- 2:13-cv-01702-MOB-MKM
- 2:13-cv-01703-MOB-MKM

**On Behalf of North American Lighting, Inc. as defendant:**

- 12-md-02311-MOB-MKM
- 2:13-cv-01700-MOB-MKM
- 2:13-cv-01702-MOB-MKM
- 2:13-cv-01703-MOB-MKM

THE LAW OFFICE OF ATTORNEY DANIELLE M. GARTEN IS DIRECTED TO

DOCKET A DISCONTINUE OF NEF's AND REMOVE ATTORNEY GARTEN FROM ALL

CASES LISTED IN THE ORDER. (Discontinue of NEF's event is located under Other

Filings/Other documents).

Dated: February 13, 2017                    /s/ Marianne O. Battani

                                            MARIANNE O. BATTANI
                                            United States District Judge