# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311<br>: Honorable Marianne O. Battani |
| THIS RELATES TO: | : |
| Direct Purchaser Actions<br>Automobile Dealership Actions<br>End Payor Actions<br>Truck and Equipment Dealership Actions | : |

## ORDER GRANTING DEFENDANTS' MOTION
## TO FILE AND MAINTAIN INFORMATION UNDER SEAL

For the reasons set forth in Defendants' Motion to File and Maintain Information Under Seal, the Court FINDS that Section I of Defendants' Statement Regarding Appointment of Mediation Facilitator should be maintained under seal because there is no public interest in Defendants' positions with respect to Mediation Facilitator candidates and a clear risk of prejudice to Defendants of disclosing those positions publicly.

It is hereby ORDERED that the foregoing documents shall be maintained under seal, in in part, as indicated herein.

**IT IS SO ORDERED.**

Date:  February 21, 2017

BY THE COURT:

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge