## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Hon. Marianne O. Battani |
| In re: ANTI-VIBRATIONAL RUBBER PARTS CASES | 2:13-cv-00800-MOB-MKM 2:13-cv-00802-MOB-MKM 2:13-cv-00803-MOB-MKM |
| THIS RELATES TO: DEALERSHIP ACTIONS END-PAYOR ACTIONS | |

## MOTION TO STRIKE FILING OF DOCUMENT 1679 UNDER INCORRECT ATTORNEY NAME

Pursuant to Local Rule 7.1, Defendants Sumitomo Riko Company Limited and DTR Industries, Inc. submits this Motion to Strike due to inadvertently filing Document No. 1679 under the incorrect attorney name. For clarification of the Court's records, Defendants Sumitomo Riko Company Limited and DTR Industries, Inc. requests that the Court strike the filing of Court Docket No. 1679.

For the reasons stated herein, this Court should grant Defendants Sumitomo Riko Company Limited and DTR Industries, Inc.'s Motion to Strike filing of Document Number 1679.

Dated: February 23, 2017    Respectfully submitted,

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr. (D.C. Bar No. 469652)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com
*Attorney for Defendants Sumitomo Riko Company Limited and DTR Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, I caused a true and correct copy of the foregoing MOTION TO STRIKE FILING OF DOCUMENT 1679 UNDER INCORRECT ATTORNEY NAME to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: February 23, 2017

        /s/ J. Clayton Everett, Jr.
        J. Clayton Everett, Jr. (D.C. Bar No. 469652)
        **MORGAN, LEWIS & BOCKIUS LLP**
        1111 Pennsylvania Avenue, NW
        Washington, DC 20004
        Telephone:  (202) 739-3000
        Facsimile:   (202) 739-3001
        clay.everett@morganlewis.com
        *Attorney for Defendants Sumitomo Riko*
        *Company Limited and DTR Industries, Inc.*