**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) |
| | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) ) |
| THIS RELATES TO: ALL CASES | ) ) ) ) |

### <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Emre N. Ilter of McDermott Will & Emery LLP hereby enters an appearance on behalf of Defendant NGK Insulators, Ltd. in the above-captioned cases.

DATED: February 24, 2017

*/s/ Emre N. Ilter*
Emre N. Ilter
McDermott Will & Emery LLP
500 N. Capitol St., N.W.
Washington, D.C. 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
eilter@mwe.com

*Attorney for NGK Insulators, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Emre N. Ilter*
Emre N. Ilter