UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| IN RE ALL AUTO PARTS CASES | : : : : | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : | |

**ORDER GRANTING THE PARTIES' MOTION TO FILE
THEIR RESPONSE TO NONPARTY HONDA'S OBJECTIONS TO THE
SPECIAL MASTER'S ORDER REGARDING HONDA DISCOVERY DATED
JANUARY 19, 2017 (ECF NO. 1607) UNDER SEAL PURSUANT TO LOCAL RULE 5.3**

This matter having come before the Court upon the Parties'[1] Motion to File Their Response to Nonparty Honda's Objections to Special Master's Order Regarding Honda Discovery Dated January 19, 2017 (ECF No. 1607) ("Motion") Under Seal Pursuant to Local Rule 5.3, and the Court being otherwise fully advised in the premises:

1. WHEREAS, the Parties filed a Motion under Local Rule 5.3 for leave to file their Response to Nonparty Honda's Objections to Special Master's Order Regarding Honda Discovery Dated January 19, 2017 ("Response") and Exhibit A to the Declaration of Steven N. Williams In Support of the Response ("Williams Decl.") under seal;

---

[1] The Parties include the End Payor Plaintiffs ("EPPs") and Truck and Equipment Dealer Plaintiffs in the cases that make up *In re Automotive Parts Antitrust Litigation*, Master File No. 2:12-md-02311-MOB-MKM (E.D. Mich.).

2. WHEREAS, under Local Rule 5.3, the Court finds there is good cause to issue the Order granting the Motion because sealing the Response and Exhibit A to the Williams Declaration would protect the specific and significant interests of nonparty Honda[2] in protecting its claimed highly confidential information;

3. WHEREAS, under Local Rule 5.3, the Court has considered the interests of the Parties and nonparties and finds that no less restrictive means exist that will adequately, effectively, and reasonably protect the interests of nonparty Honda; and

4. WHEREAS, the Court has considered the interests of the Parties and nonparties, and that of the public, in determining whether to grant the relief requested in this Order. Based on these findings, IT IS HEREBY ORDERED that the Parties may file their Response and Exhibit A to the Williams Declaration under seal.

**IT IS SO ORDERED.**

Date:   February 24, 2017	s/Marianne O. Battani
	MARIANNE O. BATTANI
	United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on February 24, 2017.

	s/ Kay Doaks
	Case Manager

---

[2] "Honda" includes American Honda Motor Company, Inc., Honda Manufacturing of Indiana LLC, Honda North America, Inc., Honda of America Mfg., Inc., Honda of South Carolina Mfg., Inc., Honda Precision Parts of Georgia, LLC, Honda R&D Americas, Inc., Honda Research Institute USA, Inc., and Honda Transmission Manufacturing of America, Inc.