

# Antonino Acura

Shawn Raiter

Larson King LLP

30 East Seventh Street, Suite 2800

St. Paul, Minnesota 55101

T:651-312-6511

F:651-789-4891

We at Antonino Acura at Rt 184, 340 Gold Star Hwy in Groton Ct 06340 do strongly object to producing sales data that was from January 2000 to February 2010 as described in a letter dated December 23 2016 from Honda North America, pertaining to a class action law suit to Honda.

*John Antonino*

John Antonino

Dealer

Antonino Acura

340 Gold Star Hwy

Groton, Ct 06340

Rec'd 1-12-17