UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | HON. MARIANNE O. BATTANI |

### AGENDA FOR MARCH 22, 2017 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.   REPORT OF MASTER**

**II.   ALL ACTIONS IN MDL 2311**

    A.   Status of Settlements (*See also* Status Report, § I).

**III.   WIRE HARNESSES**

    A.   Hearing Date for Furukawa Defendants' Second Amended Motion for Summary Judgment filed February 22, 2017. (See Doc. Nos. 421, 422, 423, 424, 425, 426, 427 and 428 in 101.)

    B.   Hearing Date for Ceramic Substrates (2:16-cv-03800)
       1. NGK Insulators Defendants' Motion to Dismiss (Doc. No. 12 in Case 2:16-cv-03802; Doc. No. 46 in Case 2:16-cv-3803).

    2.  Corning Defendants' Motion to Dismiss (Doc. No. 13 in Case 2:16-cv-03802; Doc. No. 47 in Case 2:16-cv-3803) and Request for Judicial Notice (Doc. No. 14 in Case 2:16-cv-03802; Doc. No. 48 in Case 2:16-cv-3803).

## IV. DATE FOR NEXT STATUS CONFERENCE

    A.    The next two Status Conferences are scheduled for June 7, 2017 at 10:00 a.m. and September 13, 2017 at 10:00 a.m.

    B.    Scheduling of Subsequent Status Conference.

## V. OTHER MATTERS

Any party interested in any part should appear.

## VI. MOTION HEARINGS

    A.    Bearings (12-507)

        1.  Final Approval Hearing on Truck and Equipment Dealers' Settlements with Certain Defendants (*See* Doc. No. 45 in Case No. 507, Doc. No. 62 in Case No. 2:14-cv-13356).

        2.  Truck and Equipment Dealer Plaintiffs' Motion for Attorney Fees, Reimbursement of Litigation Expenses, and Service Awards (Doc. No. 54 in Case No. 507, Doc. No. 65 in Case No. 2:14-cv-13356).

Date: March 6, 2017                                      **/s/ Marianne O. Battani**
                                                                       MARIANNE O. BATTANI
                                                                       UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

<u>s/KaMyra Doaks</u>

Case Manager
