## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-MD-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF CHANGE OF LAW FIRM OF ATTORNEY FOR DEFENDANTS JTEKT CORPORATION AND JTEKT NORTH AMERICA CORPORATION

TO ALL INTERESTED PARTIES:

Please take notice that as of March 6, 2017, Heather L. Kafele, counsel for JTEKT

Corporation and JTEKT North America Corporation, formerly d/b/a/ Koyo Corporation of

U.S.A., Inc., in the above-captioned matter, has relocated from Shearman & Sterling LLP to

Winston & Strawn LLP.

| Prior Law Firm | Current Law Firm |
|---|---|
| SHEARMAN & STERLING LLP | WINSTON & STRAWN LLP |
| 401 9th Street, NW, Suite 800 | 1700 K Street, NW |
| Washington, DC 20004 | Washington, DC 20006 |
| Phone: 202-508-8097 | Phone: 202-282-5274 |
| hkafele@shearman.com | hkafele@winston.com |

This change affects the following attorneys:

Heather L. Kafele

All other Shearman & Sterling LLP attorneys who have entered appearances representing

JTEKT Corporation and JTEKT North America Corporation in this matter will continue in their

representation of JTEKT Corporation and JTEKT North America Corporation.

                                        RESPECTFULLY SUBMITTED

Date: <u>March 6, 2017</u>          By:     */s/ Heather L. Kafele*
                                        Heather L. Kafele
                                        1700 K Street, NW
                                        Washington, DC 20006
                                        Phone: (202) 282-5274
                                        hkafele@winston.com

                                        *Attorneys for JTEKT Corporation and*
                                        *JTEKT North America Corporation,*
                                        *formerly d/b/a Koyo Corporation of U.S.A.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017, I electronically filed this NOTICE OF CHANGE OF LAW FIRM OF ATTORNEY FOR DEFENDANTS JTEKT CORPORATION AND JTEKT NORTH AMERICA CORPORATION with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

By:     */s/ Heather L. Kafele*
Heather L. Kafele
1700 K Street, NW
Washington, DC 20006
Phone: (202) 282-5274
hkafele@winston.com

*Attorneys for JTEKT Corporation and*
*JTEKT North America Corporation,*
*formerly d/b/a Koyo Corporation of U.S.A.*

3