**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE BEARINGS CASES | |
| THIS RELATES TO:<br>DIRECT PURCHASER CASES | B:12-cv-00501-MOB-MKM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pamela A. Markert of Cera LLP hereby enters her appearance on behalf of Plaintiff McGuire Bearing Company in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 8, 2017          Respectfully submitted,

                              CERA LLP

                              By: /s/ Pamela A. Markert
                              Pamela A. Markert
                              595 Market Street, Suite 2300
                              San Francisco, California 94105
                              Telephone: (415) 777-2230
                              pmarkert@cerallp.com

                              *Counsel for Plaintiff McGuire Bearing Company,*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all ECF-registered counsel.

                <u>/s/ Pamela A. Markert</u>
                Pamela A. Markert