**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-MD-02311<br>: Honorable Marianne O. Battani<br>:<br>: |
| In Re: All Auto Parts Cases | :<br>: |
| THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES | :<br>: |

## MOTION FOR WITHDRAWAL OF COUNSEL JOSEPH R. ASHBY

Non-parties Hyundai Motor America and Hyundai AutoEver America, LLC, in connection with the subpoena served on those entities in the above-referenced MDL action, by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Joseph R. Ashby as counsel in the following actions:

Master File 12-md-02311.

This motion is precipitated by Joseph R. Ashby's departure from the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.  Non-parties Hyundai Motor America and Hyundai AutoEver America, LLC will continue to be represented in the referenced action by Shon Morgan of Quinn Emanuel Urquhart & Sullivan, LLP.  This motion is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of Hyundai Motor America, Hyundai AutoEver America, LLC, or other non-party subpoenaed entities.

1

WHEREFORE, non-parties Hyundai Motor America and Hyundai AutoEver America, LLC respectfully request that the Court enter an order granting the motion to withdraw the appearance.

Dated: March 9, 2017                           Respectfully submitted:

*/s Joseph R. Ashby*
Joseph R. Ashby
California Bar No. 248579
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
josephashby@quinnemanuel.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-MD-02311<br>: Honorable Marianne O. Battani<br>: |
| In Re: All Auto Parts Cases | :<br>: |
| THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES | :<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I electronically filed the forgoing **Motion for Withdrawal of Counsel Joseph R. Ashby** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s Joseph R. Ashby*
                                                Joseph R. Ashby
                                                California Bar No. 248579
                                                Quinn Emanuel Urquhart & Sullivan, LLP
                                                865 S. Figueroa Street, 10th Floor
                                                Los Angeles, CA 90017
                                                (213) 443-3000
                                                josephashby@quinnemanuel.com