## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE enter the Appearance of Alisa S. Mastro of the law firm Shearman & Sterling LLP, as counsel on behalf of JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc., in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 13, 2017

Respectfully Submitted,

By:  */s/ Alisa S. Mastro*
Alisa S. Mastro
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Phone: (202) 508-8103
Fax: (202) 508-8100
Email: alisa.mastro@shearman.com

*Counsel for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2017, I electronically filed my Appearance on behalf of JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

DATED: March 13, 2017

By: */s/ Alisa S. Mastro*
Alisa S. Mastro
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Phone: (202) 508-8103
Fax: (202) 508-8100
Email: alisa.mastro@shearman.com

*Counsel for Defendants JTEKT*
*Corporation, JTEKT North America*
*Corporation, formerly d/b/a Koyo*
*Corporation of U.S.A., and JTEKT*
*Automotive North America, Inc.*

2