UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| | 2:13-cv-00802 |
| In Re: Anti-Vibrational Rubber Parts<br>This document relates to:<br>All Dealership Actions | |
| | 2:12-cv-00100 |
| In Re: Wire Harness Cases<br>This document relates to:<br>All Actions | |
| | 2:13-cv-00803 |
| In Re:<br>This document related to:<br>Anti-Vibrational Rubber Parts | |

## SECOND AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on Thursday, March 23, 2017, at 9:30 a.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan on the following matters and in the following order:

1. Defendants' Motion to Compel Auto Dealer Plaintiffs to Respond to Interrogatories No. 49 and 50 Regarding Preservation of their Transactional Data (2:13-cv-00802; ECF No. 196);

2. Auto Dealers' Motion to Strike (2:13-cv-00802; ECF No. 200);

3. Delphi's Transactional Data Production (2:12-cv-00100; ECF No. 365);

4. Order Regarding Honda Discovery (12-md-02311; ECF No. 1607); and

5. End-Payor Plaintiffs' Motion to Compel the Bridgestone Defendants to Produce Documents Responsive to RFP Set Three (2:13-cv-00803; ECF No. 189).

Date: March 16, 2017                        /s/ Gene J. Esshaki
                                            GENE J. ESSHAKI, MASTER

4837-6954-2725, v. 1