# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

12-md-02311
Honorable Marianne O. Battani

In Re: ALL CASES

THIS RELATES TO:

ALL ACTIONS

## ORDER GRANTING CERTAIN END PAYOR PLAINTIFFS' MOTION TO FILE INFORMATION UNDER SEAL

Certain of the End Payor Plaintiffs ("EPPs"), Mitsuba Corporation and American Mitsuba Corp., Sanden International (USA), Inc., Bridgestone Corporation and Bridgestone APM Company, Calsonic Kansei Corporation and Calsonic Kansei North America, Inc. (the "Parties"), filed a Motion to File Certain Parties' Statement Regarding Objections By Honda Dealerships Regarding Honda's Production of DMS Data Under Seal Pursuant to Local Rule 53 (Doc. 1707). For the reasons set forth in that motion, the motion is **GRANTED**.

**IT IS ORDERED** that this Statement be filed under seal in the Court's files.

Dated: March 17, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge