# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** : : : | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re:**<br>**ALL CASES** : : : : : : | |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** : : : : : | |

## ORDER GRANTING DEALERSHIP PLAINTIFFS'
## MOTION TO SEAL (Doc. #1709)

This matter having come before the Court upon the Automobile Dealership and Truck and Equipment Dealership Plaintiffs' Motion to Seal and Maintain under Seal Discovery-Related Filings and the Court having considered the request, the motion is therefore GRANTED.

IT IS HEREBY ORDERED that discovery-related filings that have been made or will be made in the above-captioned actions will not be subject to the Stipulated Order Regarding Sealed Filings entered by the Court on February 27, 2017. Discovery-related filings may be made and maintained under seal pursuant to any applicable protective order.

                                                  **SO ORDERED.**

Dated: March 27, 2017                       /s/ Gene J. Esshaki
                                                              Master Gene J. Esshaki

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 27, 2017.

                                                    s/ Kay Doaks
                                                    Case Manager