**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| IN RE: ALL CASES | Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: All Actions | |

### AMENDED NOTICE OF HEARING (TIME CHANGE ONLY)

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on Monday, May 8, 2017, at 1:30 p.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan on the following matter:

> Certain Parties Statement Regarding Objections by Honda Dealerships Regarding Honda's Production of DMS Data
> (case # 12-md-02311; ECF No. 1709)

Date:  May 3, 2017

/s/ Gene J. Esshaki
GENE J. ESSHAKI, MASTER

4830-6961-6966, V.  1