**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

In re: ALL PARTS CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

**MOTION TO WITHDRAW AS COUNSEL**

Automobile Dealership Plaintiffs move the Court for leave to withdraw the appearance of Paul A. Sand as counsel in all actions. This motion is precipitated by Mr. Sand's departure from the law firm of Larson • King, LLP. Automobile Dealership Plaintiffs will continue to be represented by other counsel of record and no delay in the progress of this action will result from Mr. Sand's withdrawal.

WHEREFORE, Automobile Dealership Plaintiffs request that the Court enter an order granting the motion to withdraw the appearance of Mr. Sand as counsel.

Dated this 4th day of May, 2017.

Respectfully submitted,

**Larson • King, LLP**

By *_/s/ Shawn M. Raiter_*

Shawn M. Raiter (MN #240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

*/s/ Laurie C. Burks*
Laurie Burks
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
lburks@larsonking.com