UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

___
ALL PARTS

_____

THIS DOCUMENT RELATES TO:

ALL CASES

_____/

**ORDER GRANTING IN PART AND DENYING IN PART CERTAIN NONPARTY
ORIGINAL EQUIPMENT MANUFACTURERS' OBJECTION TO ORDER
REGARDING THE PARTIES' RENEWED MOTION TO COMPEL
DISCOVERY FROM CERTAIN NONPARTY ORIGINAL EQUIPMENT
MANUFACTURERS AND THEIR AFFILIATED ENTITIES**

For the reasons stated on the record at the hearing held May 4, 2017, the Objection is **GRANTED** as to the request for nonattorney costs related to post-deposition follow-up questions as part of cost-shifting and **DENIED** as to the costs requested for narrowing the subpoena and the request for attorneys' fees for document collection and production.

Further, the oral motion for reconsideration as to the standard of review is **DENIED**. The Court reviewed the Master's ruling under the abuse of discretion standard. Even if the Court had reviewed the rulings de novo, as requested by Certain Nonparty Original Equipment Manufacturers after the Court issued its ruling from the bench, the Court would have reached the same conclusions.

**IT IS SO ORDERED.**

May 5, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 5, 2017.

s/ Kay Doaks
Case Manager
