# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No.: 12-md-02311<br><br>Hon. Marianne O. Battani<br><br>**NOTICE OF FIRM NAME CHANGE** |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## NOTICE OF FIRM NAME CHANGE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the law firm of The Mogin Law Firm, P.C. has changed its name to MoginRubin LLP, effective immediately.

The addresses, telephone and facsimile numbers will remain the same.  Email addresses will now use the @moginrubin.com domain address.  Please update your records accordingly.

Dated: May 12, 2017

Respectfully submitted,

/s/ Daniel J. Mogin
Daniel J. Mogin
**MOGINRUBIN LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginrubin.com

*Counsel for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 12, 2017, I caused the foregoing **NOTICE OF FIRM NAME CHANGE** to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all interested parties registered for electronic filing.

/s/ Daniel J. Mogin
Daniel J. Mogin