UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                          MASTER FILE NO. 12-md-02311
                                              HON. MARIANNE O. BATTANI

_____

In Re: All Auto Parts Cases                   12-02311

_____

THIS DOCUMENT RELATES TO:

All Auto Parts Cases
_____/

**ORDER DENYING NONPARTY HONDA'S OBJECTIONS TO SPECIAL MASTER'S
ORDER REGARDING HONDA DISCOVERY DATED JANUARY 19, 2017**

Before the Court is Nonparty Honda's Objections to Special Master's Order Regarding Honda Discovery Dated January 19, 2017 (Doc. No. 1637).  For the reasons stated on the record at a hearing held May 16, 2017, the Objections are **DENIED**.

**IT IS SO ORDERED.**

Date:   May 19, 2017                          s/Marianne O. Battani
                                              MARIANNE O. BATTANI
                                              United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 19, 2017.

                                                                      s/ Kay Doaks
                                                                      Case Manager