**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311
HON. MARIANNE O. BATTANI

_____

In Re: All Auto Parts Cases

12-02311

_____

THIS DOCUMENT RELATES TO:

All Auto Parts Cases
_____/

**ORDER DENYING TOYOTA'S OBJECTIONS TO AND MOTION TO MODIFY THE SPECIAL MASTER'S ORDER REGARDING THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY FROM CERTAIN NONPARTY ORIGINAL EQUIPMENT MANUFACTURERS AND THEIR AFFILIATED ENTITIES**

Before the Court is Nonparty Toyota Motor Sales USA, Inc. and Toyota Motor Engineering & Manufacturing North America, Inc.'s (together "Toyota") Objections to and Motion to Modify the Special Master's Order Regarding the Parties' Renewed Motion to Compel Discovery From Certain Nonparty Original Equipment Manufacturers and Their Affiliated Entities (Doc. No. 1603). For the reasons stated on the record at a hearing held May 16, 2017, the Objections are **DENIED**.

**IT IS SO ORDERED.**

Date: May 19, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 19, 2017.

s/ Kay Doaks
Case Manager