# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311<br>Honorable Marianne O. Battani<br>Special Master Gene J. Esshaki |
| In Re: All Auto Parts Cases | |
| THIS RELATES TO:<br><br>ALL AUTO PARTS CASES | |

**ORDER GRANTING SERVING PARTIES' MOTION TO FILE THE SERVING PARTIES' OPPOSITION TO GENERAL MOTORS' OBJECTION TO SPECIAL MASTER'S ORDERS COMPELLING PRODUCTION OF CERTAIN CONFIDENTIAL COMMERCIAL, TRADE SECRET PRICING DOCUMENTS <u>UNDER SEAL PURSUANT TO LOCAL RULE 5.3</u>**

The aforementioned motion came before the Court [Docket No. 1618], seeking to file under seal certain materials having been designed by non-party General Motors as highly confidential pursuant to the protective orders in effect in this MDL.

Good cause having been shown, the motion is granted and the Clerk's office is directed to file the aforementioned Opposition under seal.

Date:   May 23, 2017                                    s/Marianne O. Battani
                                                                              MARIANNE O. BATTANI
                                                                              United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 23, 2017.

                                                                              s/ Kay Doaks
                                                                              Case Manager