# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | : Master File No. 12-MD-02311<br>: Honorable Marianne O. Battani<br>: |
| **In Re:  All Auto Parts Cases** | :<br>: |
| **THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES** | : |

## ORDER WITHDRAWING APPEARANCE OF COUNSEL

The appearance of Joseph R. Ashby of the law firm Quinn Emanuel Urquhart & Sullivan, LLP as counsel for non-parties Hyundai Motor America and Hyundai AutoEver America, LLC, in connection with the subpoena served on those entities in the above-caption matters is hereby withdrawn.

IT IS SO ORDERED.


Date:  July 18, 2017				s/Marianne O. Battani
						MARIANNE O. BATTANI
						United States District Judge