## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) | No. 2:12-md-02311-MOB-MKM Hon. Marianne O. Battani |
| ) | |
| THIS DOCUMENT RELATES TO: ) ALL END-PAYOR ACTIONS ) ) | |

## **NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK AND ALL COUNSEL OF RECORD:

Kindly note that the address of the Ann Arbor office of Cafferty Clobes Meriwether & Sprengel LLP has changed to 220 Collingwood Drive, Suite 130, Ann Arbor, Michigan 48103.

Dated: July 21, 2017

Respectfully submitted,

*/s/ Patrick E. Cafferty*
Patrick E. Cafferty
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
220 Collingwood Dr., Suite 130
Ann Arbor, MI 48103
(734)769-2144
pcafferty@caffertyclobes.com
Mich. Bar No. P35613

*Counsel for End-Payor Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                    */s/ Patrick E. Cafferty*
                                    Patrick E. Cafferty