# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |
| In Re: Wire Harnesses | 2:12-cv-00100<br>2:12-cv-00101 |
| In Re: Instrument Panel Clusters | 2:12-cv-00200<br>2:12-cv-00201 |
| In Re: Fuel Senders | 2:12-cv-00300<br>2:12-cv-00301 |
| In Re: Heater Control Panels | 2:12-cv-00400<br>2:12-cv-00401 |
| In Re: Alternators | 2:13-cv-00700<br>2:13-cv-00701 |
| In Re: Windshield Wipers | 2:13-cv-00900<br>2:13-cv-00901 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100<br>2:13-cv-01101 |
| In Re: Ignition Coils | 2:13-cv-01400<br>2:13-cv-01401 |
| In Re: Motor Generators | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Fuel Injection Systems | 2:13-cv-02200<br>2:13-cv-02201 |
| In Re: Power Window Motors | 2:13-cv-02300<br>2:13-cv-02301 |
| In Re: Automatic Fluid Transmission Warmers | 2:13-cv-02400 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: Air Conditioning Systems | 2:13-cv-02700<br>2:13-cv-02701 |
| In Re: Windshield Washer Systems | 2:13-cv-02800<br>2:13-cv-02801 |
| In Re: Spark Plugs | 2:15-cv-03000<br>2:15-cv-03001 |
| In Re: Oxygen Sensors | 2:15-cv-03100<br>2:15-cv-03101 |

# ORDER GRANTING
# <u>WITHDRAWAL OF ATTORNEY KEVIN LOWNDS</u>

Notice has been filed regarding the withdrawal of Kevin Lownds of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Automotive Deutschland GmbH, DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co. Ltd, ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., ASMO North America, LLC, and ASMO North Carolina, Inc.  Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Mr. Lownds shall be removed as attorney of record in the following cases:

12-md-02311-MOB-MKM

12-cv-00100-MOB-MKM

12-cv-00101-MOB-MKM

12-cv-00200-MOB-MKM

12-cv-00201-MOB-MKM

12-cv-00300-MOB-MKM

12-cv-00301-MOB-MKM

12-cv-00400-MOB-MKM

12-cv-00400-MOB-MKM

12-cv-00401-MOB-MKM

13-cv-00700-MOB-MKM

13-cv-00701-MOB-MKM

13-cv-00900-MOB-MKM

13-cv-00901-MOB-MKM

13-cv-01000-MOB-MKM

13-cv-01100-MOB-MKM

13-cv-01101-MOB-MKM

13-cv-01400-MOB-MKM

13-cv-01401-MOB-MKM

13-cv-01500-MOB-MKM

13-cv-01700-MOB-MKM

13-cv-01800-MOB-MKM

13-cv-02200-MOB-MKM

13-cv-02201-MOB-MKM

13-cv-02300-MOB-MKM

13-cv-02301-MOB-MKM

13-cv-02400-MOB-MKM

13-cv-02500-MOB-MKM

13-cv-02700-MOB-MKM

13-cv-02701-MOB-MKM

13-cv-02800-MOB-MKM

13-cv-02801-MOB-MKM

15-cv-03000-MOB-MKM

15-cv-03001-MOB-MKM

15-cv-03100-MOB-MKM

15-cv-03101-MOB-MKM

Date:  August 10, 2017                                         s/Marianne O. Battani
                                                               MARIANNE O. BATTANI
                                                               United States District Judge