UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: HID BALLASTS | |
| THIS RELATES TO: | |
| DAT-A-SYST, LLC, on behalf of themselves and all others similarly situated, | Case No. 2:17-cv-12331<br>Case No. 2-13-cv-01701 |
| Plaintiffs, | |
| v. | |
| DENSO CORPORATION, *et al*, | |
| Defendants | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Randall B. Weill of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiff DAT-A-SYST, LLC in the above-captioned matter.

Dated: August 16, 2017            /s/ Randall B. Weill
                                  Preti Flaherty Beliveau & Pachios, LLP
                                  One City Center, PO Box 9546
                                  Portland, ME 04112
                                  Tel. 207-791-3000
                                  Fax 207-791-3111
                                  rweill@preti.com

                                  One of the attorneys for Plaintiff DAT-A-SYST, LLC

12165639.1

CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2017 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

    /s/ Randall B. Weill
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Plaintiff DAT-A-SYST, LLC

12165639.1