UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | HON. MARIANNE O. BATTANI |

### AGENDA FOR SEPTEMBER 13, 2017 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.   REPORT OF SPECIAL MASTER**

**II.  ALL ACTIONS IN MDL 2311**

    A.   Settlement

        1.   Status of Settlements (See also Status Report, § I).

        2.   Parties' Update on Progress Before the Settlement Master

    B.   Status of Scheduling Orders

    C.   Status of Assignee Plaintiffs' Actions  (See, Case Nos. 17-11979, 17-11992, 17-11995, 17-11997, 17-11999, 17-12001, 17-12006, 17-12007, 17-12011, 17-12012, 17-12013, 17-12018, 17-12024, 17-12028, 17-

1

12174009.3

12029, 17-12030, 17-12032, 17-12034, 17-12035, 17-12037, 17-12039, 17-12041, 17-12044, 17-12048, 17-12049, 17-12054)

### III. DATE FOR NEXT STATUS CONFERENCE

A. The next two Status Conferences are scheduled for December 6, 2017, at 10:00 a.m. and February 28, 2018, at 10:00 a.m.

B. Scheduling of Subsequent Status Conference.

### IV. OTHER MATTERS

Any party interested in any part should appear.

### VI. MOTION HEARINGS

A. Bearings (500)

1. Truck and Equipment Dealer Plaintiffs' Motion for Final Approval of Settlements and Certification of Settlement Classes, Approval of Allocations Plan (motions to be filed), and Motion for an Award of Attorney Fees (See Doc. No. 75 in 14-507, Doc. No. 80 in 14-13356).
**Motions will be heard at 11:15 a.m.**

2. Direct Purchaser Plaintiffs' Motion to Approve Supplemental Discovery Plan and Deposition Protocol and for an Order for the Parties to Provide a Plan for Coordination or Consolidation of the Two Direct Purchaser Cases filed August 9, 2017 (See Doc. Nos. 348 in 500, 251 in 501, and 181 in 12068).

2

12174009.3

    B.    AC Systems (2700)

        1.    Defendants' Joint Motion to Dismiss State Law Claims (<u>See</u> Doc. Nos. 119, 130 and 138 in 2702 and 121, 135, 144 in 2703).

        2.    Panasonic Corporation and Panasonic Corporation of North America's Motion to Dismiss the Consolidated Amended Complaints (<u>See</u> Doc. Nos. 120, 133, 134 and 139 in 2702 and 122, 136, 138, 139 and 145 in 2703).

        3.    Panasonic Corporation and Panasonic Corporation of North America's Motion for Judicial Notice (<u>See</u> Doc Nos. 121, 131 and 140 in 2702 and 123, 136, 146 in 2703).

Date: August 30, 2017        /s/ Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

12174009.3

## CERTIFICATE OF SERVICE

      I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

<u>s/KaMyra Doaks</u>

Case Manager

12174009.3