UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : : : : : : : : | Master File No. 12-md-2311 Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | | **NOTICE OF APPEARANCE** |
| ALL ACTIONS | | |

_____

      **PLEASE TAKE NOTICE** that Anik Banerjee, Deputy Attorney General, Office of the Attorney General, State of California, enters his appearance as counsel of record for the State of California in the above-captioned matter.

Dated:  August 30, 2017　　　　　　　　　　Respectfully submitted

                                                           s/ Anik Banerjee_____
                                                         Anik Banerjee
                                                         Deputy Attorney General
                                                         Office of the Attorney General
                                                         California Department of Justice
                                                         300 South Spring Street, Suite 1702
                                                         Los Angeles, CA 90013
                                                          Tel: (213) 897-2610
                                                         Fax: (213) 897-2801
                                                         Email: anik.banerjee@doj.ca.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2017, I caused the foregoing Notice of Appearance of Anik Banerjee to be electronically filed with the Clerk of the Court using the CM/ECF system, which will end notification of such filings to all counsel of record.

By: s/ Anik Banerjee
Anik Banerjee
Deputy Attorney General
Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 897-2610
Fax: (213) 897-2801
Email: anik.banerjee@doj.ca.gov