# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| In Re: | |
| *ALTERNATORS* CASES | **Jury Trial Demanded** |
| THIS RELATES TO: | Case No. 2:17-cv-11995 |
| GROUP 1 AUTOMOTIVE, INC. AS ASSIGNEE ON BEHALF OF GROUP 1 AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, ASBURY AUTOMOTIVE GROUP, INC. AS ASSIGNEE ON BEHALF OF ASBURY AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, VAN TUYL GROUP, LLC AS ASSIGNEE ON BEHALF OF ASSIGNOR DEALERSHIPS, AND MAJOR AUTOMOTIVE COMPANIES, INC. AS ASSIGNEE ON BEHALF OF MAJOR AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, BRONX FORD, INC., AND CITY WORLD MOTORS, LLC, | |
| Plaintiffs. | |
| v. | |
| DENSO CORP., DENSO INTERNATIONAL AMERICA, INC., MITSUBISHI ELECTRIC CORPORATION, | |

1

| | |
|---|---|
| MITSUBISHI ELECTRIC US HOLDINGS, INC., | ) ) |
| MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC., | ) ) |
| MITSUBA CORPORATION, | ) |
| AMERICAN MITSUBA CORPORATION, | ) |
| ROBERT BOSCH GMBH, AND | ) |
| ROBERT BOSCH LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF ANDREW G. PATE

PLEASE TAKE NOTICE that Andrew G. Pate of Nix, Patterson & Roach, LLP hereby enters his appearance on behalf of Plaintiffs in the above-titled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

DATED:  September 1, 2017

Respectfully submitted,

*/s/ Andrew G. Pate*
Andrew G. Pate
Texas Bar No. 24079111
**NIX, PATTERSON & ROACH, LLP**
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX  78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
Email:  dpate@nixlaw.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

                                            */s/ Andrew G. Pate*
                                            Andrew G. Pate