# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL PARTS** | |

## APPEARANCE OF NICHOLAS E.O. GAGLIO

TO: THE CLERK OF THE COURT

      PLEASE enter the appearance of Nicholas E.O. Gaglio of the law firm Axinn, Veltrop & Harkrider LLP, as counsel on behalf of Friedrich Boysen GmbH & Co. KG in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

2

Dated: September 6, 2017  By: /s/ Nicholas E.O. Gaglio
Nicholas E.O. Gaglio
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
(Tel.) 212-728-2200
(Fax) 212-728-2201
ngaglio@axinn.com

*Attorneys for Friedrich Boysen GmbH & Co. KG*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2017, I electronically filed my Appearance on behalf of Defendants Friedrich Boysen GmbH & Co. KG with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: September 6, 2017                    AXINN, VELTROP & HARKRIDER LLP

                                                    By: /s/ Nicholas E.O. Gaglio