UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE OF BRANDON BOXBAUM

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Brandon Boxbaum of the law firm Axinn, Veltrop & Harkrider LLP, as counsel on behalf of Friedrich Boysen GmbH & Co. KG in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

2

|  |  |
|---|---|
| Dated: September 6, 2017 | By: /s/ Brandon Boxbaum<br>Brandon Boxbaum<br>AXINN, VELTROP & HARKRIDER LLP<br>950 F Street N.W.<br>Washington, D.C. 20004<br>(Tel.) 202-912-4700<br>(Fax) 202-912-4701<br>radcox@axinn.com<br><br>*Attorneys for Friedrich Boysen GmbH & Co. KG* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017, I electronically filed my Appearance on behalf of Defendants Friedrich Boysen GmbH & Co. KG with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: September 6, 2017    AXINN, VELTROP & HARKRIDER LLP

By: /s/ Brandon Boxbaum