UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re:<br>*ALTERNATORS* CASES | ) ) ) ) ) ) ) | **Jury Trial Demanded** |
| THIS RELATES TO:<br><br>GROUP 1 AUTOMOTIVE, INC. AS ASSIGNEE ON BEHALF OF GROUP 1 AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, ASBURY AUTOMOTIVE GROUP, INC. AS ASSIGNEE ON BEHALF OF ASBURY AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, VAN TUYL GROUP, LLC AS ASSIGNEE ON BEHALF OF ASSIGNOR DEALERSHIPS, AND MAJOR AUTOMOTIVE COMPANIES, INC. AS ASSIGNEE ON BEHALF OF MAJOR AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, BRONX FORD, INC., AND CITY WORLD MOTORS, LLC,<br><br>          Plaintiffs.<br><br>v.<br><br>DENSO CORP.,<br>DENSO INTERNATIONAL AMERICA, INC.,<br>MITSUBISHI ELECTRIC CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:17-cv-11995 |

1

| | |
|---|---|
| MITSUBISHI ELECTRIC US HOLDINGS, INC., MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC., MITSUBA CORPORATION, AMERICAN MITSUBA CORPORATION, ROBERT BOSCH GMBH, AND ROBERT BOSCH LLC, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF JEFFREY J. ANGELOVICH

PLEASE TAKE NOTICE that Jeffrey J. Angelovich of Nix, Patterson & Roach, LLP hereby enters his appearance on behalf of Plaintiffs in the above-titled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

DATED: September 15, 2017

Respectfully submitted,

*/s/ Jeffrey J. Angelovich*
Jeffrey J. Angelovich
Texas Bar No. 00786988
**NIX, PATTERSON & ROACH, LLP**
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX  78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
Email:  jangelovich@nixlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

*/s/ Jeffrey J. Angelovich*
Jeffrey J. Angelovich
