Case No. 17-1966

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: BEARINGS

--------------------------------------------------------

END-PAYOR PLAINTIFFS

      Plaintiffs - Appellees

OLEN YORK; AMY YORK; NANCY YORK

      Objectors - Appellants

v.

NSK LTD.;
SCHAEFFLER GROUP USA, INC.;
NSK AMERICAS, INC.

      Defendants - Appellees

   Appellants having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellants has failed to satisfy the following obligation(s):

      The Form of Appearance was not filed by September 5, 2017.

      The Disclosure of Corporate Affiliations and Financial Interest was not filed by September 5, 2017.

      The Civil Appeal Statement of Parties and Issues was not filed by September 5, 2017.

      The Transcript Purchase Order was not filed by September 5, 2017.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                        **ENTERED PURSUANT TO RULE 45(a),**
                                        **RULES OF THE SIXTH CIRCUIT**
                                        Deborah S. Hunt, Clerk

Issued: September 15, 2017

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 15, 2017

Mr. George Willard Cochran Jr.
Law Office
1385 Russell Drive
Streetsboro, OH 44241

Re: Case No. 17-1966, *End-Payor Plaintiffs v. NSK Ltd., et al*
Originating Case No. : 2:12-cv-00503 : 2:12-md-02311

Dear Mr. Cochran,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin Baker
Case Manager
Direct Dial No. 513-564-7027

cc: David A. Ettinger
    Mark A. Ford
   Mr. William Reiss
   Ms. Hollis L. Salzman
   Mr. Marc M. Seltzer
   Mr. David J. Weaver
   Mr. Steven N. Williams

Enclosure

No mandate to issue