UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | **ORDER GRANTING**<br>**WITHDRAWAL OF ATTORNEY** |

_____

Notice has been filed regarding the withdrawal of Michael Jorgenson, Deputy Attorney General for the State of California.

**IT IS HEREBY ORDERED** that Mr. Jorgenson shall be removed as counsel of record in the above-captioned matter.

Date: September 29, 2017          s/Marianne O. Battani
                                                      MARIANNE O. BATTANI
                                                      United States District Judge