IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : : : : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Demetrius X. Lambrinos, formerly of Cotchett, Pitre & McCarthy, LLP, 840 Malcolm Road, Suite 200, Burlingame, CA 94010, is no longer associated with Cotchett, Pitre & McCarthy, LLP, and hereby withdraws as counsel of record for all End-Payor cases. Plaintiff's counsel requests that Mr. Lambrinos be removed from the case docket. All other counsel of record for the End-Payor Plaintiffs will remain the same.

Dated: September 29, 2017      /s/ Demetrius X. Lambrinos
                              Demetrius X. Lambrinos
                              COTCHETT, PITRE & McCARTHY, LLP
                              San Francisco Airport Office Center
                              840 Malcolm Road, Suite 200
                              Burlingame, CA 94010
                              Telephone: (650) 697-6000
                              Facsimile: (650) 697-0577
                              dlambrinos@cpmlegal.com