# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Civil No. 2:12-md-02311 Honorable Marianne O. Battani |
|---|---|
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF SARAH A. ZIELINSKI

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Sarah A. Zielinski of the law firm McGuireWoods LLP, as counsel on behalf of Defendant Meritor, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

McGUIREWOODS LLP

By: /s/  Sarah A. Zielinski
Sarah A. Zielinski (6294156)
77 West Wacker Drive, Ste. 4100
Chicago, Illinois 60601-1818
Telephone:  312.849.8288
Fax:  312.849.3690
E-mail:  szielinski@mcguirewoods.com

*Attorney for Defendant Meritor,Inc.*

Dated:  October 12, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2017, I electronically filed my Appearance on behalf of Defendant Meritor, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

McGUIREWOODS LLP

By: /s/ Sarah A. Zielinski
Sarah A. Zielinski (6294156)
77 West Wacker Drive, Ste. 4100
Chicago, Illinois 60601-1818
Telephone: 312.849.8288
Fax: 312.849.3690
E-mail: szielinski@mcguirewoods.com

*Attorney for Defendant Meritor, Inc.*

94429837_1