IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Hon. Marianne O. Battani |

### NOTICE OF APPEARANCE OF JOHN H. CHUNG FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. AND AMERICAN FURUKAWA, INC.

To the Clerk of the Court and Each Party in Interest:

Please enter the appearance of John H. Chung of the law firm of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, telephone: (212) 819-8200, facsimile: (212) 354-8113 on behalf of Defendants Furukawa Electric Co. Ltd. and American Furukawa, Inc.  The appearance shall not be deemed to be a waiver of any rights of defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: October 19, 2017                               Respectfully submitted,

                                                       WHITE & CASE LLP


                                                        By: */s/ John H. Chung*
                                                        John H. Chung
                                                        White & Case LLP
                                                        1221 Avenue of the Americas
                                                        New York, NY 10022
                                                        Tel: (212) 819-8200
                                                        Fax: (212) 354-8113
                                                        jchung@whitecase.com

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on October 19, 2017, I caused a true and correct copy of the foregoing Notice of Appearance of John H. Chung for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. to be filed and served electronically via the ECF system.

     Respectfully submitted,

By: */s/ John H. Chung*
John H. Chung
White & Case LLP
1221 Avenue of the Americas
New York, NY 10022
Tel: (212) 819-8200
Fax: (212) 354-8113
jchung@whitecase.com