**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Hon. Marianne O. Battani |

**NOTICE OF APPEARANCE OF DAVID H. SUGGS FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. AND AMERICAN FURUKAWA, INC.**

To the Clerk of the Court and Each Party in Interest:

Please enter the appearance of David H. Suggs of the law firm of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, telephone: (212) 819-8200, facsimile: (212) 354-8113 on behalf of Defendants Furukawa Electric Co. Ltd. and American Furukawa, Inc.  The appearance shall not be deemed to be a waiver of any rights of defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: October 30, 2017                                                    Respectfully submitted,

                                                                                                    WHITE & CASE LLP

                                                                                                      By: */s/ David H. Suggs*
                                                                                                    David H. Suggs
                                                                                                    White & Case LLP
                                                                                                    1221 Avenue of the Americas
                                                                                                    New York, NY 10022
                                                                                                    Tel: (212) 819-8200
                                                                                                    Fax: (212) 354-8113
                                                                                                    dsuggs@whitecase.com

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on October 30, 2017, I caused a true and correct copy of the foregoing Notice of Appearance of David H. Suggs for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. to be filed and served electronically via the ECF system.

                 Respectfully submitted,

                 By: */s/ David H. Suggs*
                 David H. Suggs
                 White & Case LLP
                 1221 Avenue of the Americas
                 New York, NY 10022
                 Tel: (212) 819-8200
                 Fax: (212) 354-8113
                 dsuggs@whitecase.com