UNITED  STATES  DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | )<br>)<br>)<br>) | 12-md-02311<br>Hon. Marianne O. Battani |

|  |  |
|---|---|
| In Re: | ) |
| Fuel Injection Systems | ) |
| Valve Timing Control Devices | ) |

|  |  |
|---|---|
| In Re: | ) |  |
| Fuel Injection Systems | ) | 2:13-cv-02200 |
| Valve Timing Control Devices | ) | 2:13-cv-02500 |
| | ) | |
| THIS RELATES TO: | ) | |
| Dealership Actions | ) | 2:13-cv-02202 |
| | ) | 2:13-cv-02502 |
| End-Payor Actions | ) | 2:13-cv-02203 |
| | ) | 2:13-cv-02503 |
| | ) | |

### NOTICE OF APPEARANCE OF ADYA S. BAKER

PLEASE TAKE NOTICE that Adya S. Baker of Pillsbury Winthrop Shaw Pittman LLP

hereby enters her appearance on behalf of Defendants MIKUNI CORPORATION and MIKUNI

AMERICAN CORPORATION in the above referenced matter.  The appearance shall not be

deemed to be a waiver of any rights or defenses that may be available under common law,

statutory authority, or the Federal Rules of Civil Procedure.


Dated:  January 11, 2018            PILLSBURY WINTHROP SHAW PITTMAN LLP


                                   By: /s/ Adya S. Baker
                                       Pillsbury Winthrop Shaw Pittman LLP
                                       1200 Seventeenth Street, N.W.
                                       Washington, D.C.  20036-3006
                                       Telephone:  (202) 663-8230
                                       Facsimile:  (202) 663-8007
                                       Email:  adya.baker@pillsburylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I caused the foregoing Notice of Appearance of

Adya S. Baker to be electronically filed with the Clerk of the Court using the CM/ECF system,

which will send notifications of such filings to all counsel of record.

Respectfully submitted,

By: /s/ Adya S. Baker
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, N.W.
Washington, D.C.  20036-3006
Telephone:  (202) 663-8230
Facsimile:  (202) 663-8007
Email:  adya.baker@pillsburylaw.com