**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | HON. MARIANNE O. BATTANI |

# AGENDA FOR FEBRUARY 28, 2018 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.   REPORT OF SPECIAL MASTER**

**II.  ALL ACTIONS IN MDL 2311**

    A.   Settlement

        1.   Status of Settlements (*See also* Status Report, § I)

        2.   Parties' Update on Progress Before the Settlement Master

        3.   Update on End-Payor Plaintiffs' Motion for Authorization to Disseminate Notice of the Round 3 Settlements

    B.   Status of Scheduling Orders

    C.    Production of DOJ documents pursuant to the Court's Order Modifying Discovery Stay entered October 25, 2017 at [1830] in 12-2311.  *Air Conditioning Systems* (Case No. 2:13-cv-02700), *Constant Velocity Joint Boots* (Case No. 2:14-cv-02900), *Spark Plugs* (Case No. 2:15-cv-03000), *Oxygen Sensors* (Case No. 2:15-cv-03100), *Automotive Hoses* (Case No. 2:15-cv-03200), *Shock Absorbers* (Case No. 2:15-cv-03300), *Body Sealing Products* (Case No. 2:16-cv-03400), *Interior Trim Products* (Case No. 2:16-cv-03500), *Brake Hoses* (Case No. 2:16-cv- 03600), *Exhaust Systems* (Case No. 2:16-cv-03700), *Ceramic Substrates* (Case No. 2:16-cv-03800), *Power Window Switches* (Case No. 2:16-cv- 03900), *Steel Tubes* (Case No. 2:16-cv-04000), *Radiators* (Truck and Equipment Dealer Plaintiffs)  (Case No. 2:15-cv-01007), *Starters* (Truck and Equipment Dealer Plaintiffs) (Case No. 2:15-cv-01107), and *Alternators* (Truck and Equipment Dealer Plaintiffs) (Case No. 2:15-cv-00707)

## III.    DATE FOR NEXT STATUS CONFERENCE

    A.    Scheduling of Subsequent Status Conferences

## IV.    OTHER MATTERS

Any party interested in any part should appear.

**V.     MOTION HEARINGS**

    A.    BEARINGS (2:12-cv-00500)

        1.    Direct Purchaser Plaintiffs' Motion to Exclude Portions of the Expert Report and Opinions of Kevin McCloskey filed October 27, 2017 (Doc Nos. 275, 287, and 288 in 501). Oral argument scheduled for February 28, 2018.

        2.    Time Limits:  Motion—30 minutes
                            Response—30 minutes
                              Reply—10 minutes

    B.    STEERING ANGLE SENSORS (2:13-cv-01603)

        1.    Motion to Dismiss Second Consolidated Amended Class Action Complaint filed by TRAM, Inc. d/b/a Tokai Rica U.S.A. Inc. (Doc Nos. 94, 102, and 104 in 1603).

        2.    Motion Request for Judicial Notice re Motion to Dismiss (Doc. Nos. 95, 101, and 105 in 1603).

**VI.    HEARING DATE TO BE SCHEDULED**

    A.    EXHAUST SYSTEMS (2:16-cv-3700)

    1.    Bosal Nederland B.V.'s Motion to Dismiss filed August 28, 2017 (Doc. No. 14 in 3701).

**VII.   FAIRNESS HEARINGS**

    A.    SMALL BEARINGS (2:17-cv-4200) @ 1:00 p.m.

        1.    Direct Purchaser Plaintiff's Motion for Final Approval of Proposed Settlement with Minebea Defendants (Doc No. 11 in 4201 and 23 in 17-10853).

        2.    Direct Purchaser Plaintiff's Motion for an Award of Attorneys' Fees and Litigation Costs and Expenses (Doc No. 12 in 4201 and 24 in 17-10853).

    B.    STARTERS/ALTERNATORS (2:13-cv-00700; 2:13-cv-01100) @ 2:20 p.m.

        1.    Truck and Equipment Dealer Plaintiff's Motion for Final Approval of Proposed Settlement with Mitsubishi Electric Defendants (Motion to be filed on or before February 21, 2018).

        2.    Truck and Equipment Dealer Plaintiff's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Costs and Expenses (Doc. No. 28 in 15-cv-00707).

Date: February 9, 2018        /s/ Marianne O. Battani
                                              MARIANNE O. BATTANI
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

      /s/ KaMyra Doaks

      Case Manager

12694937.6