# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| In Re: SHOCK ABSORBERS CASES | |
| THIS RELATES TO: | |
| V.I.P., INC. and PERFORMANCE INTERNET PARTS, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAYABA INDUSTRY CO. LTD., d/b/a KYB CORPORATION, *et al*,<br><br>Defendants. | Case No. 2:16-cv-13616<br>Case No. 2:15-cv-03301 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pamela A. Markert of Cera LLP hereby enters her appearance as counsel for Plaintiffs V.I.P., Inc. and Performance Internet Parts, LLC in the above-captioned matter.

Dated: March 9, 2018          Respectfully submitted,

CERA LLP

By: /s/Pamela A. Markert
Pamela A. Markert
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
pmarkert@cerallp.com

*One of the Attorneys for Plaintiffs V.I.P., Inc. and Performance Parts, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/Pamela A. Markert
Pamela A. Markert