**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: AUTOMOTIVE STEEL TUBES | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| THIS RELATES TO:<br>END-PAYOR ACTION | Case No. 2:16-cv-04000 |

**NOTICE OF ENTRY OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's September 1, 2017 Electronic Case Management Protocol Order, 12-md-02311 (ECF No. 1804) and February 17, 2012 Order Setting Initial Status Conference, 12-md-02311 (ECF No. 1 at 2, ¶e)), attorney Patrick F. Linehan of Steptoe & Johnson LLP, a member of the bar of this Court, hereby enters his appearance as counsel for Defendant Sanoh Industrial Co. Ltd. in the Master Case for *In Re: Automotive Parts Antitrust Litigation,* 12-md-02311, and in the Lead Case for *In Re: Automotive Steel Tubes,* 2:16-cv-04000.  Appearing counsel requests that all papers in these actions be served upon the undersigned at the address below.  The appearance shall not be deemed a waiver of any rights, privileges, defenses, or immunities that may be available under common law, statutory or constitutional authority, or the Federal Rules of Civil Procedure.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 30, 2018 | By: */s/ Patrick F. Linehan*<br>D.C. Bar No. 472183<br>Patrick F. Linehan<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone:  (202) 429-6272<br>Facsimile:   (202) 429-3902<br>Email: plinehan@steptoe.com<br><br>*Counsel for Defendant Sanoh Industrial Co. Ltd.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2018, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                                                */s/ Patrick F. Linehan*
                                                D.C. Bar No. 472183
                                                Patrick F. Linehan
                                                STEPTOE & JOHNSON LLP
                                                1330 Connecticut Avenue, NW
                                                Washington, DC 20036
                                                Telephone:  (202) 429-6272
                                                Facsimile:   (202) 429-3902
                                                Email: plinehan@steptoe.com