**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: AUTOMOTIVE STEEL TUBES | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| THIS RELATES TO:<br>END-PAYOR ACTION | Case No. 2:16-cv-04000 |

**NOTICE OF ENTRY OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's September 1, 2017 Electronic Case Management Protocol Order, 12-md-02311 (ECF No. 1804) and February 17, 2012 Order Setting Initial Status Conference, 12-md-02311 (ECF No. 1 at 2, ¶e)), attorney Rachel B. Peck of Steptoe & Johnson LLP, a member of the bar of this Court, hereby enters her appearance as counsel for Defendant Sanoh America, Inc. in the Master Case for *In Re: Automotive Parts Antitrust Litigation,* 12-md-02311, and in the Lead Case for *In Re: Automotive Steel Tubes,* 2:16-cv-04000.  Appearing counsel requests that all papers in these actions be served upon the undersigned at the address below.  The appearance shall not be deemed a waiver of any rights, privileges, defenses, or immunities that may be available under common law, statutory or constitutional authority, or the Federal Rules of Civil Procedure.

                                                Respectfully submitted,

Dated:  March 30, 2018            By: */s/ Rachel B. Peck*
                                                D.C. Bar No. 998673
                                                Rachel B. Peck
                                                STEPTOE & JOHNSON LLP
                                                1330 Connecticut Avenue, NW
                                                Washington, DC 20036
                                                Telephone:  (202) 429-6272
                                                Facsimile:   (202) 429-3902
                                                Email: rpeck@steptoe.com

                                                *Counsel for Defendant Sanoh America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2018, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

*/s/ Rachel B. Peck*
D.C. Bar No. 998673
Rachel B. Peck
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-6272
Facsimile: (202) 429-3902
Email: rpeck@steptoe.com