# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br>**ALL WIRE HARNESS CASES** | 2:12-cv-00100<br>2:12-cv-00101 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael S. Smith of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiff Dakkota Integrated Systems LLC in the above-captioned matter.

Dated: April 5, 2018

/s/ Michael S. Smith
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
msmith@preti.com

One of the attorneys for Plaintiff Dakkota Integrated Systems LLC

12914540.1

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Michael S. Smith
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
msmith@preti.com

One of the attorneys for Plaintiff Dakkota Integrated Systems LLC

12914540.1