**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS         ANTITRUST LITIGATION | Case No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: SHOCK ABSORBERS | |
| THIS DOCUMENT RELATES TO:         End-Payor Actions | 2:15-cv-03300-MOB-MKM 2:15-cv-03303-MOB-MKM |

## APPEARANCE OF JENNA G. FARLEIGH

PLEASE TAKE NOTICE that Jenna G. Farleigh of Susman Godfrey L.L.P. hereby enters an appearance on behalf of all End-Payor Plaintiffs in the above-captioned Master Case and Class Cases in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated:  May 8, 2018                         Respectfully submitted,

                                                                By */s/ Jenna G. Farleigh*
                                                                Jenna G. Farleigh
                                                                SUSMAN GODFREY L.L.P.
                                                                1201 Third Avenue, Suite 3800
                                                                Seattle, Washington 98101
                                                                Telephone:  (206) 516-3880
                                                                Facsimile:  (206) 516-3883
                                                                jfarleigh@susmangodfrey.com

5796775v1/015219

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

 /s/  *Jenna G. Farleigh*
Jenna G. Farleigh