# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: BEARINGS CASES** | |
| **THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTIONS** | 12-cv-00501-MOB-MKM |

### ORDER GRANTING *BEARINGS* DIRECT PURCHASER PLAINTIFFS' MOTION TO SEAL

Before the Court is Direct Purchaser Plaintiffs' ("DPPs") Motion to Maintain Seal (Doc No. 1859 in 12-md-02311 and Doc. No. 331 in 12-cv-00501) related to certain excerpts of the Transcript of Oral Argument, DPPs' Motion for Class Certification and Defendants' Motion to Exclude Experts' Reports and Testimony dated January 18, 2018 ("Transcript" or "MH Hr'g Tr.").

The Court FINDS that the following excerpts of the Transcript should remain under seal because they contain DPPs' competitively sensitive information:

| Document | Location of Confidential Information |
|---|---|
| MH Hr'g Tr. | 196:17-21;<br>196:23-197:1;<br>197:2 |

The Court FINDS that the following excerpts of the Transcript should remain under seal because they contain DPPs' competitively sensitive expert work product:

| Document | Location of Confidential Information |
|---|---|
| MH Hr'g Tr. | 21:24-25;<br>22:8-9; |

1

| | |
|---|---|
| | 29:10-12;<br>40:23;<br>61:13-15;<br>80:4-5;<br>80:16-17;<br>88:9;<br>210:16;<br>224:25-225:1;<br>225:10;<br>225:20 |

It is hereby ORDERED that the foregoing document shall be maintained under seal as indicated herein.

**IT IS SO ORDERED.**

Date:  May 14, 2018                                                                     s/Marianne O. Battani
                                                                                                         MARIANNE O. BATTANI
                                                                                                         United States District Judge