**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: Occupant Safety Systems**<br>   Lead Case<br>   Dealership Actions<br>   End-Payor Actions | <br>2:12-cv-00600<br>2:12-cv-00602<br>2:12-cv-00603 |
| **In Re: Automotive Hoses**<br>   Lead Case<br>   Dealership Actions<br>   End-Payor Actions | <br>2:15-cv-03200<br>2:15-cv-03202<br>2:15-cv-03203 |
| **In Re: Automotive Brake Hoses**<br>   Lead Case<br>   Dealership Actions<br>   End-Payor Actions | <br>2:16-cv-03600<br>2:16-cv-03602<br>2:16-cv-03603 |

## MOTION TO WITHDRAW RANDALL J. TURK AS COUNSEL

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that the undersigned, Randall J. Turk, an attorney at Baker Botts LLP ("Baker Botts"), which firm represents Toyoda Gosei Co., Ltd., Toyoda Gosei North America Corp., TG Missouri Corp., TG Kentucky, LLC, and TG Fluid Systems USA Corp., (the "Toyoda Gosei Defendants"), respectfully requests that the Court enter an order allowing him to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00600-MOB-MKM

2:12-cv-00602-MOB-MKM

2:12-cv-00603-MOB-MKM

2:15-cv-03200-MOB-MKM

2:15-cv-03202-MOB-MKM

2:15-cv-03203-MOB-MKM

2:16-cv-03600-MOB-MKM

2:16-cv-03602-MOB-MKM

2:16-cv-03603-MOB-MKM

We respectfully request that his name be removed from all applicable service lists, including Notices of Electronic Filing. All other counsel of record for the Toyoda Gosei Defendants remain unchanged.

Dated:   June 14, 2018

Respectfully submitted,

By: /s/ Randall J. Turk
Randall J. Turk
**Baker Botts L.L.P.**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
Phone: 202.639.7733
Fax: 202.639.1095
randy.turk@bakerbotts.com

*Counsel for Defendants Toyoda Gosei Co., Ltd., Toyoda Gosei North America Corp., TG Missouri Corp., TG Kentucky, LLC, and TG Fluid Systems USA Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2018, a copy of the foregoing MOTION TO WITHDRAW RANDALL J. TURK AS COUNSEL was filed electronically with the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated:   June 14, 2018                         By: /s/ Randall J. Turk
                                               Randall J. Turk
                                               **Baker Botts L.L.P.**