## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 |
| | Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:** | |
| **ALL CASES** | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David B. Rochelson of Robins Kaplan LLP, hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned case.

Dated: July 18, 2018      By:    */s/ David B. Rochelson*
         David B. Rochelson
         **ROBINS KAPLAN LLP**
         399 Park Avenue
         Suite 3600
         New York, NY 10022
         Tel: 212-980-7400
         Fax: 212-980-7499
         Email: drochelson@RobinsKaplan.com

         *Attorney for End-Payor Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2018, the foregoing Notice of Appearance was filed electronically.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: July 18, 2018                    **ROBINS KAPLAN LLP**

By:     */s/ David B. Rochelson*