# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 |
| ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | Magistrate Mona K. Majzoub |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the office address of Kakinuki Law Office, PC, has changed. The attorney appearing in this case associated with this office is John C. Kakinuki. The new office address is as follows:

    Kakinuki Law Office, PC
    1050 Northgate Dr., Ste. 270
    San Rafael, CA 94903

There are no changes to the remaining contact information for Mr. Kakinuki.

Dated: August 2, 2018                Respectfully submitted,

                                       /s/ John C. Kakinuki
                                       John C. Kakinuki (CA Bar No. 118741)
                                       Kakinuki Law Office, PC
                                       1050 Northgate Dr., Ste. 270
                                       San Rafael, CA 94903
                                       Telephone: (415) 492-2011
                                       Facsimile: (415) 492-2014
                                       john@kakinukilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF-registered counsel.

/s/ John C. Kakinuki
John C. Kakinuki (CA Bar No. 118741)
Kakinuki Law Office, PC
1050 Northgate Dr., Ste. 270
San Rafael, CA 94903
Telephone: (415) 492-2011
Facsimile: (415) 492-2014
john@kakinukilaw.com