**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-MD-02311<br>Honorable Marianne O. Battani |
| **In Re: INSTRUMENT PANEL CLUSTERS**<br>**Lead Case**<br>**Dealership Actions** | 2:12-cv-00200<br>2:12-cv-00202 |
| **In Re: HEATER CONTROL PANELS**<br>**Lead Case**<br>**Dealership Actions** | 2:12-cv-00400<br>2:12-cv-00402 |
| **In Re: BEARINGS**<br>**Lead Case**<br>**Dealership Actions** | 2:12-cv-00500<br>2:12-cv-00502 |
| **In Re: OCCUPANT SAFETY SYSTEMS**<br>**Lead Case**<br>**Dealership Actions** | 2:12-cv-00600<br>2:12-cv-00602 |
| **In Re: ANTI-VIBRATIONAL RUBBER PARTS**<br>**Lead Case**<br>**Dealership Actions** | 2:12-cv-00800<br>2:12-cv-00802 |
| **In Re: AUTOMOTIVE LAMPS**<br>**Lead Case**<br>**Dealership Actions** | 2:13-cv-01200<br>2:13-cv-01202 |
| **In Re: STEERING ANGLE SENSORS**<br>**Lead Case**<br>**Dealership Actions** | 2:13-cv-01600<br>2:13-cv-01602 |
| **In Re: HID BALLASTS**<br>**Lead Case**<br>**Dealership Actions** | 2:13-cv-01700<br>2:13-cv-01702 |
| **In Re: VALVE TIMING CONTROL DEVICES**<br>**Lead Case**<br>**Dealership Actions** | 2:13-cv-02500<br>2:13-cv-02502 |

| | |
|---|---|
| **In Re: ELECTRONIC THROTTLE BODIES**<br>**Lead Case**<br>**Dealership Actions** | 2:13-cv-02600<br><br>2:13-cv-02602 |
| **In Re: AIR CONDITIONING SYSTEMS**<br>**Lead Case**<br>**Dealership Actions** | 2:13-cv-02700<br>2:13-cv-02702 |
| **In Re: WINDSHIELD WASHER SYSTEMS**<br>**Lead Case**<br>**Dealership Actions** | 2:13-cv-02800<br>2:13-cv-02802 |
| **In Re: CONSTANT VELOCITY JOINT BOOT**<br>**PRODUCTS**<br>**Lead Case**<br>**Dealership Actions** | 2:14-cv-02900<br>2:14-cv-02902 |
| **In Re: SPARK PLUGS**<br>**Lead Case**<br>**Dealership Actions** | 2:15-cv-03000<br>2:15-cv-03002 |
| **In Re: OXYGEN SENSORS**<br>**Lead Case** | 2:15-cv-03100 |
| **In Re: HOSES**<br>**Lead Case**<br>**Dealership Actions** | 2:15-cv-03200<br>2:15-cv-03202 |
| **In Re: SHOCK ABSORBERS**<br>**Lead Case**<br>**Dealership Actions** | 2:16-cv-03300<br>2:16-cv-03302 |
| **In Re: BODY SEALING PRODUCTS**<br>**Lead Case**<br>**Dealership Actions** | 2:16-cv-03400<br>2:16-cv-03402 |
| **In Re: INTERIOR TRIM PRODUCTS**<br>**Lead Case**<br>**Dealership Actions** | 2:16-cv-03500<br>2:16-cv-03502 |
| **In Re: AUTOMOTIVE BRAKE HOSES**<br>**Lead Case**<br>**Dealership Actions** | 2:16-cv-03600<br>2:16-cv-03602 |

| | |
|---|---|
| **In Re: EXHAUST SYSTEMS**<br>    **Lead Case**<br>    **Dealership Actions** | 2:16-cv-03700<br>2:16-cv-03702 |
| **In Re: CERAMIC SUBSTRATES**<br>    **Lead Case**<br>    **Dealership Actions** | 2:16-cv-03800<br>2:16-cv-03802 |
| **In Re: POWER WINDOW SWITCHES**<br>    **Lead Case**<br>    **Dealership Actions** | 2:16-cv-03900<br>2:16-cv-03902 |
| **In Re: AUTOMOTIVE STEEL TUBES**<br>    **Lead Case**<br>    **Dealership Actions** | 2:16-cv-04000<br>2:16-cv-04002 |
| **In Re: ACCESS MECHANISMS**<br>    **Lead Case**<br>    **Dealership Actions** | 2:16-cv-04100<br>2:16-cv-04102 |

## ORDER GRANTING MOTION
## TO WITHDRAW KENTON PAUL KNOP AS COUNSEL

Upon consideration of the Notice of Withdrawal of Attorney filed by Kenton P. Knop,

IT IS ORDERED, that Kenton P. Knop is allowed to withdraw as counsel for Plaintiffs

DEALERSHIPS in the above-captioned matters. **Attorney's office is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed on the order**

Date:   December 3, 2018                              s/Marianne O. Battani
                                                      MARIANNE O. BATTANI
                                                      United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 3, 2018.

s/ Kay Doaks
Case Manager