UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Automotive Parts Antitrust Litigation<br>In Re: Instrument Panel Clusters | 2:12-md-02311<br>2:12-cv-00200<br>2:12-cv-00201<br>2:12-cv-00202 |

## ORDER GRANTING
## <u>WITHDRAWAL OF ATTORNEY JACQUELYN L. STANLEY</u>

Notice has been filed regarding the withdrawal of Jacquelyn L. Stanley of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation and DENSO International America, Inc. Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that Ms. Stanley shall be removed as attorney of record and the **Attorney's office is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed on the order:**

12-md-02311-MOB-MKM

12-cv-00200-MOB-MKM

12-cv-00201-MOB-MKM

12-cv-00202-MOB-MKM

2

Date:   December 3, 2018 <span style="float:right">s/Marianne O. Battani<br>MARIANNE O. BATTANI<br>United States District Judge</span>

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 3, 2018.

s/ Kay Doaks
Case Manager

2