**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311<br><br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| IN RE AIR CONDITIONING SYSTEMS<br><br>IN RE ACCESS MECHANISMS | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | 2:13-cv-02700-MOB-MKM<br>2:13-cv-02701-MOB-MKM<br>2:13-cv-02702-MOB-MKM<br>2:13-cv-02703-MOB-MKM<br>2:13-cv-14289-MOB-MKM<br>2:13-cv-14655-MOB-MKM<br>2:13-cv-15126-MOB-MKM<br>2:14-cv-10796-MOB-MKM<br>2:16-cv-04100-MOB-MKM<br>2:16-cv-04103-MOB-MKM |

## AMENDED ORDER GRANTING MOTION TO WITHDRAW RYAN DAVIS AS COUNSEL

WHEREAS, Ryan Davis, an attorney formerly of Cleary Gottlieb Steen & Hamilton LLP ("Cleary"), which firm represents Defendants Valeo S.A., Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp., left Cleary on July 6, 2018;

WHEREAS Cleary therefore requests that the Court enter an order allowing Mr. Davis to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-md-02311-MOB-MKM

2:13-cv-02700-MOB-MKM

2:13-cv-02701-MOB-MKM

2

        2:13-cv-02702-MOB-MKM

        2:13-cv-02703-MOB-MKM

        2:13-cv-14289-MOB-MKM

        2:13-cv-14655-MOB-MKM

        2:13-cv-15126-MOB-MKM

        2:14-cv-10796-MOB-MKM

        2:16-cv-04100-MOB-MKM

        2:16-cv-04103-MOB-MKM

WHEREAS, other counsel of record at Cleary will continue to appear as counsel on behalf of the above-named Defendants in those actions;

WHEREAS, there will be no delay in the progress of the above actions by virtue of Mr. Davis' withdrawal;

IT IS HEREBY ORDERED that Mr. Davis be permitted to withdraw as counsel for the above-named Defendants in the above actions.  **Attorney's office is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed on the order.**

Date:   December 3, 2018                             s/Marianne O. Battani

                                                                           MARIANNE O. BATTANI

                                                                          United States District Judge

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 3, 2018.

                s/ Kay Doaks
                Case Manager