# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311-MOB-MKM<br><br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| IN RE BEARINGS<br><br>IN RE ELECTRIC POWERED STEERING ASSEMBLIES | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | 2:12-cv-00500-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:13-cv-00505-MOB-MKM<br>2:13-cv-01902-MOB-MKM<br>2:13-cv-01903-MOB-MKM<br>2:14-cv-00507-MOB-MKM<br>2:14-cv-13356-MOB-MKM<br>2:15-cv-12068-MOB-MKM<br>2:15-cv-13932-MOB-MKM<br>2:15-cv-13945-MOB-MKM |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that effective December 3, 2018, the address of the Washington Office of Cleary Gottlieb Steen & Hamilton LLP is as follows:

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037

Email addresses, phone numbers, and facsimile number remain the same. Accordingly, Jeremy Calsyn and Carl Lawrence Malm, who have appeared on the court's docket, have updated relevant contact information in the court's CM/ECF system.

Respectfully submitted,

Dated:  December 13, 2018

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ Jeremy Calsyn
Jeremy Calsyn (Attorney Bar No. DC 467737)
Carl Lawrence Malm (Attorney Bar No. DC 1104489)
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Phone:  (202) 974-1500
Facsimile:  (202) 974-1999
Email:  jcalsyn@cgsh.com
Email:  lmalm@cgsh.com

*Counsel for the NSK Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 13, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the CMC/ECF system which will send notification of such filing to all counsel of record.

Dated:  December 13, 2018

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ Jeremy Calsyn
Jeremy Calsyn
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Phone:  (202) 974-1500
Facsimile:  (202) 974-1999
Attorney Bar No. DC 467737
Email:  jcalsyn@cgsh.com

*Counsel for the NSK Defendants*