**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No: 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**MOTION TO WITHDRAW APPEARANCE OF ATTORNEY BERNARD PERSKY**

Counsel hereby moves for leave to withdraw the appearance of Attorney Bernard Persky in the above-captioned matter. This motion is precipitated by Mr. Persky's departure from the law firm Robins Kaplan LLP. Robins Kaplan LLP will continue to serve as co-lead counsel on behalf of End-Payor Plaintiffs and no delay in the progress of this action will result from the withdrawal of Mr. Persky.

The list of cases to withdraw are as follows:

12-md-2311, 12-cv-100, 12-cv-101, 12-cv-102, 12-cv-103, 12-cv-200, 12-cv-201, 12-cv-202, 12-cv-203, 12-cv-300, 12-cv-301, 12-cv-302, 12-cv-303, 12-cv-400, 12-cv-401, 12-cv-402, 12-cv-403, 12-cv-500, 12-cv-501, 12-cv-502, 12-cv-503, 12-cv-600, 12-cv-601, 12-cv-602, 12-cv-603, 13-cv-700, 13-cv-701, 13-cv-702, 13-cv-703, 13-cv-800, 13-cv-801, 13-cv-802, 13-cv-803, 13-cv-900, 13-cv-901, 13-cv-902, 13-cv-903, 13-cv-1000, 13-cv-1001, 13-cv-1002, 13-cv-1003, 13-cv-1100, 13-cv-1101, 13-cv-1102, 13-cv-1103, 13-cv-1200, 13-cv-1201, 13-cv-1202, 13-cv-1203, 13-cv-1300, 13-cv-1302, 13-cv-1303, 13-cv-1400, 13-cv-1401, 13-cv-1402, 13-cv-1403, 13-cv-1500, 13-cv-1502, 13-cv-1503, 13-cv-1600, 13-cv-1602, 13-cv-1603, 13-cv-1700, 13-cv-1702, 13-cv-1703, 13-cv-1800, 13-cv-1802, 13-cv-1803, 13-cv-1900, 13-cv-1901, 13-cv-1902, 13-cv-1903, 13-cv-2000, 13-cv-2002, 13-cv-2003, 13-cv-2100, 13-cv-2102, 13-cv-2103, 13-cv-2200,

13-cv-2201, 13-cv-2202, 13-cv-2203, 13-cv-2300, 13-cv-2301, 13-cv-2302, 13-cv-2303, 13-cv-2400, 13-cv-2402, 13-cv-2403, 13-cv-2500, 13-cv-2502, 13-cv-2503, 13-cv-2600, 13-cv-2602, 13-cv-2603, 13-cv-2700, 13-cv-2701, 13-cv-2702, 13-cv-2703, 13-cv-2800, 13-cv-2801, 13-cv-2802, 13-cv-2803, 14-cv-2900, 14-cv-2903, 15-cv-3000, 15-cv-3001, 15-cv-3002, 15-cv-3003, 15-cv-3100, 15-cv-3101, 15-cv-3200, 15-cv-3202, 15-cv-3203, 15-cv-3300, 15-cv-3303, 15-cv-12893, 15-cv-13000, 15-cv-14080, 16-cv-3400, 16-cv-3403, 16-cv-3500, 16-cv-3502, 16-cv-3503, 16-cv-3600, 16-cv-3602, 16-cv-3700, 16-cv-3702, 16-cv-3703, 16-cv-3800, 16-cv-3803, 16-cv-3900, 16-cv-3903, 16-cv-10456, 16-cv-10461, 16-cv-11082, 16-cv-11804, 16-cv-12949, 16-cv-13997.

WHEREFORE, counsel respectfully requests that the Court enter an order granting its motion to withdraw the appearance of Mr. Persky as counsel.

Dated: January 9, 2019

/s/ William V. Reiss
Hollis Salzman
William V. Reiss
David B. Rochelson
Noelle Feigenbaum
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
HSalzman@RobinsKaplan.com
WReiss@RobinsKaplan.com
DRochelson@RobinsKaplan.com
NFeigenbaum@RobinsKaplan.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/William V. Reiss
William V. Reiss