# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311-MOB-MKM |
| In Re: WIRE HARNESS CASES | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL WIRE HARNESS CASES | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that JONATHAN M. JAGHER, counsel for Direct Purchaser Plaintiffs in the above captioned matter, is no longer affiliated with the law firm Spector Roseman & Kodroff PC. Mr. Jagher is now affiliated with the law firm Freed Kanner London & Millen LLC, 2201 Waukegan Road, Suite 130, Bannockburn, IL 60015.

DATED: February 19, 2019

Respectfully submitted,

/s/ Jonathan M. Jagher
FREED KANNER LONDON &
MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: jjagher@fklmlaw.com

*Counsel for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Change of Firm Affiliation was filed on February 19, 2019. Notice of this filing will be sent to all parties of record via the Court's CM/ECF system.

/s/ Jonathan M. Jagher
FREED KANNER LONDON &
MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: jjagher@fklmlaw.com

*Counsel for Direct Purchaser Plaintiffs*