# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311<br>: Honorable Marianne O. Battani<br>: |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br><br>All Actions | :<br>:<br>:<br>:<br>: |

## NOTICE OF WITHDRAWAL OF ATTORNEY FRANKLIN R. LISS

PLEASE TAKE NOTICE of the withdrawal of Franklin R. Liss of Arnold & Porter Kaye Scholer LLP as counsel for defendants Koito Manufacturing Co., Ltd., and North American Lighting, Inc.  His appearance should be withdrawn from the following cases:

**On Behalf of Koito Manufacturing Co., Ltd. as defendant:**

- 12-md-02311
- 2:13-cv-01200
- 2:13-cv-01202
- 2:13-cv-01203
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

**On Behalf of North American Lighting, Inc. as defendant:**

- 12-md-02311
- 2:13-cv-01200
- 2:13-cv-01202
- 2:13-cv-01203

- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

Other attorneys of the same firm have appeared as counsel on behalf of the above listed defendants and their representation continues.

Dated: March 26, 2019

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Franklin R. Liss
Franklin R. Liss
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5969
(202) 942-5999 - facsimile
*email*: Frank.Liss@arnoldporter.com

*Attorney for Koito Manufacturing Co., Ltd., and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2019, I caused the foregoing Notice of Withdrawal of Attorney Franklin R. Liss to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.

Dated: March 26, 2019                                  By:  /s/ Franklin R. Liss
                                                                               Franklin R. Liss