# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS G.S. ELECTECH, INC., G.S. WIRING SYSTEMS, INC., AND G.S.W. MANUFACTURING, INC.

Pursuant to Eastern District of Michigan Local Rule 83.25, Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. (collectively, "GSE Defendants") respectfully move the Court for an order granting leave to Jetta C. Sandin to withdraw as counsel for the GSE Defendants in the following actions:

- 12-md-02311
- 2:12-cv-00100-MOB-MKM

No prejudice will result from the withdrawal of Ms. Sandin as the law firm of Porter, Wright, Morris, & Arthur LLP ("Porter Wright") continues to represent the GSE Defendants in the above-listed actions.

Respectfully submitted,

By: /s/ Jetta C. Sandin
    Jetta C. Sandin (D.C. Bar. No. 1024593)
    PORTER, WRIGHT, MORRIS, & ARTHUR LLP
    2020 K Street NW, Suite 600
    Washington, DC 20006
    Telephone: (202) 778-3000
    Facsimile: (202) 778-3063
    jsandin@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I filed a copy of the foregoing with the Clerk of Courts using the Court's CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties to the actions.

By: /s/ Jetta C. Sandin
Jetta C. Sandin (D.C. Bar. No. 1024593)
PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
2020 K Street NW, Suite 600
Washington, DC 20006
Telephone: (202) 778-3000
Facsimile: (202) 778-3063
jsandin@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*