**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** <br> **ALL ACTIONS** | HON. MARIANNE O. BATTANI |

### AGENDA FOR JUNE 5, 2019 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.   REPORT OF SPECIAL MASTER**

**II.  ALL ACTIONS IN MDL 2311**

(*See also* Status Report, § I)

A.   Direct Purchaser Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I)

B.   End-Payor Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I and EPP Status of Settlements)

C.   Auto Dealer Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I)

1

13764626.1

    D.    Truck and Equipment Dealer Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I)

    E.    Status of Scheduling Orders

**III.    BEARINGS**

    A.    Bearings Cases – Direct Purchaser Actions, Case No. 12-00501 – Status and Next Steps

**IV.    DATE FOR NEXT STATUS CONFERENCE**

    A.    Next Status Conference

    B.    Scheduling of Subsequent Status Conferences

**V.    OTHER MATTERS**

Any party interested in any part should appear.

**VI.    MOTION HEARINGS**

End-Payor Plaintiffs' Unopposed Motion for Authorization to Disseminate May 2019 Notice to the End-Payor Plaintiffs Settlement Class

Date: May 21, 2019    /s/ Marianne O. Battani
    MARIANNE O. BATTANI
    UNITED STATES DISTRICT JUDGE

13764626.1