UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No.: 12-md-02311<br>Honorable Marianne O. Battani<br>Magistrate: Hon. Mona K. Majzoub |
| In Re: Shock Absorbers Cases | 2:16-cv-03302<br>2:15-cv-03303 |
| THIS DOCUMENT RELATES TO:<br>All Auto Dealer Actions<br>All End-Payor Actions | |

**ORDER GRANTING NON-PARTY TOYOTA'S MOTION TO MAINTAIN UNDER SEAL CERTAIN PORTIONS OF THE KYB DEFENDANTS' SUMMARY JUDGMENT MATERIALS PURSUANT TO L.R. 5.3**

Before the Court is Non-Party Toyota's Motion to Maintain Under Seal Certain Portions of the KYB Defendants' Summary Judgment Materials (Toyota's Motion to Seal).

The Court has considered Toyota's Motion to Seal, the Response to the Motion, Toyota's Reply and it is otherwise fully advised about the matter. Due to the highly confidential and competitively sensitive nature of the information subject to Non-Party Toyota's Motion to Maintain Under Seal Certain Portions of the KYB Defendants' Summary Judgment Materials, Toyota's Motion to Seal is hereby GRANTED and IT IS ORDERED AS FOLLOWS:

The Clerk's office is directed to maintain under seal Exhibits 12, 20, and 23 to the KYB Defendants' Motion for Summary Judgment, Doc. 34 (16-cv-3302) (sealed Attachments No. 9, 16, and 19) and the corresponding, currently redacted portions of the KYB Defendants' Motion

2

for Summary Judgment, Doc. 34 (16-cv-3302) at 1–2, 10, 15, and 17, for which Exhibits 12 and 20 are cited as support.

**IT IS FURTHER ORDERED THAT THE MOVING PARTY OF THE ORIGINALLY FILED DOCUMENT IS HEREBY DIRECTED TO FILE REVISED REDACTED DOCUMENTS PURSUANT TO THE TERMS OF THIS ORDER.**

Date: July 12, 2019

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge