UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 <br><br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James M. Burns of Akerman LLP hereby enter their Appearance as counsel for Defendants Mikuni Corporation and Mikuni American Corporation in this matter.

Dated: July 19, 2019

/s/James M. Burns
James M. Burns (412319)
AKERMAN LLP
750 9th St. NW, Ste. 750
Washington, DC  20001
(202) 824-1725
Fax:  (202) 393-5959
james.burns@akerman.com

49485703;2

## CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants in this matter. I hereby certify that there are no non-ECF participants.

/s/James Burns
James M. Burns (412319)
AKERMAN LLP
750 9th St. NW, Ste. 750
Washington, DC  20001
(202) 824-1725
Fax:  (202) 393-5959
james.burns@akerman.com

49485703;2