# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Eli M. Lazarus of Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation. Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated: November 1, 2019                     Respectfully submitted,

 

/s/ Eli M. Lazarus
Eli M. Lazarus
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8340
Facsimile: (415) 374-8496
ELazarus@gibsondunn.com
SBN 284082

*Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems.

      /s/ Eli M. Lazarus
Eli M. Lazarus
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8340
Facsimile: (415) 374-8496
ELazarus@gibsondunn.com
SBN 284082