# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311<br>Hon. Marianne O. Battani |

_____

| | |
|---|---|
| IN RE:  HEATER CONTROL PANELS | Case No. 2:12-cv-00403 |
| IN RE:  OCCUPANT SAFETY SYSTEMS | Case No. 2:12-cv-00603 |
| IN RE:  SWITCHES | Case No. 2:13-cv-01303 |
| IN RE:  IGNITION COILS | Case No. 2:13-cv-01403 |
| IN RE:  STEERING ANGLE SENSORS | Case No. 2:13-cv-01603 |
| IN RE:  ELECTRIC POWERED STEERING ASSEMBLIES | Case No. 2:13-cv-01903 |
| IN RE:  FUEL INJECTION SYSTEMS | Case No. 2:13-cv-02203 |
| IN RE:  VALVE TIMING CONTROL DEVICES | Case No. 2:13-cv-02503 |
| IN RE:  AIR CONDITIONING SYSTEMS | Case No. 2:13-cv-02703 |
| IN RE:  AUTOMOTIVE CONSTANT VELOCITY JOINT BOOT PRODUCTS | Case No. 2:14-cv-02903 |
| IN RE:  AUTOMOTIVE HOSES | Case No. 2:15-cv-03203 |
| IN RE:  SHOCK ABSORBERS | Case No. 2:15-cv-03303 |
| IN RE:  BODY SEALING PRODUCTS | Case No. 2:16-cv-03403<br>2:16-cv-10456 |
| IN RE:  INTERIOR TRIM PRODUCTS | Case No. 2:16-cv-03503 |
| IN RE:  AUTOMOTIVE BRAKE HOSES | Case No. 2:16-cv-03603 |
| IN RE:  EXHAUST SYSTEMS | Case No. 2:16-cv-03703 |
| IN RE:  CERAMIC SUBSTRATES | Case No. 2:16-cv-03803<br>2:16-cv-11804 |
| IN RE:  POWER WINDOW SWITCHES | Case No. 2:16-cv-03903 |
| IN RE:  AUTOMOTIVE STEEL TUBES | Case No. 2:16-cv-04003<br>2:16-cv-12949 |
| IN RE:  SIDE-DOOR LATCHES | Case No. 2:16-cv-04303<br>2:17-cv-11637 |

THIS DOCUMENT RELATES TO:
End-Payor Actions

**NOTICE OF WITHDRAWAL OF OBJECTION OF 113 CLASS MEMBERS TO REVISED PLAN OF ALLOCATION CONTAINED IN END-PAYOR PLAINTIFFS' MOTION FOR AUTHORIZATION TO DISSEMINATE JUNE 2019 NOTICE TO THE END-PAYOR PLAINTIFF SETTLEMENT CLASSES**

On November 19, 2019, 113 Class Members ("Objectors")[1] filed an Objection to the Revised Plan of Allocation contained in the End-Payor Plaintiffs' Motion for Authorization to Disseminate June 2019 Notice to the End-Payor Plaintiff Settlement Class (the "Objection"). *In re: Automotive Parts Antitrust Litig.*, Case No. 12-MD-02311-MOB-MKM (ECF No. 2027). Subsequent to the filing of this Objection, Objectors have engaged in extensive discussions with class counsel concerning issues related to the claims process. Objectors appreciate class counsel's hard work on this settlement and the clarification regarding the proposed claims process. Objectors therefore file this Notice to inform the Court and the Class Administrator that they are hereby withdrawing their Objection.

Dated: December 4, 2019              Respectfully submitted,

By: */s/ John S. Gibson*
John S. Gibson
Daniel A. Sasse
Shane Wagman Romero
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414
Email: jgibson@crowell.com
       dsasse@crowell.com
       sromero@crowell.com

---

[1] Objectors have been identified through their claimant identification numbers attached as Exhibit A to the Declaration of Stacy M. Dominguez ("Dominguez Decl."). *In re: Automotive Parts Antitrust Litig.*, Case No. 12-MD-02311-MOB-MKM, (ECF No. 2027-34).

-2-

                                            Emma K. Burton
                                            Ann L. Rives
                                            Crowell & Moring LLP
                                            1001 Pennsylvania Avenue, NW
                                            Washington, DC 20004
                                            Telephone: (202) 624-2500
                                            Facsimile:  (202) 628-5116
                                            Email: eburton@crowell.com
                                                     arives@crowell.com

*Attorneys for 113 Class Member Objectors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2019, a copy of the foregoing was filed electronically using the Court's ECF system, which will send notification to each attorney of record by electronic means. Parties may access this filing through the Court's system.

Dated: December 4, 2019         */s/ John S. Gibson*
                                John S. Gibson