# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311-MOB-MKM<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that as of January 21, 2020, the Washington, D.C. office of the firm Baker Botts L.L.P. has changed its address to the following:

> **Baker Botts L.L.P.**
> **700 K Street, N.W.**
> **Washington, D.C. 20001**

The firm's telephone number, fax number and email addresses remain the same.

Toyoda Gosei Co. Ltd., Toyoda Gosei North America Corp., TG Missouri Corp., TG Kentucky L.L.C., and TG Fluid Systems USA Corp. (together "Toyoda Gosei") and their undersigned counsel hereby request that the Court and all parties deliver all documents filed/and or transmitted in the above-captioned cases to the

1

new address.  Counsel have already updated relevant contact information in the Court's CM/ECF system.

Dated: February 5, 2020

Respectfully submitted,

By: /s/ *Caroline Jones*
John M. Taladay
Mark A. Miller
Heather Souder Choi
Sterling A. Marchand
Caroline Jones
**Baker Botts L.L.P.**
700 K Street, N.W.
Washington, D.C. 20001
Phone: 202.639.7700
Fax: 202.639.7890
john.taladay@bakerbotts.com
mark.miller@bakerbotts.com
heather.choi@bakerbotts.com
sterling.marchand@bakerbotts.com
caroline.jones@bakerbotts.com

*Counsel for Toyoda Gosei Co. Ltd., Toyoda Gosei North America Corp., TG Missouri Corp., TG Kentucky L.L.C., and TG Fluid Systems USA Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2020, a copy of the foregoing was filed with the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: /s/ *Caroline Jones*
Caroline Jones
**Baker Botts L.L.P.**