**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ANTI-VIBRATIONAL RUBBER PARTS | 2:13-cv-00800-MOB-MKM<br>2:13-cv-00801-MOB-MKM<br>2:13-cv-00802-MOB-MKM<br>2:13-cv-00803-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## MOTION FOR WITHDRAWAL OF COUNSEL STEVEN A. REISS

Defendants Bridgestone Corporation and Bridgestone APM Company ("Bridgestone Defendants"), by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Steven A. Reiss as counsel in the following actions:

1. 2:12-md-02311-MOB-MKM
2. 2:13-cv-00800-MOB-MKM
3. 2:13-cv-00801-MOB-MKM
4. 2:13-cv-00802-MOB-MKM
5. 2:13-cv-00803-MOB-MKM

This motion is precipitated by Steven A. Reiss's retirement and departure from the law firm of Weil, Gotshal & Manges LLP. Bridgestone Defendants will continue to be represented in the referenced actions by other counsel of record.

WHEREFORE, Bridgestone Defendants respectfully request that the Court enter an order granting the motion to withdraw the appearance of Steven A. Reiss as counsel of record.

Respectfully submitted,

February 18, 2020						*/s/ Adam C. Hemlock*
								Adam C. Hemlock
								**WEIL, GOTSHAL & MANGES LLP**
								767 Fifth Avenue
								New York, NY 10153
								Telephone: (212) 310-8000
								Facsimile: (212) 310-8007
								adam.hemlock@weil.com

								Frederick R. Juckniess
								**JUCKNIESS LAW FIRM PLC**
								302 E. Liberty Street, Ste. 203
								Ann Arbor, MI  48104
								Telephone: (734) 707-1515
								Rick@Juckniesslaw.com

								*Counsel for Bridgestone Corporation and Bridgestone APM Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 18, 2020, I caused the Motion for Withdrawal of Counsel Steven A. Reiss and Proposed Order to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      */s/ Adam C. Hemlock*
      Adam C. Hemlock
      **WEIL, GOTSHAL & MANGES LLP**
      767 Fifth Avenue
      New York, NY 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007
      adam.hemlock@weil.com

      *Counsel for Bridgestone Corp. and Bridgestone APM Company*