**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**CANCELLATION OF APRIL 29, 2020 STATUS CONFERENCE AND ALL HEARINGS
and
NOTICE OF JUNE 17, 2020 STATUS CONFERENCE AND REQUEST FOR AGENDA ITEMS**

The status conference for all Lead cases in MDL No. 12-02311, recently adjourned to **April 29, 2020, at 10:00 a.m.** is **CANCELED** due to government restrictions and recommendations concerning coronavirus disease 2019 (COVID-19).

**ALL HEARINGS ON ALL CASES scheduled for April 29, 2020 are cancelled and will be rescheduled by the Court.**

The next status conference for all Lead cases in MDL No. 12-02311 is scheduled for **10:00 a.m., June 17, 2020,** in Room 250. All Interim Liaison Counsel and at least one representative from each of the Interim Lead Counsel groups must be present, as well as counsel for other Plaintiffs having actions falling within this MDL. Each Defendant should be represented.

Counsel should confer and submit to the Court discussion items to be incorporated into an Agenda for this status conference. In addition, Counsel must specify which motions, if any, they would like to argue following the status conference.

Counsel must submit proposed Agenda items via email to Case Manager, Ka Myra Doaks, at efile_battani@mied.uscourts.gov, by **5:00 p.m., May 20, 2020**.  The Court will finalize the Agenda and file it electronically by June 10, 2020.


Date: March 30, 2020                                         s/Marianne O. Battani
                                                                               MARIANNE O. BATTANI
                                                                               United States District Judge