UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE AUTOMOTIVE PARTS
ANTITRUST LITIGATION

    Plaintiff(s),

v.

THIS DOCUMENT RELATES TO:
ALL END-PAYOR ACTIONS

    Defendant(s).
_____/

Case No. 12-md-02311

Judge Sean F. Cox

Magistrate Judge R. Steven Whalen

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Financial Recovery Svcs, LLC d/b/a Financial Recovery Strategies

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?
   Yes ☐ No ✓
   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.
   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?
   Yes ✓ No ☐
   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.
   Parent Corporation/Affiliate Name: Liberty Mutual Holding Company, Inc., a public company
   Nature of Financial Interest: Settlement Claimant

Date: July 6, 2020

/s/ Jonathan T. Walton, Jr.
_____

P32969
Fraser Trebilcock Davis & Dunlap, P.C.
One Woodward Avenue
Suite 1550
Detroit, MI 48226
313-237-7300
jwalton@fraserlawfirm.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 6, 2020, I electronically filed Financial Recovery Services, LLC d/b/a Financial Recovery Strategies' Statement of Disclosure of Corporate Affiliations and Financial Interest with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

FRASER TREBILCOCK
DAVIS & DUNLAP, P.C.

Dated: July 6, 2020   By:   */s/Jonathan T. Walton, Jr.*
Jonathan T. Walton, Jr. (P32969)
One Woodward Ave., Suite 1550
Detroit, Michigan 48226
Telephone: (313) 237-7300 / Fax: (313) 961-1651
jwalton@fraserlawfirm.com
Attorneys for Intervening Party Financial Recovery Services, LLC, d/b/a Financial Recovery Strategies