# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. SEAN F. COX |

**In Re: IGNITION COILS**

| | |
|---|---|
| THIS RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | 2:13-cv-01401-SFC-RSW<br>2:15-cv-11830-SFC-RSW |

## NOTICE OF APPEARANCE OF MATTHEW G. MCNAUGHTON

Please take notice that Matthew G. McNaughton of Zausmer, P.C., hereby enters his appearance as counsel for Defendants Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.

Dated: July 13, 2020

Respectfully submitted,

 */s/ Matthew G. McNaughton*
Matthew G. McNaughton
ZAUSMER, P.C.
32255 Northwestern Highway
Suite 225
Farmington Hills, MI 48334
(248) 851-4111
mmcnaughton@zausmer.com
*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

{03048687}

## CERTIFICATE OF SERVICE

I certify that on July 13, 2020, I electronically filed the foregoing Notice of Appearance of Matthew G. McNaughton with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Matthew G. McNaughton

{03048687}